IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LUKE COMBS,

    Plaintiff,                                        Civil Action No.: 1:23-cv-14485

v.                                                **FILED UNDER SEAL**

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Private bespoke shop |
| 2 | Thanhchung Shop |
| 3 | HuongBT Shop |
| 4 | yunnanluobidianzishangwuyouxiangongsi |
| 5 | hefeixiongyushangmaoyouxiangong |
| 6 | QiangYuanBai |
| 7 | ZIFOTA |
| 8 | qq33333 |
| 9 | JnYn |
| 10 | BEST PURCHASE STORE |
| 11 | foshanshixingyoufeikejiyouxiangongsi |
| 12 | FSSFIRST |
| 13 | Nguyen Thi Lien 1 |
| 14 | PHAMDUYENVBHP |
| 15 | chengduxiaoyuchangshangmaoyouxiangongsi |
| 16 | HoneyCombb |
| 17 | Ngochung Shop |
| 18 | xuweiDF51263 |
| 19 | ruiyoule shop |
| 20 | DucThinhShop |
| 21 | VuongStore1 |
| 22 | LAKELAI |
| 23 | MEHMET ALI COKYIGIT |

2

| 24 | chanchengqudimaoshangmaoyouxiangongsi |
|----|---------------------------------------|
| 25 | Zaza Breeze Designs |
| 26 | TCHENG |
| 27 | AP Graphics and Designs |
| 28 | Nicolioli's |
| 29 | LEGOTOYJ |
| 30 | Superclothes1 |
| 31 | AQIU ART SHOP |
| 32 | guangzhoushenenkejigongzuoshi |
| 33 | HStoreus |
| 34 | FuYangShiDongChenShangWangLuoKeJiYouXianGongSi |
| 35 | DuChangXianLeiNa |
| 36 | Scottie Sells |
| 37 | lanxuanmaoyi |
| 38 | Qimee |
| 39 | Home Full |
| 40 | DGTYTRUI |
| 41 | Time to deal |
| 42 | Farabica_creative |
| 43 | Beexstore |
| 44 | marlberon |
| 45 | misterwoorin |