**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LUKE COMBS,

    Plaintiff,                                              Civil Action No.: 1:23-cv-14485

v.                                                          Judge Elaine E. Bucklo

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Sheila M. Finnegan
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**EXHIBIT 2 TO THE DECLARATION OF CHRISTOPHER T. KAPPY**

**IN SUPPORT OF**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR
ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY
INJUNCTION, A TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY,
AND SERVICE OF PROCESS BY E-MAIL AND/OR ELECTRONIC PUBLICATION**