# Website screenshot cover page

**Product Page:**
https://www.amazon.com/StephanDHampton-Combs-Tapestry-Hanging-152x102cm/dp/B085GBMLL4
**ProductID:** amazon_B085GBMLL4
**ProductName:** StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch
**SellerID:** A123IMWBSCSMJ
**SellerName:** Private bespoke shop

**Item Screenshot Created at:** 2023-06-22 03:07:17
**Checkout Screenshot Created at:** 2023-06-22 03:17:42



amazon live   Abigail Lorraine livestreams her must-have products   Watch now ▸ amazon.com/live

Home & Kitchen › Home Décor Products › Tapestries





Roll over image to zoom in

# StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 inch

Brand: StephanDHampton

$22⁹⁹

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Size | One Size |
| Product Dimensions | 60"L x 40"W |
| Number of Items | 1 |
| Orientation | Portrait |
| Shape | Rectangular |

## About this item

- Material: Made Of 100% Polyester,soft, Durable, Skin-friendly, Lightweigh.
- Beautiful Pattern:Vivid And Clear Pattern, Neat And Firm Hem,the Clear Lines And The Delicate Edging Will Bring A More Harmonious Decoration To Your Space.
- Can Hang This Nature Art Tapestry With Decorative Tacks Or Push Pins Easily. Dry Clean Or Gentle Hand Wash In Cold Water.
- Durable Enough For Both Indoor And Outdoor Use, Can Be Used As Tapestry, Tablecloths, Wall Hanging, Dormitory Decorations, Picnic Sheets, Beach Shawls, Scarves, Blankets, Etc.
- Great For Wall Hangings, Dorm Decorations, Beach Throws, Picnic Blankets, Porch Hangings, Table Cloths, Bed Spreads, Sofa Covers Or A Perfect Gift For Any Occasion!



$22⁹⁹

$5 delivery July 13 - August 3.
Details

⊙ Select delivery location

In Stock

Qty: 1 ▾

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | xuweiDF51263 |
| Sold by | xuweiDF51263 |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

## Buy it with



+



Total price: $45.48

**Add both to Cart**

ⓘ These items are shipped from and sold by different sellers. Show details

**This item:** StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Dec…

What You See Is What You Get
$22⁴⁹

## What do customers buy after viewing this item?

Most purchased | Highest rated | Lowest Price
in this set of products

This item:





Luke Combs Gettin' Old Album Tee
★★★★½ 13
$18.51 - $29.52

StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch
$22.99
Get it Jul 13 - Aug 3
$5.00 shipping

## Customers who viewed this item also viewed

Page 1 of 3



Luke Combs Gettin' Old Album Tee
★★★★½ 13
$18.51 - $29.52



Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room, Dormitor...
★★★★½ 4
$16.99
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order...



Weston Ink Pop Music Ed Sheeran -(subtract) Album Cover Canvas Posters - High Resolution Wall Aesthetic Art Music Cnavas Posters -...
★★★★½
$14.99
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon



IIDACK Wall Tapestry ERTER Corrivi Tapestry Luke Combs Wall Tapestrys Novelty Tapestry Wall Hanging, Art Decor Print Fabric for Bedroom Living Room...
1 offer from $12.99



BMXRX Luke Combs – What You See Is What You Get Canvas Posters Wall Art Bedroom Office Room Decor Gift...
★★★★ 1
$14.89
Get it as soon as Wednesday, Jun 28
FREE Shipping on orders over $25 shipped by Amazon

## Product Description

Color:Luke Combs | Size:152x102cm/60 X 40 Inch

¡¾Product¡¿

100% Lightweight Polyester ,soft, Durable, Skin-friendly.
Color: Luke Combs
Size:59 X 59 Inch

¡¾Pattern¡¿

HD Print:Featuring Vivid Colors And Crisp Lines, It Will Add An Elegant Feeling And Eye-catching For Your Room. No Strange Odor. Toxic Free And Safe. Never Worry About Fading.

¡¾Use¡¿

As A Home Decor ,decent For Accent Walls, Ceiling, Table, Sofa, bedroom And Whatnot.
As A Gift, Nice Gift For All The Age Groups.
Outdoor Use,picnic Sheets, Beach Shawls, Scarves, Blankets, Etc.

¡¾ASSURANCE¡¿

We Insist On Producing High Quality Products. If You Have Any Questions And Concern About Our Products, Please Don't Hesitate To Email Us If You Have Any Questions. We Offer Free Replacement Or Full Refund If You Are Not Fully Satisfied With Our Tapestry.

¡¾Tips¡¿

Do Not Use Chlorine Bleach.

Dry Clean Or Gentle Hand Wash In Cold Water.
Machine Washable Under 30 Degree Centigrade.

## Product information

| | |
|---|---|
| Size | One Size |
| Product Dimensions | 60"L x 40"W |
| Number of Items | 1 |
| Orientation | Portrait |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Framed |
| Wall Art Form | Tapestry |
| Material | Polyester |
| Color | Black |
| Room Type | Dormitory |
| Brand | StephanDHampton |
| Special Feature | Lightweight |
| Mounting Type | Wall Mount |
| Item Weight | 3.87 ounces |
| Manufacturer | StephanDHampton |
| ASIN | B085GBMLL4 |
| Best Sellers Rank | #1,520,742 in Home & Kitchen (See Top 100 in Home & Kitchen) #7,925 in Tapestries |
| Number of pieces | 1 |
| Batteries required | No |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

# Videos

Help others learn more about this product by uploading a video!

Upload your video

# Related Posts





**Popular Handicrafts**    + Follow

Celestial Sun Moon Tapestry Planet Bohemian Wall Hanging Dorm Decor-Hippie Hippy Tapestry

See more Posts >

**Ruibo**    + Follow

Tropical Palm Leaves Flower Decor Tapestry / Giving You Cool And Pleasant Feeling

See more Posts >

**DBLLF**

DBLLF Fantasy Plant Forest Wall Tapestry A

See more Posts >

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## More items you may like for your home

Page 1 of 2

‹      ›



**Zilld Des-Tiny 2 Gambit Tapestry Wall Hanging Home Decorations for Living Room Bedroom Dorm Decor 60x51 inch**
⭐⭐⭐⭐ 10
$14.99
Get it Jul 3 - 14
$6.99 shipping
Only 19 left in stock - order...



**BULOR Castle Full Moon Night Tapestry, Wolf Fantasy Medieval Town Wall Hangings Tapestry for Bedroom Living Ro...**
⭐⭐⭐⭐½ 53
$14.98
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon



**TOMOZ Viking Tapestry Wall Hanging, Ancient Scandinavian Pattern and Norse Runes...**
⭐⭐⭐⭐½ 58
`Amazon's Choice` in Tapestries
$14.99
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon
Only 6 left in stock - order...



**LB Dragon Tapestry Psychedelic Black Dragon Wall Hanging Bohemian Tapestries for Bedroom Living Room...**
⭐⭐⭐⭐ 311
$20.99
Get it Jul 3 - 13
$3.99 shipping



**DerekSChristian Kod-ak Bla-ck Tapestry Wall Hanging Bedding Tapestry 3D Printed Art Tapestry Home Decor...**
⭐⭐⭐⭐⭐ 14
$18.99
Get it Jul 5 - 11
$7.99 shipping

---

## Best Sellers in Home Décor Products

Page 1 of 8



**Utopia Bedding Throw Pillows Insert (Pack of 2, White) - 18 x 18 Inches Bed and Couch Pillows...**
⭐⭐⭐⭐½ 163,954
`#1 Best Seller` in Throw Pillow Inserts
$15.99 ($8.00/Count)
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon
🌿 Climate Pledge Friendly ▾



**Utopia Bedding Throw Pillows (Set of 4, White), 18 x 18 Inches Pillows for Sofa, Bed and Couch...**
⭐⭐⭐⭐½ 82,611
`#1 Best Seller` in Throw Pillows
$19.99 ($5.00/Count)
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon
🌿 Climate Pledge Friendly ▾



**OLANLY Luxury Rug, Extra Soft and Absorbent Microfiber Rugs, Non-Slip Plush Shaggy Bath...**
⭐⭐⭐⭐½ 18,292
`#1 Best Seller` in Bath Rugs
$10.89
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon



**Echo Dot (5th Gen, 2022 release) with clock | Smart speaker with clock and Alexa | Cloud Blue**
⭐⭐⭐⭐½ 27,272
`#1 Best Seller` in Wireless & Streaming Audio Systems
$59.99
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon
🌿 Climate Pledge Friendly ▾



**upsim...Fram...Pictur...11x14...**
⭐⭐
`#1 B...`
Table...
$21.9...
Get it...
Jun 2...
FRE...
over $...

## Customers who viewed items in your browsing history also viewed

Page 1 of 4



**Luke Combs Gettin' Old Album Tee**
⭐⭐⭐⭐½ 13
$18.51-$29.52



**Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room, Dormitor...**
⭐⭐⭐⭐½ 4
$16.99
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order...



**Weston Ink Pop Music Ed Sheeran -(subtract) Album Cover Canvas Posters - High Resolution Wall Aesthetic Art Music Cnavas Posters -...**
⭐⭐⭐⭐½ 4
$14.99
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon



**IIDACK Wall Tapestry ERTER Corrivi Tapestry Luke Combs Wall Tapestrys Novelty Tapestry Wall Hanging, Art Decor Print Fabric for Bedroom Living Room...**
1 offer from $12.99



**BMXF...What...You G...Wall A...Room...**
⭐⭐
$14.8...
Get it...
Wedne...
FREE...
over $...

See personalized recommendations

**Sign in**

New customer? Start here.

**Back to top**

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

**amazon**

🌐 English ⇕      🇺🇸 United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music
Stream millions of songs | Amazon Advertising
Find, attract, and engage customers | 6pm
Score deals on fashion brands | AbeBooks
Books, art & collectibles | ACX
Audiobook Publishing Made Easy | Sell on Amazon
Start a Selling Account |
| Amazon Business
Everything For Your Business | Amazon Fresh
Groceries & More Right To Your Door | AmazonGlobal
Ship Orders Internationally | Home Services
Experienced Pros Happiness Guarantee | Amazon Ignite
Sell your original Digital Educational Resources | Amazon Web Services
Scalable Cloud Computing Services |
| Audible
Listen to Books & Original Audio Performances | Book Depository
Books With Free Delivery Worldwide | Box Office Mojo
Find Movie Box Office Data | ComiXology
Thousands of Digital Comics | DPReview
Digital Photography | Fabric
Sewing, Quilting & Knitting |
| Goodreads
Book reviews & recommendations | IMDb
Movies, TV & Celebrities | IMDbPro
Get Info Entertainment Professionals Need | Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy | Amazon Photos
Unlimited Photo Storage Free With Prime | Prime Video Direct
Video Distribution Made Easy |
| Shopbop
Designer Fashion Brands | Amazon Warehouse
Great Deals on Quality Used Products | Whole Foods Market
America's Healthiest Grocery Store | Woot!
Deals and Shenanigans | Zappos
Shoes & Clothing | Ring
Smart Home Security Systems |
| eero WiFi
Stream 4K Video in Every Room | Blink
Smart Security for Every Home | Neighbors App
Real-Time Crime & Safety Alerts | Amazon Subscription Boxes
Top subscription boxes – right to your door | PillPack
Pharmacy Simplified | Amazon Renewed
Like-new products you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices ☑️✖

© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: July 13, 2023 - Aug. 3, 2023**

Items shipped from xuweiDF51263

**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch**

$22.99

Qty: 1

Sold by: xuweiDF51263

Gift options not available

**Choose a delivery option:**

**Thursday, July 13 - Thursday, Aug. 3**
$5.00 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $30.35**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $22.99 |
| Shipping & handling: | $5.00 |
| Total before tax: | $27.99 |
| Estimated tax to be collected:* | $2.36 |
| **Order total:** | **$30.35** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:** https://www.amazon.com/Heart-Combs-Nilamuda-Coffee-Ceramic/dp/B08MT1LNKH
**ProductID:** amazon_B08MT1LNKH
**ProductName:** Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
**SellerID:** A19JS2QV1RD2C9
**SellerName:** Thanhchung Shop

**Item Screenshot Created at:** 2023-06-22 03:07:54
**Checkout Screenshot Created at:** 2023-06-22 03:46:21



amazon | Hello
Select your address

Home & Kitchen ▾ | Search Amazon | 🔍

🇬🇧 EN ▾ | Hello, sign in
Account & Lists ▾ | Returns
& Orders | 🛒 0

☰ All | Clinic | Best Sellers | Customer Service | Amazon Basics | New Releases | Prime ▾ | Music | Today's Deals | Prime Day is July 11-12

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improve

Be ready to say thanks in the moment
Shop multipack gift cards

Home & Kitchen › Kitchen & Dining › Dining & Entertaining › Novelty › Drinkware › Coffee Mugs



y Heart Combs Tour
Nilamuda Coffee Mug
Cup 11 Oz Gift For
omen Who Love Mugs

⊙ Select delivery location

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

Roll over image to zoom in

| | | |
|---|---|---|
| | Bilcesa | |
| **Color** | style17 | |
| **Special Feature** | Durable | |
| **Style** | Modern | |
| **Occasion** | daily | |

▦ **Material**
Ceramic

◉ **Capacity**
11 Ounces

**About this item**

- These Mugs Are Made Using The Highest And Safest Quality Stoneware. Environmental Friendly Material. Cup Bottom Thickening Anti-slip Design,Printed On Both Sides.Beautiful And Personalized Logo Or Pattern Printing

- Unique Ear Design For Comfortable Grip, And Are A Convenient Choice For Your Daily Cup Of Coffee, Tea, Cocoa, Hot Chocolate, Chai, Toddy, Earl Grey.Rugged And Durable, Use It Often To Bring A Warm Feeling, To Accompany You And The People You Care About Every Day,giving You And Your Family A Healthier Life.

- 11 OZ Durable High Quality Ceramic Mug. Treat Yourself Or Give As A Gift To Someone Special.Dishwasher, Microwave Oven Can Not Be Used,If You Need Help, Please Timely Communicate With Me.

- Logistics Time: Ordinary Delivery Time Is 7-14 Days, Expedited Delivery Is 5-8 Days.

- Due To The Special Nature Of Porcelain Firing, It Is Purely Hand-made. Therefore, In The High-temperature Firing Process, Flaws May Appear On The Surface Of The Ceramic, And Small Black Spots, Small Burrs, Small Bumps, Uneven Glazing, Etc. May Occur. The Inevitable Situation Of The Existing Technology Is Also Within The Scope Of International And National Standards, This Is The Normal Situation.

## Product Description

This high quality 11oz. ceramic white mug has a premium hard coat that provides crisp and vibrant color reproduction sure to last for years. Perfect for all hot & cold beverages.High Gloss + Premium White FinishORCA CoatingDishwasher and Microwave Safe3.7\\u2033H x 3.7\\u2033W x 3.2\\u2033D10.2\\u2033 Circumference

## Product information

| | |
|---|---|
| Brand | Bilcesa |
| Color | style17 |
| Special Feature | Durable |
| Style | Modern |
| Occasion | daily |
| Included Components | Handle |
| Shape | Heart |
| Pattern | Letter Print |
| Product Care Instructions | Machine Wash, Microwave Safe, Hand Wash Only |
| Age Range (Description) | Adult |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| ASIN | B08MT1LNKH |
| Best Sellers Rank | #523,550 in Kitchen & Dining (See Top 100 in Kitchen & Dining) #30,628 in Novelty Coffee Mugs #87,999 in Glassware & Drinkware |
| Date First Available | November 5, 2020 |

### Feedback

Would you like to **tell us about a lower price?** ⌄

## What do customers buy after viewing this item?

**Most purchased | Highest rated | Lowest Price**
in this set of products



**This item:**





Growin' Up
› Luke Combs
⭐⭐⭐⭐⭐ 1,932
Audio CD
**#1 Best Seller** in Alt-Country & Americana
$11.96
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
3 offers from $7.00

Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee…
⭐⭐⭐⭐⯨ 865
$15.99-$18.99

## Customers also search

Page 1 of 3







luke combs coffee mug    monster hunter kitchen    dead by daylight gift    acn mug    beardiful mug

## Overstock deals on Novelty Coffee Mugs   Explore more in Outlet

Page 1 of 15






⌄ Explore more recommendations

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ

Humor Us Home Goods
Shop the Store on Amazon ›




And I Will Always Love You - 12 oz Glass Coffee Cup Mug - Gifts for Women...
★★★★★ 5,608
$15.99

Molandra Products
Shop the Store on Amazon ›




Molandra Products SD South Dakota - 11oz Ceramic Colored Inside & Handle...
★★★★★ 1
$25.66

Print Su...
Shop the...





## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

---

### Best Sellers in Kitchen & Dining

Page 1 of 8



Bounty Quick Size Paper Towels, White, 8 Family Rolls = 20 Regular Rolls (Packaging May Vary)

★★★★★ 108,309

**#1 Best Seller** in Paper Towels

$24.42

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Bounty Quick-Size Paper Towels, White, 16 Family Rolls = 40 Regular Rolls (Packaging May Vary)

★★★★★ 87,983

$43.15 ($2.31/100 Sheets)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Starbucks K-Cup Coffee Pods—Medium Roast Coffee—Pike Place Roast for Keurig Brewers—…

★★★★☆ 118,751

**#1 Best Seller** in Single-Serve Coffee Capsules & Pods

$49.32 ($0.51/Count)

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon



Amazon Brand - Presto! Flex-a-Size Paper Towels, 158 Sheet Huge Roll, 12 Rolls (2 Packs of 6),…

★★★★☆ 86,957

**Amazon's Choice** in Paper Towels

$28.28 ($1.49/100 Sheets)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Boun Towe Rolls (Pack

★★

$33.8

Get it
Jun 26

FREE S
$25 sh

---

### Popular products based on this item

Page 1 of 6



Believe Butterfly Mug – Botanic Pink Butterfly Coffee Mug w/Mark 9:23, Bible Verse Mug for Women and Men – Inspirational Coffee Cu…

★★★★★ 5,591

$5.57 - $27.90

LanHong - 13.5 oz Musical Notes Design Guitar Coffee Mugs Drink Tea Milk Coffee Mug Ceramic Music Cup Gift for Friend (Blue)

★★★★★ 1,489

$11.99 - $15.99



MAUAG You're Awesome Funny Saying Coffee Mug, Best Gifts for Friend Cup, White 12 Oz

★★★★★ 1,935

$7.99 - $11.99



MAUAG Funny Christmas Gifts Unique Coffee Mugs Have a Great Day Cute Cool Ceramic Cup Black, Best Holiday and Birthday Gag Gifts, 12…

★★★★★ 3,286

$7.99 - $12.99



Belin
Subli
Ceran
Simp
Ceran

★★

Ama

Demit

$12.9

---

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

---

**amazon**

🌐 English          🇺🇸 United States

---

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio Performances

Book Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to
your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

---

Conditions of Use      Privacy Notice      Your Ads Privacy Choices ☑️
© 1996–2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)

**1   Shipping address**

Wendell Allen                                        Change
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

**2   Payment method**

MasterCard ending in 3709                Change

**Billing address:** Same as shipping
address.

Add a gift card or promotion code or
voucher

[ Enter code ]        Apply

**3   Offers**

**4   Review items and shipping**



FREE TRIAL

**Wendell, we're giving you 30 days of Prime
benefits for FREE**                          Try Prime FREE for 30 days ›

**Estimated delivery: June 29, 2023 - July 6, 2023**
Items shipped from Besthao Store

Luke My Heart Combs Tour          Choose a delivery option:
2019 Nilamuda Coffee Mug       ◉ **Thursday, June 29 - Thursday, July 6**
Ceramic Cup 11 Oz Gift For         FREE Shipping
Men Women Who Love
Mugs
**$7.00**
Qty: 1 ⌄
Sold by: Besthao Store

Gift options not available

**Place your order**   **Order total: $7.72**
By placing your order, you agree to Amazon's privacy notice and conditions of
use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions
apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

Wendell, get in on the perks.
We're giving you 30 days of
Prime benefits for FREE.

Try Prime FREE

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

### Order Summary

Items:                                    $7.00
Shipping & handling:               $0.00

Total before tax:                     $7.00
Estimated tax to be collected:*   $0.72

**Order total:**                      **$7.72**

How are shipping costs calculated?

# Website screenshot cover page

**Product Page:** https://www.amazon.com/Heart-Combs-Nilamuda-Coffee-Ceramic/dp/B08MT1LNKH
**ProductID:** amazon_B08MT1LNKH
**ProductName:** Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
**SellerID:** A1R49SUQLLADEU
**SellerName:** HuongBT Shop

**Item Screenshot Created at:** 2023-06-22 03:07:20
**Checkout Screenshot Created at:** 2023-06-22 03:19:55



Hello
Select your address

Home & Kitchen ▾  Search Amazon

EN ▾  Hello, sign in
Account & Lists ▾   Returns
& Orders   🛒 0

☰ All   Clinic   Best Sellers   Customer Service   Amazon Basics   New Releases   Prime ▾   Music   Today's Deals   **Prime Day is July 11-12**

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

Be ready to say thanks in the moment
Shop multipack gift cards

Home & Kitchen › Kitchen & Dining › Dining & Entertaining › Novelty › Drinkware › Coffee Mugs



Roll over image to zoom in

y Heart Combs Tour
ilamuda Coffee Mug
c Cup 11 Oz Gift For
omen Who Love Mugs

Select delivery location

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

| | | |
|---|---|---|
| **ze** | | |
| ial | **Capacity** | |
| Ceramic | 11 Ounces | |

| | |
|---|---|
| **Brand** | Bilcesa |
| **Color** | Style17 |
| **Special Feature** | Durable |
| **Style** | Modern |
| **Occasion** | Daily |

### About this item

- These Mugs Are Made Using The Highest And Safest Quality Stoneware. Environmental Friendly Material. Cup Bottom Thickening Anti-slip Design,Printed On Both Sides.Beautiful And Personalized Logo Or Pattern Printing
- Unique Ear Design For Comfortable Grip, And Are A Convenient Choice For Your Daily Cup Of Coffee, Tea, Cocoa, Hot Chocolate, Chai, Toddy, Earl Grey.Rugged And Durable, Use It Often To Bring A Warm Feeling, To Accompany You And The People You Care About Every Day,giving You And Your Family A Healthier Life.
- 11 OZ Durable High Quality Ceramic Mug. Treat Yourself Or Give As A Gift To Someone Special.Dishwasher, Microwave Oven Can Not Be Used,If You Need Help, Please Timely Communicate With Me.
- Logistics Time: Ordinary Delivery Time Is 7-14 Days, Expedited Delivery Is 5-8 Days.
- Due To The Special Nature Of Porcelain Firing, It Is Purely Hand-made. Therefore, In The High-temperature Firing Process, Flaws May Appear On The Surface Of The Ceramic, And Small Black Spots, Small Burrs, Small Bumps, Uneven Glazing, Etc. May Occur. The Inevitable Situation Of The Existing Technology Is Also Within The Scope Of International And National Standards, This Is The Normal Situation.

## What do customers buy after viewing this item?

**Most purchased | Highest rated | Lowest Price**
in this set of products

This item:







Growin' Up
› Luke Combs
★★★★★ 1,932
Audio CD
**#1 Best Seller** in Alt-Country & Americana
$11.96
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
3 offers from $7.00

Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee…
★★★★½ 865
$15.99-$18.99

## Customers also search

Page 1 of 3









luke combs coffee mug

monster hunter kitchen

dead by daylight gift

acn mug

beardiful mug

## Product Description

This high quality 11oz. ceramic white mug has a premium hard coat that provides crisp and vibrant color reproduction sure to last for years. Perfect for all hot & cold beverages.High Gloss + Premium White FinishORCA CoatingDishwasher and Microwave Safe3.7\u2033H x 3.7\u2033W x 3.2\u2033D10.2\u2033 Circumference

## Product information

| Brand | Bilcesa |
|---|---|
| Color | Style17 |
| Special Feature | Durable |
| Style | Modern |
| Occasion | Daily |
| Included Components | Handle |
| Shape | Heart |
| Pattern | Letter Print |
| Product Care Instructions | Machine Wash, Microwave Safe, Hand Wash Only |
| Age Range (Description) | Adult |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| ASIN | B08MT1LNKH |

### Feedback

Would you like to **tell us about a lower price?** ⌄

| Best Sellers Rank | #523,550 in Kitchen & Dining (See Top 100 in Kitchen & Dining)<br>#30,628 in Novelty Coffee Mugs<br>#87,999 in Glassware & Drinkware |
| --- | --- |
| Date First Available | November 5, 2020 |

## Videos

Help others learn more about this product by uploading a video!

[Upload your video]

---

## Similar brands on Amazon

Sponsored ⓘ                                                                                    Page 1 of 2

Humor Us Home Goods
Shop the Store on Amazon ›

Molandra Products
Shop the Store on Amazon ›

Print Sup
Shop the







And I Will Always Love You - 12 oz Glass Coffee Cup Mug - Gifts for Women…
★★★★★ 5,608
$15.99



Molandra Products SD South Dakota - 11oz Ceramic Colored Inside & Handle…
★★★★★ 1
$25.66

---

## Looking for specific info?

🔍 Search in reviews, Q&A…

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

No customer reviews

| 5 star | | 0% |
| --- | --- | --- |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

---

## Overstock deals on Novelty Coffee Mugs  Explore more in Outlet

Page 1 of 15







Cat Coffee Pour Over Filter Cone and Ceramic Mug Set Great Cat Lovers Gift by Simply...

★★★★☆ 69

**50% off**  Deal

$13.99

Typical: ~~$27.99~~

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon
Only 12 left in stock - order...

Funny Christmas Gifts for Women Dead Inside But Caffeinated Gifts for Coffee Addict Mom Bu...

★★★★½ 12

**30% off**  Deal

$5.59

Typical: ~~$7.99~~

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Retreez She Who Must Be Obeyed 16 Oz Enamel Stainless Steel Metal Camping Campfi...

★★★★★ 4

**30% off**  Deal

$11.89

List: ~~$16.99~~

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

EuroGraphics (EURHR) Illustrated Periodic Table of The Elements 300Piece Puzzle...

★★★★½ 24

**26% off**  Deal

$14.60

Typical: ~~$19.79~~

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Retreez Funny Mug - I May Be Wrong but I Doubt It 11 Oz Ceramic Coffee Tea Mugs - Fun...

★★★★½ 4

**30% off**  Deal

$10.88

List: ~~$15.55~~

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon
Only 15 left in stock - order...

---

## Recommended based on your shopping trends

Page 1 of 4

Sponsored 









ZQEOU Boyfriend Keychain 1 Year Sobriety Gifts Alcoholics Anonymous Keychain Father Gift from Daughter

$9.89  ✓prime

I'M LUKE DOING LUKE THINGS Funny Birthday Name Gift Idea T-Shirt

★★★★½ 19

$19.99  ✓prime

Women Vintage Western T Shirt Boho Cow Skull Graphic Rodeo Shirt Retro Bull Skull Cowgirl Tee Oversized Short

★★★★½ 2

$17.99  ✓prime

WZMPA Country Music Cosmetic Makeup Bag Music Lover Gift Country Lyric Zipper Pouch Bag For Women Girls

★★★★½ 13

$10.89  ✓prime

Rapp Albun Canv Deco Paint

★★

$18.9

### Best Sellers in Kitchen & Dining

Page 1 of 8







Bounty Quick Size Paper Towels, White, 8 Family Rolls = 20 Regular Rolls (Packaging May Vary)

★★★★★ 108,309

**#1 Best Seller** in Paper Towels

$24.42

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Bounty Quick-Size Paper Towels, White, 16 Family Rolls = 40 Regular Rolls (Packaging May Vary)

★★★★★ 87,983

$43.15 ($2.31/100 Sheets)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Starbucks K-Cup Coffee Pods—Medium Roast Coffee—Pike Place Roast for Keurig Brewe…

★★★★☆ 118,751

**#1 Best Seller** in Single-Serve Coffee Capsules & Pods

$49.32 ($0.51/Count)

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon

Amazon Brand - Presto! Flex-a-Size Paper Towels, 158 Sheet Huge Roll, 12 Rolls (2 Packs …

★★★★☆ 86,957

**Amazon's Choice** in Paper Towels

$28.28 ($1.49/100 Sheets)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Boun Towe Rolls (Pack

★★

$33.8

Get it

FREE over $

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

🌐 English        🇺🇸 United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Listen to Books &
Original
Audio Performances

**Goodreads**
Book reviews
& recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals
Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Warehouse**
Great Deals on
Quality Used
Products

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to
your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

FREE TRIAL

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 29, 2023 - July 6, 2023**

Items shipped from Besthao Store

**Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs**

$7.00

Qty: 1

Sold by: Besthao Store

Gift options not available

**Choose a delivery option:**

(●) **Thursday, June 29 - Thursday, July 6**
FREE Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $7.72**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $7.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $7.00 |
| Estimated tax to be collected:* | $0.72 |
| **Order total:** | **$7.72** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Accessories-Decorations-Bracelets-Wristband-Birthday/dp/B0BW8X1NZ3
**ProductID:** amazon_B0BW8X1NZ3
**ProductName:** Generic
**SellerID:** A1SCONFIUNF7P9
**SellerName:** yunnanluobidianzishangwuyouxiangongsi

**Item Screenshot Created at:** 2023-06-22 03:07:17
**Checkout Screenshot Created at:** 2023-06-22 03:16:55



amazon Hello Select your address | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Clinic | Best Sellers | Customer Service | Amazon Basics | New Releases | Prime | Music | Today's Deals | Prime Day is July 11-12

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Prime Day is July 11-12 prime day

Clothing, Shoes & Jewelry › Shoe, Jewelry & Watch Accessories › Shoe Care & Accessories › Shoe Decoration Charms

Brand: Generic

# Singer Shoe Charms 20PCS Shoes Charms for Croc PVC Cute Clog Pins Accessories Fit for Kids Girls Boys Adults Decorations Bracelets Wristband Birthday Party Favors Supplies Gifts

4.7 ★★★★☆ 8 ratings

$13.89

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

- You will get pieces of different pattern charms as pictures show. No Random, No duplicate, they are all colorful and adorable designed that kids and adults are sure to love.
- Lovely cool charms to make your shoes more beautiful and unique. They are also perfect gift for special party, Christmas and Halloween stuff,.......
- Our shoe charms accessories made with high-quality waterproof PVC materials, non-toxic and safety, easy to install and take out.
- Easy to Use: If you to install the shoe charm, please hold it and insert with 45 degree angle. To remove it, reach into holes of shoes, push the bottom of the shoe charm slightly till it comes out.
- If you have an issue with your purchase, simply contact us on Amazon for replacement or full refund. Totally risk-free and hassle free.

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

$13.89

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

FREE delivery **Monday, June 26** on orders shipped by Amazon over $25

Or fastest delivery **Saturday, June 24**. Order within 53 mins

Select delivery location

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | yunnanluobidianzishangwu |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

New (3) from $13.89 FREE Shipping on orders over $25.00 shipped by Amazon.

**Other Sellers on Amazon**

$13.99 Add to Cart
FREE Shipping on orders over $25.00 shipped by Amazon.
Sold by: DucThinhShop

## Buy it with



+



+



Total price: **$37.87**

[ Add all three to Cart ]

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Singer Shoe Charms 20PCS Shoes Charms for Croc PVC Cute Clog Pins Accessorie...
$13.89

VZDIOR Lot of 20,30 Pieces City Shoe Charms Mexican Men Women Shoes Decorations
$13.99

37Pcs Lot Green Shoe Charms Fits for DIY Clog Sandals PVC Shoe Decoration Shoes...
$9.99

---

## Customers who viewed this item also viewed

Page 1 of 7

    

| WorkedLikeACharm 5pcs Cowboy Cowgirl Boots Hat Texas Shoe Charms for Clog Shoes by Worked Like A Charm,... | Horse Croc Charms 35PCS Western Cowgirl Croc Charms for Girls Boys Men Adult, Cow Country Croc Charms f... | Mydikuw Singer Shoe Charms 20PCS Shoes Charms for PVC Cute Clog Pins Accessories Fit for Girls Boys Adults Decorations Bracelets... | VZDIOR Lot of 20,30 Pieces City Shoe Charms Mexican Men Women Shoes Decorations | 40 PCS Western Croc Charms for Girls,PVC Cute Croc Charms for Boys,Cow Croc Charms Girls Goth Croc Charms,Horse Croc... |
|---|---|---|---|---|
| ★★★★☆ 55 | ★★★★☆ 9 | | ★★★★☆ 1,174 | ★★★★☆ 4 |
| $4.35 | $9.99 ($0.29/Count) | $5.88 | $13.99 | $9.99 ($0.25/Count) |
| Get it as soon as **Monday, Jun 26** | Get it as soon as **Tuesday, Jun 27** | Get it as soon as **Monday, Jun 26** | Get it as soon as **Tuesday, Jun 27** | FREE Shipping on orders over $25 shipped by Amazon |
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | Only 1 left in stock - order... |

---

## Product Description

You will get pieces of different pattern charms as pictures show. No Random, No duplicate, they are all colorful and adorable designed that kids and adults are sure to love. Lovely cool charms to make your shoes more beautiful and unique. They are also perfect gift for special party, Christmas and Halloween stuff,........ Our shoe charms accessories made with high-quality waterproof PVC materials, non-toxic and safety, easy to install and take out. Easy to Use: If you to install the shoe charm, please hold it and insert with 45 degree angle. To remove it, reach into holes of shoes, push the bottom of the shoe charm slightly till it comes out. If you have an issue with your purchase, simply contact us on Amazon for replacement or full refund. Totally risk-free and hassle free.

## Product details

**Package Dimensions** : 2.4 x 1.2 x 0.6 inches; 1.76 Ounces

**Date First Available** : February 20, 2023

**Manufacturer** : Generic

**ASIN** : B0BW8X1NZ3

**Best Sellers Rank:** #282,331 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
  #1,959 in Shoe Decoration Charms

**Customer Reviews:** 4.7 ★★★★☆ ⌄    8 ratings

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

---

## Brands in this category on Amazon

Sponsored ⓘ





FNF Merch - Ideal gift for fans & players

---

## Looking for specific info?

🔍 Search in reviews, Q&A…

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

⭐⭐⭐⭐½ 4.7 out of 5

8 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 28% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### No customer reviews

There are 0 customer reviews and 8 customer ratings.

---

### Review this product

Share your thoughts with other customers

Write a customer review

---

**Overstock deals on Shoe Decoration Charms** Explore more in Outlet          Page 1 of 2









CTLUUT Bling Shoe Charms for Croc for Women Cute Black Girl Shoe Decoration…

★★★★★ 54

**30% off** Deal

$15.38

List: $21.98

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Shoe Charms poo emojis 10pc set of assorted shoe charms with poo emoji characters. PVC…

★★★★★ 2

**30% off** Deal

$5.59

Was: $7.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon Only 5 left in stock - order…

kilofly 2 Pairs Elegant Rhinestones Decorations Charms Shoe Clips Wedding Party

★★★☆☆ 46

**30% off** Deal

$11.89

Was: $16.99

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon

20pcs Croc shoe Charms for Boys Sports Shoe Charms for Croc Shoe Decoration Charms for…

★★★★★ 2

**30% off** Deal

$4.19

Was: $5.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Shoes Nuts Shoes Balls Bling Shoes Charms for Men Women Shoe Decoration Charms Bal…

★★★★☆ 4

**42% off** Deal

$6.99

List: $11.99

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon Only 10 left in stock - order…

## Best Sellers in this category

Page 1 of 7








BAGAIL 8 Set Packing Cubes Luggage Packing Organizers for Travel Accessories

★★★★☆ 20,017

**#1 Best Seller** in Travel Packing Organizers

$24.99

Get it as soon as **Thursday, Jun 29**

FREE Shipping on orders over $25 shipped by Amazon

Star Wars The Mandalorian and Grogu Dadalorian Father's Day T-Shirt

★★★★★ 265

$22.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

BAGAIL 8 Set Packing Cubes Luggage Packing Organizers for Travel Accessories

★★★★☆ 20,017

**#1 Best Seller** in Travel Packing Organizers

$24.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

PandaEar Set of 3 Cute Silicone Baby Bibs for Babies & Toddlers (10-72 Months) Waterproof, S…

★★★★★ 9,348

**#1 Best Seller** in Baby Feeding Bibs

$8.45

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Star W… Lights Fathe…

★★★… $22.9…

Get i…
Jun 2…

FREE
over $…

## Popular products based on this item

Page 1 of 4








9pcs cute Shoe Charms For Kids Boys Girls, cute cartoon Charms Accessories For Clog…

★★★★☆ 37

**Amazon's Choice** in Shoe Decoration Charms

$6.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Game Shoe Charms Horror 11PCS Shoes Charms for Croc PVC Cute Clog Pins Accessories for Kid…

★★★★☆ 14

$11.99 ($1.09/count)

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon Only 16 left in stock - order…

Mom Shoe Charms Mother 12PCS Grandma Shoes Charms for Croc Mommy PVC Mama Cute Clog Pins Mummy…

★★★★★ 20

$11.99 ($1.00/Count)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

YR1COP Cute 35pcs Cartoon Game Characters shoe charms PVC shoe Decoration for DIY clog Sandals kid gi…

★★★★★ 1

$6.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Cow… Anim… Charm… Cute Acces…

★★★…
$9.69…

Get i…
Jun 2…

FREE
over $…

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

amazon

English          United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy |
| **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust |

Conditions of Use     Privacy Notice     Your Ads Privacy Choices ✔✗

© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)

🔒

**1 Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

**Change**

🔴 Or pick up near this address - See nearby pickup
locations

**2 Payment method**

MasterCard ending in 3709

**Change**

Billing address: Same as shipping
address.

∧ Add a gift card or promotion code or
voucher

[ Enter code ]  [ Apply ]

**3 Offers**

**4 Review items and shipping**



FREE TRIAL

**Wendell, we're giving you
Prime FREE for 30 days!**
Get your Prime eligible items
~~Saturday, June 24 by 8PM~~ **Friday,
June 23 by 8PM** for ~~$6.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel
anytime.

**Delivery: June 24, 2023** If you order in the next 1 hour and 43 minutes (Details)
Items shipped from Amazon.com

**Singer Shoe Charms 20PCS
Shoes Charms for Croc PVC
Cute Clog Pins Accessories
Fit for Kids Girls Boys
Adults Decorations
Bracelets Wristband
Birthday Party Favors
Supplies Gifts**
$13.89 & FREE Returns ∨

Qty: 1 ∨

Sold by:
yunnanluobidianzishangwuyouxiangongsi
Amazon Prime eligible Join now

🎁 Add gift options

Choose a delivery option:

○ FREE Two-Day Delivery with your free
trial of Prime

● **Fast, FREE Delivery** prime

**Saturday, June 24**
$6.99 - Shipping

○ **Friday, June 23**
$9.99 - Shipping

**Place Your Order and Pay**

You'll be securely redirected to MasterCard
to complete this transaction.

**Order total: $22.30**
By placing your order, you agree to Amazon's
privacy notice and conditions of use.

---

Get FREE Two-Day Delivery and
save $6.99 on this order when
you start your 30-day FREE trial
of Prime.

[ Try Prime FREE ]

**Place Your Order and Pay**

You'll be securely redirected to
MasterCard to complete this
transaction.

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $13.89 |
| Shipping & handling: | $6.99 |
| Total before tax: | $20.88 |
| Estimated tax to be collected: | $1.42 |
| **Order total:** | **$22.30** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions
apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Luke-Combs-Bedroom-Landscape-Unframe-style12x18inch/dp/B0C2CX2KF5
**ProductID:** amazon_B0C2CX2KF5
**ProductName:** Luke Combs - Gettin' Old Album Poster Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-style12x18inch(30x45cm)
**SellerID:** A1U7KA0EG96E2A
**SellerName:** hefeixiongyushangmaoyouxiangong

**Item Screenshot Created at:** 2023-06-22 03:07:59
**Checkout Screenshot Created at:** 2023-06-22 03:38:31



Home & Kitchen › Wall Art › Posters & Prints



Roll over image to zoom in

## Luke Combs - Gettin' Old Album Poster Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-style12x18inch(30x45cm)

Brand: SGTD

$15⁰⁰

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

**Size: 12x18inch(30x45cm)**

| 12x18inch(30x45cm) |
| 16x24inch(40x60cm) |
| 20x30inch(50x75cm) |
| 24x36inch(60x90cm) |

**Color: Unframe-style**

 

| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Number of Items | 1 |
| Orientation | Landscape |
| Shape | Rectangular |

### About this item

- [ High Quality ]. Printed pictures on high quality canvas with eco-friendly inks to make HD modern wall art. Odorless, unbreakable, brightly colored and waterproof, UV resistant, fade resistant, and resistant to preservation.
- [ Size Type ] The finished product is divided into framed and unframed, and



$15⁰⁰

FREE delivery **July 14 - August 4.** Details

Select delivery location

**In stock**
Usually ships within 2 to 3 days.

Qty: 1

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
| Ships from | hefeixiongyushangmaoyc |
| Sold by | hefeixiongyushangmaoyc |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

**Add to List**

Have one to sell?

**Sell on Amazon**

the corresponding 4 different sizes. Framed paintings have been equipped with hooks, ready to hang, not only easier to install, and looks more modern room aesthetic decorative effect.

- [Reinforced Packaging]. Unframed canvas paintings are rolled up and shipped in sturdy pvc tubes. Framed canvas paintings are wrapped around the outside of a lightweight wooden frame, protected and shipped in cardboard boxes. All packages are reinforced and protected.

- [Multiple uses]. Suitable for homes, living rooms ,bedroom and dorm, as well as office, KTV, bar and other commercial wall art. Ideal as holiday, birthday and anniversary gifts for family, lovers, friends, boys, girls, co-workers, etc.

- [ For you ] Fashionable cover art and music star album posters, including classic works with hip-hop, rock, pop and rap artists, they can be fun and creative merchandise. If you have any questions, please contact our staff and we will try our best to help you.

## Buy it with

 

**This item:** Luke Combs - Gettin' Old Album Poster Canvas Poster Bedroom Decor Sports…
$15⁰⁰

ZXETY CTRL Poster Canvas Printed Poster Unframe:16x24inch(40x60cm)
$18⁸⁸

LANGYU J Poster Cole 2014 Forest Hills Drive Album Cover Poster Canvas Printed Poster…
$6⁸⁰

Total price: $40.68

**Add all three to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

## Customers also search

Page 1 of 4

     

luke combs 16x24 poster

lolide album poster

hardy poster

hardy poster country singer

luke combs album poster

**What do customers buy after viewing this item?**

**Highest rated | Lowest Price**
in this set of products

**Most purchased**
in this set of products

**This item:**







**Growin' Up**
›Luke Combs

⭐⭐⭐⭐⭐ 1,932

Audio CD

**#1 Best Seller** in Alt-Country & Americana

$11.96

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25
shipped by Amazon

**One Thing At A Time[2 CD]**
›Morgan Wallen

⭐⭐⭐⭐⭐ 1,096

Audio CD

$16.96

Get it as soon as **Wednesday, Jun 28**

FREE Shipping on orders over $25
shipped by Amazon

**Luke Combs - Gettin' Old Album Poster Canvas Poster Bedroom Decor Sports Landscape Office Room...**

$15.00

Get it Jul 14 - Aug 4

FREE Shipping

**Gettin' Old**
›Luke Combs

⭐⭐⭐⭐⭐ 388

Audio CD

$11.98

Get it as soon as **Mond**

FREE Shipping on ord
shipped by Amazon

## Product information

| | |
|---|---|
| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Number of Items | 1 |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Landscape,Modern,Sports |
| Frame Type | Wrapped Canvas |
| Wall Art Form | Poster |
| Material | canvas |
| Color | Unframe-style |
| Style | Modern |
| Room Type | Bedroom,Living Rooms,Office,Office Room |
| Brand | SGTD |
| Special Feature | Waterproof, Lightweight |
| Frame Material | Wood |
| Mounting Type | Wall Mount |
| ASIN | B0C2CX2KF5 |
| Best Sellers Rank | #1,839,112 in Home & Kitchen (See Top 100 in Home & Kitchen) #94,454 in Posters & Prints |
| Date First Available | April 13, 2023 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

【 High Quality 】 Printed pictures on high quality canvas with eco-friendly inks to make HD modern wall art. Odorless, unbreakable, brightly colored and waterproof, UV resistant, fade resistant, and resistant to preservation.

【 Size Type 】 The finished product is divided into framed and unframed, and the corresponding 4 different sizes. Framed paintings have been equipped with hooks, ready to hang, not only easier to install, and looks more modern room aesthetic decorative effect.

【 Reinforced Packaging 】 Unframed canvas paintings are rolled up and shipped in sturdy pvc tubes. Framed canvas paintings are wrapped around the outside of a lightweight wooden frame, protected and shipped in cardboard boxes. All packages are reinforced and protected.

【 Multiple Uses 】 Suitable for homes, living rooms ,bedroom and dorm, as well as office, KTV, bar and other commercial wall art. Ideal as holiday, birthday

and anniversary gifts for family, lovers, friends, boys, girls, co-workers, etc.
【For You】Fashionable cover art and music star album posters, including classic works with hip-hop, rock, pop and rap artists, they can be fun and creative merchandise. If you have any questions, please contact our staff and we will try our best to help you.

## Overstock deals on Wall Art  Explore more in Outlet

Page 1 of 15

    

| Mother Day Gift The Love Between A Mother And Daughter is Forever Wall Decor Gift To Mu… | Yihui Arts Coral Canvas Wall Art Hand Painted Navy Blue and White Paintings Modern… | SOOTHAN Spa Wall Art Bath Towel & Herbs Bathroom Wall Decor Massage Treatment Sti… | Enartly Flowers Canvas Wall Art White Botanical Plants Butterflys Paintings Natural Flora… | Anatomical Heart, Upcycled Vintage Dictionary Art Print, Dictionary Wall Art,… |
|---|---|---|---|---|
| ★★★★☆ 4 | ★★★★☆ 114 | ★★★★☆ 41 | ★★★★☆ 75 | ★★★★★ 1 |
| **30% off** Deal | **30% off** Deal | **30% off** Deal | **30% off** Deal | **30% off** Deal |
| $7.68 | $48.93 | $11.20 | $19.52 | $8.32 |
| List: ~~$10.98~~ | Typical: ~~$69.90~~ | Typical: ~~$16.00~~ | Typical: ~~$27.90~~ | Typical: ~~$11.89~~ |
| Get it as soon as **Monday, Jun 26** | Get it as soon as **Tuesday, Jun 27** | Get it as soon as **Monday, Jun 26** | Get it as soon as **Tuesday, Jun 27** | Get it as soon as **Monday, Jun 26** |
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |
| | Only 3 left in stock - order… | Only 5 left in stock - order… | | |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ

HAUS AND HUES
Shop the Store on Amazon ›

Wallbuddy
Shop the Store on Amazon ›

Trends In
Shop the…

  

| HAUS AND HUES Beer Types Poster Bar Wall Decor Bar Signs for Man Cave Beer… | Cowboy Rodeo Publicity Vintage Decor, Cute & Unique Cafe Bar Home Decor… |
|---|---|
| ★★★★☆ 118 | ★★★★★ 46 |
| $32.99 List: ~~$34.99~~ | $24.99 |

## Looking for specific info?

🔍 Search in reviews, Q&A…

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



### Popular products based on this item

Page 1 of 3

**Kendrick Poster Good Boy Maad City Album Cover with Signature Limited Edition Room Aesthetic Decorat Canvas Poster Bedroom Decor…**
★★★★☆ 6
$15.80-$21.80

**Joan Jett Poster Blackhearts Poster Vintage Rock Music Poster Classic Rock Album Poster Canvas Poster…**
★★★★☆ 33
Amazon's Choice in
Posters & Prints
$14.80-$19.90

**Breakfast at Tiffany's Movie Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Frame-style 12x18inch(30x45cm)**
★★★★☆ 60
$16.00-$99.00

**Tyler The Creator Igor Album Cover Poster Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gif…**
★★★★☆ 13
$14.00
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

**YEZLI Tiller Poste Print for Li**
★★
$11.9

### Best Sellers in Home & Kitchen

Page 1 of 8







Queen Size Sheet Set - Breathable & Cooling - Hotel Luxury Bed Sheets - Extra Soft - Deep...

★★★★½ 254,140

**#1 Best Seller** in Home & Kitchen

$29.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Bedsure Satin Pillowcase for Hair and Skin Queen - Silver Grey Silk...

★★★★½ 279,126

**#1 Best Seller** in Bed Pillow Pillowcases

**46% off** Deal

$6.29 ($3.15/Count)
List: $11.69

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Safer Home SH502 Indoor Plug-In Fly Trap for Flies, Fruit Flies, Moths, Gnats, and Oth...

★★★★½ 4,638

**#1 Best Seller** in Patio, Lawn & Garden

$17.97

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon

Utopia Bedding Queen Bed Sheets Set - 4 Piece Bedding - Brushed Microfiber - Shrinkage and Fade Resistant -...

★★★★½ 143,319

$21.95

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Utopi Pillow White Bed a...

★★½

**#1 B** Pillow

$15.9

Get it Jun 26

FREE $25 sh

🌿 Cli

---

See personalized recommendations

**Sign in**

New customer? Start here.

---

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

---

**amazon**

🌐 English        🇺🇸 United States

---

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

| Audible | Book Depository | Box Office Mojo | ComiXology | | DPReview | Fabric |
|---|---|---|---|---|---|---|
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | | Digital Photography | Sewing, Quilting & Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | | Prime Video Direct |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | | Video Distribution Made Easy |
| Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | | Zappos | Ring |
| Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | | PillPack | Amazon Renewed |
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices ✔✕

© 1996–2023, Amazon.com, Inc. or its affiliates

# amazon



## Checkout (1 item)

🔒

**1**   **Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

**2**   **Payment method**

MasterCard ending in 3709

Change

**Billing address:** Same as shipping address.

Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

**3**   **Offers**

**4**   **Review items and shipping**

**FREE TRIAL**

Wendell, we're giving you 30 days of Prime benefits for FREE

[ Try Prime FREE for 30 days > ]

**Estimated delivery: July 14, 2023 - Aug. 4, 2023**
Items shipped from hefeixiongyushangmaoyouxiangong

Luke Combs - Gettin' Old Album Poster Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-style12x18inch(30x45cm)
**$15.00**
Qty: 1 ⌄
Sold by:
hefeixiongyushangmaoyouxiangong

Gift options not available

**Choose a delivery option:**
🔘 **Friday, July 14 - Friday, Aug. 4**
FREE Shipping

---

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $16.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

### Sidebar

Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE

[ Try Prime FREE ]

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $15.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $15.00 |
| Estimated tax to be collected:* | $1.54 |
| **Order total:** | **$16.54** |

How are shipping costs calculated?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Luke-Combs-Bedroom-Landscape-Unframe-style12x18inch/dp/B0C2CZYR6Z
**ProductID:** amazon_B0C2CZYR6Z
**ProductName:** Luke Combs - Gettin' Old Album Poster (2) Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-style12x18inch(30x45cm)
**SellerID:** A1U7KA0EG96E2A
**SellerName:** hefeixiongyushangmaoyouxiangong

**Item Screenshot Created at:** 2023-06-22 03:07:45
**Checkout Screenshot Created at:** 2023-06-22 03:34:06





Home & Kitchen › Wall Art › Posters & Prints



Roll over image to zoom in

## Luke Combs - Gettin' Old Album Poster (2) Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-style12x18inch(30x45cm)

Brand: SGTD

$15⁰⁰

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Size: 12x18inch(30x45cm)

12x18inch(30x45cm)

16x24inch(40x60cm)

20x30inch(50x75cm)

24x36inch(60x90cm)

Color: Unframe-style

 

| Size | 12x18inch(30x45cm) |
| --- | --- |
| Product Dimensions | 18"L x 12"W |
| Number of Items | 2 |
| Orientation | Landscape |
| Shape | Rectangular |

## About this item

- [ High Quality ]. Printed pictures on high quality canvas with eco-friendly inks to make HD modern wall art. Odorless, unbreakable, brightly colored and waterproof, UV resistant, fade resistant, and resistant to preservation.
- [ Size Type ] The finished product is divided into framed and unframed, and



$15⁰⁰

FREE delivery **July 14 - August 4.** Details

Select delivery location

**In stock**
Usually ships within 2 to 3 days.

Qty: 1

**Add to Cart**

**Buy Now**

Payment　Secure transaction
Ships from　hefeixiongyushangmaoyc
Sold by　hefeixiongyushangmaoyc
Returns　Eligible for Return, Refund or Replacement within 30 days of receipt

**Add to List**

Have one to sell?

**Sell on Amazon**

the corresponding 4 different sizes. Framed paintings have been equipped with hooks, ready to hang, not only easier to install, and looks more modern room aesthetic decorative effect.

- [Reinforced Packaging]. Unframed canvas paintings are rolled up and shipped in sturdy pvc tubes. Framed canvas paintings are wrapped around the outside of a lightweight wooden frame, protected and shipped in cardboard boxes. All packages are reinforced and protected.

- [Multiple uses]. Suitable for homes, living rooms ,bedroom and dorm, as well as office, KTV, bar and other commercial wall art. Ideal as holiday, birthday and anniversary gifts for family, lovers, friends, boys, girls, co-workers, etc.

- [ For you ] Fashionable cover art and music star album posters, including classic works with hip-hop, rock, pop and rap artists, they can be fun and creative merchandise. If you have any questions, please contact our staff and we will try our best to help you.

## Buy it with



**This item:** Luke Combs - Gettin' Old Album Poster (2) Canvas Poster Bedroom Decor Sports...
$15.00

ZXETY CTRL Poster Canvas Printed Poster Unframe:16x24inch(40x60cm)
$18.88

OFITIN Kendrick Lamar Poster - Damn Poster Kendrick Lamar Album Cover Poster for Room...
$12.00

Total price: $45.88

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

---

## Overstock deals on Wall Art  Explore more in Outlet

Page 1 of 15













**iLOOKLiKE 5 Panels Large Sea Wave Canvas Prints Wall Art Ocean Theme Seascape Pictu…**
★★★★★ 1
**20% off** Deal
$39.99
Was: ~~$49.99~~
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon
Only 9 left in stock - order…

**TIME TREE Space Wall Art, Framed Space Poster Nursery Wall…**
★★★★★ 153
Amazon's Choice in Posters & Prints
**30% off** Deal
$15.39
Was: ~~$21.99~~
Get it as soon as **Wednesday, Jun 28**
FREE Shipping on orders over $25 shipped by Amazon
Only 15 left in stock - orde…

**Mora color Thanksgiving Day happy thanksgiving tin Sign Vintage Metal Pub Club Cafe bar Ho…**
★★★★½ 65
**45% off** Deal
$5.49
Was: ~~$9.99~~
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

**Quimom Danish Pastel Room Decor Aesthetics, 50pcs Room Aesthetics Posters, 4x6 Inch Paste…**
★★★★★ 6
**30% off** Deal
$6.78
Was: ~~$9.69~~
Get it as soon as **Wednesday, Jun 28**
FREE Shipping on orders over $25 shipped by Amazon
Only 12 left in stock - orde…

**ArtbyHannah Blue and Gold Abstract Canvas Wall Art, 3 Panels Modern Blue Wall Art Decor for Bedroom…**
★★★★½ 68
**30% off** Deal
$20.99
Was: ~~$29.99~~

---

## Customers who viewed this item also viewed                    Page 1 of 2

‹









›

**Luke Combs – This One's For You Canvas Posters Wall Art Bedroom Office Room Decor Gift Unframe-…**
★★★★☆ 1
$13.88
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon
Only 17 left in stock - orde…

**BMXRX Luke Combs – What You See Is What You Get Canvas Posters Wall Art Bedroom Office Room Decor Gift…**
★★★★☆ 1
$14.89
Get it as soon as **Wednesday, Jun 28**
FREE Shipping on orders over $25 shipped by Amazon

**Weston Ink Pop Music Ed Sheeran -(subtract) Album Cover Canvas Posters - High Resolution Wall Aesthetic Art Music…**
$14.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

**Gettin' Old**
›Luke Combs
★★★★★ 388
Audio CD
$11.98
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

**Growin' Up**
›Luke Combs
★★★★★ 1,932
Audio CD
**#1 Best Seller** in Alt-Country & Americana
$11.96
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

---

## Product information

| Size | 12x18inch(30x45cm) |
| --- | --- |
| Product Dimensions | 18"L x 12"W |
| Number of Items | 2 |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Modern,Sports |
| Frame Type | Wrapped Canvas |
| Wall Art Form | Poster |
| Material | canvas |
| Color | Unframe-style |
| Style | Modern |
| Room Type | Bedroom,Living Rooms,Office,Office Room |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

| Brand | SGTD |
|---|---|
| Special Feature | Waterproof, Lightweight |
| Frame Material | Wood |
| Mounting Type | Wall Mount |
| ASIN | B0C2CZYR6Z |
| Best Sellers Rank | #645,268 in Home & Kitchen (See Top 100 in Home & Kitchen) #19,868 in Posters & Prints |
| Date First Available | April 13, 2023 |

## Product Description

【 High Quality 】 Printed pictures on high quality canvas with eco-friendly inks to make HD modern wall art. Odorless, unbreakable, brightly colored and waterproof, UV resistant, fade resistant, and resistant to preservation.

【 Size Type 】 The finished design is divided into framed and unframed, and the corresponding 4 different sizes. Framed paintings have been equipped with hooks, ready to hang, not only easier to install, and looks more modern room aesthetic decorative effect.

【 Reinforced Packaging 】 Unframed canvas paintings are rolled up and shipped in sturdy pvc tubes. Framed canvas paintings are wrapped around the outside of a lightweight wooden frame, protected and shipped in cardboard boxes. All packages are reinforced and protected.

【 Multiple Uses 】 Suitable for homes, living rooms ,bedroom and dorm, as well as office, KTV, bar and other commercial wall art. Ideal as holiday, birthday and anniversary gifts for family, lovers, friends, boys, girls, co-workers, etc.

【 For You 】 Fashionable cover art and music star album posters, including classic works with hip-hop, rock, pop and rap artists, they can be fun and creative merchandise. If you have any questions, please contact our staff and we will try our best to help you.

## More items you may like for your home



**Indian Girl Chief Native American Canvas Wall Art for Bedroom Living Room Decor Home Prints Painting Artwork 3 Pie...**
★★★★½ 79
$96.99
Get it Jun 27 - 30
$29.99 shipping



**Aka aka Poster Eminem Concert Tour Rapper Art , Black , 12x18 inches poster**
★★★★½ 7
$11.00
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon
Only 11 left in stock - orde...



**Aka aka Poster MAC Miller Poster Wall Art Decor Print 12"x 18" inches...**
★★★★☆ 11
Save 25%
$8.99
Was: $11.99
Lowest price in 30 days
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon
Only 11 left in stock - orde...



**Aka aka Poster Machine Gun Kelly MGK Rapper 12x18 inches**
★★★★½ 2
$1.00
$4.99 shipping
Only 2 left in stock - order...



**Aka aka Poster Childish Gambino Art Rapper 12X12 inches**
★★★★☆ 9
Save 8%
$11.99
Was: $12.99
Lowest price in 30 days
Get it as soon as **Wednesday, Jun 28**
FREE Shipping on orders over $25 shipped by Amazon
Only 8 left in stock - order...

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored ⓘ                                                                                        Page 1 of 2

HAUS AND HUES
Shop the Store on Amazon ›

Wallbuddy
Shop the Store on Amazon ›

Trends In
Shop the





**HAUS AND HUES** Beer Types Poster Bar Wall Decor Bar Signs for Man Cave Beer…

⭐⭐⭐⭐⯪ 118

$32.99 List: $34.99



**Cowboy Rodeo Publicity Vintage Decor, Cute & Unique Cafe Bar Home Decor…**

⭐⭐⭐⭐⭐ 46

$24.99



# Looking for specific info?

🔍 Search in reviews, Q&A…

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Recommended based on your shopping trends

Sponsored ⓘ











Vanjewnol Gifts for Mom, Bonus Mom Necklace from Daughter/Son, Infinity Heart Necklaces for

⭐⭐⭐⭐⭐ 1,034

$16.96  ✓prime

Preppy Patch Makeup Bag-Nylon Cosmetic Preppy Makeup Face Bag with Zipper-Varsity Stoney Clover Chenille

⭐⭐⭐⭐½ 142

$18.99  ✓prime

Crocs Unisex-Adult Icon Pack Shoe Charms | Jibbitz

⭐⭐⭐⭐½ 914

$19.99  ✓prime

KEIAOUE Flower Shoe Charms Decoration for Girls Cute Flower Shoe Charms Accessories for Kids Teens Adults

⭐⭐⭐ 1

$8.99  ✓prime

IOKUKI Croc Charms f Boys, 35 PCS Croc Charms for Teens, Basketball Football Soccer Volleyball

⭐⭐⭐⭐½ 16

$9.88  ✓prime

## Popular products based on this item











Kendrick Poster Good Boy Maad City Album Cover with Signature Limited Edition Room Aesthetic Decorat Canvas Poster Bedroom Decor...

⭐⭐⭐⭐ 6

$15.80-$21.80

Joan Jett Poster Blackhearts Poster Vintage Rock Music Poster Classic Rock Music Poster Canvas Poster...

⭐⭐⭐⭐½ 33

**Amazon's Choice** in Posters & Prints

$14.80-$19.90

Breakfast at Tiffany's Movie Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Frame-style 12x18inch(30x45cm)

⭐⭐⭐⭐ 60

$16.00-$99.00

Tyler The Creator Igor Album Cover Poster Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gif...

⭐⭐⭐⭐½ 13

$14.00

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

YEZLH Bryson Poster Tiller Trapsoul Music Album Cover Canvas Poster Wall Art Decor Print Picture Paintings for Living Room...

⭐⭐⭐⭐½ 7

$11.99-$19.90

---

See personalized recommendations

**Sign in**

New customer? Start here.

---

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Visa | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Sustainability | Become an Affiliate | Shop with Points | Amazon Prime |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Manage Your Content and Devices |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Your Recalls and Product Safety Alerts |
| Amazon Science | Self-Publish with Us | | Help |
| | Host an Amazon Hub | | |
| | › See More Ways to Make Money | | |





amazon English United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | Fabric<br>Sewing, Quilting & Knitting |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy |
| Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems |
| eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust |

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: July 14, 2023 - Aug. 4, 2023**

Items shipped from hefeixiongyushangmaoyouxiangong

**Luke Combs - Gettin' Old Album Poster (2) Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-style12x18inch(30x45cm)**

**$15.00**

Qty: 1

Sold by:
hefeixiongyushangmaoyouxiangong

Gift options not available

**Choose a delivery option:**

- **Friday, July 14 - Friday, Aug. 4**
  FREE Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $16.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $15.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $15.00 |
| Estimated tax to be collected:* | $1.54 |
| **Order total:** | **$16.54** |

How are shipping costs calculated?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Bedroom-Landscape-Unframe-Luke-Poster12x18inch-30x45cm/dp/B0C3JD549J
**ProductID:** amazon_B0C3JD549J
**ProductName:** Luke Combs Poster, Growin' Up Poster Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-Luke Combs Poster, Growin' Up Poster12x18inch(30x45cm)
**SellerID:** A1U7KA0EG96E2A
**SellerName:** hefeixiongyushangmaoyouxiangong

**Item Screenshot Created at:** 2023-06-22 03:07:35
**Checkout Screenshot Created at:** 2023-06-22 03:28:41





Home & Kitchen › Wall Art › Posters & Prints



Roll over image to zoom in

## Luke Combs Poster, Growin' Up Poster Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-Luke Combs Poster, Growin' Up Poster12x18inch(30x45cm)

Brand: SGTD

---

$15.00

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Size: **12x18inch(30x45cm)**

| 12x18inch(30x45cm) |
| 16x24inch(40x60cm) |
| 20x30inch(50x75cm) |
| 24x36inch(60x90cm) |

Color: **Unframe-Luke Combs Poster, Growin' Up Poster**

 

| | |
|---|---|
| **Size** | 12x18inch(30x45cm) |
| **Product Dimensions** | 18"L x 12"W |
| **Number of Items** | 1 |
| **Orientation** | Landscape |
| **Shape** | Rectangular |

### About this item

- [ High Quality ]. Printed pictures on high quality canvas with eco-friendly inks to make HD modern wall art. Odorless, unbreakable, brightly colored and waterproof, UV resistant,



$15.00

FREE delivery **July 14 - August 4**. Details

Select delivery location

**In stock**

Usually ships within 2 to 3 days.

Qty: 1 ⌄

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | hefeixiongyushangmaoyou |
| Sold by | hefeixiongyushangmaoyou |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

fade resistant, and resistant to preservation.

- [ Size Type ] The finished product is divided into framed and unframed, and the corresponding 4 different sizes. Framed paintings have been equipped with hooks, ready to hang, not only easier to install, and looks more modern room aesthetic decorative effect.

- [Reinforced Packaging]. Unframed canvas paintings are rolled up and shipped in sturdy pvc tubes. Framed canvas paintings are wrapped around the outside of a lightweight wooden frame, protected and shipped in cardboard boxes. All packages are reinforced and protected.

- [Multiple uses]. Suitable for homes, living rooms ,bedroom and dorm, as well as office, KTV, bar and other commercial wall art. Ideal as holiday, birthday and anniversary gifts for family, lovers, friends, boys, girls, co-workers, etc.

- [ For you ] Fashionable cover art and music star album posters, including classic works with hip-hop, rock, pop and rap artists, they can be fun and creative merchandise. If you have any questions, please contact our staff and we will try our best to help you.

## Buy it with



**This item:** Luke Combs Poster, Growin' Up Poster Canvas Poster Bedroom Decor Sports…
$15⁰⁰

MCS Trendsetter Poster Frame, Black, 27 x 40 in, Single
$37⁹⁹

MCS Studio Gallery Frame, Black Woodgrain, 16 x 24 in, Single
$25⁹⁹

Total price: $78.98

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

## Overstock deals on Wall Art  Explore more in Outlet

Page 1 of 15





Tarot The Star Eye Art
Astrology Canvas Wall
Art Prints Artwork Signs
Framed for Tarot Lover...

★★★★☆ 4

**30% off** **Deal**

$13.99
Was: ~~$19.99~~

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon



Shang Pin Inspirational
Quotes Wall Art for Office
Motivational Wall
Decor,Modern Theme...

★★★★★ 2

**30% off** **Deal**

$8.33
Was: ~~$11.90~~

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon



Abstract Painting Canvas
Wall Art: Black and White
Artwork Print on Canvas
for Living Room ( 12" x...

★★★★☆ 41

**30% off** **Deal**

$23.09
Was: ~~$32.99~~

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order...



I Choose You Sign
Wedding Gift Wall Art
Print Valentine's Day Gift
Engagement Decor...

★★★★☆ 12

**30% off** **Deal**

$9.72
Was: ~~$13.89~~

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Cotton Poster 40 x 30
inch Indian Deity for
spritual & Decoration
Purpose (Kali maa)

★★★★☆ 16

**45% off** **Deal**

$6.36
Was: ~~$11.50~~

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon
Only 14 left in stock - order...

## Customers also viewed these products

Page 1 of 7



Weston Ink Pop Music
Ed Sheeran -(subtract)
Album Cover Canvas
Posters - High Resolution
Wall Aesthetic Art Music
Cnavas Posters -...

$14.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Luke Combs – This
One's For You Canvas
Posters Wall Art
Bedroom Office Room
Decor Gift Unframe-...

★★★★☆ 1

$13.88

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon
Only 17 left in stock - order...



BMXRX Luke Combs –
What You See Is What
You Get Canvas Posters
Wall Art Bedroom Office
Room Decor Gift...

★★★★☆ 1

$14.89

Get it as soon as **Wednesday, Jun 28**

FREE Shipping on orders over $25 shipped by Amazon



Luke Combs - Gettin' Old
Album Poster Canvas
Poster Bedroom Decor
Sports Landscape Office
Room Decor Gift
Unframe-...

$15.00

Get it **Jul 14 - Aug 4**

FREE Shipping



SGTD Luke Combs -
Gettin' Old Album Poster
(2) Canvas Poster Wall
Art Decor Print Picture
Paintings for Living Room
Bedroom Decoration...

$49.00

Get it **Jul 14 - Aug 4**

FREE Shipping

## Product information

| | |
|---|---|
| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Number of Items | 1 |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Landscape,Modern,Sports |
| Frame Type | Wrapped Canvas |
| Wall Art Form | Poster |
| Material | Canvas |
| Color | Unframe-Luke Combs Poster, Growin' Up Poster |
| Style | Modern |
| Room Type | Bedroom,Living Rooms,Office,Office Room |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

| Brand | SGTD |
|---|---|
| Special Feature | Waterproof, Lightweight |
| Frame Material | Wood |
| Mounting Type | Wall Mount |
| ASIN | B0C3JD549J |
| Best Sellers Rank | #2,469,650 in Home & Kitchen (See Top 100 in Home & Kitchen) #140,762 in Posters & Prints |
| Date First Available | April 25, 2023 |

## Product Description

【 High Quality 】 Printed pictures on high quality canvas with eco-friendly inks to make HD modern wall art. Odorless, unbreakable, brightly colored and waterproof, UV resistant, fade resistant, and resistant to preservation.
【 Size Type 】 The finished product is divided into framed and unframed, and the corresponding 4 different sizes. Framed paintings have been equipped with hooks, ready to hang, not only easier to install, and looks more modern room aesthetic decorative effect.
【 Reinforced Packaging 】 Unframed canvas paintings are rolled up and shipped in sturdy pvc tubes. Framed canvas paintings are wrapped around the outside of a lightweight wooden frame, protected and shipped in cardboard boxes. All packages are reinforced and protected.
【 Multiple Uses 】 Suitable for homes, living rooms ,bedroom and dorm, as well as office, KTV, bar and other commercial wall art. Ideal as holiday, birthday and anniversary gifts for family, lovers, friends, boys, girls, co-workers, etc.
【For You】 Fashionable cover art and music star album posters, including classic works with hip-hop, rock, pop and rap artists, they can be fun and creative merchandise. If you have any questions, please contact our staff and we will try our best to help you.

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Popular products based on this item

Page 1 of 5







Tyler Poster - Wolf - Album Cover Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Frame-style…
★★★★ 8
$16.00-$99.00

Drake Poster Nothing Was The Same Music Album Cover Poster Canvas Poster Wall Art Decor Print Picture Paintings for Living Ro…
★★★★½ 4
$15.00-$19.90

Kendrick Poster Good Boy Maad City Album Cover with Signature Limited Edition Room Aesthetic Decorat Canvas Poster Bedroo…
★★★★ 6
$15.80-$21.80

Joan Jett Poster Blackhearts Poster Vintage Rock Music Poster Classic Rock Music Poster Canvas…
★★★★½ 33
**Amazon's Choice** in Posters & Prints
$14.80-$19.90

Break Movie Bedro Lands Deco 12x18
★★ 4
$16.0

## Best Sellers in this category

Page 1 of 9








KIWI Shoe Whitener | For Leather, Vinyl, Canvas, Nylon and More | 4 Fl Oz | Includes Sponge…
★★★★½ 8,119
**#1 Best Seller** in Shoe Polishes
$7.27 ($1.82/Fl Oz)
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

Nike Men's Dri-Fit Training Cotton Cushioned Crew Socks (6 Pair)
★★★★½ 1,718
$31.90 ($5.32/Count)
FREE Shipping on orders over $25 shipped by Amazon

Sprayway Glass Cleaner with Foaming Spray for a Streak-Free Shine for Home and Automotive Use, 19 oz, Pack of 12
★★★★★ 3,939
$29.76 ($0.13/Ounce)
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

24 Pieces Kraft Paper Party Favor Gift Bags with Handle Assorted Colors (Rainbow)
★★★★½ 6,403
**#1 Best Seller** in Gift Wrap Bags
$10.99 ($0.46/Count)
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

FERA and E Orga Adva Vet F
★★ 24.9
Get it
FREE over
Cli

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime





Investor Relations
Amazon Devices
Amazon Science

Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Currency Converter

Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon
English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

FREE TRIAL

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: July 14, 2023 - Aug. 4, 2023**

Items shipped from hefeixiongyushangmaoyouxiangong

**Luke Combs Poster, Growin' Up Poster Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-Luke Combs Poster, Growin' Up Poster12x18inch(30x45cm)**

$15.00

Qty: 1

Sold by: hefeixiongyushangmaoyouxiangong

Gift options not available

**Choose a delivery option:**

(•) **Friday, July 14 - Friday, Aug. 4**
FREE Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $16.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $15.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $15.00 |
| Estimated tax to be collected:* | $1.54 |
| **Order total:** | **$16.54** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**

https://www.amazon.com/BMXRX-Posters-Bedroom-Unframe-style12x18inch-30x45cm/dp/B0BWW4188M

**ProductID:** amazon_B0BWW4188M
**ProductName:** BMXRX Luke Combs ? What You See Is What You Get Canvas Posters Wall Art Bedroom Office Room Decor Gift Unframe-style12x18inch(30x45cm)
**SellerID:** A1Y2GQ18LELGTB
**SellerName:** QiangYuanBai

**Item Screenshot Created at:** 2023-06-22 03:07:39
**Checkout Screenshot Created at:** 2023-06-22 03:31:32



Home & Kitchen › Wall Art › Posters & Prints



Roll over image to zoom in

## BMXRX Luke Combs – What You See Is What You Get Canvas Posters Wall Art Bedroom Office Room Decor Gift Unframe-style12x18inch(30x45cm)

Brand: BMXRX

4.0 ★★★★☆  1 rating

$14.89

Get Fast, Free Shipping with Amazon Prime
FREE Returns ⌄

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Size: **12x18inch(30x45cm)**

| | |
|---|---|
| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Item Weight | 0.03 Kilograms |
| Number of Items | 1 |
| Orientation | Portrait |

### About this item

- **HD CANVAS POSTER:**High definition picture photo prints on canvas with vivid color on thick high quality canvas to create the look and feel of the original nature and masterpiece.

- **HIGH-QUALITY MATERIALS：**The poster made of high-density canvas, which makes the picture full of color, lifelike, and does not fade.

- **ROOM DECORATION：**EASILY DECORATE any space to create the perfect decor for a party, bedroom, bathroom, kids room, living room, office, dorm, and



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

**Delivery** | **Pickup**

$14.89

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns** ⌄

**FREE delivery Wednesday, June 28** on orders shipped by Amazon over $25

Or fastest delivery **Saturday, June 24**. Order within **52 mins**

◉ Select delivery location

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | QiangYuanBai |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

Sell on Amazon

more. Perfect Size For Any Room.

- PERFECT GIFT : This poster extraordinary wall decoration will give your room a new look. It is very suitable as a Christmas or birthday gift to family and friends.

- ABOUT THIS PRODUCT: Our canvas poster is made of waterproof canvas printing, please do not wipe with a wet cloth just use plush products to gently dust off.and please allow some color difference.

## Frequently bought together

 + 

**This item:** BMXRX Luke Combs – What You See Is What You Get Canvas Posters Wall Art Bedroo…
$14⁸⁹

Luke Combs – This One's For You Canvas Posters Wall Art Bedroom Office Room Decor Gift Unfram…
$13⁸⁸

Total price: $28.77

**Add both to Cart**

ⓘ One of these items ships sooner than the other.   Show details

## Customers also search

Page 1 of 4

      

u2 war poster | katy perry album poster | morgan wallen canvas | chris stapleton canvas | luke combs 16x24 poster

## What do customers buy after viewing this item?

Page 1 of 3

**Lowest Price** in this set of products

**Highest rated** in this set of products

**Most purchased** in this set of products

**This item:**

   

Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl…
⭐⭐⭐⭐½ 154
$9.79-$16.99

Dangerous: The Double Album
› Morgan Wallen
⭐⭐⭐⭐⭐ 10,588
Audio CD
$14.97
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Country Music and Beer Funny Drinking Shirt for Women Summer Vacation T Shirts Vintage Country Shirts Tops
⭐⭐⭐⭐½ 1,351
$12.98-$18.98

BMXRX Luke Comb You See Is What Yo Canvas Posters Wal
⭐⭐⭐⭐☆ 1
$14.89
Get it as soon as **Wedr**
FREE Shipping on ord shipped by Amazon

## Product information

| | |
|---|---|
| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Item Weight | 0.03 Kilograms |
| Number of Items | 1 |
| Orientation | Portrait |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Wrapped Canvas |
| Wall Art Form | Poster |
| Material | Canvas |
| Color | Unframe-style |
| Style | Modern |
| Room Type | Bathroom,Bedroom,Kids Room,Living Room,Office,Office Room |
| Brand | BMXRX |
| Special Feature | Waterproof |
| Frame Material | Wood |
| Mounting Type | Wall Mount |
| Item Weight | 1.06 ounces |
| ASIN | B0BWW4188M |
| Customer Reviews | 4.0 ★★★★☆ ∨    1 rating 4.0 out of 5 stars |
| Best Sellers Rank | #421,483 in Home & Kitchen (See Top 100 in Home & Kitchen) #8,388 in Posters & Prints |
| Date First Available | February 26, 2023 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ∨

## Product Description

To Dear Buyer

【 Material Description 】Canvas

【Accessories structure】In the specification color block, Unframe beige means frameless painting, Frame gray means framed painting (including wooden frame + non-marking nails)

【Product performance】Fine workmanship: select high-quality materials, high density, and durable. High-quality canvas, delicate and textured. Can be hung for a long time.

Good color fastness: The fine craftsmanship guarantees good color fastness, making the picture full of color, lifelike, and does not fade. You can enjoy painting as a leisure and relaxation after work.

Good beauty: The modern and simple style perfectly matches the home decoration in the room, enhancing the sense of art. Light up the entire room, reflecting the good and individual taste of the owner.

【Applicable scenarios】Suitable for living room, bedroom, kitchen, office, hotel, restaurant and bar, etc.

【 Washing instructions 】It is recommended to wipe and clean regularly.

【 Special Note 】This size data is due to different measurement methods. The error of frameless pictures is within 1cm, and the error of framed pictures is within 3-4cm due to hemming problems. It is a normal phenomenon.

Start your Art Travel on my Shop Now,Finding the Amazing Art and enjoying your Time!

**Overstock deals on Wall Art** Explore more in Outlet





Zen Bathroom Decor Relaxing Wall Art, Zen Lotus Flowers Pebble Stone Blue Backgroud…
⭐⭐⭐⭐⭐ 36
**30% off** Deal
$15.88
Was: $22.69
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon



Polbik Orgone Pyramid Crystal Healing Stone Energy Generator Healing Crystals Chakr…
⭐⭐⭐⭐⭐ 39
**30% off** Deal
$16.09
Was: $22.99
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon



Sunflower Motivational Wall Art Yellow Floral and Blue Butterfly Inspirational Quotes…
⭐⭐⭐⭐⭐ 1
**20% off** Deal
$19.32
Was: $24.15
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon



Horse Wall Art White and Black Horse Artwork Retro Horses Canvas Art Paintings HD Print Offi…
⭐⭐⭐⭐ 12
**32% off** Deal
$37.88
Was: $55.88
Get it as soon as **Thursday, Jun 29**
FREE Shipping on orders over $25 shipped by Amazon
Only 6 left in stock - ord…



Zlove Grey and White 4 Pieces Flower Pattern Canvas Prints Mandala…
⭐⭐⭐⭐⭐ 71
 in Posters & Prints
**30% off** Deal
$24.48
Was: $34.98
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon
Only 18 left in stock - orde…

# Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Related Posts

AREBOLO                          + Follow
BATRENDY ARTS                    + Follow
TRAIN2 ART







Colorful Abstract Wall Art Modern Decor Multicolor Wall Decor Colorful Picture Painting Artwork for Liv…
See more Posts >

These farmhouse wall art and tree wall art, designed by BATRENDY ARTS, are sure to stand out on any b…
See more Posts >

wall decor living room…
See more Posts >

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

★★★★☆ **4 out of 5**

1 global rating

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 100% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

There are 0 customer reviews and 1 customer rating.

---

## Review this product

Share your thoughts with other customers

Write a customer review

---

## Popular products based on this item

Page 1 of 3

     

Drsoum Inspirational Framed Wall Art,Boho Botanical Plant Wall Decor, Motivational Quote Wall Art, Office Study Living Room...
★★★★☆ 716
$15.97–$32.97

aburaeart Rustic Wall-Art - Wall Decorations for Bedroom Farmhouse Wall Art - Texas Longhorns Western Decor - Framed Ready ...
★★★★☆ 1,855
$16.90–$139.90

Arjun Lake Canvas Wall Art Blue Mountain Sky Nature Landscape Boat Picture Artwork Modern Summer Painting Framed Large for Livin...
★★★★☆ 1,509
$49.60–$149.80

Inspirational Office Canvas Wall Art with Wooden Frames | Motivational Wall Decor for Office | Positive...
★★★★☆ 146
Amazon's Choice in Posters & Prints
$21.97

wall2 Art A Leaf Wilde Realis Rustic
★★ 28.5

## Best Sellers in Home & Kitchen

Page 1 of 8











Queen Size Sheet Set - Breathable & Cooling - Hotel Luxury Bed Sheets - Extra Soft - Deep…

⭐⭐⭐⭐½ 254,140

**#1 Best Seller** in Home & Kitchen

$29.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Bedsure Satin Pillowcase for Hair and Skin Queen - Silver Grey Silk…

⭐⭐⭐⭐½ 279,126

**#1 Best Seller** in Bed Pillow Pillowcases

**46% off** Deal

$6.29 ($3.15/Count)
List: $11.69

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Safer Home SH502 Indoor Plug-In Fly Trap for Flies, Fruit Flies, Moths, Gnats, and Oth…

⭐⭐⭐⭐½ 4,638

**#1 Best Seller** in Patio, Lawn & Garden

$17.97

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon

Utopia Bedding Queen Bed Sheets Set - 4 Piece Bedding - Brushed Microfiber - Shrinkage and Fade Resistant -…

⭐⭐⭐⭐½ 143,319

$21.95

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Utopi Pillo White Bed a…

⭐⭐
**#1 B**
Pillo

$15.9

Get it

Jun 2

FREE
$25 sh

🌿 Cli

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

**amazon**

🌐 English          🇺🇸 United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

| Audible | Book Depository | Box Office Mojo | ComiXology | | DPReview | Fabric |
|---|---|---|---|---|---|---|
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | | Digital Photography | Sewing, Quilting & Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | | Amazon Photos | Prime Video Direct |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy |
| Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | | Zappos | Ring |
| Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | | PillPack | Amazon Renewed |
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)                                                    🔒

**1   Shipping address**                    Wendell Allen                           **Change**
                                            38 W JACKSON BLVD
                                            CHICAGO, IL 60604-3908
                                            Add delivery instructions

                                            🟠 Or pick up near this address - See nearby pickup
                                               locations

**2   Payment method**            💳 MasterCard ending in 3709                      **Change**

                                            **Billing address:** Same as shipping
                                            address.

                                            ∧ Add a gift card or promotion code or
                                               voucher

                                            [ Enter code          ]    [ Apply ]

**3   Offers**

**4   Review items and shipping**



**FREE TRIAL**

**Wendell, we're giving you**              [ Get FREE Prime Delivery with Prime > ]
**Prime FREE for 30 days!**
Get your Prime eligible items ~~Sunday,~~        No hassle. No commitments. Cancel
~~June 25 by 8PM~~ **Saturday, June 24 by**              anytime.
**8PM** for ~~$6.99~~ FREE

**Delivery: June 25, 2023** If you order in the next 14 hours and 13 minutes (Details)
Items shipped from Amazon.com

**BMXRX Luke Combs - What**          **Choose a delivery option:**
**You See Is What You Get**          ○ **Saturday, June 24**
**Canvas Posters Wall Art**             FREE Prime Delivery with your free trial
**Bedroom Office Room**                 of Prime
**Decor Gift Unframe-**
**style12x18inch(30x45cm)**          ● **Fast, FREE Delivery** prime
**$14.89** & FREE Returns ⌄            **Sunday, June 25**
                                        $6.99 - Shipping
[ Qty: 1 ⌄ ]                         ○ **Saturday, June 24**
Sold by: QiangYuanBai                   $9.99 - Shipping
Amazon Prime eligible  Join now
[ 🎁 Add gift options ]

[ **Place Your Order and Pay** ]     **Order total: $23.41**

You'll be securely redirected to MasterCard    By placing your order, you agree to Amazon's
to complete this transaction.                  privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions
apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Get FREE Prime Delivery and save
$6.99 on this order when you
start your 30-day FREE trial of
Prime.

[ Try Prime FREE ]

[ **Place Your Order and Pay** ]

You'll be securely redirected to
MasterCard to complete this
transaction.

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

### Order Summary

Items:                                      $14.89
Shipping & handling:                         $6.99

Total before tax:                           $21.88
Estimated tax to be collected:               $1.53

**Order total:**                        **$23.41**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

# Website screenshot cover page

**Product Page:** https://www.amazon.com/Vintage-Western-T-Shirt-Leopard-Graphic/dp/B0B9CBP8XZ
**ProductID:** amazon_B0B9CBP8XZ
**ProductName:** ZIFOTA
**SellerID:** A20VEM41779M6Y
**SellerName:** ZIFOTA

**Item Screenshot Created at:** 2023-06-22 03:07:20
**Checkout Screenshot Created at:** 2023-06-22 03:21:47



**amazon**

Hello
Select your address

All | Search Amazon | 🔍

EN

Hello, sign in
Account & Lists ▾

Returns
& Orders

🛒 0

☰ All | Clinic | Best Sellers | Customer Service | Amazon Basics | New Releases | Prime ▾ | Music | Today's Deals

**Prime Day is July 11-12**

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands

**prime** try before you buy

Clothing, Shoes & Jewelry › Novelty & More › Clothing › Novelty › Women › Tops & Tees › Blouses & Button-Down Shirts



Visit the ZIFOTA Store

## Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl Tops

4.6 ★★★★☆  154 ratings

Price: **$15.99**

Free Returns on some sizes and colors ▾

**Fit:** True to size. Order usual size. ▾

**Color:** Gray

**Size:**

Select ▾

Size Chart ▾

- Cotton Blend
- Pull On closure
- Machine Wash
- Material: This Vintage Western Rodeo Cowboy T-Shirts Is Made of Cotton and Polyester Blend, Lightweight, Soft and Breathable, Which Make You Feel Comfortable When You Wear This Shirt In Everywhere
- Features:Vintage Bleached Western Cowboy T-Shirt for Women,Vintage Cow Skull Cowgirls Graphic Tees,Country Music Shirt, Summer Western Rodeo Casual T Shirt,Ranching Cowboy Tee Shirt, Cute Letter Print Rodeo Western Tee Shirt Tops,Casual Short Sleeve Vacation Holiday T-Shirt Blouse for Womens
- Occasions: Concert, Parties, Country Music Festival, Vacation,shopping, beer and wine parties and a variety of daily activities. and it will be a good choice to match with jeans, leggings, high heels, boots and etc
- Garment Care:Suggest To Hand/Machine Wash Cold Water,Dry Flat,Not Bleach
- Package Including:1*Women Vintage Western Cowboy T-Shirt Funny Cute Western Cowgirl Graphic Short Sleeve Casual Tee Shirt Tops

To buy, select **Size**

Add to Cart

Add to List

---

**Similar styles in new arrivals**

Page 1 of 3








Retro Steer Skull Western Oversized T-Shirt Women Vintage Country Music Shirt Cowboy Graphic Cowb...
★★★★½ 21
$17.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon
Only 3 left in stock - order…

Dokotoo Womens Leopard Print Tank Tops Crewneck Sleeveless Summer Casual T-Shirts Blouses
★★★★½ 22
$17.99
Get it as soon as **Thursday, Jun 29**
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order…

4th of July Shirts for Women, American Flag T Shirt USA Fourth of July Outfits Tee Shirts America Patriotic Shirt…
★★★★½ 11
$24.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops
$19.99

AG AGUU You're A Cowboy Like Me T-Shirt Women's Country Music Shirt Summer Tees Casual Tops Country Concert Outfits
$16.99
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

## Product Description

Women Western Cowboy Bleached T-Shirt Funny Cow Skull Graphic Tee Cute Letter Print Short Sleeve Vacation Tee Tops Blouse

Size Chart: (1inch=2.54cm)
Size S-----Length 66cm/26.0"-----Bust 96cm/37.8"-----Sleeve 16cm/6.3"
Size M------Length 68cm/26.4"-----Bust 100cm/39.4"-----Sleeve 17cm/6.7"
Size L-------Length 71cm/27.9"-----Bust 104cm/40.9"-----Sleeve 18cm/7.1"
Size XL------Length 73cm/28.7"-----Bust 110cm/43.3"-----Sleeve 19cm/7.5"
Please Allow 1-2cm Differs Due To Manual Measurement,Thanks

## Product details

**Package Dimensions** : 10.24 x 8.03 x 0.87 inches; 5.61 Ounces

**Department** : womens

**Date First Available** : April 3, 2023

**ASIN** : B0B9CC2FYC

**Best Sellers Rank:** #32,600 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
  #892 in Women's T-Shirts

**Customer Reviews:** 4.6 ★★★★½ ⌄    154 ratings

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

★★★★½ 4.6 out of 5

154 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓▓ | 79% |
| 4 star | ▓ | 12% |
| 3 star | ▓ | 6% |
| 2 star | | 1% |

### Reviews with images

See all photos ›







1 star ▮▯▯▯▯    2%

▾ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

Top reviews ⌄

## Top reviews from the United States

Translate all reviews to English

 Mireya

★★★★★ **bonito**

Reviewed in the United States 🇺🇸 on June 13, 2023

Color: Tie-dye  |  Size: Small  |  Verified Purchase

IGUAL QUE LA FOTO, BUENA CALIDAD. PERO LA TALLA S ES COMO UNA TALLA M

[ Helpful ]  |  Report

Translate review to English

 twest

★★★★★ **Wallen TShirt**

Reviewed in the United States 🇺🇸 on May 26, 2023

Color: Black  |  Size: X-Large  |  Verified Purchase

This shirt is better than I thought it would be ! Great material fits true to size and is a great country girl look ! I got so many compliments on it ! Definitely get this !! Giddy up !

One person found this helpful

[ Helpful ]  |  Report

 Amazon Customer

★★★★★ **Amazing fit**

Reviewed in the United States 🇺🇸 on May 13, 2023

Color: Gray  |  Size: Small  |  Verified Purchase

Bought a size small and definitely a little bigger then expected but nothing that still didn't look cute! I'm 5'6 135lbs

[ Helpful ]  |  Report

 Heather Marie

★★★★★ **So cute!!!**

Reviewed in the United States 🇺🇸 on May 11, 2023

Color: Gray  |  Size: Medium  |  Verified Purchase

Love this shirt! It's so soft and comfortable. Ordered a size medium and it fits perfect (153 lbs for reference)



[ Helpful ]  |  Report

 Janet L. Boyd

★★★★☆ **Good tshirt**

Reviewed in the United States 🇺🇸 on April 7, 2023

Color: Beige  |  Size: X-Large  |  Verified Purchase

The material is soft. It does run a tad small. Have not washed it yet to see if it shrinks. I can get back if it does.. wish the material was a little thicker. Has good stretch... Super cute. Super excited to have it.

2 people found this helpful

[ Helpful ]  |  Report

 Nicole Ekmeian

★★★★★ **Comfortable**

Reviewed in the United States 🇺🇸 on April 23, 2023

Color: As Shown  |  Size: Large  |  Verified Purchase

The softest most comfortable shirt. Ladies shirts are typically to tight in the arms but this one fit so perfectly. I want all of my shirts to fit and feel like this one!

Helpful    |    Report

**Groovymom**

★★★★☆ **what i was expecting**

Reviewed in the United States 🇺🇸 on April 12, 2023

Color: As Shown    |    Size: Medium    |    **Verified Purchase**

feels like the bella canvas material but thicker. it is short (i'm 5"11) so a large would fit me best length wise. definitely recommend!

Helpful    |    Report

**Olga**

★★★★☆ **Beautiful TShirt**

Reviewed in the United States 🇺🇸 on April 17, 2023

Color: Beige-001    |    Size: Small    |    **Verified Purchase**

Looks as expected; ordered a small and it's not tight nor too loose, material is pretty soft.



Helpful    |    Report

See all reviews ›

---

## Overstock deals on Women's Novelty Tops & Tees  Explore more in Outlet

Page 1 of 15



**MOUSYA Women Western Cactus Shirt Funny Cowhide Rainbow Graphic Tee Casual…**

★★★★½ 21

`56% off` `Deal`

$6.99

List: $15.99

Get it as soon as **Wednesday, Jun 28**

FREE Shipping on orders over $25 shipped by Amazon



**Smile Fish Women's Crew Neck Pride Tank Tops LGBTQ Graphic Sleeveless Top**

★★★★½ 66

`18% off` `Deal`

$13.99

Was: $16.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



**Smile Fish Womens Loose Fit Flowy Tank Top V Neck Basic Sleeveless Shirts Summer Tunic**

★★★★☆ 61

`30% off` `Deal`

$12.59

List: $17.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



**T&Twenties Women American Flag Tops We The People 1776 4th of July Tanks Shirt**

★★★★½ 308

`40% off` `Deal`

$10.79

Was: $17.89

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

**Lock and Love Women's Basic Slim Fitted Short Sleeve Casual V Neck Cotton T Shirt**

★★★★☆ 3,503

`32% off` `Deal`

$12.95

List: $18.95

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon

---

## Best Sellers in Women's Fashion

Page 1 of 6











**Women's Floral Print Puff Sleeve Kimono Cardigan Loose Cover Up Casua…**
★★★★½ 51,265
#1 Best Seller in Women's Swimwear Cover Ups
45% off Deal
$14.83
List: $26.99
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

**Hey Dude Men's Wally Sox | Men's Loafers | Men's Slip On Shoes | Comfortable & Light-…**
★★★★★ 73,406
#1 Best Seller in Men's Loafers & Slip-Ons
$35.99
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon

**VIFUUR Water Sports Shoes Barefoot Quick-Dry Aqua Yoga Socks Slip-on for Men Women**
★★★★½ 128,074
#1 Best Seller in Men's Water Shoes
$11.99
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

**Amazon Essentials Women's Slim-Fit Tank, Pack of 2**
★★★★½ 48,012
#1 Best Seller in Women's Tanks & Camis
$14.20
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon

**BRON… for W… Hous… Sand…**
★★ 
#1 B…
$23.9
Get it a…
Jun 2…
FREE…
over $…

---

**Customers who viewed items in your browsing history also viewed**　　　Page 1 of 9







**Country Music Western Bleached T-Shirt Women Vintage Cow Skull Graphic Cowboy Shirts Rodeo Casual Short…**
★★★★½ 106
$14.99
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

**Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Music Bleached Casua…**
★★★★ 50
$15.99
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

**Combs Shirts Women Retro Steer Skull Graphic Tee Tops Western Country Concert Tshirt Music Shirts**
★★★★½ 21
$18.99

**Beautiful Crazy Leopard Bleached T-Shirt Women Western Country Music Shirt Vintage Graphic Country Concert Tee…**
★★★★ 49
$16.99
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon

**Beau… Wom… Music… Letter… Vintag…**
★★ 
$16.9
Get it a…
Jun 2…
FREE…
over $…

---

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices



Amazon Science

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

Your Recalls and Product Safety Alerts

Help

amazon

English

United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)                                                    🔒

**1   Shipping address**                                                        Change

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

🅐 Or pick up near this address - See nearby pickup locations

**2   Payment method**          MasterCard ending in 3709                    Change

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]   [ Apply ]

**3   Offers**

**4   Review items and shipping**



**FREE TRIAL**

**Wendell, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Saturday, June 24 by 8PM~~ **Friday, June 23 by 8PM** for ~~$6.99~~ FREE

[ Get FREE Two-Day Delivery with Prime ❯ ]
No hassle. No commitments. Cancel anytime.

**Delivery: June 24, 2023** If you order in the next 1 hour and 38 minutes (Details)
Items shipped from Amazon.com

Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl Tops(Gray, M)
**$15.99** & FREE Returns ⌄
Qty: 1
Sold by: ZIFOTA
Amazon Prime eligible Join now
[ 🎁 Add gift options ]

**Item arrives in packaging that shows what's inside.** To hide it, choose Ship in Amazon packaging.
[ Ship in Amazon packaging ]

**Choose a delivery option:**
○ Friday, June 23
  FREE Two-Day Delivery with your free trial of Prime
◉ **Fast, FREE Delivery** prime
  **Saturday, June 24**
  $6.99 - Shipping
○ Friday, June 23
  $9.99 - Shipping

[ **Place Your Order and Pay** ]
You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $24.62**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Get FREE Two-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.
[ Try Prime FREE ]

[ **Place Your Order and Pay** ]
You'll be securely redirected to MasterCard to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary
Items:                        $15.99
Shipping & handling:          $6.99

Total before tax:             $22.98
Estimated tax to be collected:  $1.64

**Order total:               $24.62**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Vintage-Western-T-Shirt-Leopard-Graphic/dp/B0C3HRWQFB/ref=sr_1_121?crid=10XXH0NWNLHIF&keywords=country%2Bmusic%2Bcombs&qid=1695235164&sprefix=country%2Bmusic%2Bcom%2Caps%2C118&sr=8-121&th=1&psc=1

**ProductID:** amazon_B0C3HRWQFB

**ProductName:** Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl Tops

**SellerID:** amazon_A20VEM41779M6Y

**SellerName:** ZIFOTA

**Item Screenshot Created at:** 2023-09-21 05:54:36

**Checkout Screenshot Created at:** 2023-09-21 18:44:19



Pamper your pooch **with new toys & treats every month**   Shop now >

Clothing, Shoes & Jewelry › Novelty & More › Clothing › Novelty › Women › Tops & Tees



Visit the ZIFOTA Store

## Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl Tops

4.6 ★★★★½    238 ratings

**$16**.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

Fit: **True to size. Order usual size.** ⌄

Size:
[ Small ⌄ ]

Color: **Tie-dye-1**

    

 

Size Chart ⌄

**Brand:** ZIFOTA
**Color:** Tie-dye-1
**Fit Type:** Regular Fit
**Style:** Women's Country Music Shirt
**Neck Style:** 圆领

---

### About this item

- Cotton Blend
- Drawstring closure
- Machine Wash
- Material: This Vintage Western Rodeo Cowboy T-Shirts Is Made of Cotton and Polyester Blend, Lightweight, Soft and Breathable, Which Make You Feel Comfortable When You Wear This Shirt In Everywhere
- Features:Vintage Bleached Western Cowboy T-Shirt for Women,Vintage Cow Skull Cowgirls Graphic Tees,Country Music Shirt, Summer Western Rodeo Casual T Shirt,Ranching Cowboy Tee Shirt, Cute Letter Print Rodeo Western Tee Shirt Tops,Casual Short Sleeve Vacation Holiday T-Shirt Blouse for Womens
- Occasions: Concert, Parties, Country Music Festival, Vacation,shopping, beer and wine parties and a variety of daily activities. and it will be a good choice to match with jeans, leggings, high heels, boots and etc
- Garment Care:Suggest To Hand/Machine Wash Cold Water,Dry Flat,Not Bleach

**Prime**
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

$16.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

**FREE delivery Wednesday, September 27** on orders shipped by Amazon over $35

Or fastest delivery **Friday, September 22**. Order within **11 hrs 5 mins**

○ Choose location for most accurate options

**In Stock**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

Payment       Secure transaction
Ships from    Amazon
Sold by       ZIFOTA
Returns       Eligible for Return, Refund or Replacement within 30 days of receipt
Packaging     Shows what's inside

☐ Add a gift receipt for easy returns

[ Add to List ]

- Package Including:1*Women Vintage Western Cowboy T-Shirt Funny Cute Western Cowgirl Graphic Short Sleeve Casual Tee Shirt Tops

## More items you may like in apparel

Page 1 of 8

   

**Retro Western Bull Skull Cow Hide Bleached Shirt Women Country Music Shirt Cute Cattle Skull Graphic Rodeo Cowbo…**
⭐⭐⭐⭐ 225
$15.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**Boho Cow Skull Shirt Women Cowgirl t Shirt Vintage Western Rodeo Graphic Tee Short Sleeve Bull Skull Casual Top**
⭐⭐⭐⭐ 20
$19.99
FREE Shipping on orders over $35 shipped by Amazon

**Women Wild West T-Shirt Western Boho Cow Skull Graphic Bleached Tee Vintage Rodeo Cowgirl Shirt Oversize…**
⭐⭐⭐⭐ 24
$16.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**IZYJOY Howdy Country Oversized T Shirt Women Southern Boho Cow Skull Rodeo Shirts Western Cowgirl Tee…**
⭐⭐⭐⭐ 70
$18.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**Country Concert Shirts for Women Western Cattle Skull Leopard Graphic Tee Tops Vintage Rodeo Cowgirl Casual T-Shirt**
⭐⭐⭐⭐ 448
$15.99
FREE Shipping on orders over $35 shipped by Amazon
Only 3 left in stock - order…

## Product Description

Women Western Cowboy Bleached T-Shirt Funny Cow Skull Graphic Tee Cute Letter Print Short Sleeve Vacation Tee Tops Blouse

Size Chart: (1inch=2.54cm)
Size S-----Length 66cm/26.0"-----Bust 96cm/37.8"-----Sleeve 16cm/6.3"
Size M------Length 68cm/26.4"-----Bust 100cm/39.4"-----Sleeve 17cm/6.7"
Size L------Length 71cm/27.9"-----Bust 104cm/40.9"-----Sleeve 18cm/7.1"
Size XL-------Length 73cm/28.7"-----Bust 110cm/43.3"-----Sleeve 19cm/7.5"
Please Allow 1-2cm Differs Due To Manual Measurement,Thanks

## Product details

**Department :** Womens
**Date First Available :** August 11, 2022
**ASIN :** B0B9CBXNN1
**Best Sellers Rank:** #68,680 in Clothing, Shoes & Jewelry ([See Top 100 in Clothing, Shoes & Jewelry](#))
    #1,590 in Women's T-Shirts
**Customer Reviews:** 4.6 ⭐⭐⭐⭐ ⌄    238 ratings

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Important information

To report an issue with this product, [click here](#).

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

 4.6 out of 5

238 global ratings

| | | |
|---|---|---|
| 5 star | ▭▭▭▭▭▭ | 75% |
| 4 star | ▭▭▭▭▭▭ | 14% |
| 3 star | ▭▭▭▭▭▭ | 6% |
| 2 star | ▭▭▭▭▭▭ | 2% |
| 1 star | ▭▭▭▭▭▭ | 3% |

˅ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Reviews with images

See all photos ›

‹     ›

Top reviews ˅

### Top reviews from the United States

**Christina P.**

 **My favorite shirt!**

Reviewed in the United States on September 13, 2023

Size: X-Large | Color: Black-1 | Verified Purchase

The material is great, the fit is true to size and it washes well. I pair it with jeans, white sneakers and a white tank under for a casual day look & brown boots, jeans and NOTHING under it for a night out. I get so many compliments. Definitely recommend!

[ Helpful ] | Report

**AG**

 **Rodeo Season**

Reviewed in the United States on September 7, 2023

Size: Large | Color: Black | Verified Purchase

The colors were just as pictured. The material was very soft and cool in this Texas heat. I ordered a XL. I should have sized down so the fit was a little snug. I loved the shirt



[ Helpful ] | Report

**chauney gant**

 **Love it!**

Reviewed in the United States on September 16, 2023

Size: Large | Color: Black-1 | Verified Purchase

I really love this too. Not only is it comfortable but the material is great as well.

[ Helpful ] | Report

**Katherine**

 **Super Cute**

Reviewed in the United States on August 9, 2023

Size: Small | Color: As Shown | Verified Purchase

This is a really cute tee but the only small issue is that the designs are almost like fabric printed on it. It's super soft and honestly really good quality but I wish the design wasn't like screen printed on it if that makes sense.

But really cute and recommend!

[ Helpful ] | Report

**ahlyia**

 **LUKE COMBS!**

Reviewed in the United States on July 12, 2023

Size: Small | Color: Gray | Verified Purchase

Bought this shirt for the Luke combs concert but ended up not wearing it. I don't like how it fits but it's super soft and comfy so I sleep in it! Super cute shirt! S fits like a M.

Helpful | Report

**Barbara J Levasseur**

★★★★★ **Great shirt**

Reviewed in the United States on August 1, 2023

Size: Large | Color: Black-1 | **Verified Purchase**

Soft fabric and fits great, true to size.

Helpful | Report

**Patrick murphy**

★★★★★ **A great fit**

Reviewed in the United States on July 20, 2023

**Verified Purchase**

I love this shirt. I get many compliments. Its soft and fits according to size.

Helpful | Report

**Danielle Ficarrotta**

★★★★★ **bought for my mom**

Reviewed in the United States on July 24, 2023

Size: Small | Color: Gray-003 | **Verified Purchase**

she loved it!

Helpful | Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

**Dieter Haufe**

★★★★★ **Für meine Freundin**

Reviewed in Germany on September 17, 2023

Size: Small | Color: Beige-001 | **Verified Purchase**

Sie hat sich sehr gefreut, von daher alles gut

Report

Translate review to English

See more reviews ›

## Customers who viewed this item also viewed

Page 1 of 8



    

Country Music Western Bleached T-Shirt Women Vintage Cow Skull Graphic Cowboy Shirts Rodeo Casual Short Sleeve Tops
⭐⭐⭐⭐ 123
$14.99

Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops
⭐⭐⭐⭐ 44
$18.99

Women Retro Steer Skull Graphic Tee Tops Western Country Concert Tshirt Music Shirts
⭐⭐⭐⭐ 29
$19.99

Combs Shirts Women Retro Cow Skull Graphic Tee Cowgirl Shirt Western Country Concert Cowboy Casual Tops
⭐⭐⭐⭐ 11
$13.99

Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt
⭐⭐⭐⭐ 200
$15.99

## Popular products based on this item

Page 1 of 8

    

Zelda Breath Of The Wild Link Inventory Graphic T-Shirt T-Shirt
⭐⭐⭐⭐⭐ 1,224
$18.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Star Wars Ewoks Protect Our Forests Camp Graphic T-Shirt T-Shirt
⭐⭐⭐⭐ 286
$18.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon
🌱 Climate Pledge Friendly ⌄

Disney The Little Mermaid Vintage Cover Graphic T-Shirt T-Shirt
⭐⭐⭐⭐ 611
$18.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Disney Lion King Simba Silhouette Graphic T-Shirt T-Shirt
⭐⭐⭐⭐ 756
$18.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon
🌱 Climate Pledge Friendly ⌄

Disne Boat Shirt
⭐
$18.9
Get it Sep 2
FREE $35 sh
Clin

## Best Sellers in Women's Fashion

Page 1 of 6

    

Gloria Vanderbilt Women's Classic Amanda High Rise Tapered Jean
⭐⭐⭐⭐ 81,197
**#1 Best Seller** in Women's Jeans
$12.00
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

LILLUSORY Women Fall Crewneck Batwing Long Sleeve Sweater Oversized Ribbed Knit...
⭐⭐⭐⭐ 443
**#1 Best Seller** in Women's Pullover Sweaters
51% off | Deal
$29.59
List: $59.99

AUROLA Intensify Workout Shorts Sets for Women Seamless...
⭐⭐⭐⭐ 14,149
**#1 Best Seller** in Running Clothing
52% off | Deal
$24.99
List: $52.00
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

adidas Unisex-Adult Adilette Aqua Slides Sandal
⭐⭐⭐⭐ 62,558
**#1 Best Seller** in Men's Sandals
$25.00
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

werni Wom Slip F Pairs
⭐⭐
#1 B No Sh
$16.8
Sep 2
FREE $35 sh

See personalized recommendations

[ Sign in ]

New customer? Start here.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell more with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

Amazon

English          United States

| Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business |
| Stream millions of songs | Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Everything For Your Business |
| Amp | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Host your own live radio show with music you love | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



## Top picks for you



| | |
|---|---|
| Iron Flame (The Empyrean, 2) | $18.90 |
| The Democrat Party Hates America ★★★★☆ 55 | $17.61 Get it as soon as **Wednesday, Sep** 27 |
| Elon Musk ★★★★☆ 521 | $21.95 Get it as soon as **Wednesday, Sep** 27 |
| Stanley Quencher H2.0 FlowState Stainless Steel Vacuum... ★★★★☆ 20,135 | $45.00 Get it as soon as **Wednesday, Sep** 27 |
| ...d Coffee—...offee—Pike... ★★★★☆ 112,681 | 4 ...ednesday, Sep |
| Apple AirTag 4 Pack ★★★★☆ 83,861 | $88.99 Get it as soon as **Wednesday, Sep** 27 |





### Customers who viewed items in your browsing history also viewed

| | | | | | |
|---|---|---|---|---|---|
| Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt ★★★★☆ 201 $15.99 | Beautiful Crazy Leopard Bleached T-Shirt Women Western Country Music Shirt Vintage Graphic Country Concert Tee Tops ★★★★☆ 96 $16.99 | Luke Combs Gettin' Old Album Tee ★★★★☆ 45 $19.70–$27.24 | Rock Roll Tee Shirt Women Country Music Shirts Rock Concert Band Retro Tee Summer Cute Short Sleeve Graphic Tops ★★★★☆ 33 $15.99 | Combs Shirts Women Retro Cow Skull Graphic Tee Cowgirl Shirt Western Country Concert Cowboy Casual Tops ★★★★☆ 11 $13.99 | Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee Tops ★★★★☆ 892 $17.99 |

### Inspired by your browsing history



**Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Country Cowgirl Tops**
⭐⭐⭐⭐½ 240
$11.89-$15.99

**Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops**
⭐⭐⭐⭐½ 44
$18.99

**Long Neck Ice Cold Beer Never Broke My Heart Retro T-Shirt**
⭐⭐⭐⭐½ 13
$24.99
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $25 shipped by Amazon

**Country Music Western Bleached T-Shirt Women Vintage Cow Skull Graphic Cowboy Shirts Rodeo Casual Short Sleeve Tops**
⭐⭐⭐⭐½ 123
$14.99

**Women Retro Graphic Tee Tops Western Country Concert Tshirt Shirts**
⭐⭐⭐⭐½ 2...
$19.99

Subtotal
$16.99

...wboys and Beer Shirt
...omen Vintage Western
...odeo T-Shirt Funny
...ountry Music Party Tee
...wboy Graphic Tops
⭐⭐⭐⭐½ 172
$6.99

## Your Browsing History  View or edit your browsing history



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon          English ⇕     United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use     Privacy Notice     Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/StephanDHampton-Combs-Tapestry-Hanging-152x102cm/dp/B085GBMLL4
**ProductID:** amazon_B085GBMLL4
**ProductName:** StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch
**SellerID:** A21C6KMVMMA3F7
**SellerName:** qq33333

**Item Screenshot Created at:** 2023-06-22 03:07:10
**Checkout Screenshot Created at:** 2023-06-22 03:15:01



Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improveme

amazon live  Designer Décor Must-Haves with Galey Alix  Watch now ▶ amazon.com/live

Home & Kitchen › Home Décor Products › Tapestries



Roll over image to zoom in

## StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 inch

Brand: StephanDHampton

$22.99

Apply now and get a $60 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| | |
|---|---|
| **Size** | One Size |
| **Product Dimensions** | 60"L x 40"W |
| **Number of Items** | 1 |
| **Orientation** | Portrait |
| **Shape** | Rectangular |

### About this item

- Material: Made Of 100% Polyester,soft, Durable, Skin-friendly, Lightweigh.
- Beautiful Pattern:Vivid And Clear Pattern, Neat And Firm Hem,the Clear Lines And The Delicate Edging Will Bring A More Harmonious Decoration To Your Space.
- Can Hang This Nature Art Tapestry With Decorative Tacks Or Push Pins Easily. Dry Clean Or Gentle Hand Wash In Cold Water.
- Durable Enough For Both Indoor And Outdoor Use, Can Be Used As Tapestry, Tablecloths, Wall Hanging, Dormitory Decorations, Picnic Sheets, Beach Shawls, Scarves, Blankets, Etc.
- Great For Wall Hangings, Dorm Decorations, Beach Throws, Picnic Blankets, Porch Hangings, Table Cloths, Bed Spreads, Sofa Covers Or A Perfect Gift For Any Occasion!



$22.99

$5 delivery July 13 - August 3.
Details

Select delivery location

In Stock

Qty: 1

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | xuweiDF51263 |
| Sold by | xuweiDF51263 |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

## Buy it with



| | |
|---|---|
| **This item:** StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Dec… | What You See Is What You Get $22.49 |

Total price: $45.48

**Add both to Cart**

ℹ These items are shipped from and sold by different sellers. Show details

## Products related to this item

Sponsored ⓘ

    

QOQIOSOC Custom Tapestry with Image and Text, Personalized Photos Wall Hanging...
**$13.99**

There Crushed That Premium tapestry for bedroom funny wall aesthetic 40x60 Inch
**$17.99** ✓prime

XIAYUEHUA Custom Tapestry Upload Image Customize Tapestry Backdrop for Bedroom...
**$10.99**
Save 6% with coupon

Custom Tapestry Upload Image Custom Picture Home Bedroom Decor 60"*80"
**$23.99**
Save 5% with coupon

Art Sexy Women Tapestry Wall Hanging, Elegant and Classy Oil Painting Tapestry | So...
★★★★★ 11
**$14.99** ✓prime

## What do customers buy after viewing this item?

**Most purchased | Highest rated | Lowest Price**
in this set of products

**This item:**

 

Luke Combs Gettin' Old Album Tee
★★★★☆ 13
$18.51 - $29.52

StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch
$22.99
Get it **Jul 13 - Aug 3**
$5.00 shipping

## Product Description

Color:Luke Combs | Size:152x102cm/60 X 40 Inch

¡¾Product¡¿

100% Lightweight Polyester ,soft, Durable, Skin-friendly.
Color: Luke Combs
Size:59 X 59 Inch

¡¾Pattern¡¿

HD Print:Featuring Vivid Colors And Crisp Lines, It Will Add An Elegant Feeling And Eye-catching For Your Room. No Strange Odor. Toxic Free And Safe. Never Worry About Fading.

¡¾Use¡¿

As A Home Decor ,decent For Accent Walls, Ceiling, Table, Sofa, bedroom And Whatnot.
As A Gift, Nice Gift For All The Age Groups.
Outdoor Use,picnic Sheets, Beach Shawls, Scarves, Blankets, Etc.

¡¾ASSURANCE¡¿

We Insist On Producing High Quality Products. If You Have Any Questions And Concern About Our Products, Please Don't Hesitate To Email Us If You Have Any Questions. We Offer Free Replacement Or Full Refund If You Are Not Fully Satisfied With Our Tapestry.

¡¾Tips¡¿

Do Not Use Chlorine Bleach.
Dry Clean Or Gentle Hand Wash In Cold Water.
Machine Washable Under 30 Degree Centigrade.

## Product information

| Size | One Size |
|---|---|
| Product Dimensions | 60"L x 40"W |
| Number of Items | 1 |
| Orientation | Portrait |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Framed |
| Wall Art Form | Tapestry |
| Material | Polyester |
| Color | Black |
| Room Type | Dormitory |
| Brand | StephanDHampton |
| Special Feature | Lightweight |
| Mounting Type | Wall Mount |
| Item Weight | 3.87 ounces |
| Manufacturer | StephanDHampton |
| ASIN | B085GBMLL4 |
| Best Sellers Rank | #1,520,742 in Home & Kitchen (See Top 100 in Home & Kitchen) #7,925 in Tapestries |
| Number of pieces | 1 |
| Batteries required | No |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

# Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 20







AyA Gear Tractor Bucket Hooks Bolt On Grab Hooks and D Ring
$69.99 ✓prime

Trippy Tapestry, Hippie Tapestry, Bohemian Tapestry, Wall Hanging for Room - Tapest...
$14.99 ✓prime

HelloMars Fashion Tapestry Young-Boy Never Broke Again Living Room Corridor Home...
★★★☆☆ 65
$18.98 ✓prime

Natural DIP DYE CENTER PANEL WFRINGE GARLAND Free Spirit Macrame...
★★★★☆ 24
$33.99 ✓prime

Art Sexy Women Tapestry Wall Hanging, Elegant and Classy Oil Painting Tapestry | So...
★★★★★ 11
$14.99 ✓prime

## Related Posts



| Popular Handicrafts | + Follow |
| --- | --- |

Celestial Sun Moon Tapestry Planet Bohemian Wall Hanging Dorm Decor-Hippie Hippy Tapestry

See more Posts >

| Ruibo | + Follow |
| --- | --- |

Tropical Palm Leaves Flower Decor Tapestry / Giving You Cool And Pleasant Feeling

See more Posts >

| Amonercvita | |
| --- | --- |

Galaxy Planet Tapestry Tapestry Wall Hanging

See more Posts >

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

5 star ▭ 0%
4 star ▭ 0%
3 star ▭ 0%
2 star ▭ 0%
1 star ▭ 0%

**No customer reviews**

˅ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## 4 stars and above

Page 1 of 21

Sponsored ⓘ



PEETOKO Middle Retro Earth Map Tapestry 3D Printed Wall Hanging Decorative Wall Tap...
★★★★☆ 55
$23.99 ✓prime



BUBL Trump Merch Cow Print Cowboy Hat Tapestry, Trump Tapestry Poster Funny Tapestr...
★★★★★ 80
$7.99 ✓prime



JINJUREN Custom Tapestry Upload Images Personalized Wall Decor Backdrop Poster For ...
★★★★☆ 1,264
$11.99
Save 6% with coupon



Sckkofv Drownin N Drip Tapestry Wall Hanging Funny Tapestries Aesthetic Hippie Wall...
★★★★☆ 68
$17.99 ✓prime



ESRBSO Anime Tapestry Anime Backdrop,indoor Home Decor Tapestries for Anime Fans
★★★★★ 83
$22.99 ✓prime

## Best Sellers in Home Décor Products

Page 1 of 8



Utopia Bedding Throw Pillows Insert (Pack of 2, White) - 18 x 18 Inches Bed and Couch Pillows...
★★★★☆ 163,954
**#1 Best Seller** in Throw Pillow Inserts
$15.99 ($8.00/Count)
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon
🌿 Climate Pledge Friendly ⌄



Utopia Bedding Throw Pillows (Set of 4, White), 18 x 18 Inches Pillows for Sofa, Bed and Couch...
★★★★☆ 82,611
**#1 Best Seller** in Throw Pillows
$19.99 ($5.00/Count)
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon
🌿 Climate Pledge Friendly ⌄



OLANLY Luxury Rug, Extra Soft and Absorbent Microfiber Rugs, Non-Slip Plush Shaggy Bath...
★★★★☆ 18,292
**#1 Best Seller** in Bath Rugs
$10.89
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon



Echo Dot (5th Gen, 2022 release) with clock | Smart speaker with clock and Alexa | Cloud Blue
★★★★☆ 27,272
**#1 Best Seller** in Wireless & Streaming Audio Systems
$59.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon
🌿 Climate Pledge Friendly ⌄



upsim Fram Pictur 11x14
★★★
**#1 B** Tablet
$21.9
Get it a Jun 26
FREE over $

## Customers who viewed items in your browsing history also viewed

Page 1 of 4



Luke Combs Gettin' Old Album Tee
★★★★☆ 13
$18.51 - $29.52



Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room, Dormitor...
★★★★☆ 4
$16.99
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order...



Weston Ink Pop Music Ed Sheeran -(subtract) Album Cover Canvas Posters - High Resolution Wall Aesthetic Art Music Cnavas Posters -...
★★★★☆ 
$14.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon



IIDACK Wall Tapestry ERTER Corrivi Tapestry Luke Combs Wall Tapestrys Novelty Tapestry Wall Hanging, Art Decor Print Fabric for Bedroom Living Room...
1 offer from $12.99

BMXF What You C Wall A Room
★★★
$14.8
Get it a Wedne
FREE over $

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

**amazon**

English    United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy |
| **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



# amazon

## Checkout (1 item)                    🔒

**1   Shipping address**            Wendell Allen                              Change
                                    38 W JACKSON BLVD
                                    CHICAGO, IL 60604-3908
                                    Add delivery instructions

**2   Payment method**              MasterCard ending in 3709              Change
                                    **Billing address:** Same as shipping
                                    address.
                                    ∧ Add a gift card or promotion code or
                                    voucher

                                    [ Enter code        ]   [ Apply ]

**3   Offers**

**4   Review items and shipping**

| FREE TRIAL |
| Wendell, we're giving you 30 days of Prime benefits for FREE | [ Try Prime FREE for 30 days > ] |

**Estimated delivery: July 13, 2023 - Aug. 3, 2023**
Items shipped from xuweiDF51263

StephanDHampton Luke          Choose a delivery option:
Combs Tapestry Wall           ● **Thursday, July 13 - Thursday, Aug. 3**
Hanging,Art Tapestry Home        $5.00 - Shipping
Decor 152x102cm/60 X 40
Inch
**$22.99**
Qty: 1 ▾
Sold by: xuweiDF51263

Gift options not available

[ Place Your Order and Pay ]          **Order total: $30.35**
                                      By placing your order, you agree to Amazon's
You'll be securely redirected to MasterCard   privacy notice and conditions of use.
to complete this transaction.

---

Wendell, get in on the perks.
**We're giving you 30 days of
Prime benefits for FREE.**

[ Try Prime FREE ]

[ **Place Your Order and Pay** ]

You'll be securely redirected to
MasterCard to complete this
transaction.

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

### Order Summary

| Items: | $22.99 |
| Shipping & handling: | $5.00 |
| Total before tax: | $27.99 |
| Estimated tax to be collected:* | $2.36 |
| **Order total:** | **$30.35** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Canvas-Posters-Bedroom-Unframe-style12x18inch-30x45cm/dp/B0BWS4S7Q5
**ProductID:** amazon_B0BWS4S7Q5
**ProductName:** Luke Combs ? This One's For You Canvas Posters Wall Art Bedroom Office Room Decor Gift Unframe-style12x18inch(30x45cm)
**SellerID:** A21CW20K8AWMX7
**SellerName:** JnYn

**Item Screenshot Created at:** 2023-06-22 03:07:27
**Checkout Screenshot Created at:** 2023-06-22 03:26:05



Home & Kitchen › Wall Art › Posters & Prints



Roll over image to zoom in

## Luke Combs – This One's For You Canvas Posters Wall Art Bedroom Office Room Decor Gift Unframe-style12x18inch(30x45cm)

Brand: OBICK

4.0 ★★★★☆     1 rating

$13.88

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| Size | 12x18inch(30x45 cm) |
|---|---|
| Product Dimensions | 18"L x 12"W |
| Item Weight | 0.03 Kilograms |
| Number of Items | 1 |
| Orientation | Portrait |

### About this item

- **HD CANVAS POSTER:** High definition picture photo prints on canvas with vivid color on thick high quality canvas to create the look and feel of the original nature and masterpiece.

- **HIGH-QUALITY MATERIALS：** The poster made of high-density canvas, which makes the picture full of color, lifelike, and does not fade.

- **ROOM DECORATION：** EASILY DECORATE any space to create the perfect decor for a party, bedroom, bathroom, kids room, living room, office, dorm, and more. Perfect Size For Any Room.

- **PERFECT GIFT：** This poster extraordinary wall decoration will give your



room a new look. It is very suitable as a Christmas or birthday gift to family and friends.

- ABOUT THIS PRODUCT: Our canvas poster is made of waterproof canvas printing, please do not wipe with a wet cloth just use plush products to gently dust off.and please allow some color difference.

## Frequently bought together



\+



Total price: **$28.77**

**Add both to Cart**

ⓘ One of these items ships sooner than the other.
Show details

**This item:** Luke Combs – This One's For You Canvas Posters Wall Art Bedroom Office Room…
$13⁸⁸

BMXRX Luke Combs – What You See Is What You Get Canvas Posters Wall Art Bedroom Office…
$14⁸⁹

## Product information

| | |
|---|---|
| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Item Weight | 0.03 Kilograms |
| Number of Items | 1 |
| Orientation | Portrait |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Wrapped Canvas |
| Wall Art Form | Poster |
| Material | Canvas |
| Color | Unframe-style |
| Style | Modern |
| Room Type | Bathroom,Bedroom,Kids Room,Living Room,Office,Office Room |
| Brand | OBICK |
| Special Feature | Waterproof |
| Frame Material | Wood |
| Mounting Type | Wall Mount |
| Item Weight | 1.06 ounces |
| ASIN | B0BWS4S7Q5 |
| Customer Reviews | 4.0 ★★★★☆ ⌄  1 rating<br>4.0 out of 5 stars |
| Best Sellers Rank | #508,787 in Home & Kitchen (See Top 100 in Home & |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

| | Kitchen) |
|---|---|
| | #12,494 in Posters & Prints |
| Date First Available | February 24, 2023 |

## Customers also search

Page 1 of 3

    

room on fire poster　　u2 war poster　　kaytranada poster　　dj khaled tapestry　　katy perry album poster

### What do customers buy after viewing this item?

Page 1 of 2

| Lowest Price<br>in this set of products | Most purchased<br>in this set of products | Highest rated<br>in this set of products | This item: |
|---|---|---|---|
|  |  |  |  |
| Growin' Up | One Thing At A Time[2 CD] | Dangerous: The Double Album | Luke Combs – This One's For You Canvas Poster Bedroom Office Roo... |
| › Luke Combs | › Morgan Wallen | › Morgan Wallen | |
| ★★★★★ 1,932 | ★★★★★ 1,096 | ★★★★★ 10,588 | ★★★★☆ 1 |
| Audio CD | Audio CD | Audio CD | $13.88 |
| **#1 Best Seller** in Alt-Country & Americana | $16.96 | $14.97 | Get it as soon as Tues |
| $11.96 | Get it as soon as **Wednesday, Jun 28** | Get it as soon as **Monday, Jun 26** | FREE Shipping on ord |
| Get it as soon as **Monday, Jun 26** | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | shipped by Amazon |
| FREE Shipping on orders over $25 shipped by Amazon | | | Only 17 left in stock - c |

## Overstock deals on Wall Art　Explore more in Outlet

Page 1 of 15

    


| Framed Kids Wall Art Prints Decor, 3 Pieces Children Room Motivational Letter... | Polbik Orgone Pyramid Crystal Healing Stone Energy Generator Healing Crystals Chakr... | Wall Art Botanical Plant Prints Vintage Flower Boho Botanical poster Minimalist Floral Artwork... | Canvbax 3 Piece Red Flower in Vase Canvas Wall Art Floral in Black and White Vase Picture... | iLOOKLiKE Waterfall Canvas Wall Art Purple Tree Forest Picture Tropical Landscape... |
|---|---|---|---|---|
| ★★★★☆ 22 | ★★★★☆ 39 | ★★★★☆ 14 | ★★★★★ 1 | ★★★★★ 1 |
| **30% off** Deal | **30% off** Deal | **30% off** Deal | **20% off** Deal | **20% off** Deal |
| $13.99 | $16.09 | $4.68 | $23.92 | $31.92 |
| Typical: $19.99 | Typical: $22.99 | Typical: $6.69 | Typical: $29.90 | Typical: $39.90 |
| Get it as soon as **Monday, Jun 26** | Get it as soon as **Monday, Jun 26** | Get it as soon as **Thursday, Jun 29** | Get it as soon as **Monday, Jun 26** | Get it as soon as **Tuesday, Jun 27** |
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |
| | | Only 1 left in stock - order... | | Only 3 left in stock - order... |

## Customers who viewed this item also viewed

Page 1 of 7


    

⌄ Explore more recommendations

**Product Description**

To Dear Buyer

【 Material Description 】Canvas

【Accessories structure 】In the specification color block, Unframe beige means frameless painting, Frame gray means framed painting (including wooden frame + non-marking nails)

【Product performance】Fine workmanship: select high-quality materials, high density, and durable. High-quality canvas, delicate and textured. Can be hung for a long time.

Good color fastness: The fine craftsmanship guarantees good color fastness, making the picture full of color, lifelike, and does not fade. You can enjoy painting as a leisure and relaxation after work.

Good beauty: The modern and simple style perfectly matches the home decoration in the room, enhancing the sense of art. Light up the entire room, reflecting the good and individual taste of the owner.

【Applicable scenarios】Suitable for living room, bedroom, kitchen, office, hotel, restaurant and bar, etc.

【 Washing instructions 】It is recommended to wipe and clean regularly.

【 Special Note 】This size data is due to different measurement methods. The error of frameless pictures is within 1cm, and the error of framed pictures is within 3-4cm due to hemming problems. It is a normal phenomenon.

Start your Art Travel on my Shop Now,Finding the Amazing Art and enjoying your Time!

# Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2

STORYLAB
Shop the Store on Amazon ›





STORYLAB Storyboards Custom Canvas Photo Prints with Your Photos – Peel and…
⭐⭐⭐⭐½ 341
$34.99

HWC Trading
Shop the Store on Amazon ›







HWC Trading Framed 11" x 14" Print - Your Honor TV Show Poster Bryan Cranston…
$39.99

FCHUI
Shop the







## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

⭐⭐⭐⭐☆ 4 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | ████████ | 100% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

There are 0 customer reviews and 1 customer rating.



## Popular products based on this item

Page 1 of 3

Boho Wall Decor Aesthetic Canvas Wall Art for Bedroom, Beige Aesthetic Wall Decor fo…
⭐⭐⭐⭐½ 69
**Amazon's Choice** in Posters & Prints
$28.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Drsoum Inspirational Framed Wall Art,Boho Botanical Plant Wall Decor, Motivational Quote Wall Art, Office Study Living Room…
⭐⭐⭐⭐½ 716
$15.97–$32.97

aburaeart Rustic Wall-Art - Wall Decorations for Bedroom Farmhouse Wall Art - Texas Longhorns Western Decor - Framed Ready…
⭐⭐⭐⭐½ 1,855
$16.90–$139.90

Arjun Lake Canvas Wall Art Blue Mountain Sky Nature Landscape Boat Picture Artwork Modern Summer Painting Framed Large for Living Room…
⭐⭐⭐⭐½ 1,509
$49.60–$149.80

Inspir… Canv… Wood… Motiv… for Of… Affirm…
⭐⭐
$21.9

## Best Sellers in Home & Kitchen

Page 1 of 8











**Queen Size Sheet Set - Breathable & Cooling - Hotel Luxury Bed Sheets - Extra Soft - Deep…**
★★★★½ 254,140
#1 Best Seller in Home & Kitchen
$29.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon
🍃 Climate Pledge Friendly ˅

**Bedsure Satin Pillowcase for Hair and Skin Queen - Silver Grey Silk…**
★★★★½ 279,126
#1 Best Seller in Bed Pillow Pillowcases
**46% off** Deal
$6.29 ($3.15/Count)
List: $11.69
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon
🍃 Climate Pledge Friendly ˅

**Safer Home SH502 Indoor Plug-In Fly Trap for Flies, Fruit Flies, Moths, Gnats, and Oth…**
★★★★½ 4,638
#1 Best Seller in Patio, Lawn & Garden
$17.97
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

**Utopia Bedding Queen Bed Sheets Set - 4 Piece Bedding - Brushed Microfiber - Shrinkage and Fade Resistant -…**
★★★★½ 143,319
$21.95
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon
🍃 Climate Pledge Friendly ˅

**Utopi Pillo White Bed a**
★★★
#1 B
Pillow
$15.9
Get it a
Jun 2
FREE
over $
🍃 Cli

---

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

**amazon**

🌐 English    🇺🇸 United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |

| Audible | Book Depository | Box Office Mojo | ComiXology | | DPReview | Fabric |
|---|---|---|---|---|---|---|
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | | Digital Photography | Sewing, Quilting & Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | | Amazon Photos | Prime Video Direct |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy |
| Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | | Zappos | Ring |
| Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | | PillPack | Amazon Renewed |
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



## Top picks for you



Gettin' Old (Amazon Exclusive Edition)
★★★★★ 388
$34.98
Get it as soon as **Monday, Jun 26**

Lana Singer Party Decorations,Singer Birthday...
★★★★★ 12
$23.99
Get it as soon as **Monday, Jun 26**

BMXRX Luke Combs – What You See Is What You Get Canvas...
★★★★☆ 1
$14.89
Get it as soon as **Monday, Jun 26**

MEETJE Lin-Manuel Miranda – Hamilton An American Musical Album Cover Canvas Posters for...
$15.00
Get it as soon as **Monday, Jun 26**

Beautiful Crazy T Shirt for Women Funny Inspirational Letter Printed Heart Graphic Tee Casual Tops
★★★★½ 1,403
$19.98 - $31.96

ManRule Frank Ocean Posters Set of 4 Album Cover Posters 8 by...
★★★★½ 105
$14.99
Get it as soon as **Monday, Jun 26**

This One's for You
★★★★★ 2,001
$10.65
Get it as soon as **Monday, Jun 26**

SUANEA Frank Ocean Poster Nostalgia, Ultra Album Cover...
★★★★☆ 7
$35.00
Get it Jul 13 - Aug 3

Did you know that there's a tunnel under Ocean Blvd [Light Pink 2...
★★★★½ 535
$54.24
Get it Jul 3 - 7

Paradise
★★★★★ 4,255
$21.97
Get it as soon as **Monday, Jun 26**

Goldfish Crackers Big Smiles Variety Pack with Cheddar,...
★★★★★ 106,779
$11.31
Get it as soon as **Monday, Jun 26**

Kanye West Album Cover Limited Edition Posters, Music Posters...
★★★★½ 136
$15.99
Get it as soon as **Monday, Jun 26**

Withnotag J Cole Album Cover Posters Set 8x10 inch Music...
★★★★½ 184
$14.99
Get it as soon as **Monday, Jun 26**

Virgin Suicides (Picador Modern Classics, 2)
★★★★½ 7,359
$10.39
Get it as soon as **Monday, Jun 26**

Born To Die
★★★★★ 10,088
$19.85
Get it as soon as **Monday, Jun 26**

Lana Del Rey Celebrity Parody Devotional Prayer Candle
★★★★½ 65
$21.99
Get it Jun 27 - 29

Sparkling ICE, Black Raspberry Sparkling Water, Zero Sugar...
★★★★½ 95,801
$10.98
Get it as soon as **Monday, Jun 26**

Starbucks K-Cup Coffee Pods—Medium Roast Coffee—Pike...
★★★★½ 118,751
$49.32
Get it as soon as **Monday, Jun 26**

Apple AirPods Pro (2nd Generation) Wireless Earbuds,...
★★★★½ 30,032
$199.00
Get it as soon as **Monday, Jun 26**

Apple AirTag 4 Pack
★★★★½ 66,418
$89.99
Get it as soon as **Monday, Jun 26**

## Customers who viewed items in your browsing history also viewed



Luke Combs Gettin' Old Album Tee

★★★★☆ 13

$18.51-$29.52



Weston Ink Pop Music Ed Sheeran -(subtract) Album Cover Canvas Posters - High Resolution Wall Aesthetic Art Music...

$14.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Lukes Combss Shirt, Lukes Combss World Tour 2022 T-Shirt, Hoodie, Sweatshirt, Gift for Lukes Combss Fans...

★★☆☆☆ 2

$20.99

Get it Jul 5 - 11

$6.99 shipping



This One's for You Too
› Luke Combs

★★★★★ 6,548

Audio CD

$11.98

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Lukes Combss Shirt, Lukes Combss Bullhead T-Shirt, Hoodie, Sweatshirt, Gift for Lukes Combss Fans White

$25.99

Get it Jul 5 - 11

$6.99 shipping

### Inspired by your browsing history



PABUKU Lavender Scent Air Freshener Hanging Card Provides Long Lasting Scent for Auto or Home  Car Accessories...

★★★★☆ 2

$9.99 ($9.99/Count)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Crocs unisex-adult Classic Realtree Clog

★★★★★ 46,621

Amazon's Choice in Men's Mules & Clogs

$32.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Kanye West Album Cover Limited Edition Posters, Music Posters (Set of 8, 8in x 10in, Unframed)

★★★★☆ 136

#1 Best Seller in Handmade Photographs

$15.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Born To Die
› Lana Del Rey

★★★★★ 10,088

Vinyl

#1 Best Seller in Rock Singer-Songwriters

$19.85

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Paradise
› Lana Del Rey

★★★★★ 4,255

Vinyl

$21.97

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

## Your Browsing History   View or edit your browsing history








Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements



Amazon Science

Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

# Website screenshot cover page

**Product Page:** https://www.amazon.com/Heart-Combs-Nilamuda-Coffee-Ceramic/dp/B08MT1LNKH
**ProductID:** amazon_B08MT1LNKH
**ProductName:** Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
**SellerID:** A24Z50RQE67F43
**SellerName:** BEST PURCHASE STORE

**Item Screenshot Created at:** 2023-06-22 03:07:19
**Checkout Screenshot Created at:** 2023-06-22 03:18:32



**Hello**
Select your address

Home & Kitchen ▾    Search Amazon    🔍

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 0

☰ All   Clinic   Best Sellers   Customer Service   Amazon Basics   New Releases   Prime ▾   Music   Today's Deals     **Prime Day is July 11-12**

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improveme

Home & Kitchen › Kitchen & Dining › Dining & Entertaining › Novelty › Drinkware › Coffee Mugs



Roll over image to zoom in

Select delivery location

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

| | |
|---|---|
| ...ze | Bilcesa |
| **Color** | style17 |
| **Special Feature** | Durable |
| **Style** | Modern |
| **Occasion** | daily |

| **Material** | **Capacity** |
|---|---|
| Ceramic | 11 Ounces |

**About this item**

- These Mugs Are Made Using The Highest And Safest Quality Stoneware. Environmental Friendly Material. Cup Bottom Thickening Anti-slip Design,Printed On Both Sides.Beautiful And Personalized Logo Or Pattern Printing

- Unique Ear Design For Comfortable Grip, And Are A Convenient Choice For Your Daily Cup Of Coffee, Tea, Cocoa, Hot Chocolate, Chai, Toddy, Earl Grey.Rugged And Durable, Use It Often To Bring A Warm Feeling, To Accompany You And The People You Care About Every Day,giving You And Your Family A Healthier Life.

- 11 OZ Durable High Quality Ceramic Mug. Treat Yourself Or Give As A Gift To Someone Special.Dishwasher, Microwave Oven Can Not Be Used,If You Need Help, Please Timely Communicate With Me.

- Logistics Time: Ordinary Delivery Time Is 7-14 Days, Expedited Delivery Is 5-8 Days.

- Due To The Special Nature Of Porcelain Firing, It Is Purely Hand-made. Therefore, In The High-temperature Firing Process, Flaws May Appear On The Surface Of The Ceramic, And Small Black Spots, Small Burrs, Small Bumps, Uneven Glazing, Etc. May Occur. The Inevitable Situation Of The Existing Technology Is Also Within The Scope Of International And National Standards, This Is The Normal Situation.

## Product Description

This high quality 11oz. ceramic white mug has a premium hard coat that provides crisp and vibrant color reproduction sure to last for years. Perfect for all hot & cold beverages.High Gloss + Premium White FinishORCA CoatingDishwasher and Microwave Safe3.7″H x 3.7″W x 3.2″D10.2″ Circumference

## Product information

| | |
|---|---|
| Brand | Bilcesa |
| Color | style17 |
| Special Feature | Durable |
| Style | Modern |
| Occasion | daily |
| Included Components | Handle |
| Shape | Heart |
| Pattern | Letter Print |
| Product Care Instructions | Machine Wash, Microwave Safe, Hand Wash Only |
| Age Range (Description) | Adult |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| ASIN | B08MT1LNKH |
| Best Sellers Rank | #523,550 in Kitchen & Dining (See Top 100 in Kitchen & Dining) #30,628 in Novelty Coffee Mugs #87,999 in Glassware & Drinkware |
| Date First Available | November 5, 2020 |

### Feedback

Would you like to **tell us about a lower price?** ⌄

## What do customers buy after viewing this item?

**Most purchased | Highest rated | Lowest Price**
in this set of products



**This item:**





Luke Combs
Growin' Up
›Luke Combs
★★★★★ 1,932
Audio CD
#1 Best Seller in Alt-Country & Americana
$11.96
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
3 offers from $7.00

Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee…
★★★★½ 865
$15.99-$18.99

## Customers also search

Page 1 of 3



| | | | | |
|---|---|---|---|---|
| luke combs coffee mug | monster hunter kitchen | dead by daylight gift | acn mug | beardiful mug |

## Overstock deals on Novelty Coffee Mugs  Explore more in Outlet

Page 1 of 15



⌄ Explore more recommendations

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ

Humor Us Home Goods
**Shop the Store on Amazon ›**

Molandra Products
**Shop the Store on Amazon ›**

Print Sup...
Shop the...













And I Will Always Love You - 12 oz Glass Coffee Cup Mug - Gifts for Women...
★★★★★ 5,608
$15.99

Molandra Products SD South Dakota - 11oz Ceramic Colored Inside & Handle...
★★★★★ 1
$25.66

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Best Sellers in Kitchen & Dining

Page 1 of 8



Bounty Quick Size Paper Towels, White, 8 Family Rolls = 20 Regular Rolls (Packaging May Vary)

★★★★★ 108,309

#1 Best Seller in Paper Towels

$24.42

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Bounty Quick-Size Paper Towels, White, 16 Family Rolls = 40 Regular Rolls (Packaging May Vary)

★★★★★ 87,983

$43.15 ($2.31/100 Sheets)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Starbucks K-Cup Coffee Pods—Medium Roast Coffee—Pike Place... Pod · Pike Place

★★★★½ 118,751

#1 Best Seller in Single-Serve Coffee Capsules & Pods

$49.32 ($0.51/Count)

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon



Amazon Brand - Presto! Flex-a-Size Paper Towels, 158 Sheet Huge Roll, 12 Rolls (2 Packs ...

★★★★½ 86,957

 Amazon's Choice in Paper Towels

$28.28 ($1.49/100 Sheets)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon



Boun Towe Rolls

$33.8

Get it

FREE over $

## Customers who viewed items in your browsing history also viewed

Page 1 of 2



Luke Combs Gettin' Old Album Tee

★★★★½ 13

$18.51-$29.52



StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch

$22.99

Get it Jul 13 - Aug 3

$5.00 shipping



Beautiful Crazy T Shirt for Women Funny Inspirational Letter Printed Heart Graphic Tee Casual Tops

★★★★½ 1,403

$19.98-$31.96



Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee Tops

★★★★½ 865

$15.99-$18.99



Lukes Lukes Shirt, Gift fo Fans

$20.9

Get it

$6.99

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

---

Amazon

🌐 English ⬍    🇺🇸 United States

---

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**DPReview**
Digital Photography

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Warehouse**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices  ☑✕

© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 29, 2023 - July 6, 2023**

Items shipped from Besthao Store

**Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs**

$7.00

Qty: 1

Sold by: Besthao Store

Gift options not available

**Choose a delivery option:**

◉ Thursday, June 29 - Thursday, July 6
FREE Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $7.72**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $7.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $7.00 |
| Estimated tax to be collected:* | $0.72 |
| **Order total:** | **$7.72** |

How are shipping costs calculated?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/StephanDHampton-Combs-Tapestry-Hanging-152x130cm/dp/B085G6HYDC
**ProductID:** amazon_B085G6HYDC
**ProductName:** StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x130cm/60 X 51 Inch
**SellerID:** A25I7OVJBIJUI2
**SellerName:** foshanshixingyoufeikejiyouxiangongsi

**Item Screenshot Created at:** 2023-06-22 03:07:54
**Checkout Screenshot Created at:** 2023-06-22 03:40:39





## Consider these alternative items



**StephanDHampton Erykah Badu The Miseducation of Lauryn Hill Tapestry Wall**
★★★☆☆ 4
$15.18



**BUBL Trump Merch Cow Print Cowboy Hat Tapestry, Trump Tapestry Poster Funny Tapestry**
★★★★★ 80
$7.99



**Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room,**
★★★★☆ 4
$16.99

Home & Kitchen › Home Décor Products › Tapestries





Roll over image to zoom in

Select delivery location

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

## Customers also search

Page 1 of 4


luke combs coffee mug


mastodon tapestry


luke combs tapestry flag


luke combs 16x24 poster


luke combs cup

**What do customers buy after viewing this item?**

Page 1 of 2



**Most purchased**
in this set of products

**Highest rated**
in this set of products

**Lowest Price**
in this set of products

**This item:**









**Gettin' Old**
› Luke Combs
★★★★★ 388
Audio CD
$11.98
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25
shipped by Amazon

**What You See Ain't Always…**
› Luke Combs
★★★★★ 4,798
Audio CD
$16.97
Get it as soon as **Friday, Jun 30**
FREE Shipping on orders over $25
shipped by Amazon
Only 13 left in stock - order soon.

**Growin' Up**
› Luke Combs
★★★★★ 1,932
Audio CD
**#1 Best Seller** in Alt-Country & Americana
$11.96
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25
shipped by Amazon

StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x130cm...
★★★★½ 7
1 offer from $25.99

---

## Product information

| | |
|---|---|
| Size | One Size |
| Product Dimensions | 60"L x 51"W |
| Number of Items | 1 |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Unframed |
| Wall Art Form | Tapestry |
| Material | Polyester |
| Color | Black |
| Room Type | Bedroom |
| Brand | ASDRIWE |
| Special Feature | Lightweight |
| Mounting Type | Wall Mount |
| Item Weight | 7 ounces |
| Manufacturer | StephanDHampton |
| ASIN | B085G6HYDC |
| Customer Reviews | 4.6 ★★★★½ ⌄  7 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #547,978 in Home & Kitchen<br>(See Top 100 in Home & Kitchen)<br>#2,506 in Tapestries |
| Date First Available | March 4, 2020 |

### Feedback

Would you like to **tell us about a lower price?** ⌄

---

## Product Description

Color:Luke Combs | Size:152x130cm/60 X 51 Inch

¡¾Product¡¿

100% Lightweight Polyester ,soft, Durable, Skin-friendly.

Color: Luke Combs
Size:59 X 59 Inch

¡¾Pattern¡¿

HD Print:Featuring Vivid Colors And Crisp Lines, It Will Add An Elegant Feeling And Eye-catching For Your Room. No Strange Odor. Toxic Free And Safe. Never Worry About Fading.

¡¾Use¡¿

As A Home Decor ,decent For Accent Walls, Ceiling, Table, Sofa, bedroom And Whatnot.
As A Gift, Nice Gift For All The Age Groups.
Outdoor Use,picnic Sheets, Beach Shawls, Scarves, Blankets, Etc.

¡¾ASSURANCE¡¿

We Insist On Producing High Quality Products. If You Have Any Questions And Concern About Our Products, Please Don't Hesitate To Email Us If You Have Any Questions. We Offer Free Replacement Or Full Refund If You Are Not Fully Satisfied With Our Tapestry.

¡¾Tips¡¿

Do Not Use Chlorine Bleach.
Dry Clean Or Gentle Hand Wash In Cold Water.
Machine Washable Under 30 Degree Centigrade.

## Customers who viewed this item also viewed

Page 1 of 7







**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch**
$22.99
Get it Jul 13 - Aug 3
$5.00 shipping

**Gettin' Old**
› Luke Combs
★★★★★ 388
Audio CD
$11.98
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

**Luke Combs Gettin' Old Album Tee**
★★★★½ 13
$18.51 - $29.52

**Weston Ink Pop Music Ed Sheeran -(subtract) Album Cover Canvas Posters - High Resolution Wall Aesthetic Art Music...**
$14.99
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

**Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room, Dormitor...**
★★★★½ 4
$16.99
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order...

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ

XIAYUEHUA
Shop the Store on Amazon ›

raajsee
Shop the Store on Amazon ›

ETSKOM
Shop the







XIAYUEHUA Custom Tapestry Upload Image Customize Tapestry Backdrop for…

**$**10.99

raajsee Indian Cotton Purple Tapestry Mandala Wall Hangings, Hippie…

⭐⭐⭐⭐½ 2,956

$17.99

# Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

⭐⭐⭐⭐½  4.6 out of 5

7 global ratings

| | | |
|---|---|---|
| 5 star | ▇▇▇▇▇▇▇ | 80% |
| 4 star | | 0% |
| 3 star | ▇▇ | 20% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Top reviews ⌄

**Top review from the United States**



Josh

⭐⭐⭐⭐⭐  **LOVE IT**

Reviewed in the United States on January 12, 2023

**Verified Purchase**

More than satisfied with the tapestry! I love it… thanks for the amazing product!

Helpful    |   Report

**See all reviews ›**

## Popular products based on this item







CIICD Funny Octopus Cartoon Tapestry Wall Hanging Window Design for Bedroom Home…

⭐⭐⭐⭐⭐ 127

**Amazon's Choice** in Tapestries

$9.89

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon

Galoker Blacklight Skeleton Tapestry Trippy Mushroom Floral Tapestry UV Reactive Alien UFO Tapestry Galaxy Space Tapestry…

⭐⭐⭐⭐⭐ 232

$11.99-$28.99

Neasow Bohemian Tapestry Wall Hanging, Beige White Floral Tapestry with Dotted Daisy Medallion Print Bedroom Boho Hippie…

⭐⭐⭐⭐½ 6,735

$12.99-$32.99

ANARONA Scooby Trippy Tapestry, Cartoon Anime Tapestry Aesthetic Mushroom Tapestry Wall Hanging Dorm Backdr…

⭐⭐⭐⭐⭐ 3

$9.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

SheetKart The Sun, Moon and Star Tarot Tapestries - Aesthetic Bohemian Wall Hangi Tapestry for Bed Roor

⭐⭐⭐⭐½ 7,660

$11.95

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders of $25 shipped by Amazon

## Best Sellers in Home Décor Products







Utopia Bedding Throw Pillows Insert (Pack of 2, White) - 18 x 18 Inches Bed and Couch Pillows…

⭐⭐⭐⭐½ 163,954

**#1 Best Seller** in Throw Pillow Inserts

$15.99 ($8.00/Count)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Utopia Bedding Throw Pillows (Set of 4, White), 18 x 18 Inches Pillows for Sofa, Bed and Couc…

⭐⭐⭐⭐½ 82,611

**#1 Best Seller** in Throw Pillows

$19.99 ($5.00/Count)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

OLANLY Luxury Rug, Extra Soft and Absorbent Microfiber Rugs, Non-Slip Plush…

⭐⭐⭐⭐½ 18,292

**#1 Best Seller** in Bath Rugs

$10.89

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Echo Dot (5th Gen, 2022 release) with clock | Smart speaker with clock and Alexa | Cloud Blue

⭐⭐⭐⭐½ 27,272

**#1 Best Seller** in Wireless & Streaming Audio Systems

$59.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

upsimples 11x14 Pictu Frame Set of 5, Displa Pictures 8x10 with Ma or 11x14 Without Mat You

⭐⭐⭐⭐½ 53,220

**#1 Best Seller** in Wall & Tabletop Picture Frames

$21.99 ($4.40/Count)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders of $25 shipped by Amazon

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements





Amazon Science

Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

FREE TRIAL

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: July 13, 2023 - Aug. 3, 2023**

Items shipped from xuweiDF51263

**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x130cm/60 X 51 Inch**

$25.99

Qty: 1

Sold by: xuweiDF51263

Gift options not available

**Choose a delivery option:**

(•) **Thursday, July 13 - Thursday, Aug. 3**
$5.00 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $33.65**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $5.00 |
| Total before tax: | $30.99 |
| Estimated tax to be collected:* | $2.66 |
| **Order total:** | **$33.65** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/StephanDHampton-Combs-Tapestry-Hanging-152x130cm/dp/B085G6HYDC
**ProductID:** amazon_B085G6HYDC
**ProductName:** StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x130cm/60 X 51 Inch
**SellerID:** A2EMBJJ1HT3S6B
**SellerName:** FSSFIRST

**Item Screenshot Created at:** 2023-06-22 03:07:31
**Checkout Screenshot Created at:** 2023-06-22 03:53:22





## Consider these alternative items



**StephanDHampton Erykah Badu The Miseducation of Lauryn Hill Tapestry Wall**
★★★☆☆ 4
$15.18



**BUBL Trump Merch Cow Print Cowboy Hat Tapestry, Trump Tapestry Poster Funny Tapestry**
★★★★★ 80
$7.99



**Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room,**
★★★★☆ 4
$16.99



Home & Kitchen › Home Décor Products › Tapestries



Roll over image to zoom in



Select delivery location

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

★★★★☆ ⌄ ...atings



## Customers also search

Page 1 of 4


luke combs coffee mug


mastodon tapestry


luke combs tapestry flag


luke combs 16x24 poster


luke combs cup

**What do customers buy after viewing this item?**
Page 1 of 2



**Most purchased**
in this set of products

**Highest rated**
in this set of products

**Lowest Price**
in this set of products

**This item:**






| | | | |
|---|---|---|---|
| Gettin' Old | What You See Ain't Always… | Growin' Up | StephanDHampton Luke |
| › Luke Combs | › Luke Combs | › Luke Combs | Combs Tapestry Wall |
| ★★★★★ 388 | ★★★★★ 4,798 | ★★★★★ 1,932 | Hanging,Art Tapestry Home |
| Audio CD | Audio CD | Audio CD | Decor 152x130cm/6 |
| $11.98 | $16.97 | #1 Best Seller in Alt-Country & | ★★★★☆ 7 |
| Get it as soon as **Monday, Jun 26** | Get it as soon as **Friday, Jun 30** | Americana | 1 offer from $25.99 |
| FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | $11.96 | |
| shipped by Amazon | shipped by Amazon | Get it as soon as **Monday, Jun 26** | |
| | Only 13 left in stock - order soon. | FREE Shipping on orders over $25 | |
| | | shipped by Amazon | |

## Product information

| Size | One Size |
|---|---|
| Product Dimensions | 60"L x 51"W |
| Number of Items | 1 |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Unframed |
| Wall Art Form | Tapestry |
| Material | Polyester |
| Color | Black |
| Room Type | Bedroom |
| Brand | ASDRIWE |
| Special Feature | Lightweight |
| Mounting Type | Wall Mount |
| Item Weight | 7 ounces |
| Manufacturer | StephanDHampton |
| ASIN | B085G6HYDC |
| Customer Reviews | 4.6 ★★★★☆ ⌄   7 ratings |
| | 4.6 out of 5 stars |
| Best Sellers Rank | #547,978 in Home & Kitchen |
| | (See Top 100 in Home & |
| | Kitchen) |
| | #2,506 in Tapestries |
| Date First Available | March 4, 2020 |

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Color:Luke Combs | Size:152x130cm/60 X 51 Inch

¡¾Product¿

100% Lightweight Polyester ,soft, Durable, Skin-friendly.

Color: Luke Combs
Size:59 X 59 Inch

¡¾Pattern¡¿

HD Print:Featuring Vivid Colors And Crisp Lines, It Will Add An Elegant Feeling And Eye-catching For Your Room. No Strange Odor. Toxic Free And Safe. Never Worry About Fading.

¡¾Use¡¿

As A Home Decor ,decent For Accent Walls, Ceiling, Table, Sofa,
bedroom And Whatnot.
As A Gift, Nice Gift For All The Age Groups.
Outdoor Use,picnic Sheets, Beach Shawls, Scarves, Blankets, Etc.

¡¾ASSURANCE¡¿

We Insist On Producing High Quality Products. If You Have Any Questions And Concern About Our Products, Please Don't Hesitate To Email Us If You Have Any Questions. We Offer Free Replacement Or Full Refund If You Are Not Fully Satisfied With Our Tapestry.

¡¾Tips¡¿

Do Not Use Chlorine Bleach.
Dry Clean Or Gentle Hand Wash In Cold Water.
Machine Washable Under 30 Degree Centigrade.

## Overstock deals on Tapestries   Explore more in Outlet

Page 1 of 15

    

| Batmerry Red Green Cranes Floral Leaves Tapestry, Traditional Japanese Watercolor… | JAWO Floral Flower Tapestry, 1960 Vintage Flowers 60S 70S Orange Hippie Psychedelic… | Kanora Tarot Tapestry Magic Hand - Astrology Divination Tapestry… | EISKBC Macrame Wall Hanging Nature Cotton, Large Macrame Tapestry Curtains Wall Decor,… | Tarity Tapestry Decorative Tapestries Wall Hanging Wall Art Home Decor Wall Blan… |
|---|---|---|---|---|
| ★★★★½ 217 | ★★★★½ 144 | ★★★★½ 349 | ★★★★½ 46 | ★★★½ 10 |
| **30% off** Deal | **30% off** Deal | Amazon's Choice in Tapestries | **30% off** Deal | **30% off** Deal |
| $6.27 | $9.09 | **30% off** Deal | $41.99 | $16.79 |
| Was: $8.97 | Was: $12.99 | $8.39 | Was: $59.99 | Was: $23.99 |
| Get it as soon as **Tuesday, Jun 27** | Get it as soon as **Tuesday, Jun 27** | Was: $11.99 | Get it as soon as **Monday, Jun 26** | Get it as soon as **Tuesday, Jun 27** |
| FREE Shipping on orders over $25 shipped by Amazon Only 2 left in stock - order… | FREE Shipping on orders over $25 shipped by Amazon | Get it as soon as **Monday, Jun 26** | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |
| | | FREE Shipping on orders over $25 shipped by Amazon | | |

# Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

# Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ

XIAYUEHUA
Shop the Store on Amazon ›

raajsee
Shop the Store on Amazon ›

ETSKO
Shop the

  



XIAYUEHUA Custom Tapestry Upload Image Customize Tapestry Backdrop for…
**$10.99**

raajsee Indian Cotton Purple Tapestry Mandala Wall Hangings, Hippie…
⭐⭐⭐⭐½ 2,956
**$17.99**

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

⭐⭐⭐⭐½ 4.6 out of 5

7 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 0% |
| 3 star | | 20% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



Top reviews ⌄

## Top review from the United States

Josh

⭐⭐⭐⭐⭐ **LOVE IT**

Reviewed in the United States on January 12, 2023

**Verified Purchase**

More than satisfied with the tapestry! I love it… thanks for the amazing product!

Helpful | Report

**See all reviews ›**

## Popular products based on this item

Page 1 of 6

‹                                                                  ›







CIICD Funny Octopus Cartoon Tapestry Wall Hanging Window Design for Bedroom Home De…

⭐⭐⭐⭐⭐ 127

**Amazon's Choice** in Tapestries

$9.89

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon

Galoker Blacklight Skeleton Tapestry Trippy Mushroom Floral Tapestry UV Reactive Alien UFO Tapestry Galaxy Space Tapestry…

⭐⭐⭐⭐½ 232

$11.99-$28.99

Neasow Bohemian Tapestry Wall Hanging, Beige White Floral Tapestry with Dotted Daisy Medallion Print Bedroom Boho Hippie…

⭐⭐⭐⭐½ 6,735

$12.99-$32.99

ANARONA Scooby Trippy Tapestry, Cartoon Anime Tapestry Aesthetic Mushroom Tapestry Wall Hanging Dorm Backdro…

⭐⭐⭐⭐⭐ 3

$9.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Shee Moon Tapes Bohe Tapes

⭐⭐ $11.9

Get it Jun 2

FREE over $

## Best Sellers in Home Décor Products

Page 1 of 8







Utopia Bedding Throw Pillows Insert (Pack of 2, White) - 18 x 18 Inches Bed and Couch Pillows…

⭐⭐⭐⭐½ 163,954

**#1 Best Seller** in Throw Pillow Inserts

$15.99 ($8.00/Count)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Utopia Bedding Throw Pillows (Set of 4, White), 18 x 18 Inches Pillows for Sofa, Bed and Couch…

⭐⭐⭐⭐½ 82,611

**#1 Best Seller** in Throw Pillows

$19.99 ($5.00/Count)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

OLANLY Luxury Rug, Extra Soft and Absorbent Microfiber Rugs, Non-Slip Plush Shaggy Bath…

⭐⭐⭐⭐½ 18,292

**#1 Best Seller** in Bath Rugs

$10.89

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Echo Dot (5th Gen, 2022 release) with clock | Smart speaker with clock and Alexa | Cloud Blue

⭐⭐⭐⭐½ 27,272

**#1 Best Seller** in Wireless & Streaming Audio Systems

$59.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

upsim Fram Pictur 11x14

⭐⭐

**#1 Be** Tablet

$21.9

Get it Jun 26

FREE over $

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**

Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements





Amazon Science

Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon
English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: July 13, 2023 - Aug. 3, 2023**

Items shipped from xuweiDF51263

**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x130cm/60 X 51 Inch**

$25.99

Qty: 1

Sold by: xuweiDF51263

Gift options not available

**Choose a delivery option:**

(•) **Thursday, July 13 - Thursday, Aug. 3**
$5.00 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $33.65**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $5.00 |
| Total before tax: | $30.99 |
| Estimated tax to be collected:* | $2.66 |
| **Order total:** | **$33.65** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:** https://www.amazon.com/Heart-Combs-Nilamuda-Coffee-Ceramic/dp/B08MT1LNKH
**ProductID:** amazon_B08MT1LNKH
**ProductName:** Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
**SellerID:** A2HRQVVZBAA6N9
**SellerName:** Nguyen Thi Lien 1

**Item Screenshot Created at:** 2023-06-22 03:07:21
**Checkout Screenshot Created at:** 2023-06-22 03:48:33



amazon Hello Select your address | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Clinic | Best Sellers | Customer Service | Amazon Basics | New Releases | Prime | Music | Today's Deals | Prime Day is July 11-12

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improveme

Home & Kitchen › Kitchen & Dining › Dining & Entertaining › Novelty › Drinkware › Coffee Mugs

Roll over image to zoom in

# y Heart Combs Tour ilamuda Coffee Mug c Cup 11 Oz Gift For omen Who Love Mugs

sa

17

ize

ial Ceramic

Capacity 11 Ounces

| | |
|---|---|
| **Brand** | Bilcesa |
| **Color** | Style17 |
| **Special Feature** | Durable |
| **Style** | Modern |
| **Occasion** | Daily |

## About this item

- These Mugs Are Made Using The Highest And Safest Quality Stoneware. Environmental Friendly Material. Cup Bottom Thickening Anti-slip Design,Printed On Both Sides.Beautiful And Personalized Logo Or Pattern Printing
- Unique Ear Design For Comfortable Grip, And Are A Convenient Choice For Your Daily Cup Of Coffee, Tea, Cocoa, Hot Chocolate, Chai, Toddy, Earl Grey.Rugged And Durable, Use It Often To Bring A Warm Feeling, To Accompany You And The People You Care About Every Day,giving You And Your Family A Healthier Life.
- 11 OZ Durable High Quality Ceramic Mug. Treat Yourself Or Give As A Gift To Someone Special.Dishwasher, Microwave Oven Can Not Be Used,If You Need Help, Please Timely Communicate With Me.
- Logistics Time: Ordinary Delivery Time Is 7-14 Days, Expedited Delivery Is 5-8 Days.
- Due To The Special Nature Of Porcelain Firing, It Is Purely Hand-made. Therefore, In The High-temperature Firing Process, Flaws May Appear On The Surface Of The Ceramic, And Small Black Spots, Small Burrs, Small Bumps, Uneven Glazing, Etc. May Occur. The Inevitable Situation Of The Existing Technology Is Also Within The Scope Of International And National Standards, This Is The Normal Situation.

Select delivery location

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

## What do customers buy after viewing this item?

**Most purchased** | Highest rated | Lowest Price
in this set of products

This item:

  

Luke Combs

Growin' Up

› Luke Combs

⭐⭐⭐⭐⭐ 1,932

Audio CD

**#1 Best Seller** in Alt-Country & Americana

$11.96

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs

3 offers from $7.00

Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee…

⭐⭐⭐⭐½ 865

$15.99-$18.99

## Customers also search

Page 1 of 3

     

luke combs coffee mug

monster hunter kitchen

dead by daylight gift

acn mug

beardiful mug

## Product Description

This high quality 11oz. ceramic white mug has a premium hard coat that provides crisp and vibrant color reproduction sure to last for years. Perfect for all hot & cold beverages.High Gloss + Premium White FinishORCA CoatingDishwasher and Microwave Safe3.7\u2033H x 3.7\u2033W x 3.2\u2033D10.2\u2033 Circumference

## Product information

| Brand | Bilcesa |
|---|---|
| Color | Style17 |
| Special Feature | Durable |
| Style | Modern |
| Occasion | Daily |
| Included Components | Handle |
| Shape | Heart |
| Pattern | Letter Print |
| Product Care Instructions | Machine Wash, Microwave Safe, Hand Wash Only |
| Age Range (Description) | Adult |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| ASIN | B08MT1LNKH |

### Feedback

Would you like to **tell us about a lower price?** ⌄

| Best Sellers Rank | #523,550 in Kitchen & Dining (See Top 100 in Kitchen & Dining)<br>#30,628 in Novelty Coffee Mugs<br>#87,999 in Glassware & Drinkware |
|---|---|
| Date First Available | November 5, 2020 |

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2

**Humor Us Home Goods**
Shop the Store on Amazon ›




And I Will Always Love You - 12 oz Glass Coffee Cup Mug - Gifts for Women…
★★★★★ 5,608
$15.99

**Molandra Products**
Shop the Store on Amazon ›




Molandra Products SD South Dakota - 11oz Ceramic Colored Inside & Handle…
★★★★★ 1
$25.66

**Print Su…**
Shop the…





## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Overstock deals on Novelty Coffee Mugs   Explore more in Outlet

Page 1 of 15

    

**Reusable Coffee Cup, Can Match DIY Accessories Ceramic Travel Mug, Unique to …**
★★★★☆ 13
**30% off** Deal
$13.99 ($7.00/Count)
Was: $19.99
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

**Retreez Thanks Mom If I Had a different Mom I Would Punch Her 16 Oz Enamel Stainless Steel…**
★★★★★ 3
**30% off** Deal
$11.89
List: $16.99
Get it as soon as **Wednesday, Jun 28**
FREE Shipping on orders over $25 shipped by Amazon
Only 16 left in stock - order…

**Retreez Funny Mug - Boss Lady Classy Sassy Bad Assy Entrepreneur 11 Oz Ceramic Coffee…**
★★★★☆ 363
**30% off** Deal
$10.88
List: $15.55
Get it as soon as **Wednesday, Jun 28**
FREE Shipping on orders over $25 shipped by Amazon

**Retreez Funny Mug - The Ocean Made Me Salty Mermaid Beach Sea 1…**
★★★★☆ 104
Amazon's Choice in
Novelty Coffee Mugs
**30% off** Deal
$10.88
List: $15.55
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

**SUPIMUGS Reusable Coffee Cup, Can Match DIY Accessories Ceramic Travel Mug, Unique to …**
★★★★☆ 13
**30% off** Deal
$11.89 ($5.95/Count)
Was: $16.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

## Best Sellers in Kitchen & Dining

Page 1 of 8

    

**Bounty Quick Size Paper Towels, White, 8 Family Rolls = 20 Regular Rolls (Packaging May Vary)**
★★★★★ 108,309
**#1 Best Seller** in Paper Towels
$24.42
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

**Bounty Quick-Size Paper Towels, White, 16 Family Rolls = 40 Regular Rolls (Packaging May Vary)**
★★★★★ 87,983
$43.15 ($2.31/100 Sheets)
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

**Starbucks K-Cup Coffee Pods—Medium Roast Coffee—Pike Place…**
Pod · Pike Place
★★★★☆ 118,751
**#1 Best Seller** in Single-Serve Coffee Capsules & Pods
$49.32 ($0.51/Count)
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

**Amazon Brand - Presto! Flex-a-Size Paper Towels, 158 Sheet Huge Roll, 12 Rolls (2 Packs o…**
★★★★☆ 86,957
Amazon's Choice in
Paper Towels
$28.28 ($1.49/100 Sheets)
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

**Boun Towe Rolls (Pack**
★★★★ 33,8
$33.8
Get it a
FREE
over $

## Customers who viewed items in your browsing history also viewed

Page 1 of 2









**Luke Combs Gettin' Old Album Tee**

⭐⭐⭐⭐ 13

$18.51-$29.52

**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch**

$22.99

Get it Jul 13 - Aug 3

$5.00 shipping

**Beautiful Crazy T Shirt for Women Funny Inspirational Letter Printed Heart Graphic Tee Casual Tops**

⭐⭐⭐⭐ 1,403

$19.98-$31.96

**Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee Tops**

⭐⭐⭐⭐ 865

$15.99-$18.99

Lukes
Lukes
Shirt,
Gift fo
Fans

$20.9

Get it

$6.99

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

---

amazon

🌐 English ⏷    🇺🇸 United States

---

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**DPReview**
Digital Photography

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to
your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use　Privacy Notice　Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



# amazon

## Checkout (1 item)                                                    🔒

**1   Shipping address**            Wendell Allen                          Change
                                    38 W JACKSON BLVD
                                    CHICAGO, IL 60604-3908
                                    Add delivery instructions

**2   Payment method**              MasterCard ending in 3709              Change
                                    **Billing address:** Same as shipping
                                    address.
                                    ⌃ Add a gift card or promotion code or
                                    voucher
                                    [ Enter code ]      Apply

**3   Offers**

**4   Review items and shipping**

|  **FREE TRIAL** |
| **Wendell, we're giving you 30 days of Prime** [ Try Prime FREE for 30 days › ]
| **benefits for FREE** |

**Estimated delivery: June 29, 2023 - July 6, 2023**
Items shipped from Besthao Store

Luke My Heart Combs Tour          **Choose a delivery option:**
2019 Nilamuda Coffee Mug          ● **Thursday, June 29 - Thursday, July 6**
Ceramic Cup 11 Oz Gift For          FREE Shipping
Men Women Who Love
Mugs
**$7.00**
Qty: 1 ⌄
Sold by: Besthao Store

Gift options not available

[ Place Your Order and Pay ]       **Order total:  $7.72**
You'll be securely redirected to MasterCard    By placing your order, you agree to Amazon's
to complete this transaction.                  privacy notice and conditions of use.

### Sidebar

**Wendell, get in on the perks.
We're giving you 30 days of
Prime benefits for FREE.**

[ Try Prime FREE ]

[ **Place Your Order and Pay** ]

You'll be securely redirected to
MasterCard to complete this
transaction.

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

Items:                                    $7.00
Shipping & handling:                      $0.00

Total before tax:                         $7.00
Estimated tax to be collected:*           $0.72

**Order total:**                          **$7.72**

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:** https://www.amazon.com/Heart-Combs-Nilamuda-Coffee-Ceramic/dp/B08MT1LNKH
**ProductID:** amazon_B08MT1LNKH
**ProductName:** Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
**SellerID:** A2RI84KKBQD98C
**SellerName:** PHAMDUYENVBHP

**Item Screenshot Created at:** 2023-06-22 03:07:48
**Checkout Screenshot Created at:** 2023-06-22 03:58:27



Home & Kitchen › Kitchen & Dining › Dining & Entertaining › Novelty › Drinkware › Coffee Mugs

Roll over image to zoom in

# y Heart Combs Tour ilamuda Coffee Mug c Cup 11 Oz Gift For omen Who Love Mugs

a

l7

ze

ial Ceramic

Capacity 11 Ounces

| | |
|---|---|
| **Brand** | Bilcesa |
| **Color** | Style17 |
| **Special Feature** | Durable |
| **Style** | Modern |
| **Occasion** | Daily |

## About this item

- These Mugs Are Made Using The Highest And Safest Quality Stoneware. Environmental Friendly Material. Cup Bottom Thickening Anti-slip Design,Printed On Both Sides.Beautiful And Personalized Logo Or Pattern Printing
- Unique Ear Design For Comfortable Grip, And Are A Convenient Choice For Your Daily Cup Of Coffee, Tea, Cocoa, Hot Chocolate, Chai, Toddy, Earl Grey.Rugged And Durable, Use It Often To Bring A Warm Feeling, To Accompany You And The People You Care About Every Day,giving You And Your Family A Healthier Life.
- 11 OZ Durable High Quality Ceramic Mug. Treat Yourself Or Give As A Gift To Someone Special.Dishwasher, Microwave Oven Can Not Be Used,If You Need Help, Please Timely Communicate With Me.
- Logistics Time: Ordinary Delivery Time Is 7-14 Days, Expedited Delivery Is 5-8 Days.
- Due To The Special Nature Of Porcelain Firing, It Is Purely Hand-made. Therefore, In The High-temperature Firing Process, Flaws May Appear On The Surface Of The Ceramic, And Small Black Spots, Small Burrs, Small Bumps, Uneven Glazing, Etc. May Occur. The Inevitable Situation Of The Existing Technology Is Also Within The Scope Of International And National Standards, This Is The Normal Situation.

Select delivery location

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

## What do customers buy after viewing this item?

**Most purchased | Highest rated | Lowest Price**
in this set of products

**This item:**





Growin' Up
> Luke Combs
⭐⭐⭐⭐⭐ 1,932
Audio CD
**#1 Best Seller** in Alt-Country & Americana
$11.96
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
3 offers from $7.00

Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee…
⭐⭐⭐⭐½ 865
$15.99-$18.99

## Customers also search

Page 1 of 3





luke combs coffee mug


monster hunter kitchen


dead by daylight gift



acn mug


beardiful mug

## Product Description

This high quality 11oz. ceramic white mug has a premium hard coat that provides crisp and vibrant color reproduction sure to last for years. Perfect for all hot & cold beverages.High Gloss + Premium White FinishORCA CoatingDishwasher and Microwave Safe3.7\u2033H x 3.7\u2033W x 3.2\u2033D10.2\u2033 Circumference

## Product information

| Brand | Bilcesa |
| --- | --- |
| Color | Style17 |
| Special Feature | Durable |
| Style | Modern |
| Occasion | Daily |
| Included Components | Handle |
| Shape | Heart |
| Pattern | Letter Print |
| Product Care Instructions | Machine Wash, Microwave Safe, Hand Wash Only |
| Age Range (Description) | Adult |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| ASIN | B08MT1LNKH |

### Feedback

Would you like to **tell us about a lower price?** ⌄

| Best Sellers Rank | #523,550 in Kitchen & Dining (See Top 100 in Kitchen & Dining) #30,628 in Novelty Coffee Mugs #87,999 in Glassware & Drinkware |
|---|---|
| Date First Available | November 5, 2020 |

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2

Humor Us Home Goods
Shop the Store on Amazon ›

Molandra Products
Shop the Store on Amazon ›

Print Sup
Shop the







And I Will Always Love You - 12 oz Glass Coffee Cup Mug - Gifts for Women...
★★★★★ 5,608
$15.99

Molandra Products SD South Dakota - 11oz Ceramic Colored Inside & Handle...
★★★★★ 1
$25.66

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

No customer reviews

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Overstock deals on Novelty Coffee Mugs  Explore more in Outlet

Page 1 of 15







Retreez Funny Mug - I Don't Give Two Foxes Fox 11 Oz Ceramic Coffee Mugs - Funny, Sarcasm…

★★★★☆ 242

50% off  Deal

$7.77
List: $15.55
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon
Only 19 left in stock - orde…

Retreez OMG! I'm an Adult Now Graduation 16 Oz Enamel Stainless Steel Metal Camping…

★★★★★ 1

30% off  Deal

$11.89
List: $16.99
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon
Only 15 left in stock - orde…

Onebttl Mothers Day Gifts from Son, Gifts for Mom from Son - Good…

Amazon's Choice  in
Novelty Coffee Mugs

30% off  Deal

$13.99
Typical: $19.99
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

Retreez Funny Mug - Really Awesome Nana Looks Like 11 Oz Ceramic Coffee Mugs -…

★★★★★ 79

30% off  Deal

$10.88
List: $15.55
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon

Retreez Funny Mug - Miss Mrs. Ms. Dr. Doctor 11 Oz Ceramic Coffee Mugs - Funny, Sarcasm…

★★★★☆ 231

30% off  Deal

$10.88
List: $15.55
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon

## Best Sellers in Kitchen & Dining

Page 1 of 8








Bounty Quick Size Paper Towels, White, 8 Family Rolls = 20 Regular Rolls (Packaging May Vary)

★★★★★ 108,309

#1 Best Seller  in Paper Towels

$24.42
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

Bounty Quick-Size Paper Towels, White, 16 Family Rolls = 40 Regular Rolls (Packaging May Vary)

★★★★★ 87,983

$43.15 ($2.31/100 Sheets)
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

Starbucks K-Cup Coffee Pods—Medium Roast Coffee—Pike Place Roast for Keurig Brewers—…

★★★★☆ 118,751

#1 Best Seller  in Single-Serve Coffee Capsules & Pods

$49.32 ($0.51/Count)
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon

Amazon Brand - Presto! Flex-a-Size Paper Towels, 158 Sheet Huge Roll, 12 Rolls (2 Pacts of 6),…

★★★★☆ 86,957

Amazon's Choice  in
Paper Towels

$28.28 ($1.49/100 Sheets)
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

Boun
Towe
Rolls
(Pack

★★★
$33.8
Get it
Jun 26
FREE S
$25 sh

## Customers who viewed items in your browsing history also viewed

Page 1 of 2














**Luke Combs Gettin' Old Album Tee**
⭐⭐⭐⭐½ 13
$18.51-$29.52

**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch**
$22.99
Get it Jul 13 - Aug 3
$5.00 shipping

**Beautiful Crazy T Shirt for Women Funny Inspirational Letter Printed Heart Graphic Tee Casual Tops**
⭐⭐⭐⭐½ 1,403
$19.98-$31.96

**Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee Tops**
⭐⭐⭐⭐½ 865
$15.99-$18.99

**Lukes
Lukes
Shirt,
Swea
Lukes
White**
⭐⭐⭐
$20.9
Get it
$6.99

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

[🌐 English ▾]     [🇺🇸 United States ▾]

| | | | | |
|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime |

**Sell on Amazon** Start a Selling Account

**Amazon Web Services** Scalable Cloud Computing Services

**Fabric** Sewing, Quilting & Knitting

**Prime Video Direct** Video Distribution Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to
your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996–2023, Amazon.com, Inc. or its affiliates



amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 29, 2023 - July 6, 2023**

Items shipped from Besthao Store

**Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs**

$7.00

Qty: 1

Sold by: Besthao Store

Gift options not available

**Choose a delivery option:**

- **Thursday, June 29 - Thursday, July 6**
  FREE Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $7.72**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $7.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $7.00 |
| Estimated tax to be collected:* | $0.72 |
| **Order total:** | **$7.72** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Mydikuw-Accessories-Decorations-Bracelets-Wristband/dp/B0C65J3B2N
**ProductID:** amazon_B0C65J3B2N
**ProductName:** Mydikuw
**SellerID:** A2U15J3PJ4Y62H
**SellerName:** chengduxiaoyuchangshangmaoyouxiangongsi

**Item Screenshot Created at:** 2023-06-22 03:07:50
**Checkout Screenshot Created at:** 2023-06-22 03:37:43

**amazon**
◉ Select your address
All ▾ | Search Amazon | 🔍
≣ All | Clinic | Best Sellers | Customer Service | Amazon Basics | New Releases | Prime ▾ | Music | Today's Deals
Hello
◉ Select your address
🇺🇸 EN ▾
Hello, sign in
Account & Lists ▾
Returns
& Orders
🛒 0

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Prime Day is July 11-12    prime day

Clothing, Shoes & Jewelry › Shoe, Jewelry & Watch Accessories › Shoe Care & Accessories › Shoe Decoration Charms



Brand: Mydikuw

# Mydikuw Singer Shoe Charms 20PCS Shoes Charms for PVC Cute Clog Pins Accessories Fit for Girls Boys Adults Decorations Bracelets Wristband Birthday Party Favors Supplies Gifts

$5.88

Get **Fast, Free Shipping** with **Amazon Prime**
FREE Returns ▾

- 【Shoe Charms Set】20Pcs singer shoe charms same to the picture, which can make your shoes more interesting and highlight your personality. Decorate your shoes or wristbands to make them unique, funny.
- 【Easy to Use】To install the charm, please hold it and insert it with a 45-degree angle. To remove it, reach into holes of the shoes, push the bottom of the shoe charm slightly till it comes out. Do not use the pull to avoid falling off or damaging the shoes.
- 【High Quality】Our shoes decoration charms are made of PVC soft rubber, easy to clean, can be reused.
- 【Wide Use】 You can use these vibrant kawaii shoe charms on sandals, clogs, bubble slides, bracelets and so on.
- 【Customer Service】If you are not satisfied with our product or have any other question, please contact us directly by email, we will reply you within 12 hours and help to solve your problem ASAP!



**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
**Try Prime** and start saving today with **Fast, FREE Delivery**

**Delivery** | Pickup

$5.88

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ▾

**FREE delivery Monday, June 26** on orders shipped by Amazon over $25. Order within **52 mins**

◉ Select delivery location

**In Stock**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Payment   Secure transaction
Ships from   Amazon
Sold by   chengduxiaoyuchangshar
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell?
[ Sell on Amazon ]

## Buy it with

 + 

Total price: $23.87

**Add both to Cart**

ⓘ These items are shipped from and sold by different sellers. Show details

**This item:** Mydikuw Singer Shoe Charms 20PCS Shoes Charms for PVC Cute Clog Pins Accessories …
$5.⁸⁸

Lnyofz 110pcs Pack, Different Shoes Charms Decoration Accessories Girls Boys Teens Kid…
$17.⁹⁹

## 4 stars and above

Sponsored ⓘ

Page 1 of 18

    

XQNB Different PVC Shoe Charms Cartoon Car Shoes Decorations Bracelet Wristband Acc...
★★★★☆ 117
$10.99 ✓prime

20PCS Anime Shoe Charms PVC Bear Charms for Croc Sandals Wristband Bracelet…
★★★★☆ 104
**Limited time deal**
$6.99 ✓prime
List: $7.99 (13% off)

50 Pack Random Cartoon Anime Croc Charms Bulk Pins for Crock Boys Girls, Cute…
★★★★☆ 90
$8.77 ✓prime

TANSWEET 30,50,100,125 pcs PVC Random Different Shape Shoe Charms for Shoe…
★★★★☆ 6,777
$7.99 ✓prime

QYSEOFON 30 Pieces Sets Skull Face Shoe Cartoon Charms Horror Movie Anime Shoes…
★★★★☆ 808
$11.99 ✓prime
**Save 5%** with coupon (some sizes/colors)

## Product details

**Product Dimensions :** 4 x 3 x 0.6 inches; 2.08 Ounces
**Department :** Unisex-child
**Date First Available :** May 24, 2023
**ASIN :** B0C65J3B2N
**Best Sellers Rank:** #223,501 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
　#1,631 in Shoe Decoration Charms

## Videos

Help others learn more about this product by uploading a video!

**Upload your video**

## Products related to this item

Sponsored ⓘ

Page 1 of 20



Beamandi Peso Pluma Croc Charms Rapper Singer Shoe Charms Decoration for Adult…

⭐⭐⭐☆☆ 1

**$9.99** ✓prime

17 PCS Dinosaur Croc Shoe Charms Decoration, PVC Pins Decoration in the Dark Shoe C…

⭐⭐⭐⭐½ 17

**$12.99** ✓prime

`Save 8%` with coupon (some sizes/colors)

5Pcs Pinwheel Shoe Charms,Funny Shoe Decoration for Adults Teens Kids (5PCS…

**$10.99** ✓prime

25 35Pcs Singer Croc Charms for Teen Adults, Singer Shoe Charms for Croc Clogs Sand…

⭐⭐⭐⭐⭐ 5

**$7.99** ✓prime

30 45Pcs Singer Croc Charms, Singer Shoe Sandals Decorations for Girls,Women, Teens…

⭐⭐⭐⭐⭐ 12

**$7.99** ✓prime

## Brands in this category on Amazon

Sponsored ⓘ



crocs



eleekul
bling shoe charms

## Looking for specific info?

🔍 Search in reviews, Q&A…

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Products related to this item

Page 1 of 35

Sponsored 









25 35Pcs Singer Croc Charms for Teen Adults, Singer Shoe Charms for Croc Clogs Sand...
★★★★★ 5
$7.99 ✓prime

30 45Pcs Singer Croc Charms, Singer Shoe Sandals Decorations for Girls,Women, Teens...
★★★★★ 12
$7.99 ✓prime

CHLIVE Zombies Croc Shoe Charms PVZ Decor Original Accessories
★★★★½ 18
$18.88 ✓prime

XQNB Different PVC Shoe Charms Cartoon Car Shoes Decorations Bracelet Wristband Acc...
$8.99 ✓prime

Beamandi Peso Pluma Croc Charms Rapper Singer Shoe Charms Decoration for Adult…
★★★☆☆ 1
$9.99 ✓prime

## Best Sellers in this category









Crocs Classic clog
★★★★★ 529,375
#1 Best Seller in Clothing, Shoes & Jewelry
$26.72
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Pink Miracle Shoe Cleaner Kit with Bottle and Brush For Fabric Cleaner For Leather,...
★★★★½ 32,876
#1 Best Seller in Shoe Cleaners
$24.97
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

Crocs Classic clog
★★★★★ 529,374
#1 Best Seller in Clothing, Shoes & Jewelry
$26.72
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Crocs Classic clog
★★★★★ 529,375
#1 Best Seller in Clothing, Shoes & Jewelry
$27.75
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Crocs Classic clog
★★★★★ 529,375
#1 Best Seller in Clothi
$26.72
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders o $25 shipped by Amazon

## Popular products based on this item







35Pcs Croc Charm for Boys Girls, Fast Food Drink Shoe Charms Decoration, for Bubble Slides Sandals Clogs…
⭐⭐⭐⭐½ 7
$9.99
Get it as soon as **Thursday, Jul 6**
FREE Shipping on orders over $25 shipped by Amazon

Roubeku 14PCS Baseball Shoe Charms Decoration, Non-repeating Skeleton Cow boy Clog Charms Accessories for Boy Gir…
⭐⭐⭐⭐⭐ 3
$9.66
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

106 Pieces Clog Shoe Charms Pack, Letters Numbers Sports Shoe Decorations, Basketball Football Pin Charm Gif…
⭐⭐⭐⭐½ 28
$11.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

FINDIN 50-Piece Pack Shoe Charms For Clog, Different No-Repeat Shoes Decorations…
⭐⭐⭐⭐½ 68
**Amazon's Choice** in Shoe Decoration Charms
$11.99
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

9pcs cute Shoe Charms For Kids Boys Girls, cu… cartoon Charms Accessories For Clog Shoes Decorations…
⭐⭐⭐⭐½ 37
$6.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders o… $25 shipped by Amazon

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

🌐 English     🇺🇸 United States

| Amazon Music | Amazon | 6pm | AbeBooks | ACX | Sell on Amazon |
|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric |
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Sewing, Quilting & Knitting |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct |
|---|---|---|---|---|---|
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy |
| Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use     Privacy Notice     Your Ads Privacy Choices

© 1996–2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)

🔒

**1**   **Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

🟠 Or pick up near this address - See nearby pickup
locations

**Change**

---

**2**   **Payment method**

MasterCard ending in 3709

**Billing address:** Same as shipping
address.

∧ Add a gift card or promotion code or
voucher

[ Enter code ] [ Apply ]

**Change**

---

**3**   **Offers**

---

**4**   **Review items and shipping**



**FREE TRIAL**

**Wendell, we're giving you
Prime FREE for 30 days!**
Get your Prime eligible items with
your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime >

No hassle. No commitments. Cancel
anytime.

**Delivery: June 23, 2023** If you order in the next 15 hours and 37 minutes (Details)
Items shipped from Amazon.com

Mydikuw Singer Shoe
Charms 20PCS Shoes
Charms for PVC Cute Clog
Pins Accessories Fit for Girls
Boys Adults Decorations
Bracelets Wristband
Birthday Party Favors
Supplies Gifts
$5.88 & FREE Returns ∨
Qty: 1 ∨
Sold by:
chengduxiaoyuchangshangmaoyouxiangongsi
Amazon Prime eligible  Join now
🎁 Add gift options

Choose a delivery option:

◯ FREE Two-Day Delivery with your free
trial of Prime

Fast, FREE Delivery  prime

● **Friday, June 23**
$5.99 - Standard Shipping

---

**Place Your Order and Pay**

You'll be securely redirected to MasterCard
to complete this transaction.

**Order total:** **$12.47**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions
apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Wendell, get in on the perks.
We're giving you 30 days of
Prime benefits for FREE.**

[ Try Prime FREE ]

**Place Your Order and Pay**

You'll be securely redirected to
MasterCard to complete this
transaction.

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $5.88 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.87 |
| Estimated tax to be collected: | $0.60 |
| **Order total:** | **$12.47** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/StephanDHampton-Combs-Tapestry-Hanging-152x130cm/dp/B085G6HYDC
**ProductID:** amazon_B085G6HYDC
**ProductName:** StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x130cm/60 X 51 Inch
**SellerID:** A3HU7G67U7FXEH
**SellerName:** HoneyCombb

**Item Screenshot Created at:** 2023-06-22 03:07:28
**Checkout Screenshot Created at:** 2023-06-22 03:50:14



## Consider these alternative items



**StephanDHampton Erykah Badu The Miseducation of Lauryn Hill Tapestry Wall**
★★★☆ 4
$15.18



**BUBL Trump Merch Cow Print Cowboy Hat Tapestry, Trump Tapestry Poster Funny Tapestry**
★★★★★ 80
$7.99



**Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room,**
★★★★☆ 4
$16.99

Home & Kitchen › Home Décor Products › Tapestries



Roll over image to zoom in



Select delivery location

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

★★★★☆ ⌄     ...atings

X

...OJSK
...ARTMENT AND Thunder
LOVER

## Product information

| | |
|---|---|
| Size | One Size |
| Product Dimensions | 60"L x 51"W |
| Number of Items | 1 |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Unframed |
| Wall Art Form | Tapestry |
| Material | Polyester |
| Color | Black |

### Feedback

Would you like to **tell us about a lower price?** ⌄

| Room Type | Bedroom |
|---|---|
| Brand | ASDRIWE |
| Special Feature | Lightweight |
| Mounting Type | Wall Mount |
| Item Weight | 7 ounces |
| Manufacturer | StephanDHampton |
| ASIN | B085G6HYDC |
| Customer Reviews | 4.6 ★★★★⯪ ∨    7 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #547,978 in Home & Kitchen<br>(See Top 100 in Home & Kitchen)<br>#2,506 in Tapestries |
| Date First Available | March 4, 2020 |

## Customers also search

Page 1 of 4



luke combs coffee mug


mastodon tapestry


luke combs tapestry flag


luke combs 16x24 poster


luke combs cup

## What do customers buy after viewing this item?

Page 1 of 2

**Most purchased**
in this set of products

**Highest rated**
in this set of products

**Lowest Price**
in this set of products

**This item:**




Gettin' Old
› Luke Combs
★★★★★ 388
Audio CD
$11.98
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25
shipped by Amazon



What You See Ain't Always…
› Luke Combs
★★★★★ 4,798
Audio CD
$16.97
Get it as soon as **Friday, Jun 30**
FREE Shipping on orders over $25
shipped by Amazon
Only 13 left in stock - order soon.



Growin' Up
› Luke Combs
★★★★★ 1,932
Audio CD
**#1 Best Seller** ◄ in Alt-Country & Americana
$11.96
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25
shipped by Amazon



StephanDHampton Combs Tapestry Wa
Hanging,Art Tapest Decor 152x130cm/6
★★★★⯪ 7
1 offer from $25.99

## Customers who viewed this item also viewed

Page 1 of 7














StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch
$22.99
Get it Jul 13 - Aug 3
$5.00 shipping

Gettin' Old
›Luke Combs
⭐⭐⭐⭐⭐ 388
Audio CD
$11.98
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Luke Combs Gettin' Old Album Tee
⭐⭐⭐⭐½ 13
$18.51-$29.52

Weston Ink Pop Music Ed Sheeran -(subtract) Album Cover Canvas Posters - High Resolution Wall Aesthetic Art Music Cnavas Posters -…
$14.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room, Dormitor…
⭐⭐⭐⭐½ 4
$16.99
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order…

---

## Overstock deals on Tapestries   Explore more in Outlet

Page 1 of 15

˅ Explore more recommendations

---

## Product Description

Color:Luke Combs | Size:152x130cm/60 X 51 Inch

¡¾Product¡¿

100% Lightweight Polyester ,soft, Durable, Skin-friendly.
Color: Luke Combs
Size:59 X 59 Inch

¡¾Pattern¡¿

HD Print:Featuring Vivid Colors And Crisp Lines, It Will Add An Elegant Feeling And Eye-catching For Your Room. No Strange Odor. Toxic Free And Safe. Never Worry About Fading.

¡¾Use¡¿

As A Home Decor ,decent For Accent Walls, Ceiling, Table, Sofa, bedroom And Whatnot.
As A Gift, Nice Gift For All The Age Groups.
Outdoor Use,picnic Sheets, Beach Shawls, Scarves, Blankets, Etc.

¡¾ASSURANCE¡¿

We Insist On Producing High Quality Products. If You Have Any Questions And Concern About Our Products, Please Don't Hesitate To Email Us If You Have Any Questions. We Offer Free Replacement Or Full Refund If You Are Not Fully Satisfied With Our Tapestry.

¡¾Tips¡¿

Do Not Use Chlorine Bleach.
Dry Clean Or Gentle Hand Wash In Cold Water.
Machine Washable Under 30 Degree Centigrade.

# Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

# Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2

XIAYUEHUA
Shop the Store on Amazon ›

raajsee
Shop the Store on Amazon ›

ETSKOM
Shop the











XIAYUEHUA Custom Tapestry Upload Image Customize Tapestry Backdrop for…

$10.99

raajsee Indian Cotton Purple Tapestry Mandala Wall Hangings, Hippie…

⭐⭐⭐⭐½ 2,956

$17.99

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

⭐⭐⭐⭐½  4.6 out of 5

7 global ratings

| | | |
|---|---|---|
| 5 star |  | 80% |
| 4 star | | 0% |
| 3 star | | 20% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Top reviews ⌄

### Top review from the United States

  Josh

⭐⭐⭐⭐⭐  **LOVE IT**

Reviewed in the United States on January 12, 2023

**Verified Purchase**

More than satisfied with the tapestry! I love it… thanks for the amazing product!

Helpful    | Report

**See all reviews** ›

## Popular products based on this item

Page 1 of 6








CIICD Funny Octopus Cartoon Tapestry Wall Hanging Window Design for Bedroom Home De…
★★★★★ 127
**Amazon's Choice** in Tapestries
$9.89
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

Galoker Blacklight Skeleton Tapestry Trippy Mushroom Floral Tapestry UV Reactive Alien UFO Tapestry Galaxy Space Tapestry…
★★★★★ 232
$11.99–$28.99

Neasow Bohemian Tapestry Wall Hanging, Beige White Floral Tapestry with Dotted Daisy Medallion Print Bedroom Boho Hippie…
★★★★☆ 6,735
$12.99–$32.99

ANARONA Scooby Trippy Tapestry, Cartoon Anime Tapestry Aesthetic Mushroom Tapestry Wall Hanging Dorm Backdro…
★★★★★ 3
$9.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Shee Moon Tapes Bohe Tapes
★★☆
$11.9
Get it Jun 2
FREE over $

## Best Sellers in Home Décor Products
Page 1 of 8







Utopia Bedding Throw Pillows Insert (Pack of 2, White) - 18 x 18 Inches Bed and Couch Pillows…
★★★★☆ 163,954
**#1 Best Seller** in Throw Pillow Inserts
$15.99 ($8.00/Count)
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon
🌿 Climate Pledge Friendly ⌄

Utopia Bedding Throw Pillows (Set of 4, White), 18 x 18 Inches Pillows for Sofa, Bed and Couch…
★★★★☆ 82,611
**#1 Best Seller** in Throw Pillows
$19.99 ($5.00/Count)
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon
🌿 Climate Pledge Friendly ⌄

OLANLY Luxury Rug, Extra Soft and Absorbent Microfiber Rugs, Non-Slip Plush Shaggy Bath…
★★★★☆ 18,292
**#1 Best Seller** in Bath Rugs
$10.89
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Echo Dot (5th Gen, 2022 release) with clock | Smart speaker with clock and Alexa | Cloud Blue
★★★★☆ 27,272
**#1 Best Seller** in Wireless & Streaming Audio Systems
$59.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon
🌿 Climate Pledge Friendly ⌄

upsim Fram Pictur 11x14
★★☆
**#1 Be** Tablet
$21.9
Get it Jun 26
FREE over $

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements





Amazon Science

Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: July 13, 2023 - Aug. 3, 2023**

Items shipped from xuweiDF51263

**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x130cm/60 X 51 Inch**

$25.99

Qty: 1

Sold by: xuweiDF51263

Gift options not available

**Choose a delivery option:**

◉ **Thursday, July 13 - Thursday, Aug. 3**
$5.00 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $33.65**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $5.00 |
| Total before tax: | $30.99 |
| Estimated tax to be collected:* | $2.66 |
| **Order total:** | **$33.65** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:** https://www.amazon.com/Heart-Combs-Nilamuda-Coffee-Ceramic/dp/B08MT1LNKH
**ProductID:** amazon_B08MT1LNKH
**ProductName:** Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
**SellerID:** A7PSPJRDFD351
**SellerName:** Ngochung Shop

**Item Screenshot Created at:** 2023-06-22 03:07:12
**Checkout Screenshot Created at:** 2023-06-22 03:16:07



amazon

Hello
Select your address

Home & Kitchen ▾ | Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

0

☰ All   Clinic   Best Sellers   Customer Service   Amazon Basics   New Releases   Prime ▾   Music   Today's Deals     **Prime Day is July 11-12**

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improveme

Home & Kitchen › Kitchen & Dining › Dining & Entertaining › Novelty › Drinkware › Coffee Mugs

Roll over image to zoom in

y Heart Combs Tour
ilamuda Coffee Mug
c Cup 11 Oz Gift For
omen Who Love Mugs

7

Select delivery location

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

| | Capacity |
|---|---|
| ial Ceramic | 11 Ounces |

| | |
|---|---|
| **Brand** | Bilcesa |
| **Color** | style17 |
| **Special Feature** | Durable |
| **Style** | Modern |
| **Occasion** | daily |

**About this item**

- These Mugs Are Made Using The Highest And Safest Quality Stoneware. Environmental Friendly Material. Cup Bottom Thickening Anti-slip Design,Printed On Both Sides.Beautiful And Personalized Logo Or Pattern Printing

- Unique Ear Design For Comfortable Grip, And Are A Convenient Choice For Your Daily Cup Of Coffee, Tea, Cocoa, Hot Chocolate, Chai, Toddy, Earl Grey.Rugged And Durable, Use It Often To Bring A Warm Feeling, To Accompany You And The People You Care About Every Day,giving You And Your Family A Healthier Life.

- 11 OZ Durable High Quality Ceramic Mug. Treat Yourself Or Give As A Gift To Someone Special.Dishwasher, Microwave Oven Can Not Be Used,If You Need Help, Please Timely Communicate With Me.

- Logistics Time: Ordinary Delivery Time Is 7-14 Days, Expedited Delivery Is 5-8 Days.

- Due To The Special Nature Of Porcelain Firing, It Is Purely Hand-made. Therefore, In The High-temperature Firing Process, Flaws May Appear On The Surface Of The Ceramic, And Small Black Spots, Small Burrs, Small Bumps, Uneven Glazing, Etc. May Occur. The Inevitable Situation Of The Existing Technology Is Also Within The Scope Of International And National Standards, This Is The Normal Situation.

### What do customers buy after viewing this item?

**Most purchased | Highest rated | Lowest Price**
in this set of products

This item:







Growin' Up
›Luke Combs
⭐⭐⭐⭐⭐ 1,932
Audio CD
**#1 Best Seller** in Alt-Country & Americana
$11.96
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
3 offers from $7.00

Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee...
⭐⭐⭐⭐½ 865
$15.99-$18.99

### Customers also search

Page 1 of 3




luke combs coffee mug


monster hunter kitchen


dead by daylight gift


acn mug


beardiful mug

### Product Description

This high quality 11oz. ceramic white mug has a premium hard coat that provides crisp and vibrant color reproduction sure to last for years. Perfect for all hot & cold beverages.High Gloss + Premium White FinishORCA CoatingDishwasher and Microwave Safe3.7\u2033H x 3.7\u2033W x 3.2\u2033D10.2\u2033 Circumference

### Product information

| Brand | Bilcesa |
|---|---|
| Color | style17 |
| Special Feature | Durable |
| Style | Modern |
| Occasion | daily |
| Included Components | Handle |
| Shape | Heart |
| Pattern | Letter Print |
| Product Care Instructions | Machine Wash, Microwave Safe, Hand Wash Only |
| Age Range (Description) | Adult |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| ASIN | B08MT1LNKH |

Feedback

Would you like to **tell us about a lower price?** ⌄

| Best Sellers Rank | #523,550 in Kitchen & Dining (See Top 100 in Kitchen & Dining)<br>#30,628 in Novelty Coffee Mugs<br>#87,999 in Glassware & Drinkware |
|---|---|
| Date First Available | November 5, 2020 |

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

---

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2

Humor Us Home Goods
Shop the Store on Amazon ›

Molandra Products
Shop the Store on Amazon ›

Print Sup...
Shop the...









And I Will Always Love You - 12 oz Glass Coffee Cup Mug - Gifts for Women…
★★★★★ 5,608
$15.99

Molandra Products SD South Dakota - 11oz Ceramic Colored Inside & Handle…
★★★★★ 1
$25.66

---

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

---

## Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

---

## Review this product

Share your thoughts with other customers

Write a customer review

---

## Overstock deals on Novelty Coffee Mugs   Explore more in Outlet

    

| mfydjir Rose Gold Glitter Mermaid Ceramics Coffee Mug Cup for Tea Women Girls 12 Oz… | Retreez Funny Mug - Resting Beach Face Mermaid 11 Oz Ceramic Coffee Mugs - Funny,… | GawmFoiuy Cute Cat Mug,13oz Creative Mug Ceramic Coffee Mug with Lid and Spoon,Cute M… | MUGKISS Magic Unicorn Mug, Cute Coffee Mugs,Funny Birthday Gifts for Girls, Ceramic… | 3D Hand Painted Dog Coffee Tea Ceramic Mug Cute Pet Perfect Dog Lover (Dalmatian) |
|---|---|---|---|---|
| ★★★★★ 3 | ★★★★☆ 104 | ★★★★☆ 7 | ★★★★★ 2 | ★★★★☆ 287 |
| **30% off** Deal | **30% off** Deal | **50% off** Deal | **30% off** Deal | **33% off** Deal |
| $10.49 | $10.88 | $10.00 | $11.89 | $9.95 |
| Was: $14.99 | List: $15.55 | List: $20.00 | Was: $16.99 | Was: $14.95 |
| Get it as soon as **Tuesday, Jun 27** | Get it as soon as **Tuesday, Jun 27** | Get it as soon as **Tuesday, Jun 27** | Get it as soon as **Thursday, Jun 29** | Get it as soon as **Tuesday, Jun 27** |
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |
| Only 4 left in stock - order… | | | | Only 19 left in stock - order… |

---

## Best Sellers in Kitchen & Dining

   

| Bounty Quick Size Paper Towels, White, 8 Family Rolls = 20 Regular Rolls (Packaging May Vary) | Bounty Quick-Size Paper Towels, White, 16 Family Rolls = 40 Regular Rolls (Packaging May Vary) | Starbucks K-Cup Coffee Pods—Medium Roast Coffee—Pike Place… Pod · Pike Place | Amazon Brand - Presto! Flex-a-Size Paper Towels, 158 Sheet Huge Roll, 12 Rolls (2 Packs …) | Boun… Tow… Rolls (Pack… |
|---|---|---|---|---|
| ★★★★★ 108,309 | ★★★★★ 87,983 | ★★★★☆ 118,751 | ★★★★☆ 86,957 | ★★★★ |
| **#1 Best Seller** in Paper Towels | $43.15 ($2.31/100 Sheets) | **#1 Best Seller** in Single-Serve Coffee Capsules & Pods | **Amazon's Choice** in Paper Towels | $33.8… |
| $24.42 | Get it as soon as **Monday, Jun 26** | $49.32 ($0.51/Count) | $28.28 ($1.49/100 Sheets) | Get it a… |
| Get it as soon as **Monday, Jun 26** | FREE Shipping on orders over $25 shipped by Amazon | Get it as soon as **Tuesday, Jun 27** | Get it as soon as **Monday, Jun 26** | FREE… over $ |
| FREE Shipping on orders over $25 shipped by Amazon | | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | |

---

## Customers who viewed items in your browsing history also viewed







**Luke Combs Gettin' Old Album Tee**

⭐⭐⭐⭐ 13

$18.51-$29.52

**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch**

$22.99

Get it Jul 13 - Aug 3

$5.00 shipping

**Beautiful Crazy T Shirt for Women Funny Inspirational Letter Printed Heart Graphic Tee Casual Tops**

⭐⭐⭐⭐ 1,403

$19.98-$31.96

**Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee Tops**

⭐⭐⭐⭐ 865

$15.99-$18.99

**Luke...** Lukes Shirt, Gift fo Fans

$20.9

Get it A

$6.99

See personalized recommendations

Sign in

New customer? Start here.

Back to top

## Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

**amazon**

🌐 English ▸    🇺🇸 United States ▸

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy |

| Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
|---------|------------------|--------------------|-------|--------|------|
| Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |

| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
|-----------|-------|---------------|---------------------------|----------|----------------|
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

### Estimated delivery: June 29, 2023 - July 6, 2023

Items shipped from Besthao Store

**Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs**

$7.00

Qty: 1

Sold by: Besthao Store

Gift options not available

**Choose a delivery option:**

- Thursday, June 29 - Thursday, July 6
  FREE Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $7.72**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $7.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $7.00 |
| Estimated tax to be collected:* | $0.72 |
| **Order total:** | **$7.72** |

How are shipping costs calculated?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/StephanDHampton-Combs-Tapestry-Hanging-152x130cm/dp/B085G6HYDC
**ProductID:** amazon_B085G6HYDC
**ProductName:** StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x130cm/60 X 51 Inch
**SellerID:** AD4I3VUQLJ23N
**SellerName:** xuweiDF51263

**Item Screenshot Created at:** 2023-06-22 03:07:45
**Checkout Screenshot Created at:** 2023-06-22 03:54:12





## Consider these alternative items



**StephanDHampton Erykah Badu The Miseducation of Lauryn Hill Tapestry Wall**
★★★☆☆ 4
$15^{18}$



**BUBL Trump Merch Cow Print Cowboy Hat Tapestry, Trump Tapestry Poster Funny Tapestry**
★★★★☆ 80
$7^{99}$





**Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room,**
★★★★☆ 4
$16^{99}$



Home & Kitchen › Home Décor Products › Tapestries



Roll over image to zoom in



**Select delivery location**

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

## Customers also search

Page 1 of 4



luke combs coffee mug



mastodon tapestry



luke combs tapestry flag



luke combs 16x24 poster



luke combs cup

**What do customers buy after viewing this item?**          Page 1 of 2



**Most purchased**
in this set of products

**Highest rated**
in this set of products

**Lowest Price**
in this set of products

**This item:**






**Gettin' Old**
› Luke Combs
⭐⭐⭐⭐⭐ 388
Audio CD
$11.98
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25
shipped by Amazon

**What You See Ain't Always…**
› Luke Combs
⭐⭐⭐⭐⭐ 4,798
Audio CD
$16.97
Get it as soon as **Friday, Jun 30**
FREE Shipping on orders over $25
shipped by Amazon
Only 13 left in stock - order soon.

**Growin' Up**
› Luke Combs
⭐⭐⭐⭐⭐ 1,932
Audio CD
`#1 Best Seller` in Alt-Country &
Americana
$11.96
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25
shipped by Amazon

StephanDHampton
Combs Tapestry Wa
Hanging,Art Tapest
Decor 152x130cm/6
⭐⭐⭐⭐½ 7
1 offer from $25.99

## Product information

| | |
|---|---|
| Size | One Size |
| Product Dimensions | 60"L x 51"W |
| Number of Items | 1 |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Unframed |
| Wall Art Form | Tapestry |
| Material | Polyester |
| Color | Black |
| Room Type | Bedroom |
| Brand | ASDRIWE |
| Special Feature | Lightweight |
| Mounting Type | Wall Mount |
| Item Weight | 7 ounces |
| Manufacturer | StephanDHampton |
| ASIN | B085G6HYDC |
| Customer Reviews | 4.6 ⭐⭐⭐⭐½ ⌄    7 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #547,978 in Home & Kitchen<br>(See Top 100 in Home &<br>Kitchen)<br>#2,506 in Tapestries |
| Date First Available | March 4, 2020 |

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Color:Luke Combs | Size:152x130cm/60 X 51 Inch

¡¾Product¡¿

100% Lightweight Polyester ,soft, Durable, Skin-friendly.

Color: Luke Combs
Size:59 X 59 Inch

¡¾Pattern¡¿

HD Print:Featuring Vivid Colors And Crisp Lines, It Will Add An Elegant Feeling And Eye-catching For Your Room. No Strange Odor. Toxic Free And Safe. Never Worry About Fading.

¡¾Use¡¿

As A Home Decor ,decent For Accent Walls, Ceiling, Table, Sofa, bedroom And Whatnot.
As A Gift, Nice Gift For All The Age Groups.
Outdoor Use,picnic Sheets, Beach Shawls, Scarves, Blankets, Etc.

¡¾ASSURANCE¡¿

We Insist On Producing High Quality Products. If You Have Any Questions And Concern About Our Products, Please Don't Hesitate To Email Us If You Have Any Questions. We Offer Free Replacement Or Full Refund If You Are Not Fully Satisfied With Our Tapestry.

¡¾Tips¡¿

Do Not Use Chlorine Bleach.
Dry Clean Or Gentle Hand Wash In Cold Water.
Machine Washable Under 30 Degree Centigrade.

## Customers who viewed this item also viewed

Page 1 of 7







**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch**
$22.99
Get it Jul 13 - Aug 3
$5.00 shipping

**Gettin' Old**
› Luke Combs
★★★★★ 388
Audio CD
$11.98
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

**Luke Combs Gettin' Old Album Tee**
★★★★½ 13
$18.51-$29.52

**Weston Ink Pop Music Ed Sheeran -(subtract) Album Cover Canvas Posters - High Resolution Wall Aesthetic Art Music...**
$14.99
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

**Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room, Dormitor...**
★★★★½ 4
$16.99
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order...

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ

XIAYUEHUA
Shop the Store on Amazon ›

raajsee
Shop the Store on Amazon ›

ETSKOM
Shop the







XIAYUEHUA Custom Tapestry Upload Image Customize Tapestry Backdrop for...
**$10.99**

raajsee Indian Cotton Purple Tapestry Mandala Wall Hangings, Hippie...
★★★★½ 2,956
**$17.99**

# Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

# Customer reviews

★★★★½ 4.6 out of 5

7 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 0% |
| 3 star | | 20% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

Top reviews ⌄

## Top review from the United States

 Josh

★★★★★ **LOVE IT**

Reviewed in the United States on January 12, 2023

**Verified Purchase**

More than satisfied with the tapestry! I love it... thanks for the amazing product!

[ Helpful ]  |  Report

See all reviews ›

## Popular products based on this item

Page 1 of 6



‹        ›







CIICD Funny Octopus Cartoon Tapestry Wall Hanging Window Design for Bedroom Home…

⭐⭐⭐⭐⭐ 127

**Amazon's Choice** in Tapestries

$9.89

Get it as soon as Tuesday, Jun 27

FREE Shipping on orders over $25 shipped by Amazon

Galoker Blacklight Skeleton Tapestry Trippy Mushroom Floral Tapestry UV Reactive Alien UFO Tapestry Galaxy Space Tapestry…

⭐⭐⭐⭐⭐ 232

$11.99 - $28.99

Neasow Bohemian Tapestry Wall Hanging, Beige White Floral Tapestry with Dotted Daisy Medallion Print Bedroom Boho Hippie…

⭐⭐⭐⭐½ 6,735

$12.99 - $32.99

ANARONA Scooby Trippy Tapestry, Cartoon Anime Tapestry Aesthetic Mushroom Tapestry Wall Hanging Dorm Backdr…

⭐⭐⭐⭐⭐ 3

$9.99

Get it as soon as Monday, Jun 26

FREE Shipping on orders over $25 shipped by Amazon

Shee
Moor
Tapes
Bohe
Tapes

⭐⭐ $11.9

Get it
Jun 27

FREE S
$25 sh

## Best Sellers in Home Décor Products

Page 1 of 8






Utopia Bedding Throw Pillows Insert (Pack of 2, White) - 18 x 18 Inches Bed and Couch Pillows…

⭐⭐⭐⭐½ 163,954

**#1 Best Seller** in Throw Pillow Inserts

$15.99 ($8.00/Count)

Get it as soon as Monday, Jun 26

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Utopia Bedding Throw Pillows (Set of 4, White), 18 x 18 Inches Pillows for Sofa, Bed and Couc…

⭐⭐⭐⭐½ 82,611

**#1 Best Seller** in Throw Pillows

$19.99 ($5.00/Count)

Get it as soon as Monday, Jun 26

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

OLANLY Luxury Rug, Extra Soft and Absorbent Microfiber Rugs, Non-Slip Plush…

⭐⭐⭐⭐½ 18,292

**#1 Best Seller** in Bath Rugs

$10.89

Get it as soon as Monday, Jun 26

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Echo Dot (5th Gen, 2022 release) with clock | Smart speaker with clock and Alexa | Cloud Blue

⭐⭐⭐⭐½ 27,272

**#1 Best Seller** in Wireless & Streaming Audio Systems

$59.99

Get it as soon as Monday, Jun 26

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

upsim
Fram
Pictu
or 11

⭐⭐

**#1 B**
Tablet

$21.9

Get it
Jun 26

FREE S
$25 sh

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements





Amazon Science
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

English
United States

Amazon Music
Stream millions of songs
Amazon Advertising
Find, attract, and engage customers
6pm
Score deals on fashion brands
AbeBooks
Books, art & collectibles
ACX
Audiobook Publishing Made Easy
Sell on Amazon
Start a Selling Account
Amazon Business
Everything For Your Business
Amazon Fresh
Groceries & More Right To Your Door
AmazonGlobal
Ship Orders Internationally
Home Services
Experienced Pros Happiness Guarantee
Amazon Ignite
Sell your original Digital Educational Resources
Amazon Web Services
Scalable Cloud Computing Services
Audible
Listen to Books & Original Audio Performances
Book Depository
Books With Free Delivery Worldwide
Box Office Mojo
Find Movie Box Office Data
ComiXology
Thousands of Digital Comics
DPReview
Digital Photography
Fabric
Sewing, Quilting & Knitting
Goodreads
Book reviews & recommendations
IMDb
Movies, TV & Celebrities
IMDbPro
Get Info Entertainment Professionals Need
Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy
Amazon Photos
Unlimited Photo Storage Free With Prime
Prime Video Direct
Video Distribution Made Easy
Shopbop
Designer Fashion Brands
Amazon Warehouse
Great Deals on Quality Used Products
Whole Foods Market
America's Healthiest Grocery Store
Woot!
Deals and Shenanigans
Zappos
Shoes & Clothing
Ring
Smart Home Security Systems
eero WiFi
Stream 4K Video in Every Room
Blink
Smart Security for Every Home
Neighbors App
Real-Time Crime & Safety Alerts
Amazon Subscription Boxes
Top subscription boxes – right to your door
PillPack
Pharmacy Simplified
Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: July 13, 2023 - Aug. 3, 2023**

Items shipped from xuweiDF51263

**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x130cm/60 X 51 Inch**

$25.99

Qty: 1

Sold by: xuweiDF51263

Gift options not available

**Choose a delivery option:**

(•) **Thursday, July 13 - Thursday, Aug. 3**
$5.00 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $33.65**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $5.00 |
| Total before tax: | $30.99 |
| Estimated tax to be collected:* | $2.66 |
| **Order total:** | **$33.65** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/StephanDHampton-Combs-Tapestry-Hanging-152x102cm/dp/B085GBMLL4
**ProductID:** amazon_B085GBMLL4
**ProductName:** StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch
**SellerID:** AD4I3VUQLJ23N
**SellerName:** xuweiDF51263

**Item Screenshot Created at:** 2023-06-22 03:07:47
**Checkout Screenshot Created at:** 2023-06-22 03:35:30

Amazon Home › Home & Kitchen › Home Décor Products › Tapestries



Roll over image to zoom in

    

# StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch

Brand: StephanDHampton

$22⁹⁹

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Size | One Size |
| Product Dimensions | 60"L x 40"W |
| Number of Items | 1 |
| Orientation | Portrait |
| Shape | Rectangular |

## About this item

- Material: Made Of 100% Polyester,soft, Durable, Skin-friendly, Lightweigh.
- Beautiful Pattern:Vivid And Clear Pattern, Neat And Firm Hem,the Clear Lines And The Delicate Edging Will Bring A More Harmonious Decoration To Your Space.
- Can Hang This Nature Art Tapestry With Decorative Tacks Or Push Pins Easily. Dry Clean Or Gentle Hand Wash In Cold Water.
- Durable Enough For Both Indoor And Outdoor Use, Can Be Used As Tapestry, Tablecloths, Wall Hanging, Dormitory Decorations, Picnic Sheets, Beach Shawls, Scarves, Blankets, Etc.
- Great For Wall Hangings, Dorm Decorations, Beach Throws, Picnic Blankets, Porch Hangings, Table Cloths, Bed Spreads, Sofa Covers Or A Perfect Gift For Any Occasion!



$22⁹⁹

$5 delivery July 13 - August 3.
Details

Select delivery location

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | xuweiDF51263 |
| Sold by | xuweiDF51263 |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

## Product Description

Color:Luke Combs | Size:152x102cm/60 X 40 Inch

¡¾Product¡¿

100% Lightweight Polyester ,soft, Durable, Skin-friendly.
Color: Luke Combs
Size:59 X 59 Inch

¡¾Pattern¡¿

HD Print:Featuring Vivid Colors And Crisp Lines, It Will Add An Elegant Feeling And Eye-catching For Your Room. No Strange Odor. Toxic Free And Safe. Never Worry About Fading.

As A Home Decor ,decent For Accent Walls, Ceiling, Table, Sofa,
bedroom And Whatnot.
As A Gift, Nice Gift For All The Age Groups.
Outdoor Use,picnic Sheets, Beach Shawls, Scarves, Blankets, Etc.

¡¾ASSURANCE¡¿

We Insist On Producing High Quality Products. If You Have Any Questions And Concern About Our Products, Please Don't Hesitate To Email Us If You Have
Any Questions. We Offer Free Replacement Or Full Refund If You Are Not Fully Satisfied With Our Tapestry.

¡¾Tips¡¿

Do Not Use Chlorine Bleach.
Dry Clean Or Gentle Hand Wash In Cold Water.
Machine Washable Under 30 Degree Centigrade.

## Product information

| Size | One Size |
|------|----------|
| Product Dimensions | 60"L x 40"W |
| Number of Items | 1 |
| Orientation | Portrait |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Framed |
| Wall Art Form | Tapestry |
| Material | Polyester |
| Color | Black |
| Room Type | Dormitory |
| Brand | StephanDHampton |
| Special Feature | Lightweight |
| Mounting Type | Wall Mount |
| Item Weight | 3.87 ounces |
| Manufacturer | StephanDHampton |
| ASIN | B085GBMLL4 |
| Best Sellers Rank | #1,520,742 in Home & Kitchen (See Top 100 in Home & Kitchen) #7,925 in Tapestries |
| Number of pieces | 1 |
| Batteries required | No |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please
click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Buy it with

 + 

**This item:** StephanDHampton
Luke Combs Tapestry Wall
Hanging,Art Tapestry Home Dec...
$22⁹⁹

What You See Is What You Get
$22⁴⁹

Total price: **$45.48**

[ Add both to Cart ]

ⓘ These items are shipped from and sold by
different sellers. Show details

## What do customers buy after viewing this item?

**Most purchased | Highest rated | Lowest Price**
in this set of products

**This item:**





[Luke Combs Gettin' Old Album Tee](#)
⭐ 13
$18.51–$29.52

[StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40...](#)
$22.99
Get it Jul 13 - Aug 3
$5.00 shipping

## Customers who viewed this item also viewed

Page 1 of 3











[Luke Combs Gettin' Old Album Tee](#)
⭐ 13
$18.51–$29.52

[Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room, Dormitor...](#)
⭐ 4
$16.99
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order...

[Weston Ink Pop Music Ed Sheeran -(subtract) Album Cover Canvas Posters - High Resolution Wall Aesthetic Art Music...](#)
⭐ 4
$14.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

[IIDACK Wall Tapestry ERTER Corrivi Tapestry Luke Combs Wall Tapestrys Novelty Tapestry Wall Hanging, Art Decor Print Fabric for Bedroom Living Room...](#)
1 offer from $12.99

[BMXRX Luke Combs – What You See Is What You Get Canvas Posters Wall Art Bedroom Office Room Decor Gift...](#)
⭐ 1
$14.89
Get it as soon as **Wednesday, Jun 28**
FREE Shipping on orders over $25 shipped by Amazon

## More items you may like for your home

Page 1 of 2

▼ [Explore more recommendations](#)

## Videos

Help others learn more about this product by uploading a video!

[Upload your video]

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2

XIAYUEHUA
[Shop the Store on Amazon ›](#)

Giabmiag
[Shop the Store on Amazon ›](#)

CUSEVE
Shop the





XIAYUEHUA Custom Tapestry Upload Image Customize Tapestry Backdrop for...
**$10.99**

Giabmiag Custom Tapestry Upload Images Personalized Customized Tapestry...
⭐⭐⭐⭐½ 295
**$8.99**

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

**No customer reviews**

### Review this product

Share your thoughts with other customers

Write a customer review

## Best Sellers in Home Décor Products

Page 1 of 8



< >











Utopia Bedding Throw Pillows Insert (Pack of 2, White) - 18 x 18 Inches Bed and Couch Pillows...

⭐⭐⭐⭐ 163,954

**#1 Best Seller** in Throw Pillow Inserts

$15.99 ($8.00/Count)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

✓ Climate Pledge Friendly ⌄

Utopia Bedding Throw Pillows (Set of 4, White), 18 x 18 Inches Pillows for Sofa, Bed and Couc...

⭐⭐⭐⭐ 82,611

**#1 Best Seller** in Throw Pillows

$19.99 ($5.00/Count)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

✓ Climate Pledge Friendly ⌄

OLANLY Luxury Rug, Extra Soft and Absorbent Microfiber Rugs, Non-Slip Plush...

⭐⭐⭐⭐ 18,292

**#1 Best Seller** in Bath Rugs

$10.89

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Echo Dot (5th Gen, 2022 release) with clock | Smart speaker with clock and Alexa | Cloud Blue

⭐⭐⭐⭐ 27,272

**#1 Best Seller** in Wireless & Streaming Audio Systems

$59.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

✓ Climate Pledge Friendly ⌄

upsim Frame Pictur or 11

⭐⭐ $21.9

Get it Jun 26

FREE S $25 sh

## Customers who viewed items in your browsing history also viewed

Page 1 of 6











Gettin' Old
› Luke Combs

⭐⭐⭐⭐ 388

Audio CD

$11.98

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Weston Ink Pop Music Ed Sheeran -(subtract) Album Cover Canvas Posters - High Resolution Wall Aesthetic Art Music...

$14.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Growin' Up
› Luke Combs

⭐⭐⭐⭐ 1,932

Audio CD

**#1 Best Seller** in Alt-Country & Americana

$11.96

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

This One's for You Too
› Luke Combs

⭐⭐⭐⭐ 6,548

Audio CD

$11.98

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon

One
CD]
› Morg

⭐⭐
Audio

$16.9

Get it Jun 28

FREE S $25 sh

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Visa | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Sustainability | Become an Affiliate | Shop with Points | Amazon Prime |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Manage Your Content and Devices |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | |
| Amazon Science | | | |





Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Your Recalls and Product Safety Alerts
Help

amazon
English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: July 13, 2023 - Aug. 3, 2023**

Items shipped from xuweiDF51263

**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch**

**$22.99**

Qty: 1

Sold by: xuweiDF51263

Gift options not available

**Choose a delivery option:**

- **Thursday, July 13 - Thursday, Aug. 3**
  $5.00 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $30.35**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $22.99 |
| Shipping & handling: | $5.00 |
| Total before tax: | $27.99 |
| Estimated tax to be collected:* | $2.36 |
| **Order total:** | **$30.35** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/StephanDHampton-Combs-Tapestry-Hanging-152x130cm/dp/B085G6HYDC
**ProductID:** amazon_B085G6HYDC
**ProductName:** StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x130cm/60 X 51 Inch
**SellerID:** APD9H3Y5Y2VLH
**SellerName:** ruiyoule shop

**Item Screenshot Created at:** 2023-06-22 03:07:28
**Checkout Screenshot Created at:** 2023-06-22 03:59:32





## Consider these alternative items



**StephanDHampton Erykah Badu The Miseducation of Lauryn Hill Tapestry Wall**
★★★☆☆ 4
$15^{18}$



**BUBL Trump Merch Cow Print Cowboy Hat Tapestry, Trump Tapestry Poster Funny Tapestry**
★★★★★ 80
$7^{99}$



**Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room,**
★★★★☆ 4
$16^{99}$

Home & Kitchen › Home Décor Products › Tapestries



Roll over image to zoom in



Select delivery location

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

★★★★☆ ⌄    ...atings

## Customers also search

Page 1 of 4


luke combs coffee mug


mastodon tapestry


luke combs tapestry flag


luke combs 16x24 poster


luke combs cup

**What do customers buy after viewing this item?**

Page 1 of 2



**Most purchased**
in this set of products

**Highest rated**
in this set of products

**Lowest Price**
in this set of products

**This item:**









**Gettin' Old**
›Luke Combs
★★★★★ 388
Audio CD
$11.98
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25
shipped by Amazon

**What You See Ain't Always…**
›Luke Combs
★★★★★ 4,798
Audio CD
$16.97
Get it as soon as **Friday, Jun 30**
FREE Shipping on orders over $25
shipped by Amazon
Only 13 left in stock - order soon.

**Growin' Up**
›Luke Combs
★★★★★ 1,932
Audio CD
`#1 Best Seller` in Alt-Country & Americana
$11.96
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25
shipped by Amazon

StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x130cm/6…
★★★★☆ 7
1 offer from $25.99

## Product information

| Size | One Size |
|---|---|
| Product Dimensions | 60"L x 51"W |
| Number of Items | 1 |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Unframed |
| Wall Art Form | Tapestry |
| Material | Polyester |
| Color | Black |
| Room Type | Bedroom |
| Brand | ASDRIWE |
| Special Feature | Lightweight |
| Mounting Type | Wall Mount |
| Item Weight | 7 ounces |
| Manufacturer | StephanDHampton |
| ASIN | B085G6HYDC |
| Customer Reviews | 4.6 ★★★★☆ ⌄  7 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #547,978 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#2,506 in Tapestries |
| Date First Available | March 4, 2020 |

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Color:Luke Combs | Size:152x130cm/60 X 51 Inch

¡¾Product¡¿

100% Lightweight Polyester ,soft, Durable, Skin-friendly.

Color: Luke Combs
Size:59 X 59 Inch

¡¾Pattern¡¿

HD Print:Featuring Vivid Colors And Crisp Lines, It Will Add An Elegant Feeling And Eye-catching For Your Room. No Strange Odor. Toxic Free And Safe. Never Worry About Fading.

¡¾Use¡¿

As A Home Decor ,decent For Accent Walls, Ceiling, Table, Sofa, bedroom And Whatnot.
As A Gift, Nice Gift For All The Age Groups.
Outdoor Use,picnic Sheets, Beach Shawls, Scarves, Blankets, Etc.

¡¾ASSURANCE¡¿

We Insist On Producing High Quality Products. If You Have Any Questions And Concern About Our Products, Please Don't Hesitate To Email Us If You Have Any Questions. We Offer Free Replacement Or Full Refund If You Are Not Fully Satisfied With Our Tapestry.

¡¾Tips¡¿

Do Not Use Chlorine Bleach.
Dry Clean Or Gentle Hand Wash In Cold Water.
Machine Washable Under 30 Degree Centigrade.

## Customers who viewed this item also viewed



Page 1 of 7







**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch**
$22.99
Get it Jul 13 - Aug 3
$5.00 shipping

**Gettin' Old**
›Luke Combs
Audio CD
★★★★★ 388
$11.98
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

**Luke Combs Gettin' Old Album Tee**
★★★★☆ 13
$18.51 - $29.52

**Weston Ink Pop Music Ed Sheeran -(subtract) Album Cover Canvas Posters - High Resolution Wall Aesthetic Art Music Cnavas Posters -…**
$14.99
Get it as soon as Monday, Jun 26
FREE Shipping on orders over $25 shipped by Amazon

**Boristher Tapestry Wall Hanging Is Used As Mural And Home Decoration For Bedroom, Living Room, Dormitor…**
★★★★☆ 4
$16.99
Get it as soon as Tuesday, Jun 27
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order…

## Videos

Help others learn more about this product by uploading a video?

Upload your video

## Related Posts





| Ohjijinn | + Follow |
|---|---|
| Byxhuc | + Follow |
| Pocass | |

Upgrade your home decor game with our Pink Tapestry, crafted with premium materials for a durabl…

See more Posts >

custom tapestry

See more Posts >

Constellation Pisces T Gold Zodiac Tarot Tap

See more Posts >

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

 4.6 out of 5

7 global ratings

| 5 star | | 80% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 20% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Top reviews ˅

### Top review from the United States

 Josh

★★★★★ LOVE IT

Reviewed in the United States 🇺🇸 on January 12, 2023

**Verified Purchase**

More than satisfied with the tapestry! I love it… thanks for the amazing product!

Helpful | Report

See all reviews ›

## Popular products based on this item

Page 1 of 6









CIICD Funny Octopus Cartoon Tapestry Wall Hanging Window Design for Bedroom Home De…

★★★★★ 127

**Amazon's Choice** in Tapestries

$9.89

Get it as soon as **Tuesday, Jun 27**

FREE Shipping on orders over $25 shipped by Amazon

Galoker Blacklight Skeleton Tapestry Trippy Mushroom Floral Tapestry UV Reactive Alien UFO Tapestry Galaxy Space Tapestry …

★★★★½ 232

$11.99-$28.99

Neasow Bohemian Tapestry Wall Hanging, Beige White Floral Tapestry with Dotted Daisy Medallion Print Bedroom Boho Hippie…

★★★★½ 6,735

$12.99-$32.99

ANARONA Scooby Trippy Tapestry, Cartoon Anime Tapestry Aesthetic Mushroom Tapestry Wall Hanging Dorm Backdro…

★★★★★ 3

$9.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

Shee Moon Tapes Bohe Tapes

★★ $11.9

Get it Jun 2

FREE over $

## Best Sellers in Home Décor Products

Page 1 of 8







Utopia Bedding Throw Pillows Insert (Pack of 2, White) - 18 x 18 Inches Bed and Couch Pillows…

★★★★½ 163,954

**#1 Best Seller** in Throw Pillow Inserts

$15.99 ($8.00/Count)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Utopia Bedding Throw Pillows (Set of 4, White), 18 x 18 Inches Pillows for Sofa, Bed and Couch…

★★★★½ 82,611

**#1 Best Seller** in Throw Pillows

$19.99 ($5.00/Count)

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

OLANLY Luxury Rug, Extra Soft and Absorbent Microfiber Rugs, Non-Slip Plush Shaggy Bath…

★★★★½ 18,292

**#1 Best Seller** in Bath Rugs

$10.89

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Echo Dot (5th Gen, 2022 release) with clock | Smart speaker with clock and Alexa | Cloud Blue

★★★★½ 27,272

**#1 Best Seller** in Wireless & Streaming Audio Systems

$59.99

Get it as soon as **Monday, Jun 26**

FREE Shipping on orders over $25 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

upsim Fram Pictu 11x14

★★ $21.9

Get it Jun 26

FREE over $

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements



Amazon Science

Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: July 13, 2023 - Aug. 3, 2023**

Items shipped from xuweiDF51263

**StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x130cm/60 X 51 Inch**

$25.99

Qty: 1

Sold by: xuweiDF51263

Gift options not available

**Choose a delivery option:**

- (selected) **Thursday, July 13 - Thursday, Aug. 3**
  $5.00 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $33.65**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $5.00 |
| Total before tax: | $30.99 |
| Estimated tax to be collected:* | $2.66 |
| **Order total:** | **$33.65** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Accessories-Decorations-Bracelets-Wristband-Birthday/dp/B0BW8X1NZ3
**ProductID:** amazon_B0BW8X1NZ3
**ProductName:** Generic
**SellerID:** AS151AIOCSPQ5
**SellerName:** DucThinhShop

**Item Screenshot Created at:** 2023-06-22 03:07:41
**Checkout Screenshot Created at:** 2023-06-22 03:30:41







Clothing, Shoes & Jewelry › Shoe, Jewelry & Watch Accessories › Shoe Care & Accessories › Shoe Decoration Charms



**Brand: Generic**

## Singer Shoe Charms 20PCS Shoes Charms for Croc PVC Cute Clog Pins Accessories Fit for Kids Girls Boys Adults Decorations Bracelets Wristband Birthday Party Favors Supplies Gifts

4.7 ★★★★☆   8 ratings

$13<sup>89</sup>

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

- You will get pieces of different pattern charms as pictures show. No Random, No duplicate, they are all colorful and adorable designed that kids and adults are sure to love.
- Lovely cool charms to make your shoes more beautiful and unique. They are also perfect gift for special party, Christmas and Halloween stuff,.......
- Our shoe charms accessories made with high-quality waterproof PVC materials, non-toxic and safety, easy to install and take out.
- Easy to Use: If you to install the shoe charm, please hold it and insert with 45 degree angle. To remove it, reach into holes of shoes, push the bottom of the shoe charm slightly till it comes out.
- If you have an issue with your purchase, simply contact us on Amazon for replacement or full refund. Totally risk-free and hassle free.

### Prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$13<sup>89</sup>

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

**FREE delivery Monday, June 26** on orders shipped by Amazon over $25

Or fastest delivery **Saturday, June 24**. Order within **52 mins**

⊙ Select delivery location

**In Stock**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | yunnanluobidianzishangwu |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

[ Add to List ]

New (3) from
$13<sup>89</sup> FREE Shipping on orders over $25.00 shipped by Amazon. ❯

**Other Sellers on Amazon**

$13.99     [ Add to Cart ]

FREE Shipping ⌄ on orders over $25.00 shipped by Amazon.
Sold by: DucThinhShop

## Buy it with

 +  + 

Total price: **$37.87**

**Add all three to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Singer Shoe Charms 20PCS Shoes Charms for Croc PVC Cute Clog Pins Accessorie...
$13⁸⁹

VZDIOR Lot of 20,30 Pieces City Shoe Charms Mexican Men Women Shoes Decorations
$13⁹⁹

37pcs Lot Green Shoe Charms Fits for DIY Clog Sandals PVC Shoe Decoration Shoes...
$9⁹⁹

---

## Customers who viewed this item also viewed

Page 1 of 7

    

WorkedLikeACharm 5pcs Cowboy Cowgirl Boots Hat Texas Shoe Charms for Clog Shoes by Worked Like A Charm,...
⭐⭐⭐⭐½ 55
$4.35
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Horse Croc Charms 35PCS Western Cowgirl Croc Charms for Girls Boys Men Adult, Cow Country Croc Charms f...
⭐⭐⭐⭐½ 9
$9.99 ($0.29/Count)
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

Mydikuw Singer Shoe Charms 20PCS Shoes Charms for PVC Cute Clog Pins Accessories Fit for Girls Boys Adults Decorations Bracelets...
$5.88
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

VZDIOR Lot of 20,30 Pieces City Shoe Charms Mexican Men Women Shoes Decorations
⭐⭐⭐⭐½ 1,174
$13.99
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

40 PCS Western Croc Charms for Girls,PVC Cute Croc Charms for Boys,Cow Croc Charms Girls Goth Croc Charms,Horse Croc...
⭐⭐⭐⭐ 4
$9.99 ($0.25/Count)
FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order...

---

## Product Description

You will get pieces of different pattern charms as pictures show. No Random, No duplicate, they are all colorful and adorable designed that kids and adults are sure to love. Lovely cool charms to make your shoes more beautiful and unique. They are also perfect gift for special party, Christmas and Halloween stuff,....... Our shoe charms accessories made with high-quality waterproof PVC materials, non-toxic and safety, easy to install and take out. Easy to Use: If you to install the shoe charm, please hold it and insert with 45 degree angle. To remove it, reach into holes of shoes, push the bottom of the shoe charm slightly till it comes out. If you have an issue with your purchase, simply contact us on Amazon for replacement or full refund. Totally risk-free and hassle free.

## Product details

**Package Dimensions ：** 2.4 x 1.2 x 0.6 inches; 1.76 Ounces

**Date First Available ：** February 20, 2023

**Manufacturer ：** Generic

**ASIN ：** B0BW8X1NZ3

**Best Sellers Rank:** #282,331 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
  #1,959 in Shoe Decoration Charms

**Customer Reviews:** 4.7 ⭐⭐⭐⭐½ ⌄    8 ratings

# Videos

Help others learn more about this product by uploading a video!

Upload your video

---

# Related Posts



| meexzoom | + Follow |
| --- | --- |

croc jewelry

See more Posts >

| CFinke | + Follow |
| --- | --- |

With croc letter charms, you can spell out whatever you want on your crocs.

See more Posts >

| Coxeer | |
| --- | --- |

Surprise and impress your l[...]
adorable shoe charms. 🫶🫶

See more Posts >

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

⭐⭐⭐⭐½  4.7 out of 5

8 global ratings

| | | |
| --- | --- | --- |
| 5 star | ▓▓▓▓▓ | 72% |
| 4 star | ▓▓ | 28% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### No customer reviews

There are 0 customer reviews and 8 customer ratings.

## Review this product

Share your thoughts with other customers

Write a customer review

## What do customers buy after viewing this item?

Page 1 of 2

**Lowest Price**
in this set of products

**Most purchased | Highest rated**
in this set of products

**This item:**









WorkedLikeACharm 5pcs Cowgirl Boots Hat Texas Shoe Charms for Clog...
★★★★½ 55
$4.35
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Crocs Unisex-Adult Men's and Women's Baya Clog
★★★★½ 14,622
$15.21 - $62.95

Singer Shoe Charms 20PCS Shoes Charms for Croc PVC Cute Clog Pins Accessories...
★★★★½ 8
$13.89
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

VZDIOR Lot of 20,30 City Shoe Charms Me Men Women Shoes...
★★★★½ 1,174
$13.99
Get it as soon as **Tuesda**
FREE Shipping on orders shipped by Amazon

---

**Best Sellers in this category**

Page 1 of 7












BAGAIL 8 Set Packing Cubes Luggage Packing Organizers for Travel Accessories
★★★★½ 20,017
**#1 Best Seller** in Travel Packing Organizers
$24.99
Get it as soon as **Thursday, Jun 29**
FREE Shipping on orders over $25 shipped by Amazon

Star Wars The Mandalorian and Grogu Dadalorian Father's Day T-Shirt
★★★★★ 265
$22.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

BAGAIL 8 Set Packing Cubes Luggage Packing Organizers for Travel Accessories
★★★★½ 20,017
**#1 Best Seller** in Travel Packing Organizers
$24.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

PandaEar Set of 3 Cute Silicone Baby Bibs for Babies & Toddlers (10-72 Months) Waterproof, S...
★★★★★ 9,348
**#1 Best Seller** in Baby Feeding Bibs
$8.45
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $

Star W Lights Fathe
★★
$22.9
Get it Jun 26
FREE on $

---

**Popular products based on this item**

Page 1 of 4











9pcs cute Shoe Charms For Kids Boys Girls, cute cartoon Charms Accessories For Clog...
★★★★½ 37
**Amazon's Choice** in Shoe Decoration Charms
$6.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Game Shoe Charms Horror 11PCS Shoes Charms for Croc PVC Cute Clog Pins Accessories Fit for Kid...
★★★★½ 14
$11.99 ($1.09/count)
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon
Only 16 left in stock - order...

Mom Shoe Charms Mother 12PCS Grandma Shoes Charms for Croc Mommy PVC Mama Cute Clog Pins Mummy...
★★★★★ 20
$11.99 ($1.00/count)
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

YR1Cool Cute 35pcs Cartoon Game Characters shoe charms PVC shoe Decoration for DIY clog Sandals kid gi...
★★★★★ 1
$6.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Cow Anim Charm Cute Acces
★★
$9.6
Get it Jun 2
FREE over $

See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

English
United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



# amazon

## Checkout (1 item) 🔒

**1 Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

🟠 Or pick up near this address - See nearby pickup
locations

---

**2 Payment method**

MasterCard ending in 3709

Change

**Billing address:** Same as shipping address.

**Add a gift card or promotion code or voucher**

[ Enter code ]  [ Apply ]

---

**3 Offers**

---

**4 Review items and shipping**



**FREE TRIAL**

**Wendell, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items
~~Saturday, June 24 by 8PM~~ **Friday, June 23 by 8PM** for ~~$6.99~~ FREE

Get FREE Two-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: June 24, 2023** If you order in the next 1 hour and 29 minutes (Details)
Items shipped from Amazon.com

Singer Shoe Charms 20PCS
Shoes Charms for Croc PVC
Cute Clog Pins Accessories
Fit for Kids Girls Boys
Adults Decorations
Bracelets Wristband
Birthday Party Favors
Supplies Gifts
**$13.89** & FREE Returns ⌄
Qty: 1 ⌄
Sold by:
yunnanluobidianzishangwuyouxiangongsi
Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

○ Friday, June 23
FREE Two-Day Delivery with your free trial of Prime

● **Fast, FREE Delivery** prime
**Saturday, June 24**
$6.99 - Shipping

○ Friday, June 23
$9.99 - Shipping

---

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $22.30**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Get FREE Two-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

[ Try Prime FREE ]

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $13.89 |
| Shipping & handling: | $6.99 |
| Total before tax: | $20.88 |
| Estimated tax to be collected: | $1.42 |
| **Order total:** | **$22.30** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:** https://www.amazon.com/Heart-Combs-Nilamuda-Coffee-Ceramic/dp/B08MT1LNKH
**ProductID:** amazon_B08MT1LNKH
**ProductName:** Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
**SellerID:** AUQV6C0RGSNT7
**SellerName:** VuongStore1

**Item Screenshot Created at:** 2023-06-22 03:07:11
**Checkout Screenshot Created at:** 2023-06-22 03:47:08



**Home & Kitchen** › Kitchen & Dining › Dining & Entertaining › Novelty › Drinkware › Coffee Mugs

y Heart Combs Tour
ilamuda Coffee Mug
c Cup 11 Oz Gift For
omen Who Love Mugs

Select delivery location

See All Buying Options

Add to List

Have one to sell?

Sell on Amazon

| Capacity | |
|---|---|
| Ceramic | 11 Ounces |

| | |
|---|---|
| **Brand** | Bilcesa |
| **Color** | style17 |
| **Special Feature** | Durable |
| **Style** | Modern |
| **Occasion** | daily |

## About this item

- These Mugs Are Made Using The Highest And Safest Quality Stoneware. Environmental Friendly Material. Cup Bottom Thickening Anti-slip Design,Printed On Both Sides.Beautiful And Personalized Logo Or Pattern Printing

- Unique Ear Design For Comfortable Grip, And Are A Convenient Choice For Your Daily Cup Of Coffee, Tea, Cocoa, Hot Chocolate, Chai, Toddy, Earl Grey.Rugged And Durable, Use It Often To Bring A Warm Feeling, To Accompany You And The People You Care About Every Day,giving You And Your Family A Healthier Life.

- 11 OZ Durable High Quality Ceramic Mug. Treat Yourself Or Give As A Gift To Someone Special.Dishwasher, Microwave Oven Can Not Be Used,If You Need Help, Please Timely Communicate With Me.

- Logistics Time: Ordinary Delivery Time Is 7-14 Days, Expedited Delivery Is 5-8 Days.

- Due To The Special Nature Of Porcelain Firing, It Is Purely Hand-made. Therefore, In The High-temperature Firing Process, Flaws May Appear On The Surface Of The Ceramic, And Small Black Spots, Small Burrs, Small Bumps, Uneven Glazing, Etc. May Occur. The Inevitable Situation Of The Existing Technology Is Also Within The Scope Of International And National Standards, This Is The Normal Situation.

## What do customers buy after viewing this item?

**Most purchased | Highest rated | Lowest Price**
in this set of products



This item:





**Growin' Up**
› Luke Combs
⭐⭐⭐⭐⭐ 1,932
Audio CD
**#1 Best Seller** in Alt-Country & Americana
$11.96

Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs
3 offers from $7.00

Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee…
⭐⭐⭐⭐½ 865
$15.99-$18.99

## Customers also search

Page 1 of 3




luke combs coffee mug


monster hunter kitchen


dead by daylight gift


acn mug


beardiful mug

## Product Description

This high quality 11oz. ceramic white mug has a premium hard coat that provides crisp and vibrant color reproduction sure to last for years. Perfect for all hot & cold beverages.High Gloss + Premium White FinishORCA CoatingDishwasher and Microwave Safe3.7\u2033H x 3.7\u2033W x 3.2\u2033D10.2\u2033 Circumference

## Product information

| Brand | Bilcesa |
|---|---|
| Color | style17 |
| Special Feature | Durable |
| Style | Modern |
| Occasion | daily |
| Included Components | Handle |
| Shape | Heart |
| Pattern | Letter Print |
| Product Care Instructions | Machine Wash, Microwave Safe, Hand Wash Only |
| Age Range (Description) | Adult |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| ASIN | B08MT1LNKH |

### Feedback

Would you like to **tell us about a lower price?** ⌄

| Best Sellers Rank | #523,550 in Kitchen & Dining (See Top 100 in Kitchen & Dining) #30,628 in Novelty Coffee Mugs #87,999 in Glassware & Drinkware |
| --- | --- |
| Date First Available | November 5, 2020 |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored ⓘ                                                                                         Page 1 of 2

Humor Us Home Goods
Shop the Store on Amazon ›





And I Will Always Love You - 12 oz Glass Coffee Cup Mug - Gifts for Women…
★★★★★ 5,608
$15.99

Molandra Products
Shop the Store on Amazon ›





Molandra Products SD South Dakota - 11oz Ceramic Colored Inside & Handle…
★★★★★ 1
$25.66

Print Su…
Shop the…





## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

| 5 star | | 0% |
| --- | --- | --- |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

ⅴ How customer reviews and ratings work

**No customer reviews**

## Review this product

Share your thoughts with other customers

Write a customer review

## Overstock deals on Novelty Coffee Mugs  Explore more in Outlet

Page 1 of 15



**YRY-Sakura Deer Mug-Ceramic Mug Christmas Gift Mug Inspirational Water Mug Creative...**
⭐⭐⭐⭐ 82

**30% off** Deal

$6.99
Was: $9.99
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon



**Retreez Funny Mug - Resting Beach Face Mermaid 11 Oz Ceramic Coffee Mugs - Funny,...**
⭐⭐⭐⭐ 104

**30% off** Deal

$10.88
List: $15.55
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

**Retreez Funny Mug - Ask Me About My Dad Jokes 11 Oz Ceramic Coffee Mugs - Funny Sarcasm...**
⭐⭐⭐⭐ 391

**30% off** Deal

$10.88
List: $15.55
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon

**mfydjir Rose Gold Glitter Mermaid Ceramics Coffee Mug Cup for Tea Women Girls 12 Oz...**
⭐⭐⭐⭐ 3

**30% off** Deal

$10.49
Was: $14.99
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order...



**Mom Coffee Mug - Large Ceramic Coffee Mug - Mother Day Coff...**
⭐⭐⭐⭐ 38

**30% off** Deal

$10.49 ($0.95/Ounce)
Was: $14.99
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon

## Best Sellers in Kitchen & Dining



**Bounty Quick Size Paper Towels, White, 8 Family Rolls = 20 Regular Rolls (Packaging May Vary)**
⭐⭐⭐⭐⭐ 108,309

**#1 Best Seller** in Paper Towels

$24.42
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon



**Bounty Quick-Size Paper Towels, White, 16 Family Rolls = 40 Regular Rolls (Packaging May Vary)**
⭐⭐⭐⭐ 87,983

$43.15 ($2.31/100 Sheets)
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon



**Starbucks K-Cup Coffee Pods—Medium Roast Coffee—Pike Place Roast for Keurig Brewe...**
⭐⭐⭐⭐ 118,751

**#1 Best Seller** in Single-Serve Coffee Capsules & Pods

$49.32 ($0.51/Count)
Get it as soon as **Tuesday, Jun 27**
FREE Shipping on orders over $25 shipped by Amazon



**Amazon Brand - Presto! Flex-a-Size Paper Towels, 158 Sheet Huge Roll, 12 Rolls (2 Packs ...**
⭐⭐⭐⭐ 86,957

**Amazon's Choice** in Paper Towels

$28.28 ($1.49/100 Sheets)
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amazon



**Bounty Quick-Size Paper Towels, White, 12 Family Rolls = 30 Regular Ro...**
⭐⭐⭐⭐⭐ 75,259

$33.81 ($2.41/100 Shee...
Get it as soon as **Monday, Jun 26**
FREE Shipping on orders over $25 shipped by Amaz...

## Customers who viewed items in your browsing history also viewed







Luke Combs Gettin' Old Album Tee

★★★★½ 13

$18.51-$29.52

StephanDHampton Luke Combs Tapestry Wall Hanging,Art Tapestry Home Decor 152x102cm/60 X 40 Inch

$22.99

Get it Jul 13 - Aug 3
$5.00 shipping

Beautiful Crazy T Shirt for Women Funny Inspirational Letter Printed Heart Graphic Tee Casual Tops

★★★★½ 1,403

$19.98-$31.96

Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee Tops

★★★★½ 865

$15.99-$18.99

Lukes Combss Shirt, Lukes Combss Classic Shirt, Hoodie, Sweatsh Gift for Lukes Combss Fans White

$20.99

Get it Jul 5 - 11
$6.99 shipping

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English        United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to
your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

# Checkout (1 item) 🔒

**1  Shipping address**                                                      Change

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

**2  Payment method**                                                        Change

MasterCard ending in 3709

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]   Apply

**3  Offers**

**4  Review items and shipping**



FREE TRIAL

**Wendell, we're giving you 30 days of Prime benefits for FREE**        Try Prime FREE for 30 days

**Estimated delivery: June 29, 2023 - July 6, 2023**
Items shipped from Besthao Store

**Luke My Heart Combs Tour 2019 Nilamuda Coffee Mug Ceramic Cup 11 Oz Gift For Men Women Who Love Mugs**
**$7.00**
Qty: 1 ⌄
Sold by: Besthao Store

Choose a delivery option:
● **Thursday, June 29 - Thursday, July 6**
   FREE Shipping

Gift options not available

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $7.72**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Wendell, get in on the perks.
**We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $7.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $7.00 |
| Estimated tax to be collected:* | $0.72 |
| **Order total:** | **$7.72** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/OusiKa-Freshener-Decoration-Christmas-Accessories/dp/B0CB43F4WC/ref=sr_1_
44?crid=281XANV9Y9WXK&keywords=luke+combs&qid=1695233474&sprefix=luke+combs+%2Caps%2
C146&sr=8-44

**ProductID:** amazon_B0CB43F4WC
**ProductName:** OusiKa
**SellerID:** amazon_A13QLS2LIP520J
**SellerName:** LAKELAI

**Item Screenshot Created at:** 2023-09-21 05:53:38
**Checkout Screenshot Created at:** 2023-09-21 06:06:18



amazon live ROADKILL NIGHTS CAR CRAFT Watch now › amazon.live

Automotive › Interior Accessories › Air Fresheners



Roll over image to zoom in

# OusiKa Premium Lavender Scent Air Freshener Room Decoration Christmas Gift Luke Car Air Freshener Friend Gift Morgan Car Accessories Singer Inspired Festive Gifts Combs Fans Gift

Brand: OusiKa

5.0 ★★★★★ 3 ratings

50+ viewed in past month

$9.99 ($9.99 / Count)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ⌄

Get $50 off instantly: Pay $0.00 $9.99 upon approval for Amazon Visa. No annual fee.

Color: L



**Scent:** Lavender

**Color:** L

**Brand:** OusiKa

**Item Form:** Tablet

**Item Dimensions LxWxH:** 3.54 x 2.56 x 0.16 inches

### About this item

- ᵖProduct sizeᵈ : 3.54" high x 2.56" wide , 8g
- ᵖPremium scentᵈ : Crafted from premium essence, our lavender scent is both eco-friendly and safe to use around children and pets. Enjoy weeks of fresh fragrance, and when it fades, simply spray your



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$9.99 ($9.99 / Count)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ⌄

**FREE delivery** on orders over $35 shipped by Amazon.

Choose location for most accurate options

**In Stock**

Qty: 1 ⌄



Add to Cart

Buy Now

Payment — Secure transaction
Ships from — Amazon
Sold by — LAKELAI
Returns — Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

favorite essential oil to refresh. This reusable product is also great for the environment.

- 『High-end materials』: The air freshener is packaged in a exquisite packaging for longer storage.It is printed double-sided in HD

- 『Multi-functionality』: This versatile air freshener is perfect for adding a pleasant fragrance to your car, bedroom, dining room, kitchen, living room, balcony, or any other space that needs a little freshening up.

- 『Special gifts』: Looking for a unique gift for Luke-Combs fans, friends who recently bought a car, or loved ones on holidays? Our curated collection has something for everyone. Give the gift of style and convenience today!

## Buy it with

 +  + 

**Total price:** $29.96

**Add all three to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** OusiKa Premium Lavender Scent Air Freshener Room Decoration Christmas…
$9⁹⁹ ($9.99/Count)

Qiuseadu Western Bracelets Anklets Country Music Western Singer Jewelry Gift for Wome…
$9⁹⁸

BulbaCraft 100Pcs American Country Singer Stickers - Country Music Merch, Countr…
$9⁹⁹

## Similar items that may deliver to you quickly

Page 1 of 2

    

OusiKa Premium Lavender Scent Air Freshener Room Decoration Christmas Gift Car Air Freshener…
★★★★★ 3
$9.99 ($9.99/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

OusiKa Premium Lavender Scent Air Freshener Room Decoration Christmas Gift Car Air Freshener…
★★★★★ 3
$9.99 ($9.99/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

OusiKa Premium Lavender Scent Air Freshener Room Decoration Christmas Gift Car Air Freshener Friend Gift Car…
★★★★★ 3
$9.99 ($9.99/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

OusiKa Premium Lavender Scent Air Freshener Room Decoration Christmas Gift Car Air Freshener…
★★★★★ 3
$9.99 ($9.99/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

OusiKa Premium Lavender Scent Air Freshener Room Decoration Christmas Gift Car Air Freshener…
★★★★★ 3
$9.99 ($9.99/Count)
Get it as soon as **Thursday, Sep 28**
FREE Shipping on orders over $35 shipped by Amazon

## Product Description

Welcome to our world of fragrances, where we strive to bring a little more joy into your life while also protecting our planet. At our company, we specialize in selling eco-friendly incense sticks made from carefully selected materials and handcrafted with love.
Our commitment to the environment starts with our raw materials. We use only the finest ingredients that are safe and gentle on the earth, without compromising on quality. Our air fresheners are made from natural, sustainable, and biodegradable sources, ensuring that they have a minimal impact on the environment.We also take great care to ensure that our products are free from harmful chemicals and toxins, making them safe for babies and families.
In addition, we take pride in the fact that our production process is designed to be as eco-friendly as possible. Our team of artisans works tirelessly to ensure that our products are handmade with great care and attention to detail, reducing the amount of waste generated during manufacturing.
Our mission is not just to create beautiful fragrances, but to do so in a way that respects our planet and future generations. By choosing our air freshener,

you are not only indulging in a sensory experience, but also contributing to a more sustainable future.
Join us on this journey towards a better world. Let us bring a little more joy and beauty into your life, while also taking care of our planet. Choose our eco-friendly air freshener and experience the difference.

## Product details

**Product Dimensions** : 3.54 x 2.56 x 0.16 inches; 0.63 Ounces

**Date First Available** : July 20, 2023

**Manufacturer** : Qingdao Focus On Color Industry & Trade Co., Ltd.

**ASIN** : B0CB43F4WC

**Best Sellers Rank:** #22,716 in Automotive (See Top 100 in Automotive)
#313 in Automotive Air Fresheners

**Customer Reviews:**
5.0 ★★★★★ ⌄    3 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

To report an issue with this product, click here.

## Brands in this category on Amazon

Sponsored ⓘ



Custom air freshener for car with text/photo

Shop HDSD ›



**Bliss**

Perfume your car, not just yourself

Shop Bliss Fragrance House ›

## Looking for specific info?



🔍 Search in reviews, Q&A...

## Customer reviews

★★★★★ 5 out of 5

3 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Top reviews ⌄

### Top reviews from the United States

  Jennifer

★★★★★ **String smell**

Reviewed in the United States on September 6, 2023

Color: E  |   **Verified Purchase**

The smell was super strong right off the bat! Super pretty and high quality. Although I am a bit sensitive to smell so the strength of the smell did hurt my head in the beginning but now it doesn't hurt as much!

∨ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

| Helpful | Report

George B Craig

★★★★★ **great gift!**

Reviewed in the United States on August 17, 2023

Color: B | **Verified Purchase**

My daughter likes it. The scent isn't over powerful

| Helpful | Report

See more reviews ›

## Customers who viewed this item also viewed



BulbaCraft 100Pcs American Country Singer Stickers - Country Music Merch, Country Singer Merchandise -…

★★★★☆ 53

$9.99

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

**Popular products based on this item**          Page 1 of 3



‹        ›







Car Air Freshener, Free 2 Fragrances, Cartoon Black Bear Pilot Car Air Outlet Fan Creative Car Perfume Decoration Kawaii Car Exhaust Cli…

⭐ 4.5 · 61

$10.96

BVALOR Premium Lavender Scent Air Freshener Room Decoration Christmas Gift Car Air Freshener Friend Gift Car…

⭐ 5.0 · 3

$9.99

2 Pcs Cartoon Bear Car Air Fresheners Pilot Automotive Air Outlet Fan Cool Cute Air Freshener for Car Creative Car Perfume…

⭐ 4.5 · 221

$19.99

Cute Car Air Fresheners, Cartoon Pink Cat Pilot Vent Clip Interior Accessories, Rotating Propeller Automotive Air Outlet Fan Creative Ca…

⭐ 4.5 · 231

$19.95

Car A…
Post's
Hang…
Acces…

⭐⭐

Autom…
$9.9…

Get it
Sep 2…
FREE S
$35 sh…

## Best Sellers in Health & Household

<span style="float:right">Page 1 of 8</span>







Bounty Quick Size Paper Towels, White, 8 Family Rolls = 20 Regular Rolls

⭐ 5.0 · 248,338

**#1 Best Seller** in Health & Household

$24.42 ($2.61/100 Sheets)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

Amazon Basics 48-Pack AA Alkaline High-Performance Batteries, 1.5 Volt, 10-Year Shelf…

⭐ 4.5 · 693,174

**#1 Best Seller** in AA Batteries

$15.36 ($0.32/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

Amazon Basics 36-Pack AAA Alkaline High-Performance Batteries, 1.5 Volt, 10-Year Shelf…

⭐ 4.5 · 668,666

**#1 Best Seller** in AAA Batteries

$13.01 ($0.36/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

Premier Protein Shake, 8 Flavor Variety Pack, 30g Protein, 1g Sugar, 24 Vitamins & Minerals,…

⭐ 4.5 · 6,732

**#1 Best Seller** in Sports Nutrition Ready to Drink Protein

$25.99 ($0.28/Fl Oz)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

LMNT
Powd…
Hydra…
Sugar…
Ingre…

⭐⭐

**#1 B**
Nutriti…
Replac…

$25.0…

FREE S
$35 sh…

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

**Make Money with Us**

Start Selling with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices



Amazon Science
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money
Amazon Currency Converter
Your Recalls and Product Safety Alerts
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



# Checkout (1 item)

**1  Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

**Change**

🔶 Or pick up near this address - See nearby pickup locations

**2  Payment method**

💳 MasterCard ending in 3709

**Change**

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  **Apply**

**3  Offers**

**4  Review items and shipping**

**Wendell, we're giving you Prime free for 30 days!**

Get your Prime eligible items ~~Sunday, Sept. 24 by 8PM~~ Friday, Sept. 22 by 8PM for ~~$6.99~~ FREE

No hassle. No commitments. Cancel anytime.

[ Get FREE shipping with Prime > ]

✓ Fast, free delivery
✓ Exclusive deals
✓ Popular movies & shows

**Delivery: Sept. 24, 2023** If you order in the next 22 hours and 53 minutes (Details)
Items shipped from Amazon.com

OusiKa Premium Lavender Scent Air Freshener Room Decoration Christmas Gift Luke Car Air Freshener Friend Gift Morgan Car Accessories Singer Inspired Festive Gifts Combs Fans Gift
$9.99 & FREE Returns ∨
Qty: 1 ∨
Sold by: LAKELAI
Amazon Prime eligible  Join now
[ 🎁 Add gift options ]

Choose a delivery option:
◯ **Friday, Sept. 22**
FREE Two-Day Delivery with your free trial of Prime

⬛ **Fast, FREE Delivery** prime

⦿ **Sunday, Sept. 24**
$6.99 - Shipping
◯ **Friday, Sept. 22**
$9.99 - Shipping

[ **Place Your Order and Pay** ]

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $18.00**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

Get FREE Two-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

[ Try Prime FREE ]

[ **Place Your Order and Pay** ]

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $1.02 |
| **Order total:** | **$18.00** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Pack-Inch-Sticker-Set-Scrapbooking/dp/B09MCFBZ6B/ref=sr_1_51?crid=281XA
NV9Y9WXK&keywords=luke+combs&qid=1695233474&sprefix=luke+combs+%2Caps%2C146&sr=8-51

**ProductID:** amazon_B09MCFBZ6B

**ProductName:** Pack of 6 2 Inch Sticker Set - Luke Combs Sticker - Journaling Scrapbooking Diary Planner Album Notebook Card Laptop Waterbottle DIY Arts and Crafts

**SellerID:** amazon_A193T986CAWLRA

**SellerName:** MEHMET ALI COKYIGIT

**Item Screenshot Created at:** 2023-09-21 05:55:09

**Checkout Screenshot Created at:** 2023-09-21 18:14:23



Arts, Crafts & Sewing › Scrapbooking & Stamping › Stickers & Sticker Machines

$4.99

FREE delivery **October 12 - November 1**. Details

Or fastest delivery **September 22 - 26**. Details

Choose location for most accurate options

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
| Ships from | MEHMET ALI COKYIGIT |
| Sold by | MEHMET ALI COKYIGIT |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

**Add to List**

Have one to sell?

**Sell on Amazon**

Click image to open expanded view

**Brand:** Decal
**Room Type:** Bedroom
**Theme:** Automobile
**Cartoon Character:** Bubble
**Special Feature:** Waterproof
**Number of Pieces:** 6
Age Range (Description):
∨ See more

🔧 **Material** Vinyl    🔧 **Installation Type** Self-Adhesive

### About this item

- UV and water resistant, and will last for many years without fading, peeling, or cracking. The Highest Quality Engineering.
- Perfect to personalize Laptops, Skateboards, Luggage, Cars, Bumpers, Bikes, Bicycles, Bedroom, Travel Case, Bicycle, Motorcycle, Snowboard, Skateboard etc
- HOW TO USE: Get your stickers, clean the surface, sticker on, then use your

imagination to create works now!

- The vinyl is made to last up to 6 years* on the outside of your vehicle, and can be applied to most clean smooth surfaces; windows, mirrors, laptops, mobile devices, vehicle body, interior walls, and much more
- Guarantee: We promise to provide the best service to our customers. If the products you receive are damaged or not satisfied, please feel free to contact us, worry-free funds return / reissue guarantee, so that you will never leave you do not like The product

---

## Buy it with

 +  + 

Total price: **$19.97**

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Pack of 6 2 Inch Sticker Set - Luke Combs Sticker - Journaling...

$4⁹⁹

Imperial Vibes | Remember Kids Electricity Will Kill You Sticker Reddy Kilowatt Warning...

$5⁹⁹ ($2.00/Count)

MrMint NO BOZOS Stickers (3 Pcs/Pack) 5945764536490

$8⁹⁹ ($3.00/Count)

---

## Similar items that may deliver to you quickly

    

**300 PCS Horse Stickers, Western Stickers for Water Bottles, Waterproof Vinyl...**
★★★★½ 17
Amazon's Choice in Kids' Stickers
$12.99 ($0.04/Count)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**MiaoWu 50PCS Cowboy Stickers, Country Western Decals Vinyl Waterproof Stickers for Water Bottle Laptop...**
★★★★½ 500
$5.99 ($0.12/Count)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**50 Pcs Western Stickers Country Stickers Cowboy Stickers Cowgirl Stickers Country Western Decals for Water Bottle...**
★★★★★ 1
$5.99 ($0.12/Count)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**Cowgirl Pink Stickers Pack 50PCS, Y2K Western Stickers for Girls Teens Adults Eikecy Vinyl Waterproof Aesthetic...**
★★★★½ 6
$4.49 ($0.09/Count)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**Cowboy Girl Stickers - 55Pcs Country Girl Western Stickers Water Bottles Laptop Car Phone Guitar Skateboard Computer Decals PVC...**
★★★★★ 2
$7.99 ($1.60/Count)
FREE Shipping on orders over $35 shipped by Amazon

---

## Customers who viewed this item also viewed




[BulbaCraft 100Pcs American Country Singer Stickers - Country Music Merch, Country Singer Merchandise -...](#)

⭐⭐⭐⭐½ 53

$9.99

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

[MiaoWu 50PCS Cowboy Stickers, Country Western Decals Vinyl Waterproof Stickers for Water Bottle Laptop...](#)

⭐⭐⭐⭐½ 500

$5.99 ($0.12/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

## Product information

| Brand | Decal |
|---|---|
| Room Type | Bedroom |
| Theme | Automobile |
| Cartoon Character | Bubble |
| Special Feature | Waterproof |
| Number of Pieces | 6 |
| Age Range (Description) | Adult |
| Reusability | Single Use |
| Pattern | Cartoon |
| Shape | Irregular |
| Manufacturer | decal |
| ASIN | B09MCFBZ6B |
| Best Sellers Rank | #320,159 in Arts, Crafts & Sewing ([See Top 100 in Arts, Crafts & Sewing](#)) #8,024 in [Scrapbooking Stickers & Sticker Machines](#) |
| Date First Available | November 22, 2021 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please [click here](#)

### Feedback

Would you like to [tell us about a lower price?](#) ⌄

## Videos

Help others learn more about this product by uploading a video!

[Upload your video]

## Product Description

Made in the United States. High Quality Eco-Friendly material and ink.

## Important information

To report an issue with this product, [click here](#).

## Customers also viewed these products

Page 1 of 7

    

**Knaid Vintage Scrapbook Supplies Pack (200 Pieces) for Witchy Junk Journal Bullet Journals Planners Space Moon...**
⭐⭐⭐⭐⭐ 6,585
$9.99 ($0.05/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**Stickers for Adults 300PCS Funny Stickers for Adults/Teens,Adult Stickers,Cool Stickers,Vinyl Stickers...**
⭐⭐⭐⭐⭐ 670
Amazon's Choice in Laptop Decals
$9.99 ($0.03/Count)
FREE Shipping on orders over $35 shipped by Amazon

**800pcs Vintage Scrapbook Paper, Mini Dictionary Scrapbooking Paper for Journaling...**
⭐⭐⭐⭐⭐ 1,602
Amazon's Choice in Decorative Craft Paper
$11.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**100Pcs Music Laptop Stickers for Adults - Rock Band Stickers Waterproof Vinyl Stickers for Guitar Laptop Sticker Rock an...**
⭐⭐⭐⭐⭐ 1,032
$6.98 ($0.07/Count)
FREE Shipping on orders over $35 shipped by Amazon

**Agwut 48 Sheets Watercolor Fantasy Scrapbook Washi Paper Stickers Set for Junk Journal, Scrapbooking...**
⭐⭐⭐⭐⭐ 358
$9.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

## Brands in this category on Amazon

Sponsored ⓘ



Shop Official UC Santa Barbara Accessories
Shop Graphics and More ›



Knaid Flower Stickers Set
Shop Knaid ›

## Looking for specific info?

🔍 Search in reviews, Q&A...

### Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | ▭ | 0% |
| 4 star | ▭ | 0% |
| 3 star | ▭ | 0% |
| 2 star | ▭ | 0% |
| 1 star | ▭ | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Best Sellers in Scrapbooking & Stamping Supplies

Page 1 of 8



Elmer's Disappearing Purple School Glue, Washable, 6 Pack, 0.21-ounce sticks

★★★★★ 29,075

**#1 Best Seller** in Art Glues & Pastes

$2.97 ($2.36/Ounce)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon



Elmer's Disappearing Purple School Glue Sticks, Washable, 7 Grams, 30 Count

★★★★★ 35,473

$8.27 ($0.28/Count)

FREE Shipping on orders over $35 shipped by Amazon



Adtech W229-34ZIP100 Mini Hot Glue Sticks, 100 pack, Clear 100 Count

★★★★★ 10,706

$6.54 ($0.07/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon



Neenah White Index Cardstock, 300 Sheets, 110 lb/199 gsm, 94 Brightness, 8.5" x 11" -...

★★★★½ 12,582

**#1 Best Seller** in Card Stock

$15.99 ($0.05/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

🌿 Climate Pledge Friendly ▾

Aleer... Dual-... oz, Pe... Adhe... Solut...

★★ 

**#1 B**... Adhes...

$3.41...

FREE S... $35 sh...

## Related to items you've viewed    See more

Page 1 of 4



SGTD Luke Combs – This One's For You Album Cover Canvas Poster Print Music Posters for Room Aesthetic Gift Unframe-...

$15.00

Get it Oct 12 - Nov 1

FREE Shipping



Luke Combs – Growin' Up Album Cover Canvas Poster Print Music Posters for Room Aesthetic Gift Frame-style16x24inch(40x60...

$49.00

Get it Oct 12 - Nov 1

FREE Shipping



SUANEA Frank Ocean Poster Nostalgia, Ultra Album Cover Poster Posters for Room Aesthetic Canvas Wall...

★★★★½ 14

$35.00

Get it Oct 3 - 17

FREE Shipping



Usspo Frank Ocean Music Album Cover Poster Print Canvas Wall Art Limited Signed Blond Poster Room Aesthetic...

★★★★½ 31

$21.99

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

Only 6...

ETUL... Poste... Heart... Art p... 12" x...

★★ 

Amaz... Poster...

$6.80...

FREE S... $35 sh...

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center

### Make Money with Us
Sell more with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements



Investor Relations
Amazon Devices
Amazon Science

Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English

United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



# amazon

Checkout (1 item)

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**1 Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

**2 Payment method**

MasterCard ending in 3709

Billing address: Same as shipping address.

Change

Add a gift card or promotion code or voucher

Enter code    Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

Wendell, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days ›

**Estimated delivery: Oct. 13, 2023 - Nov. 2, 2023**
Items shipped from MEHMET ALI COKYIGIT

Pack of 6 2 Inch Sticker Set - Luke Combs Sticker - Journaling Scrapbooking Diary Planner Album Notebook Card Laptop Waterbottle DIY Arts and Crafts
$4.99
Qty: 1
Sold by: MEHMET ALI COKYIGIT

Gift options not available

Choose a delivery option:
◉ Friday, Oct. 13 - Thursday, Nov. 2
FREE Shipping
○ Monday, Sept. 25 - Wednesday, Sept. 27
$8.99 - Shipping

**Order Summary**

Items: $4.99
Shipping & handling: $0.00

Total before tax: $4.99
Estimated tax to be collected:* $0.51

**Order total: $5.50**

How are shipping costs calculated?

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $5.50**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/dp/B0C18YJWGP/ref=twister_B0C17M1CVH?_encoding=UTF8&th=1
**ProductID:** amazon_B0C18YJWGP
**ProductName:** MEPED Luke Combs - What You See Is What You Get Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Frame-style12x18inch(30x45cm)
**SellerID:** amazon_A1B2OGO2DYNT41
**SellerName:** chanchengqudimaoshangmaoyouxiangongsi

**Item Screenshot Created at:** 2023-09-21 05:54:33
**Checkout Screenshot Created at:** 2023-09-21 06:14:06





Roll over image to zoom in

## MEPED Luke Combs - What You See Is What You Get Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Frame-style12x18inch(30x45cm)

Brand: MEPED

$29⁰⁰

$29⁰⁰

Get $50 off instantly: Pay $0.00 $29.00 upon approval for Amazon Visa. No annual fee.

**Size: 12x18inch(30x45cm)**

12x18inch(30x45cm)

16x24inch(40x60cm)

20x30inch(50x75cm)

24x36inch(60x90cm)

**Color: Frame-style**



**Size:** 12x18inch(30x45cm)

**Product Dimensions:** 18"L x 12"W

**Number of Items:** 1

**Orientation:** Landscape

**Shape:** Rectangular

**Theme:** Landscape

˅ See more

### About this item

- [ High Quality ]. Printed pictures on high quality canvas with eco-friendly inks to make HD modern wall art. Odorless, unbreakable, brightly colored and waterproof, UV



$29⁰⁰

FREE delivery **October 6 - 24.** Details

Choose location for most accurate options

In stock

Usually ships within 2 to 3 days.

Qty: 1 ˅

Add to Cart

Buy Now

| Payment | Secure transaction |
| Ships from | chanchengqudimaoshang |
| Sold by | chanchengqudimaoshang |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

- resistant, fade resistant, and resistant to preservation.

- [ Size Type ] The finished product is divided into framed and unframed, and the corresponding 4 different sizes. Framed paintings have been equipped with hooks, ready to hang, not only easier to install, and looks more modern room aesthetic decorative effect.

- [Reinforced Packaging]. Unframed canvas paintings are rolled up and shipped in sturdy pvc tubes. Framed canvas paintings are wrapped around the outside of a lightweight wooden frame, protected and shipped in cardboard boxes. All packages are reinforced and protected.

- [Multiple uses]. Suitable for homes, living rooms ,bedroom and dorm, as well as office, KTV, bar and other commercial wall art. Ideal as holiday, birthday and anniversary gifts for family, lovers, friends, boys, girls, co-workers, etc.

- [ For you ] Fashionable cover art and music star album posters, including classic works with hip-hop, rock, pop and rap artists, they can be fun and creative merchandise. If you have any questions, please contact our staff and we will try our best to help you.

## Customers also viewed these products

Page 1 of 7











unique america 150 Pcs | Posters Wall Collage Kit, Album Cover Posters, Posters for Room, Music Posters, Band Posters,…
★★★★½ 4,615
**Amazon's Choice** in Educational Charts & Posters
$17.99
FREE Shipping on orders over $35 shipped by Amazon

unique america 100 Pcs | Posters, Album Cover Posters, Posters For Bedroom, Music Posters, Room Decor, Rapper…
★★★★½ 180
$18.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Gettin' Old
›Luke Combs
★★★★★ 777
Audio CD
$11.96
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Request Your Own Album Choice, Custom Album Poster, Album Cover Posters, Album…
★★★★½ 21
**Amazon's Choice** in Posters & Prints
$9.99
Get it **Oct 2 - 12**
FREE Shipping

What You See Is What You Get
›Luke Combs
★★★★★ 6,032
Vinyl
$22.49
FREE Shipping on orders over $35 shipped by Amazon

## Product information

| Size | 12x18inch(30x45cm) |
|---|---|
| Product Dimensions | 18"L x 12"W |
| Number of Items | 1 |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Landscape |
| Frame Type | Wrapped Canvas |
| Wall Art Form | Poster |
| Material | Canvas |
| Color | Frame-style |
| Style | Modern |
| Room Type | Bedroom,Living Rooms,Office,Office Room |
| Age Range (Description) | Adult |
| Brand | MEPED |
| Special Feature | Waterproof, Lightweight |
| Frame Material | Wood |
| Mounting Type | Wall Mount |
| Is framed? | Yes |
| ASIN | B0C18YJWGP |
| Date First Available | April 1, 2023 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

　【 High Quality 】 Printed pictures on high quality canvas with eco-friendly inks to make HD modern wall art. Odorless, unbreakable, brightly colored and waterproof, UV resistant, fade resistant, and resistant to preservation.
　【 Size Type 】 The finished product is divided into framed and unframed, and the corresponding 4 different sizes. Framed paintings have been equipped with hooks, ready to hang, not only easier to install, and looks more modern room aesthetic decorative effect.
　【 Reinforced Packaging 】 Unframed canvas paintings are rolled up and shipped in sturdy pvc tubes. Framed canvas paintings are wrapped around the outside of a lightweight wooden frame, protected and shipped in cardboard boxes. All packages are reinforced and protected.
　【 Multiple Uses 】 Suitable for homes, living rooms ,bedroom and dorm, as well as office, KTV, bar and other commercial wall art. Ideal as holiday, birthday and anniversary gifts for family, lovers, friends, boys, girls, co-workers, etc.
　【 For You 】 Fashionable cover art and music star album posters, including classic works with hip-hop, rock, pop and rap artists, they can be fun and creative merchandise. If you have any questions, please contact our staff and we will try our best to help you.

## Important information

To report an issue with this product, click here.

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

**No customer reviews**

5 star ▢▢▢▢▢▢ 0%

| 4 star | | 0% |
|---|---|---|
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

---

### Popular products based on this item

Page 1 of 5



MYLU Emotional Management Zones Of Regulation Educational Poster Canvas Poster Wall Art Decor Print Picture Paintings for…
★★★★★ 3
$12.00-$99.00



10 Things I Hate About You Touching Love Movie Classic Poster Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gif…
★★★★☆ 18
$16.00-$99.00



SUNLY Hip-hop Rapper 999 (4) Canvas Poster Wall Art Decor Print Picture Paintings for Living Room Bedroom Decoration Unframe-…
★★★★☆ 6
$11.99-$15.98



Taylor Album Swift The Eras Tour Poster Canvas Poster Bedroom Decor Room Decor Gift Unframe:…
★★★★★ 1
$15.10-$21.00

 

Break
Movie
Bedr
Lands
Decor
12x1
★★
$16.0

---

### Best Sellers in this category

Page 1 of 8



KIWI Shoe Whitener | For Leather, Vinyl, Canvas, Nylon and More | 4 Fl Oz | Includes Sponge…
★★★★½ 8,687
#1 Best Seller in Shoe Polishes
$7.49 ($1.87/Fl Oz)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon



Sprayway Glass Cleaner with Foaming Spray for a Streak-Free Shine for Home and Automotive Use, 19 oz, Pack of 12
★★★★★ 4,191
$29.76 ($0.13/Ounce)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon



SUNCOLOR 13" Large Gift Bag with Card and Tissue Paper (Colorful Happy Birthday)
★★★★★ 1,566
Amazon's Choice in Gift Wrap Bags
$5.99
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon



Brown Packing Paper 15"×450", Wrapping Paper Roll, Craft Paper, Kraft Paper Roll, Packing Paper for Moving Supplies, Gift Wrappin…
★★★★½ 90
$5.99
FREE Shipping on orders over $35 shipped by Amazon



24 Pi
Party
Land:
with
Color
★★
$9.99
Get it
Sep 2
FREE S
$35 sh

---

See personalized recommendations

Sign in

New customer? Start here.

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

Amazon

English    United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything
For
Your
Business

Amp
Host your own live
radio show with
music you love

Amazon
Fresh
Groceries &
More
Right To
Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books
& Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited
Photo Storage
Free With
Prime

Prime Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole
Foods
Market
America's
Healthiest
Grocery
Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K
Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors
App
Real-Time
Crime
& Safety
Alerts

Amazon Subscription Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: Oct. 6, 2023 - Oct. 24, 2023**

Items shipped from chanchengqudimaoshangmaoyouxiangongsi

**MEPED Luke Combs - What You See Is What You Get Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Frame-style12x18inch(30x45cm)**

$29.00

Qty: 1

Sold by: chanchengqudimaoshangmaoyouxiangongsi

Gift options not available

**Choose a delivery option:**

**Friday, Oct. 6 - Tuesday, Oct. 24**
FREE Shipping

Place your order

**Order total: $31.97**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $29.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.00 |
| Estimated tax to be collected:* | $2.97 |
| **Order total:** | **$31.97** |

How are shipping costs calculated?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Pack-Inch-Sticker-Set-Scrapbooking/dp/B09MCFBZ6B/ref=sr_1_51?crid=281XA
NV9Y9WXK&keywords=luke+combs&qid=1695233474&sprefix=luke+combs+%2Caps%2C146&sr=8-51

**ProductID:** amazon_B09MCFBZ6B

**ProductName:** Pack of 6 2 Inch Sticker Set - Luke Combs Sticker - Journaling Scrapbooking Diary Planner
Album Notebook Card Laptop Waterbottle DIY Arts and Crafts

**SellerID:** amazon_A1T3JLLMXIDQVD

**SellerName:** Zaza Breeze Designs

**Item Screenshot Created at:** 2023-09-21 05:55:01

**Checkout Screenshot Created at:** 2023-09-21 18:41:56



amazon
Delivering to Columbus 43215
Choose location for most accurate options
All | luke combs
EN
Hello, sign in
Account & Lists
Returns
& Orders
0

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Works with Alexa | New Amazon devices from $49.99

Computers | Laptops | Desktops | Monitors | Tablets | Computer Accessories | PC Components | PC Gaming | Deals

Arts, Crafts & Sewing › Scrapbooking & Stamping › Stickers & Sticker Machines

Click image to open expanded view

$4.99

Choose location for most accurate options

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | MEHMET ALI COKYIGIT |
| Sold by | MEHMET ALI COKYIGIT |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

**Brand:** Decal

**Room Type:** Bedroom

**Theme:** Automobile

**Cartoon Character:** Bubble

**Special Feature:** Waterproof

**Number of Pieces:** 6

**Age Range (Description):**

See more

**Material** Vinyl

**Installation Type** Self-Adhesive

## About this item

- UV and water resistant, and will last for many years without fading, peeling, or cracking. The Highest Quality Engineering.
- Perfect to personalize Laptops, Skateboards, Luggage, Cars, Bumpers, Bikes, Bicycles, Bedroom, Travel Case, Bicycle, Motorcycle, Snowboard, Skateboard etc
- HOW TO USE: Get your stickers, clean the surface, sticker on, then use your

imagination to create works now!

- The vinyl is made to last up to 6 years* on the outside of your vehicle, and can be applied to most clean smooth surfaces; windows, mirrors, laptops, mobile devices, vehicle body, interior walls, and much more

- Guarantee: We promise to provide the best service to our customers. If the products you receive are damaged or not satisfied, please feel free to contact us, worry-free funds return / reissue guarantee, so that you will never leave you do not like The product

## Buy it with

 +  + 

**This item:** Pack of 6 2 Inch Sticker Set - Luke Combs Sticker - Journaling…

$4⁹⁹

Imperial Vibes | Remember Kids Electricity Will Kill You Sticker Reddy Kilowatt Warning…

$5⁹⁹ ($2.00/Count)

MrMint NO BOZOS Stickers (3 Pcs/Pack) 5945764536490

$8⁹⁹ ($3.00/Count)

Total price: **$19.97**

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

## Similar items that may deliver to you quickly

    

| | | | | |
|---|---|---|---|---|
| 300 PCS Horse Stickers, Western Stickers for Water Bottles, Waterproof Vinyl… | MiaoWu 50PCS Cowboy Stickers, Country Western Decals Vinyl Waterproof Stickers for Water Bottle Laptop… | 50 Pcs Western Stickers Country Stickers Cowboy Stickers Cowgirl Stickers Country Western Decals for Water Bottle… | Cowgirl Pink Stickers Pack 50PCS, Y2K Western Stickers for Girls Teens Adults Eikecy Vinyl Waterproof Aesthetic… | Cowboy Girl Stickers - 55Pcs Country Girl Western Stickers Water Bottles Laptop Car Phone Guitar Skatebo… |

★★★★½ 17
[Amazon's Choice] in Kids' Stickers
$12.99 ($0.04/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

★★★★½ 500
$5.99 ($0.12/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

★★★★★ 1
$5.99 ($0.12/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

★★★★½ 6
$4.49 ($0.09/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

★★★★★ 2
$7.99 ($1.60/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed this item also viewed





[BulbaCraft 100Pcs American Country Singer Stickers - Country Music Merch, Country Singer Merchandise - Waterproof Music...](#)

★★★★½ 53

$9.99

FREE Shipping on orders over $35 shipped by Amazon

[MiaoWu 50PCS Cowboy Stickers, Country Western Decals Vinyl Waterproof Stickers for Water Bottle Laptop...](#)

★★★★½ 500

$5.99 ($0.12/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

## Product information

| | |
|---|---|
| Brand | Decal |
| Room Type | Bedroom |
| Theme | Automobile |
| Cartoon Character | Bubble |
| Special Feature | Waterproof |
| Number of Pieces | 6 |
| Age Range (Description) | Adult |
| Reusability | Single Use |
| Pattern | Cartoon |
| Shape | Irregular |
| Manufacturer | decal |
| ASIN | B09MCFBZ6B |
| Best Sellers Rank | #320,159 in Arts, Crafts & Sewing ([See Top 100 in Arts, Crafts & Sewing](#)) #8,024 in [Scrapbooking Stickers & Sticker Machines](#) |
| Date First Available | November 22, 2021 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please [click here](#)

### Feedback

Would you like to [tell us about a lower price?](#) ⌄

## Videos

Help others learn more about this product by uploading a video!

[Upload your video]

## Product Description

Made in the United States. High Quality Eco-Friendly material and ink.

## Important information

To report an issue with this product, [click here.](#)

## Customers also viewed these products

Page 1 of 7

   

**Knaid Vintage Scrapbook Supplies Pack (200 Pieces) for Witchy Junk Journal Bullet Journals Planners Space Moon...**
⭐⭐⭐⭐½ 6,585
$9.99 ($0.05/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**Stickers for Adults 300PCS Funny Stickers for Adults/Teens,Adult Stickers,Cool Stickers,Vinyl Stickers...**
⭐⭐⭐⭐½ 670
Amazon's Choice in Laptop Decals
$9.99 ($0.03/Count)
FREE Shipping on orders over $35 shipped by Amazon

**800pcs Vintage Scrapbook Paper, Mini Dictionary Scrapbooking Paper for Journaling Supplies, Decorative...**
⭐⭐⭐⭐½ 1,602
Amazon's Choice in Decorative Craft Paper
$11.99
FREE Shipping on orders over $35 shipped by Amazon

**100Pcs Music Laptop Stickers for Adults - Rock Band Stickers Waterproof Vinyl Stickers for Guitar...**
⭐⭐⭐⭐½ 1,032
$6.98 ($0.07/Count)
Get it as soon as **Thursday, Sep 28**
FREE Shipping on orders over $35 shipped by Amazon

**Agwut 48 Sheets Watercolor Fantasy Scrapbook Washi Paper Stickers Set for Junk Journal, Scrapbooking Planner, Notebook, DI...**
⭐⭐⭐⭐½ 358
$9.99
FREE Shipping on orders over $35 shipped by Amazon

## Brands in this category on Amazon

Sponsored ⓘ



Shop Official UC Santa Barbara Accessories
Shop Graphics and More ›



Knaid Flower Stickers Set
Shop Knaid ›

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

**Best Sellers in Scrapbooking & Stamping Supplies**    Page 1 of 8









Elmer's Disappearing Purple School Glue, Washable, 6 Pack, 0.21-ounce sticks

★★★★★ 29,075

**#1 Best Seller** in Art Glues & Pastes

$2.97 ($2.36/Ounce)

Get it as soon as Wednesday, Sep 27

FREE Shipping on orders over $35 shipped by Amazon

Elmer's Disappearing Purple School Glue Sticks, Washable, 7 Grams, 30 Count

★★★★★ 35,473

$8.27 ($0.28/Count)

Get it as soon as Wednesday, Sep 27

FREE Shipping on orders over $35 shipped by Amazon

Adtech W229-34ZIP100 Mini Hot Glue Sticks, 100 pack, Clear 100 Count

★★★★★ 10,706

$6.54 ($0.07/Count)

Get it as soon as Wednesday, Sep 27

FREE Shipping on orders over $35 shipped by Amazon

Neenah White Index Cardstock, 300 Sheets, 110 lb/199 gsm, 94 Brightness, 8.5" x 11" -...

★★★★☆ 12,582

**#1 Best Seller** in Card Stock

$15.99 ($0.05/Count)

Get it as soon as Wednesday, Sep 27

FREE Shipping on orders over $35 shipped by Amazon

🌿 Climate Pledge Friendly ⌄

Aleen... Dual-... oz, Pe...

★★ Adhe...

$3.4...

**#1 B** Adhes...

Get it Sep 2...

FREE S $35 sh...

## Related to items you've viewed   See more

Page 1 of 8











Combs Country Music T-Shirt Women Retro Western Bull Skull Cowboy Tees Vintage Concert Casual Shirt...

★★★★☆ 5

$16.99

Get it as soon as Wednesday, Sep 27

FREE Shipping on orders over $35 shipped by Amazon

Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl Tops

★★★★☆ 238

$11.89 - $15.99

Luke Combs Gettin' Old Album Tee

★★★★☆ 45

$19.70 - $27.27

Country Music Western Bleached T-Shirt Women Vintage Cow Skull Graphic Cowboy Shirts Rodeo Casual Short Sleeve Tops

★★★★☆ 123

$14.99

MAIH... Tank... Coun... Summ...

★★ $17.9...

---

See personalized recommendations

**Sign in**

New customer? Start here.

**Back to top**

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**

Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices





Amazon Science

Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Your Recalls and Product Safety Alerts
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

Checkout (1 item)

🔒

**1** Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

**2** Payment method

MasterCard ending in 3709

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code        Apply

**3** Offers

**4** Review items and shipping

FREE TRIAL

Wendell, we're giving you 30 days of Prime benefits for FREE     Try Prime FREE for 30 days >

**Estimated delivery: Oct. 13, 2023 - Nov. 2, 2023**
Items shipped from MEHMET ALİ COKYIGIT

Pack of 6 2 Inch Sticker Set - Luke
Combs Sticker - Journaling
Scrapbooking Diary Planner Album
Notebook Card Laptop Waterbottle
DIY Arts and Crafts
$4.99
Qty: 1
Sold by: MEHMET ALİ COKYIGIT

Gift options not available

Choose a delivery option:
○ **Friday, Oct. 13 - Thursday, Nov. 2**
   FREE Shipping
○ **Monday, Sept. 25 - Wednesday, Sept. 27**
   $8.99 - Shipping

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this
transaction.

**Order total: $5.50**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

Wendell, get in on the perks.
We're giving you 30 days of
Prime benefits for FREE.

Try Prime FREE

**Place Your Order and Pay**

You'll be securely redirected to
MasterCard to complete this
transaction.

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

Items:                          $4.99
Shipping & handling:            $0.00

Total before tax:               $4.99
Estimated tax to be collected:* $0.51

**Order total:**                **$5.50**

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your
order. Your contract to purchase an item will not be complete until we send you an email notifying that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's
Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Country-T-Shirt-Western-Vintage-Concert/dp/B0C6GYSRQR/ref=sr_1_59?crid=10XXH0NWNLHIF&keywords=country+music+combs&qid=1695234975&sprefix=country+music+com%2Caps%2C118&sr=8-59

**ProductID:** amazon_B0C6GYSRQR
**ProductName:** QICAISH
**SellerID:** amazon_A1Y58NBCP0ZAMH
**SellerName:** TCHENG

**Item Screenshot Created at:** 2023-09-21 05:54:05
**Checkout Screenshot Created at:** 2023-09-21 06:10:26

amazon

Delivering to Columbus 43215
**Choose location for most accurate options**

All | country music c | 🔍

🇺🇸 EN ▾

Hello, sign in
**Account & Lists** ▾

Returns
**& Orders**

🛒 0

☰ All | Off to College | Back to School | Medical Care & Pharmacy ▾ | Best Sellers | Works with Alexa

**New Amazon devices from $49.99**

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime **try before you buy**

Pamper your pooch **with new toys & treats every month** Shop now ▸

Clothing, Shoes & Jewelry › Westlake



**Visit the QICAISH Store**

## Combs Country Music T-Shirt Women Retro Western Bull Skull Cowboy Tees Vintage Concert Casual Shirt Tops

4.1 ★★★★☆ ▾ | 5 ratings

Price: **$16.99**
Free Returns on some sizes and colors ▾

Color: A-beige

Size:
Select ▾

Size Chart ▾

**Brand:** QICAISH
**Color:** A-beige
**Style:** Retro,western
**Age Range (Description):** Adult
**Material:** Cotton Blend
**Sleeve Type:** Short Sleeve
**Fabric Type:** 65% Cotton, 35% Polyester

˅ See more

### About this item

- 65% Cotton, 35% Polyester
- Imported
- Pull On closure
- Hand Wash Only
- Material - This western shirt is made of cotton blend fabric, light and comfortable, soft and breathable, simple and fashionable.
- Features - Western steer skull shirt, vintage graphic tee, country concert shirt, retro cowboy shirt, country music tee, country southern cowgirl t-shirt, retro rodeo t-shirt, letter print casual short sleeve tops.
- Occasion - This vintage shirt suitable for who love combs and country music, daily wear, party, also suitable for single wear, pair with jeans, coat and long overcoat, skirt, bottom, etc, suitable for spring, summer, autumn and winter.

˅ Show more

To buy, select **Size**

**Add to Cart**

**Add to List**

Customers who viewed this item also viewed

Page 1 of 7







Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl Tops
⭐ 238
$11.89-$15.99

Luke Combs Gettin' Old Album Tee
⭐ 45
$19.70-$27.27

Country Music Western Bleached T-Shirt Women Vintage Cow Skull Graphic Cowboy Shirts Rodeo Casual Short Sleeve Tops
⭐ 123
$14.99

Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops
⭐ 44
$18.99

Rock Roll Tee Shirt Women Country Music Shirts Rock Concert Band Retro Tee Summer Cute Short Sleeve Graphic Tops
⭐ 32
$15.99

## Product Description

Western Country T-Shirt Women Vintage Bull Skull Desert Graphic Cowboy Shirt Country Music Cowgirl Tops

## Product details

**Package Dimensions :** 11.65 x 7.64 x 1.06 inches; 6.38 Ounces

**Department :** Womens

**Date First Available :** May 27, 2023

**ASIN :** B0C6H18G9S

**Best Sellers Rank:** #639,631 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#10,850 in Women's T-Shirts

**Customer Reviews:** 4.1 ⭐⭐⭐⭐☆ ˅ 5 ratings

# Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

# Important information

To report an issue with this product, click here.

# Looking for specific info?

[ 🔍 Search in reviews, Q&A... ]

## Customer reviews

⭐⭐⭐⭐ 4.1 out of 5

5 global ratings



| | | |
|---|---|---|
| 5 star | | 54% |
| 4 star | | 23% |
| 3 star | | 0% |
| 2 star | | 23% |
| 1 star | | 0% |

˅ How customer reviews and ratings work



**No customer reviews**

There are 0 customer reviews and 5 customer ratings.



## Review this product

Share your thoughts with other customers

Write a customer review

---

## Customers also search

Page 1 of 3













better together tee shirt

incubus apparel

womens combs shirt cowgirl

luke combs shirts kids

cowboys and beer tshirt

country concert c...

---

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Start Selling with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

Amazon            🌐 English          🇺🇸 United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse

Whole

Woot!

Zappos

Ring

eero WiFi

Blink

Great Deals on
Quality Used Products

**Foods
Market**
America's
Healthiest
Grocery
Store

Deals and
Shenanigans

Shoes &
Clothing

Smart Home
Security
Systems

Stream 4K
Video
in Every Room

Smart
Security
for Every
Home

**Neighbors
App**
Real-Time
Crime
& Safety
Alerts

Amazon Subscription Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

**Amazon
Renewed**
Like-new
products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**Wendell, we're giving you Prime free for 30 days!**

**Get your Prime eligible items ~~Sunday, Sept. 24 by 8PM~~ Saturday, Sept. 23 by 8PM for ~~$6.99~~ FREE**

No hassle. No commitments. Cancel anytime.

Get FREE shipping with Prime ›

- ✔ Fast, free delivery
- ✔ Exclusive deals
- ✔ Popular movies & shows

**Delivery: Sept. 24, 2023** If you order in the next 21 hours and 4 minutes (Details)

Items shipped from Amazon.com

**Combs Country Music T-Shirt Women Retro Western Bull Skull Cowboy Tees Vintage Concert Casual Shirt Tops**

**$16.99** & FREE Returns

Qty: 1

Sold by: TCHENG

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- ○ FREE Prime Delivery with your free trial of Prime
  **Fast, FREE Delivery** prime
- ◉ **Sunday, Sept. 24**
  $6.99 - Shipping
- ○ **Saturday, Sept. 23**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $25.72**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Prime Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $1.74 |
| **Order total:** | **$25.72** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Country-T-Shirt-Western-Vintage-Concert/dp/B0C6H18G9S/ref=sr_1_18?content-id=amzn1.sym.01961676-8d6d-4578-9f01-2e7bdc7dd6df%3Aamzn1.sym.01961676-8d6d-4578-9f01-2e7bdc7dd6df&keywords=luke+combs+merch&pd_rd_r=6a82e95e-0882-4591-b2bb-33907fc2b13c&pd_rd_w=IbQyx&pd_rd_wg=xevBs&pf_rd_p=01961676-8d6d-4578-9f01-2e7bdc7dd6df&pf_rd_r=2H75T14DMEHVG5WZZVX9&qid=1695235855&sr=8-18

**ProductID:** amazon_B0C6H18G9S
**ProductName:** QICAISH
**SellerID:** amazon_A1Y58NBCP0ZAMH
**SellerName:** TCHENG

**Item Screenshot Created at:** 2023-09-21 05:54:02
**Checkout Screenshot Created at:** 2023-09-21 18:31:55



**amazon**

Delivering to Columbus 43215
**Choose location for most accurate options**

All | luke combs men

EN

Hello, sign in
**Account & Lists**

Returns
**& Orders**

0

☰ All    Off to College    Back to School    Works with Alexa    Medical Care & Pharmacy    Best Sellers    New Amazon devices from $49.99

**Amazon Fashion**    Women    Men    Kids    Luggage    Sales & Deals    New Arrivals    Our Brands    **prime** try before you buy

Pamper your pooch **with new toys & treats every month**    Shop now ›

Clothing, Shoes & Jewelry › Westlake

Visit the QICAISH Store

## Combs Country Music T-Shirt Women Retro Western Bull Skull Cowboy Tees Vintage Concert Casual Shirt Tops

4.1 ★★★★☆    5 ratings

Price: **$16.99**

Free Returns on some sizes and colors ⌄

Color: A-beige

Size:

Select ⌄

Size Chart ⌄

| | |
|---|---|
| **Brand** | QICAISH |
| **Color** | A-beige |
| **Style** | Retro,western |
| **Age Range (Description)** | Adult |
| **Material** | Cotton Blend |

## About this item

- 65% Cotton, 35% Polyester
- Imported
- Pull On closure
- Hand Wash Only
- Material - This western shirt is made of cotton blend fabric, light and comfortable, soft and breathable, simple and fashionable.
- Features - Western steer skull shirt, vintage graphic tee, country concert shirt, retro cowboy shirt, country music tee, country southern cowgirl t-shirt, retro rodeo t-shirt, letter print casual short sleeve tops.
- Occasion - This vintage shirt suitable for who love combs and country music, daily wear, party, also suitable for single wear, pair with jeans, coat and long overcoat, skirt, bottom, etc, suitable for spring, summer, autumn and winter.

⌄ Show more

To buy, select **Size**

**Add to Cart**

Add to List

**Customers who viewed this item also viewed**    Page 1 of 7









Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl Tops
★★★★½ 238
$11.89-$15.99

Luke Combs Gettin' Old Album Tee
★★★★½ 45
$19.70-$27.27

Country Music Western Bleached T-Shirt Women Vintage Cow Skull Graphic Cowboy Shirts Rodeo Casual Short Sleeve Tops
★★★★½ 123
$14.99

Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops
★★★★½ 44
$18.99

Rock Roll Tee Shirt Women Country Music Shirts Rock Concert Band Retro Tee Summer Cute Short Sleeve Graphic Tops
★★★★★ 32
$15.99

---

## Product Description

Western Country T-Shirt Women Vintage Bull Skull Desert Graphic Cowboy Shirt Country Music Cowgirl Tops

---

## Product details

**Package Dimensions** : 11.65 x 7.64 x 1.06 inches; 6.38 Ounces

**Department** : womens

**Date First Available** : May 27, 2023

**ASIN** : B0C6H18G9S

**Best Sellers Rank:** #639,631 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#10,850 in Women's T-Shirts

**Customer Reviews:** 4.1 ★★★★☆ ⌄   5 ratings

---

# Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

---

# Important information

To report an issue with this product, click here.

---

# Looking for specific info?

🔍 Search in reviews, Q&A...

---

## Customer reviews

 4.1 out of 5

5 global ratings

| | | |
|---|---|---|
| 5 star | | 54% |
| 4 star | | 23% |
| 3 star | | 0% |
| 2 star | | 23% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

**No customer reviews**

There are 0 customer reviews and 5 customer ratings.

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers also search

Page 1 of 3









| better together tee shirt | incubus apparel | womens combs shirt cowgirl | luke combs shirts kids | cowboys and beer tshirt | country concert d... |

## Popular products based on this item



Vintage Rock Music Tank Tops Women Country Music Shirts Tanks Retro Graphic Concert Band Sleeveless Shirt Top
★★★★½ 84
$16.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Yimoya Hocus Pocus Shirt Womens I Put A Spell On You Sanderson Sisters Halloween Graphic Tees
★★★★★ 25
$18.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Franks Oceans Shirt, Hip Hop Retro Vintage 90's Style Tshirt
$12.99
Get it **Oct 3 - 10**
$6.99 shipping

Women Western Desert Cactus T-Shirt Vintage Retro Sunset Cactus Graphic Shirt Cowgirl Casual Blouse Tops Tees
★★★★½ 505
$16.99
FREE Shipping on orders over $35 shipped by Amazon

Franks Oceans Shirt, H Hop Retro Vintage Sty T-Shirt, Gift for Franks Oceans Fan, Short Sle Shirt Summer
$16.99
Get it **Oct 3 - 10**
$6.99 shipping

## Best Sellers in Women's Fashion







Gloria Vanderbilt Women's Classic Amanda High Rise Tapered Jean

⭐⭐⭐⭐ 81,197

#1 Best Seller in Women's Jeans

$12.00

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

---

LILLUSORY Women Fall Crewneck Batwing Long Sleeve Sweater Oversized Ribbed Knit...

⭐⭐⭐⭐ 443

#1 Best Seller in Women's Pullover Sweaters

51% off **Deal**

$29.59

List: $59.99

---

AURORA Intensify Workout Shorts Sets for Women Seamless...

⭐⭐⭐⭐ 14,149

#1 Best Seller in Running Clothing

52% off **Deal**

$24.99

List: $52.00

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

---

adidas Unisex-Adult Adilette Aqua Slides Sandal

⭐⭐⭐⭐ 62,558

#1 Best Seller in Men's Sandals

$25.00

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

---

wernies No Show Socks Women Low Socks No Slip Flat Boat Line 4/8 Pairs

⭐⭐⭐⭐ 71,222

#1 Best Seller in Women's No Show & Liner Socks

$16.89 ($2.11/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders o...

---

See personalized recommendations

[ **Sign in** ]

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell more with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

🌐 English     🇺🇸 United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

| | | | | | | |
|---|---|---|---|---|---|---|
| **Goodreads**<br>Book reviews<br>& recommendations | **IMDb**<br>Movies, TV<br>& Celebrities | **IMDbPro**<br>Get Info Entertainment<br>Professionals Need | **Kindle Direct<br>Publishing**<br>Indie Digital & Print<br>Publishing<br>Made Easy | **Amazon Photos**<br>Unlimited<br>Photo Storage<br>Free With<br>Prime | **Prime Video<br>Direct**<br>Video<br>Distribution<br>Made Easy | **Shopbop**<br>Designer<br>Fashion<br>Brands |
| **Amazon Warehouse**<br>Great Deals on<br>Quality Used Products | **Whole<br>Foods<br>Market**<br>America's<br>Healthiest<br>Grocery<br>Store | **Woot!**<br>Deals and<br>Shenanigans | **Zappos**<br>Shoes &<br>Clothing | **Ring**<br>Smart Home<br>Security<br>Systems | **eero WiFi**<br>Stream 4K<br>Video<br>in Every Room | **Blink**<br>Smart<br>Security<br>for Every<br>Home |
| | **Neighbors<br>App**<br>Real-Time<br>Crime<br>& Safety<br>Alerts | **Amazon Subscription Boxes**<br>Top subscription boxes –<br>right to your door | **PillPack**<br>Pharmacy<br>Simplified | **Amazon<br>Renewed**<br>Like-new<br>products<br>you can trust | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

Checkout (1 item)

**1  Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2  Payment method**

MasterCard ending in 3709

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code        Apply

**3  Offers**

**4  Review items and shipping**

**Wendell, we're giving you Prime free for 30 days!**
Get your Prime eligible items ~~Sunday, Sept. 24 by 8PM~~ Saturday,
Sept. 23 by 8PM for ~~$6.99~~ FREE
No hassle. No commitments. Cancel anytime.

Get FREE shipping with Prime  ＞

✓ Fast, free delivery
✓ Exclusive deals
✓ Popular movies & shows

**Delivery: Sept. 24, 2023** If you order in the next 8 hours and 4 minutes (Details)
Items shipped from Amazon.com

Combs Country Music T-Shirt Women
Retro Western Bull Skull Cowboy Tees
Vintage Concert Casual Shirt Tops
**$16.99** & FREE Returns ⌄
Qty: 1 ⌄
Sold by: TCHENG
Amazon Prime eligible  Join now
🎁 Add gift options

Choose a delivery option:
○ **Saturday, Sept. 23**
   FREE Two-Day Delivery with your free trial of Prime
   **Fast, FREE Delivery** ✈
◉ **Sunday, Sept. 24**
   $6.99 - Shipping
○ **Saturday, Sept. 23**
   $9.99 - Shipping

Get FREE Two-Day Delivery and
save $6.99 on this order when
you start your 30-day FREE trial
of Prime.

Try Prime FREE

**Place Your Order and Pay**

You'll be securely redirected to
MasterCard to complete this
transaction.

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $1.74 |
| **Order total:** | **$25.72** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this
transaction.

**Order total: $25.72**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your
order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's
Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Pack-Inch-Sticker-Set-Scrapbooking/dp/B09MCFBZ6B/ref=sr_1_51?crid=281XA
NV9Y9WXK&keywords=luke+combs&qid=1695233474&sprefix=luke+combs+%2Caps%2C146&sr=8-51

**ProductID:** amazon_B09MCFBZ6B

**ProductName:** Pack of 6 2 Inch Sticker Set - Luke Combs Sticker - Journaling Scrapbooking Diary Planner Album Notebook Card Laptop Waterbottle DIY Arts and Crafts

**SellerID:** amazon_A22E1ZH2TE9SWE

**SellerName:** AP Graphics and Designs

**Item Screenshot Created at:** 2023-09-21 05:55:00

**Checkout Screenshot Created at:** 2023-09-21 18:45:02



luke combs

All | EN | Hello, sign in
Account & Lists | Returns & Orders | 0

Delivering to Columbus 43215
**Choose location for most accurate options**

≡ All | Off to College | Back to School | Works with Alexa | Medical Care & Pharmacy ▾ | Best Sellers | **New Amazon devices from $49.99**

Computers | Laptops | Desktops | Monitors | Tablets | Computer Accessories | PC Components | PC Gaming | Deals

Savor the monthly brew
Coffee subscription clubs
Subscribe now ›

Arts, Crafts & Sewing › Scrapbooking & Stamping › Stickers & Sticker Machines



Click image to open expanded view

| Brand | decal |
| Room Type | Bedroom |
| Theme | Automobile |
| Cartoon Character | Bubble |
| Special Feature | Waterproof |
| Number of | 6 |

⌄ See more

🔧 **Material** Vinyl    🔧 **Installation Type** Self-Adhesive

**About this item**

- UV and water resistant, and will last for many years without fading, peeling, or cracking. The Highest Quality Engineering.
- Perfect to personalize Laptops, Skateboards, Luggage, Cars, Bumpers, Bikes, Bicycles, Bedroom, Travel Case, Bicycle, Motorcycle, Snowboard, Skateboard etc
- HOW TO USE: Get your stickers, clean the surface, sticker on, then use your

$4.99

FREE delivery **October 12 - November 1**. Details

Or fastest delivery **September 22 - 26**. Details

⌖ Choose location for most accurate options

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

Payment   Secure transaction
Ships from   MEHMET ALI COKYIGIT
Sold by   MEHMET ALI COKYIGIT
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt

**Add to List**

Have one to sell?

Sell on Amazon

imagination to create works now!

- The vinyl is made to last up to 6 years* on the outside of your vehicle, and can be applied to most clean smooth surfaces; windows, mirrors, laptops, mobile devices, vehicle body, interior walls, and much more

- Guarantee: We promise to provide the best service to our customers. If the products you receive are damaged or not satisfied, please feel free to contact us, worry-free funds return / reissue guarantee, so that you will never leave you do not like The product

## Buy it with

 +  + 

**Total price:** $19.97

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Pack of 6 2 Inch Sticker Set - Luke Combs Sticker - Journaling…
$4⁹⁹

Imperial Vibes | Remember Kids Electricity Will Kill You Sticker Reddy Kilowatt Warning…
$5⁹⁹ ($2.00/Count)

MrMint NO BOZOS Stickers (3 Pcs/Pack) 5945764536490
$8⁹⁹ ($3.00/Count)

## Similar items that may deliver to you quickly

    

300 PCS Horse Stickers, Western Stickers for Water Bottles, Waterproof Vinyl…
★★★★½ 17
[Amazon's Choice] in Kids' Stickers
$12.99 ($0.04/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

MiaoWu 50PCS Cowboy Stickers, Country Western Decals Vinyl Waterproof Stickers for Water Bottle Laptop…
★★★★½ 500
$5.99 ($0.12/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

50 Pcs Western Stickers Country Stickers Cowboy Stickers Cowgirl Stickers Country Western Decals for Water Bottle…
★★★★★ 1
$5.99 ($0.12/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Cowgirl Pink Stickers Pack 50PCS, Y2K Western Stickers for Girls Teens Adults Eikecy Vinyl Waterproof Aesthetic…
★★★★½ 6
$4.49 ($0.09/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Cowboy Girl Stickers - 55Pcs Country Girl Western Stickers Water Bottles Laptop Car Phone Guitar Skateboard Computer Decals PVC…
★★★★★ 2
$7.99 ($1.60/Count)
FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed this item also viewed



**BulbaCraft 100Pcs American Country Singer Stickers - Country Music Merch, Country Singer Merchandise - Waterproof Music…**

★★★★☆ 53

$9.99

FREE Shipping on orders over $35 shipped by Amazon



**MiaoWu 50PCS Cowboy Stickers, Country Western Decals Vinyl Waterproof Stickers for Water Bottle Laptop…**

★★★★☆ 500

$5.99 ($0.12/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

## Product information

| Brand | decal |
|---|---|
| Room Type | Bedroom |
| Theme | Automobile |
| Cartoon Character | Bubble |
| Special Feature | Waterproof |
| Number of Pieces | 6 |
| Age Range (Description) | Adult |
| Reusability | Single Use |
| Pattern | Cartoon |
| Shape | Irregular |
| Manufacturer | decal |
| ASIN | B09MCFBZ6B |
| Best Sellers Rank | #320,159 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing) #8,024 in Scrapbooking Stickers & Sticker Machines |
| Date First Available | November 22, 2021 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Product Description

Made in the United States. High Quality Eco-Friendly material and ink.

## Important information

To report an issue with this product, click here.

## Customers also viewed these products

Page 1 of 7

    

| Knaid Vintage Scrapbook Supplies Pack (200 Pieces) for Witchy Junk Journal Bullet Journals Planners Space Moon Paper Stickers Craft Ki... | Stickers for Adults 300PCS Funny Stickers for Adults/Teens,Adult Stickers,Cool Stickers,Vinyl Stickers... | 800pcs Vintage Scrapbook Paper, Mini Dictionary Scrapbooking Paper for Journaling... | 100Pcs Music Laptop Stickers for Adults - Rock Band Stickers Waterproof Vinyl Stickers for Guitar... | Agwut 48 Sheets Watercolor Fantasy Scrapbook Washi Paper Stickers Set for Junk Journal, Scrapbooking... |
|---|---|---|---|---|
| ⭐⭐⭐⭐½ 6,585 | ⭐⭐⭐⭐½ 670 | ⭐⭐⭐⭐½ 1,602 | ⭐⭐⭐⭐½ 1,032 | ⭐⭐⭐⭐½ 358 |
| $9.99 ($0.05/Count) | Amazon's Choice in Laptop Decals | Amazon's Choice in Decorative Craft Paper | $6.98 ($0.07/Count) | $9.99 |
| FREE Shipping on orders over $35 shipped by Amazon | $9.99 ($0.03/Count) | $11.99 | Get it as soon as **Thursday, Sep 28** | Get it as soon as **Wednesday, Sep 27** |
| | FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as **Wednesday, Sep 27** | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
| | | FREE Shipping on orders over $35 shipped by Amazon | | |

## Brands in this category on Amazon

Sponsored ⓘ

 

Shop Official UC Santa Barbara Accessories

Shop Graphics and More ›



Knaid Flower Stickers Set

Shop Knaid ›

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Best Sellers in Scrapbooking & Stamping Supplies







**Elmer's Disappearing Purple School Glue, Washable, 6 Pack, 0.21-ounce sticks**
⭐⭐⭐⭐⭐ 29,075
**#1 Best Seller** in Art Glues & Pastes
$2.97 ($2.36/Ounce)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**Elmer's Disappearing Purple School Glue Sticks, Washable, 7 Grams, 30 Count**
⭐⭐⭐⭐⭐ 35,473
$8.27 ($0.28/Count)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**Adtech W229-34ZIP100 Mini Hot Glue Sticks, 100 pack, Clear 100 Count**
⭐⭐⭐⭐⭐ 10,706
$6.54 ($0.07/Count)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**Neenah White Index Cardstock, 300 Sheets, 110 lb/199 gsm, 94 Brightness, 8.5" x 11" -...**
⭐⭐⭐⭐½ 12,582
**#1 Best Seller** in Card Stock
$15.99 ($0.05/Count)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon
🌿 Climate Pledge Friendly

**Aleene's 40670 Fusion Dual-Ended Pen 1.69 oz, Permanent Fabric Adhesive, No Sew...**
⭐⭐⭐⭐☆ 205
**#1 Best Seller** in Fabric Adhesives
$3.47
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed items in your browsing history also viewed




**Country Music Western Bleached T-Shirt Women Vintage Cow Skull Graphic Cowboy Shirts Rodeo Casual Short Sleeve Tops**
⭐⭐⭐⭐½ 123
$14.99

**Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl Tops**
⭐⭐⭐⭐½ 238
$11.89-$15.99

**Luke Combs Gettin' Old Album Tee**
⭐⭐⭐⭐½ 45
$19.70-$27.27

**Rock Roll Tee Shirt Women Country Music Shirts Rock Concert Band Retro Tee Summer Cute Short Sleeve Graphic Tops**
⭐⭐⭐⭐⭐ 32
$15.99

**Combs Shirts Women Retro Cow Skull Graphic Tee Cowgirl Shirt Western Country Concert Cowboy Casual Tops**
⭐⭐⭐⭐½ 11
$13.99

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell more with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts





Host an Amazon Hub
› See More Ways to Make Money
Help

English
United States

Amazon Music
Stream millions of songs
Amazon Advertising
Find, attract, and engage customers
6pm
Score deals on fashion brands
AbeBooks
Books, art & collectibles
ACX
Audiobook Publishing Made Easy
Sell on Amazon
Start a Selling Account
Amazon Business
Everything For Your Business
Amp
Host your own live radio show with music you love
Amazon Fresh
Groceries & More Right To Your Door
AmazonGlobal
Ship Orders Internationally
Home Services
Experienced Pros Happiness Guarantee
Amazon Web Services
Scalable Cloud Computing Services
Audible
Listen to Books & Original Audio Performances
Box Office Mojo
Find Movie Box Office Data
Goodreads
Book reviews & recommendations
IMDb
Movies, TV & Celebrities
IMDbPro
Get Info Entertainment Professionals Need
Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy
Amazon Photos
Unlimited Photo Storage Free With Prime
Prime Video Direct
Video Distribution Made Easy
Shopbop
Designer Fashion Brands
Amazon Warehouse
Great Deals on Quality Used Products
Whole Foods Market
America's Healthiest Grocery Store
Woot!
Deals and Shenanigans
Zappos
Shoes & Clothing
Ring
Smart Home Security Systems
eero WiFi
Stream 4K Video in Every Room
Blink
Smart Security for Every Home
Neighbors App
Real-Time Crime & Safety Alerts
Amazon Subscription Boxes
Top subscription boxes – right to your door
PillPack
Pharmacy Simplified
Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Billing address: Same as shipping address.

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: Oct. 13, 2023 - Nov. 2, 2023**

Items shipped from MEHMET ALI COKYIGIT

**Pack of 6 2 Inch Sticker Set - Luke Combs Sticker - Journaling Scrapbooking Diary Planner Album Notebook Card Laptop Waterbottle DIY Arts and Crafts**

$4.99

Qty: 1

Sold by: MEHMET ALI COKYIGIT

Gift options not available

**Choose a delivery option:**

- (selected) **Friday, Oct. 13 - Thursday, Nov. 2**
  FREE Shipping
- **Monday, Sept. 25 - Wednesday, Sept. 27**
  $8.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $5.50**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $4.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $4.99 |
| Estimated tax to be collected:* | $0.51 |
| **Order total:** | **$5.50** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Beautiful-Custom-leopard-sublimated-tumbler/dp/B0C26VVTV4/ref=sr_1_61?crid=281XANV9Y9WXK&keywords=luke+combs&qid=1695233871&sprefix=luke+combs+%2Caps%2C146&sr=8-61

**ProductID:** amazon_B0C26VVTV4
**ProductName:** Combs Beautiful Crazy Fast Cars Custom 20 oz black leopard sublimated tumbler with lid and straw
**SellerID:** amazon_A23BEX10B94DSF
**SellerName:** Nicolioli's

**Item Screenshot Created at:** 2023-09-21 05:50:02
**Checkout Screenshot Created at:** 2023-09-21 18:38:31



Handmade Products › Home & Kitchen › Kitchen & Dining › Tableware › Cups, Mugs & Saucers › Travel Mugs

## Combs Beautiful Crazy Fast Cars Custom 20 oz black leopard sublimated tumbler with lid and straw

Brand: Generic

5.0 ★★★★★    1 rating

$21.00

---

Customizable

**Customize & Add to Cart**

By clicking "Customize", you agree to these Terms and Conditions.

20 oz. Sublimated

- Double Wall
- Stainless
- Includes clear Slider lid
- Includes straw

---

### Additional Details

 **Handmade**
This item was handcrafted, hand-designed, or hand-altered with love. Learn more

 **Small Business**
This product is from a small business brand. Support small. Learn more

$21.00

$7 delivery **October 3 - 4**. Details

Choose location for most accurate options

**Only 3 left in stock - order soon**

This product needs to be customized before adding to cart.

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Niciolioli's |
| Sold by | Niciolioli's |
| Returns | Eligible for Refund or Replacement if damaged or defective |

**Add to List**

---

## Customers who viewed this item also viewed

    

| | | | | |
|---|---|---|---|---|
| Combs Beautiful Crazy Beer Never Broke My Heart Song Collage Country 20 oz sublimated tumbler with lid and straw | Beautiful Crazy Leopard Bleached T-Shirt Women Western Country Music Shirt Vintage Graphic Country Concert Tee Tops | Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt | MAIHUN Beautiful Crazy Tank Tops Women Summer Sleeveless Tee Country Music Shirt | Retro Wallen Skull Western T-Shirt Women Cattle Skull Leopard Graphic Tee Tops Rodeo Country Music Bleached Casual T-Shirt |
| $21.99 | ★★★★☆ 96 | ★★★★☆ 200 | ★★★★★ 85 | ★★★★☆ 295 |
| Get it **Oct 3 - 4** | $16.99 | $8.99-$15.99 | $17.99-$21.99 | $16.99 |
| $7.00 shipping | | | | |
| Only 1 left in stock - order… | | | | |

## Featured items you may like







**Amazon Essentials Women's Fluid Twill Short Puff Sleeve Smock Detail Shirt**
★★★★☆ 1,869
$24.70
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**Combs Beautiful Crazy Beer Never Broke My Heart Song Collage Country 20 oz sublimated tumbler with lid and straw**
$21.99
Get it **Oct 3 - 4**
$7.00 shipping
Only 1 left in stock - order...

**Beautiful Crazy Leopard Bleached T-Shirt Women Western Country Music Shirt Vintage Graphic Country Concert Tee Tops**
★★★★☆ 96
$16.99

**MAIHUN Beautiful Crazy Tank Tops Women Country Music Shirt Summer Sleeveless Tee**
★★★★★ 85
$17.99-$21.99

**Retro Wallen Skull Western T-Shirt Women Cattle Skull Leopard Graphic Tee Tops Rodeo Country Music Bleached Casual T-Shirt**
★★★★½ 295
$16.99

## Product specifications

**Technical Details**

| Color | Somebody's Problem |
|-------|--------------------|

## Important information

To report an issue with this product, click here.

## Product details

**Date First Available** : February 19, 2023
**ASIN** : B0C26VVTV4
**Best Sellers Rank:** #112,648 in Handmade Products (See Top 100 in Handmade Products)
    #407 in Handmade Travel Mugs
**Customer Reviews:** 5.0 ★★★★★  ⌄   1 rating

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

★★★★★  5 out of 5

1 global rating

| 5 star | ████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

Top reviews ⌄

**Top review from the United States**

  ahlyia

★★★★★ **LOVE**
Reviewed in the United States on September 3, 2023
**Verified Purchase**



I LOVE my personal cup! And I LOVE Luke Combs!

Helpful | Report

See more reviews ›

## Best Sellers in Handmade Products

Page 1 of 12




**14K Gold Filled Small Hoop Earrings for Cartilage Nose, Tiny Thin 7mm Piercing Hoop Ri...**
★★★★☆ 6,577
**#1 Best Seller** in Handmade Products
$12.98
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon



**Cats Dogs ID Tags Personalized Lovely Symbols Pets Collar Name Accessories Sim...**
★★★★½ 17,013
**#1 Best Seller** in Handmade Dog ID Tags & Collar Accessories
$5.98
Get it Sep 28 - 29
FREE Shipping



**Wedding Gifts for Couples 2023, Mr and Mrs Gifts - 'Mr & Mrs Est. 2023' Candle,...**
★★★★½ 715
**#1 Best Seller** in Handmade Candles & Holders
$21.95
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon



**Locsanity Daily Moisturizing Refreshing Spray for Locs, Dreadlocks - Rose Wat...**
★★★★½ 5,264
**#1 Best Seller** in Handmade Hair & Scalp Care
$19.99 ($2.50/Fl Oz)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon



## Customers who viewed items in your browsing history also viewed

Page 1 of 7




**Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt**
★★★★½ 200
$8.99-$15.99



**Beautiful Crazy Leopard Bleached T-Shirt Women Western Country Music Shirt Vintage Graphic Country Concert Tees Tops**
★★★★☆ 96
$16.99



**MAIHUN Beautiful Crazy Tank Tops Women Country Music Shirt Summer Sleeveless Tee**
★★★★★ 85
$17.99-$21.99



**Luke Combs Gettin' Old Album Tee**
★★★★½ 45
$19.70-$27.27



See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders



About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use  Privacy Notice  Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

FREE TRIAL

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: Oct. 4, 2023 - Oct. 5, 2023**

Items shipped from Nicolioli's

**Combs Beautiful Crazy Fast Cars Custom 20 oz black leopard sublimated tumbler with lid and straw**

$21.00

Qty: 1

Sold by: Nicolioli's

**Customizations:**

Gift options not available

**Choose a delivery option:**

(•) **Wednesday, Oct. 4 - Thursday, Oct. 5**
$7.00 - Shipping

Place your order

**Order total: $30.15**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $21.00 |
| Shipping & handling: | $7.00 |
| Total before tax: | $28.00 |
| Estimated tax to be collected:* | $2.15 |
| **Order total:** | **$30.15** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

# Website screenshot cover page

**Product Page:**

https://www.amazon.com/Beautiful-Collage-Country-sublimated-tumbler/dp/B0CC82XTGN/ref=sr_1_69?cri
d=281XANV9Y9WXK&keywords=luke+combs&qid=1695233871&sprefix=luke+combs+%2Caps%2C146
&sr=8-69

**ProductID:** amazon_B0CC82XTGN

**ProductName:** Combs Beautiful Crazy Beer Never Broke My Heart Song Collage Country 20 oz sublimated
tumbler with lid and straw

**SellerID:** amazon_A23BEX10B94DSF

**SellerName:** Nicolioli's

**Item Screenshot Created at:** 2023-09-21 05:52:40

**Checkout Screenshot Created at:** 2023-09-21 06:05:33



## Combs Beautiful Crazy Beer Never Broke My Heart Song Collage Country 20 oz sublimated tumbler with lid and straw

Brand: Generic

$21.99

20 oz. Sublimated

- Double Wall
- Stainless
- Includes clear Slider lid
- Includes straw

### Additional Details

**Handmade**
This item was handcrafted, hand-designed, or hand-altered with love. Learn more

**Small Business**
This product is from a small business brand. Support small. Learn more

$21.99
$7 delivery **October 3 - 4**. Details

Choose location for most accurate options

**Only 1 left in stock - order soon**

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Nicolioli's |
| Sold by | Nicolioli's |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

## Customers also viewed these products

Page 1 of 7



Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt
★★★★½ 200
$15.99

Beautiful Crazy Leopard Bleached T-Shirt Women Western Country Music Shirt Vintage Graphic Country Concert Tee Tops
★★★★☆ 96
$16.99

MAIHUN Beautiful Crazy Tank Tops Women Country Music Shirt Summer Sleeveless Tee
★★★★★ 85
$17.99

Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops
★★★★½ 44
$18.99

Beautiful Crazy T-Shirt Women Western Country Music Shirts Inspirational Letter Print Tee Cowgirl Vintage Graphic Tee Tops
★★★★½ 892
$17.99

## Customers also search



beer comb



morgan wallen cups tumbler



luke combs merchandise



luke comb merch



luke combs gifts

## Product specifications

**Technical Details**

| Color | Somebody's Problem |
|-------|--------------------|

## Important information

To report an issue with this product, click here.

## Product details

**Date First Available** : February 19, 2023

**ASIN** : B0CC82XTGN

**Best Sellers Rank:** #221,613 in Handmade Products (See Top 100 in Handmade Products)
#869 in Handmade Travel Mugs

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

No customer reviews

5 star ▢ 0%

4 star ▢ 0%

3 star ▢ 0%

2 star ▢ 0%

1 star ▢ 0%

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

**Best Sellers in Handmade Products**









**14K Gold Filled Small Hoop Earrings for Cartilage Nose, Tiny Thin 7mm Piercing Hoop Ri...**
⭐⭐⭐⭐ 6,577

#1 Best Seller in
Handmade Products

$12.98

Get it as soon as Wednesday, Sep 27

FREE Shipping on orders over $35 shipped by Amazon

**Cats Dogs ID Tags Personalized Lovely Symbols Pets Collar Name Accessories Sim...**
⭐⭐⭐⭐½ 17,013

#1 Best Seller in
Handmade Dog ID Tags & Collar Accessories

$5.98

Get it Sep 28 - 29
FREE Shipping

**Wedding Gifts for Couples 2023, Mr and Mrs Gifts - 'Mr & Mrs Est. 2023' Candle, w/Champagne on Ice I...**
⭐⭐⭐⭐½ 715

#1 Best Seller in
Handmade Candles & Holders

$21.95

Get it as soon as Wednesday, Sep 27

FREE Shipping on orders over $35 shipped by Amazon

**Locsanity Daily Moisturizing Refreshing Spray for Locs, Dreadlocks - Rose Wat...**
⭐⭐⭐⭐½ 5,264

#1 Best Seller in
Handmade Hair & Scalp Care

$19.99 ($2.50/Fl Oz)

Get it as soon as Wednesday, Sep 27

FREE Shipping on orders over $35 shipped by Amazon

**14K Gold Filled 20G Double Hoop Nose Rin for Single Piercing, 20 Gauge Small Thin 8mm Spiral Nose Jewelry fo...**
⭐⭐⭐½ 5,197

#1 Best Seller in
Handmade Piercing Hoop

$12.98

FREE Shipping on orders $35 shipped by Amazon

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell more with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

🌐 English   🇺🇸 United States

**Amazon Music** Stream millions of songs

**Amazon Advertising** Find, attract, and engage customers

**6pm** Score deals on fashion brands

**AbeBooks** Books, art & collectibles

**ACX** Audiobook Publishing Made Easy

**Sell on Amazon** Start a Selling Account

**Amazon Business** Everything For Your Business

**Amp** Host your own live radio show with music you love

**Amazon Fresh** Groceries & More Right To Your Door

**AmazonGlobal** Ship Orders Internationally

**Home Services** Experienced Pros Happiness Guarantee

**Amazon Web Services** Scalable Cloud Computing Services

**Audible** Listen to Books & Original Audio Performances

**Box Office Mojo** Find Movie Box Office Data

Goodreads    IMDb    IMDbPro    Kindle Direct    Amazon Photos    Prime Video    Shopbop

Book reviews
& recommendations

Movies, TV
& Celebrities

Get Info Entertainment
Professionals Need

**Publishing**
Indie Digital & Print
Publishing
Made Easy

Unlimited
Photo Storage
Free With
Prime

**Direct**
Video
Distribution
Made Easy

Designer
Fashion
Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole
**Foods**
**Market**
America's
Healthiest
Grocery
Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K
Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors
App
Real-Time
Crime
& Safety
Alerts

Amazon Subscription Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)

**1   Shipping address**

Wendell Allen                                        Change
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

**2   Payment method**

MasterCard ending in 3709                            Change

**Billing address:** Same as shipping
address.

Add a gift card or promotion code or
voucher

┌─────────────────────┐
│ Enter code          │   Apply
└─────────────────────┘

**3   Offers**

**4   Review items and shipping**

┌────────────────────────────────────────────────────────────────┐
│  FREE TRIAL                                                      │
│                                                 ┌──────────────┐ │
│  Wendell, we're giving you 30 days of Prime     │ Try Prime    │ │
│  benefits for FREE                              │ FREE for 30  │ │
│                                                 │ days       › │ │
│                                                 └──────────────┘ │
└────────────────────────────────────────────────────────────────┘

**Estimated delivery: Oct. 3, 2023 - Oct. 4, 2023**
Items shipped from Nicolioli's



Combs Beautiful Crazy Beer        Choose a delivery option:
Never Broke My Heart Song
Collage Country 20 oz             ● **Tuesday, Oct. 3 - Wednesday, Oct. 4**
sublimated tumbler with lid          $7.00 - Shipping
and straw
**$21.99**
Qty: 1 ⌄
Sold by: Nicolioli's

Gift options not available

┌────────────────────────────────────────────────────────────────┐
│ ┌──────────────┐   **Order total: $31.24**                      │
│ │ Place your   │   By placing your order, you agree to Amazon's  │
│ │ order        │   privacy notice and conditions of             │
│ └──────────────┘   use.                                         │
└────────────────────────────────────────────────────────────────┘

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions
apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Sidebar:**

Wendell, get in on the perks.
We're giving you 30 days of
Prime benefits for FREE.

┌─────────────────────────┐
│      Try Prime FREE      │
└─────────────────────────┘

┌─────────────────────────┐
│     Place your order     │
└─────────────────────────┘

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

### Order Summary

Items:                                    $21.99
Shipping & handling:                       $7.00

Total before tax:                         $28.99
Estimated tax to be collected:*            $2.25

**Order total:                           $31.24**

How are shipping costs calculated?

Why didn't I qualify for free shipping?

# Website screenshot cover page

**Product Page:**

https://www.amazon.com/Singer-Streetwear-Casual-Sleeve-Vintage/dp/B0CCD5V591/ref=sr_1_221?crid=28 1XANV9Y9WXK&keywords=luke+combs&qid=1695234409&sprefix=luke+combs+%2Caps%2C146&sr=8 -221

**ProductID:** amazon_B0CCD5V591
**ProductName:** T Shirt Men's Casual Short Sleeve Summer Roundneck Vintage Tops Tees
**SellerID:** amazon_A2F64EGHTO4NNV
**SellerName:** LEGOTOYJ

**Item Screenshot Created at:** 2023-09-21 05:52:35
**Checkout Screenshot Created at:** 2023-09-21 06:04:57



Clothing, Shoes & Jewelry › Men › Clothing › Shirts › T-Shirts

**Brand: LEGOTO**

## T Shirt Men's Casual Short Sleeve Summer Roundneck Vintage Tops Tees

Price: $26.98 – $32.98

Free Returns on some sizes and colors

Size:

[ Select ⌄ ]

- Black-style
- 100% Cotton
- Imported
- Pull On closure
- Machine Wash
- Material:100% Cotton.Soft And Comfortable To Touch, Micro-elastic.
- Each One is designed and sold in limited quantities. The designs are created by our incredibly talented in-house graphic art team who often hand draw and illustrate each Item's design.
- Features A Unique And Sharp Design. We Use The Highest Quality Ink To Ensure Vibrant Colors And Sharp Design. Round Neck Short-Sleeved T-Shirt, High-Quality Cotton Material Will Make You Look Very Handsome.

⌄ Show more

To buy, select **Size**

[ Add to Cart ]

[ Add to List ]

---

## Product Description

Please Check The Size Details On The Product Description And Make Sure The Item Fits You Well.

If You Have Any Questions About Our Product. Please Feel Free To Contact Us!

## Product details

**Item Weight ：** 9.6 Ounces

**Item model number ：** 1

**Department ：** Unisex-adult

**Date First Available ：** July 20, 2023

**Manufacturer ：** LEGOTO

**ASIN ：** B0CCD5H7SS

## Videos

Help others learn more about this product by uploading a video!

Upload your video

---

# Important information

To report an issue with this product, click here.

---

# Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

---

# Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

⌄ How customer reviews and ratings work

---

## Review this product

Share your thoughts with other customers

Write a customer review

---

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell more with Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | |
| | | Gift Cards | |



Amazon Devices
Amazon Science

Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Currency Converter

Your Recalls and Product Safety Alerts
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



**amazon**

# Checkout (1 item)

**1 Shipping address**  Change
Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

**2 Payment method**  Change
MasterCard ending in 3709
**Billing address:** Same as shipping address.
Add a gift card or promotion code or voucher
[ Enter code ]  Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**
Wendell, we're giving you 30 days of Prime benefits for FREE  [ Try Prime FREE for 30 days > ]

**Estimated delivery: Oct. 17, 2023 - Nov. 7, 2023**
Items shipped from LEGOTOYJ

Luke Singer Combs T Shirt Man's Streetwear Casual Short Sleeve Summer Tees Crew Neck Vintage Style Print Shirts
**$29.98** & FREE Returns
Qty: 1
Sold by: LEGOTOYJ

Gift options not available

Choose a delivery option:
- ○ **Tuesday, Oct. 17 - Tuesday, Nov. 7**
  $6.99 - Shipping
- ○ **Friday, Sept. 29 - Wednesday, Oct. 4**
  $32.99 - Shipping

[ Place your order ]  **Order total: $40.04**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.
[ Try Prime FREE ]

[ **Place your order** ]
By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary
| | |
|---|---|
| Items: | $29.98 |
| Shipping & handling: | $6.99 |
| Total before tax: | $36.97 |
| Estimated tax to be collected:* | $3.07 |
| **Order total:** | **$40.04** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Singer-Streetwear-Casual-Sleeve-Vintage/dp/B0CCD6PKY3/ref=sr_1_154?crid=28
1XANV9Y9WXK&keywords=luke+combs&qid=1695234280&sprefix=luke+combs+%2Caps%2C146&sr=8
-154

**ProductID:** amazon_B0CCD6PKY3
**ProductName:** T Shirt Men's Casual Short Sleeve Summer Roundneck Vintage Tops Tees
**SellerID:** amazon_A2F64EGHTO4NNV
**SellerName:** LEGOTOYJ

**Item Screenshot Created at:** 2023-09-21 05:52:09
**Checkout Screenshot Created at:** 2023-09-21 06:02:29

amazon

Delivering to Columbus 43215
**Choose location for most accurate options**

All | luke combs

EN

Hello, sign in
**Account & Lists**

Returns
**& Orders**

0

☰ All   Off to College   Back to School   Medical Care ▾   Works with Alexa   Best Sellers   Amazon Basics     New Amazon devices from $49.99

**Amazon Fashion**    Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   Our Brands    prime try before you buy

Pamper your pooch with new toys & treats every month   Shop now ›

Clothing, Shoes & Jewelry › Men › Clothing › Shirts › T-Shirts



Brand: LEGOTO

## T Shirt Men's Casual Short Sleeve Summer Roundneck Vintage Tops Tees

Price: $26.98 – $32.98

Free Returns on some sizes and colors ⌄

Size:

Select ▾

Color: Black-style

Brand: LEGOTO

Color: Black-style

Fit Type: Relaxed Fit

Style: Classic

Neck Style: Crew Neck

**About this item**

- 100% Cotton
- Imported
- Pull On closure
- Machine Wash
- Material:100% Cotton.Soft And Comfortable To Touch, Micro-elastic.
- Each One is designed and sold in limited quantities. The designs are created by our incredibly talented in-house graphic art team who often hand draw and illustrate each Item's design.
- Features A Unique And Sharp Design. We Use The Highest Quality Ink To Ensure Vibrant Colors And Sharp Design. Round Neck Short-Sleeved T-Shirt, High-Quality Cotton Material Will Make You Look Very Handsome.

⌄ Show more

To buy, select **Size**

Add to Cart

Add to List

## Product Description

Please Check The Size Details On The Product Description And Make Sure The Item Fits You Well.

If You Have Any Questions About Our Product. Please Feel Free To Contact Us!

## Product details

**Item Weight** : 9.6 Ounces

**Item model number** : 1

**Department** : Unisex-adult

**Date First Available** : July 20, 2023

**Manufacturer** : LEGOTO

**ASIN :** B0CCD7FH57

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

To report an issue with this product, click here.

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

---

### Best Sellers in this category

Page 1 of 7



PandaEar Set of 3 Cute Silicone Baby Bibs for Babies & Toddlers (10-72 Months) Waterproof,...

★★★★★ 10,842

**#1 Best Seller** in Baby Feeding Bibs

$8.45

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon



HUE Women's Cotton Mini Crew Socks - Size 6-10 - Ladies Athletic Cushioned Workout...

★★★★☆ 12,477

**#1 Best Seller** in Women's Calf Socks

$18.00 ($3.00/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon



Hanes Ultimate Women's 6-Pack Comfort Toe Seamed Ankle Socks

★★★★☆ 8,303

$11.91 ($1.99/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon



BAGAIL 8 Set Packing Cubes Luggage Packing Organizers for Travel Accessories

★★★★☆ 25,999

**#1 Best Seller** in Travel Packing Organizers

$24.99

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon




Dre H Disp... Medi... Clear... Glove...

★★ 

Amazon

Medical...

$5.79

FREE S...

$35 sh...

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell more with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help



amazon

English    United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything
For
Your
Business

Amp
Host your own live
radio show with
music you love

Amazon
Fresh
Groceries &
More
Right To
Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books
& Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited
Photo Storage
Free With
Prime

Prime Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole
Foods
Market
America's
Healthiest
Grocery
Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K
Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors
App
Real-Time
Crime
& Safety
Alerts

Amazon Subscription Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



**Checkout (1 item)**

**1 Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

**2 Payment method**

MasterCard ending in 3709
Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

[ Enter code ]  Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL
Wendell, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days >

**Estimated delivery: Oct. 17, 2023 - Nov. 7, 2023**
Items shipped from LEGOTOYJ

Luke Singer Combs T Shirt Man's Streetwear Casual Short Sleeve Summer Tees Crew Neck Vintage Style Print Tee
$32.98 & FREE Returns
Qty: 1
Sold by: LEGOTOYJ

Gift options not available

Choose a delivery option:
- Tuesday, Oct. 17 - Tuesday, Nov. 7
  $6.99 - Shipping
- Friday, Sept. 29 - Wednesday, Oct. 4
  $32.99 - Shipping

**Order total: $43.35**
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

Wendell, get in on the perks.
We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $32.98 |
| Shipping & handling: | $6.99 |
| Total before tax: | $39.97 |
| Estimated tax to be collected:* | $3.38 |
| **Order total:** | **$43.35** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Singer-Streetwear-Casual-Sleeve-Vintage/dp/B0CCD6S5BX/ref=sr_1_194?crid=28
1XANV9Y9WXK&keywords=luke+combs&qid=1695234363&sprefix=luke+combs+%2Caps%2C146&sr=8
-194
**ProductID:** amazon_B0CCD6S5BX
**ProductName:** T Shirt Men's Casual Short Sleeve Summer Roundneck Vintage Tops Tees
**SellerID:** amazon_A2F64EGHTO4NNV
**SellerName:** LEGOTOYJ

**Item Screenshot Created at:** 2023-09-21 05:52:07
**Checkout Screenshot Created at:** 2023-09-21 18:42:46



amazon Delivering to Columbus 43215 Choose location for most accurate options | All | luke combs | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Medical Care | Best Sellers | Works with Alexa | Amazon Basics | Prime | Customer Service | New Amazon devices from $49.99

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Clothing, Shoes & Jewelry › Men › Clothing › Shirts › T-Shirts

Brand: LEGOTO

# T Shirt Men's Casual Short Sleeve Summer Roundneck Vintage Tops Tees

Price: $26.98 - $32.98

Free Returns on some sizes and colors

Size:

Select

Color: Black-style

- 100% Cotton
- Imported
- Pull On closure
- Machine Wash
- Material:100% Cotton.Soft And Comfortable To Touch, Micro-elastic.
- Each One is designed and sold in limited quantities. The designs are created by our incredibly talented in-house graphic art team who often hand draw and illustrate each Item's design.
- Features A Unique And Sharp Design. We Use The Highest Quality Ink To Ensure Vibrant Colors And Sharp Design. Round Neck Short-Sleeved T-Shirt, High-Quality Cotton Material Will Make You Look Very Handsome.

Show more

To buy, select **Size**

Add to Cart

Add to List

## Product Description

Please Check The Size Details On The Product Description And Make Sure The Item Fits You Well.

If You Have Any Questions About Our Product. Please Feel Free To Contact Us!

## Product details

**Item Weight :** 9.6 Ounces
**Item model number :** 1
**Department :** Unisex-adult
**Date First Available :** July 20, 2023
**Manufacturer :** LEGOTO
**ASIN :** B0CCD67KL1

## Videos

Help others learn more about this product by uploading a video!

Upload your video

---

# Important information

To report an issue with this product, click here.

---

# Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

---

# Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

⌄ How customer reviews and ratings work

---

### Review this product

Share your thoughts with other customers

Write a customer review

---

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell more with Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | |
| | | Gift Cards | |



Amazon Devices
Amazon Science

Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Currency Converter

Your Recalls and Product Safety Alerts
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

Checkout (1 item)                                   🔒



**1  Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

**2  Payment method**

MasterCard ending in 3709

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code     Apply

Change

**3  Offers**

**4  Review items and shipping**

FREE TRIAL

Wendell, we're giving you 30 days of Prime benefits for FREE    Try Prime FREE for 30 days ›

**Estimated delivery: Oct. 18, 2023 - Nov. 8, 2023**
Items shipped from LEGOTOYJ

Luke Singer Combs T Shirt Man's
Streetwear Casual Short Sleeve
Summer Tees Round Neck Vintage
Style Print T-Shirt
$29.98 & FREE Returns ›
Qty: 1
Sold by: LEGOTOYJ

Gift options not available

Choose a delivery option:
◉ **Wednesday, Oct. 18 - Wednesday, Nov. 8**
  $6.99 - Shipping
○ **Monday, Oct. 2 - Thursday, Oct. 5**
  $32.99 - Shipping

Place your order     **Order total: $40.04**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Wendell, get in on the perks.
We're giving you 30 days of
Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

Items:                              $29.98
Shipping & handling:                 $6.99
Total before tax:                   $36.97
Estimated tax to be collected:*      $3.07

**Order total:                      $40.04**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Singer-Streetwear-Casual-Sleeve-Vintage/dp/B0CCD7ZY3P/ref=sr_1_117?crid=281XANV9Y9WXK&keywords=luke+combs&qid=1695234046&sprefix=luke+combs+%2Caps%2C146&sr=8-117

**ProductID:** amazon_B0CCD7ZY3P
**ProductName:** T Shirt Men's Casual Short Sleeve Summer Roundneck Vintage Tops Tees
**SellerID:** amazon_A2F64EGHTO4NNV
**SellerName:** LEGOTOYJ

**Item Screenshot Created at:** 2023-09-21 05:51:55
**Checkout Screenshot Created at:** 2023-09-21 06:01:03













Delivering to Columbus 43215
Choose location for most accurate options

All | luke combs

EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Off to College | Back to School | Works with Alexa | Clinic | Best Sellers | Amazon Basics | Prime | New Amazon devices from $49.99

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Clothing, Shoes & Jewelry › Men › Clothing › Shirts › T-Shirts

Brand: LEGOTO

# T Shirt Men's Casual Short Sleeve Summer Roundneck Vintage Tops Tees

Price: $26.98 - $32.98

Free Returns on some sizes and colors

Size:

Select

Color: Black-style

| | |
|---|---|
| **Brand** | LEGOTO |
| **Color** | Black-style |
| **Fit Type** | Relaxed Fit |
| **Style** | Classic |
| **Neck Style** | Crew Neck |
| **Age Range (Description)** | Adult |

See more

To buy, select **Size**

Add to Cart

Add to List

## About this item

- 100% Cotton
- Imported
- Pull On closure
- Machine Wash
- Material:100% Cotton.Soft And Comfortable To Touch, Micro-elastic.
- Each One is designed and sold in limited quantities. The designs are created by our incredibly talented in-house graphic art team who often hand draw and illustrate each Item's design.
- Features A Unique And Sharp Design. We Use The Highest Quality Ink To Ensure Vibrant Colors And Sharp Design. Round Neck Short-Sleeved T-Shirt, High-Quality Cotton Material Will Make You Look Very Handsome.

Show more

## Customers also viewed these products

Page 1 of 10

Aelfric Eden Mens Oversized T Shirts Tees Distorted Portrait Print Crew Neck Cotton Tops Streetwear Casual Shirt
⭐⭐⭐⭐½ 1,401
$15.99-$38.99

Hanes Men's T-Shirts, X-Temp Men's Performance T-Shirt Pack, Moisture-Wicking T-Shirts, Cotton Blend Tees, 2-Pack
⭐⭐⭐⭐½ 72,348
$6.85-$35.99

Gildan Adult Ultra Cotton T-shirt, Style G2000, Multipack
⭐⭐⭐⭐½ 118,512
$4.37-$100.53

Hip Hop Rap Trap Rappers Singers Streetwear Vintage Style T-Shirts
⭐⭐⭐⭐⭐ 613
$22.99

SOLY HUX Men's Graphic Tees Letter Print Short Sleeve T Shirts Summer Tee Top
⭐⭐⭐⭐☆ 236
$19.99-$24.99

## Product Description

Please Check The Size Details On The Product Description And Make Sure The Item Fits You Well.

If You Have Any Questions About Our Product. Please Feel Free To Contact Us!

## Product details

**Item Weight** ： 9.6 Ounces

**Item model number** ： 1

**Department** ： unisex-adult

**Date First Available** ： July 20, 2023

**Manufacturer** ： LEGOTO

**ASIN** ： B0CCD8TN6H

# Videos

Help others learn more about this product by uploading a video!

Upload your video

# Important information

To report an issue with this product, click here.

# Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Overstock deals on Men's Shirts  Explore more in Outlet







**Amazon Essentials Men's Tech Stretch Tank T-Shirt**
★★★★☆ 3,551
**25% off** Deal
$9.68
List: $12.90
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon
8% Claimed

**Amazon Essentials Men's Slim-Fit Short-Sleeve Crewneck T-Shirt, Pack...**
★★★★☆ 20,020
Amazon's Choice in Men's T-Shirts
**15% off** Deal
$12.67
List: $14.90
Get it as soon as Thursday, Sep 28
FREE Shipping on orders over $35 shipped by Amazon

**Amazon Essentials Men's Regular-Fit Short-Sleeve Crewneck T-Shirt, Pack of 2**
★★★★☆ 24,627
**15% off** Deal
$12.67
List: $14.90
Get it as soon as Monday, Oct 2
FREE Shipping on orders over $35 shipped by Amazon
11% Claimed

**Amazon Essentials Men's Regular-Fit Tank Top**
★★★★☆ 9,431
#1 Best Seller in Men's Tank Shirts
**15% off** Deal
$9.27
List: $10.90
FREE Shipping on orders over $35 shipped by Amazon

**Amazon Essentials Men's Slim-Fit Short-Sleeve V-Neck T-Shirt, Pack of 2**
★★★★☆ 8,566
Amazon's Choice in Men's Undershirts
**15% off** Deal
$12.67
List: $14.90
FREE Shipping on orders over $35 shipped by Amazon

## Popular products based on this item






**Men's Short Sleeve Polo Shirt Classic Fit Casual Wide Striped Polo Lightweight T Shirts**
$28.99
Get it as soon as Saturday, Sep 30
FREE Shipping on orders over $35 shipped by Amazon
Only 3 left in stock - order…

**OFOKEDA Men's Summer T-Shirt Crew Neck Short Sleeve HD Print Top Casual T-Shirt (3XL, 17-TSM01041GC)**
★★★☆☆ 2
$12.99
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**Short Sleeve T Shirts for Men, Casual Print Round Neck Tee Shirt Men's Stylish Fitted Top Lightweight Workout Tops**
$7.99
Get it Oct 2 - 13
$4.99 shipping

**GORGLITTER Men's Graphic Print Short Sleeve T Shirt Round Neck Casual Tee Top**
★★★★☆ 70
$20.99
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon
Only 4 left in stock - order…

## Best Sellers in this category






PandaEar Set of 3 Cute Silicone Baby Bibs for Babies & Toddlers (10-72 Months) Waterproof,…

⭐⭐⭐⭐⭐ 10,842

**#1 Best Seller** in Baby Feeding Bibs

$8.45

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

HUE Women's Cotton Mini Crew Socks - Size 6-10 - Ladies Athletic Cushioned Workout…

⭐⭐⭐⭐⭐ 12,477

**#1 Best Seller** in Women's Calf Socks

$18.00 ($3.00/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

Hanes Ultimate Women's 6-Pack Comfort Toe Seamed Ankle Socks

⭐⭐⭐⭐⭐ 8,303

$11.91 ($1.99/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

BAGAIL 8 Set Packing Cubes Luggage Packing Organizers for Travel Accessories

⭐⭐⭐⭐⭐ 25,999

**#1 Best Seller** in Travel Packing Organizers

$24.99

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

---

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Start Selling with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

amazon

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business |
| **Amp** Host your own live radio show with music you love | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
|---|---|---|---|---|---|---|
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
|---|---|---|---|---|---|---|
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
|---|---|---|---|
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)

**1  Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

**2  Payment method**

MasterCard ending in 3709

Change

**Billing address:** Same as shipping address.

Add a gift card or promotion code or voucher

[ Enter code ]  Apply

**3  Offers**

**4  Review items and shipping**

FREE TRIAL

Wendell, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days ›

**Estimated delivery: Oct. 17, 2023 - Nov. 7, 2023**
Items shipped from LEGOTOYJ



Luke Singer Combs T Shirt
Man's Streetwear Casual
Short Sleeve Summer Tees
Round Neck Vintage Style
Print T Shirt
**$29.98** & FREE Returns ⌄
Qty: 1
Sold by: LEGOTOYJ

Gift options not available

Choose a delivery option:
○ **Tuesday, Oct. 17 - Tuesday, Nov. 7**
$6.99 - Shipping
○ **Friday, Sept. 29 - Wednesday, Oct. 4**
$32.99 - Shipping

**Place your order**

**Order total: $40.04**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Sidebar:**

Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $29.98 |
| Shipping & handling: | $6.99 |
| Total before tax: | $36.97 |
| Estimated tax to be collected:* | $3.07 |
| **Order total:** | **$40.04** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Singer-Streetwear-Casual-Sleeve-Vintage/dp/B0CCD67SD5/ref=sr_1_248?crid=28
1XANV9Y9WXK&keywords=luke+combs&qid=1695234470&sprefix=luke+combs+%2Caps%2C146&sr=8
-248

**ProductID:** amazon_B0CCD67SD5
**ProductName:** T Shirt Men's Casual Short Sleeve Summer Roundneck Vintage Tops Tees
**SellerID:** amazon_A2F64EGHTO4NNV
**SellerName:** LEGOTOYJ

**Item Screenshot Created at:** 2023-09-21 05:52:31
**Checkout Screenshot Created at:** 2023-09-21 06:04:07



Delivering to Columbus 43215
Choose location for most accurate options
All | luke combs
EN
Hello, sign in
Account & Lists
Returns
& Orders
0
All | Off to College | Back to School | Works with Alexa | Medical Care & Pharmacy | Best Sellers | New Amazon devices from $49.99
Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Clothing, Shoes & Jewelry › Men › Clothing › Shirts › T-Shirts

Brand: LEGOTO

# T Shirt Men's Casual Short Sleeve Summer Roundneck Vintage Tops Tees

Price: $26.98 - $32.98

Free Returns on some sizes and colors

Size:

Select

Color: Black-style

| | |
|---|---|
| **Brand** | LEGOTO |
| **Color** | Black-style |
| **Fit Type** | Relaxed Fit |
| **Style** | Classic |
| **Neck Style** | Crew Neck |

To buy, select **Size**

Add to Cart

Add to List

### About this item

- 100% Cotton
- Imported
- Pull On closure
- Machine Wash
- Material:100% Cotton.Soft And Comfortable To Touch, Micro-elastic.
- Each One is designed and sold in limited quantities. The designs are created by our incredibly talented in-house graphic art team who often hand draw and illustrate each Item's design.
- Features A Unique And Sharp Design. We Use The Highest Quality Ink To Ensure Vibrant Colors And Sharp Design. Round Neck Short-Sleeved T-Shirt, High-Quality Cotton Material Will Make You Look Very Handsome.

Show more

## Product Description

Please Check The Size Details On The Product Description And Make Sure The Item Fits You Well.

If You Have Any Questions About Our Product. Please Feel Free To Contact Us!

## Product details

**Item Weight :** 9.6 Ounces
**Item model number :** 1
**Department :** unisex-adult
**Date First Available :** July 20, 2023
**Manufacturer :** LEGOTO
**ASIN :** B0CCD6QL8M

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

To report an issue with this product, click here.

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

---

See personalized recommendations

Sign in

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell more with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices



Amazon Science
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money
Amazon Currency Converter
Your Recalls and Product Safety Alerts
Help

English
United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business

Amp Host your own live radio show with music you love
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data

Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands

Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home

Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)

| | | |
|---|---|---|
| **1** | **Shipping address** | Wendell Allen<br>38 W JACKSON BLVD<br>CHICAGO, IL 60604-3908<br>Add delivery instructions | Change |

| | | |
|---|---|---|
| **2** | **Payment method** | MasterCard ending in 3709 | Change |

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

**3** Offers

**4** Review items and shipping

---

**FREE TRIAL**

Wendell, we're giving you 30 days of Prime benefits for FREE

[ Try Prime FREE for 30 days › ]

**Estimated delivery: Oct. 17, 2023 - Nov. 7, 2023**
Items shipped from LEGOTOYJ



**Luke Singer Combs T Shirt Men's Streetwear Casual Short Sleeve Summer Tees Round Neck Vintage Style Print T Shirt**
$32.98 & FREE Returns ⌄
Qty: 1
Sold by: LEGOTOYJ

Gift options not available

**Choose a delivery option:**
○ **Tuesday, Oct. 17 - Tuesday, Nov. 7**
$6.99 - Shipping
○ **Friday, Sept. 29 - Wednesday, Oct. 4**
$32.99 - Shipping

---

[ Place your order ]  **Order total: $43.35**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

Wendell, get in on the perks.
We're giving you 30 days of Prime benefits for FREE.

[ Try Prime FREE ]

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $32.98 |
| Shipping & handling: | $6.99 |
| Total before tax: | $39.97 |
| Estimated tax to be collected:* | $3.38 |
| **Order total:** | **$43.35** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Singer-Streetwear-Casual-Vintage-Clothes/dp/B0CCD68XLM/ref=sr_1_133?crid=281XANV9Y9WXK&keywords=luke+combs&qid=1695234064&sprefix=luke+combs+%2Caps%2C146&sr=8-133

**ProductID:** amazon_B0CCD68XLM
**ProductName:** T Shirt Men's Casual Short Sleeve Summer Roundneck Vintage Tops Tees
**SellerID:** amazon_A2F64EGHTO4NNV
**SellerName:** LEGOTOYJ

**Item Screenshot Created at:** 2023-09-21 05:52:22
**Checkout Screenshot Created at:** 2023-09-21 06:03:21

Delivering to Columbus 43215
**Choose location for most accurate options**

amazon

luke combs

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

☰ All    Off to College    Back to School    Works with Alexa    Clinic    Best Sellers    Amazon Basics    Prime ⌄      **New Amazon devices from $49.99**

Amazon Fashion    Women    Men    Kids    Luggage    Sales & Deals    New Arrivals    Our Brands      prime try before you buy

**Savor sweet moments**
Candy subscription clubs      Subscribe now ▸

Clothing, Shoes & Jewelry › Men › Clothing › Shirts › T-Shirts



Brand: **LEGOTO**

## T Shirt Men's Casual Short Sleeve Summer Roundneck Vintage Tops Tees

Price: **$26.98 – $32.98**

Free Returns on some sizes and colors ⌄

Size:

Select ⌄

Color: Black-style

| | |
|---|---|
| **Brand** | LEGOTO |
| **Color** | Black-style |
| **Fit Type** | Relaxed Fit |
| **Style** | Classic |
| **Neck Style** | Crew Neck |
| **Age Range (Description)** | Adult |

⌄ See more

### About this item

- 100% Cotton
- Imported
- Pull On closure
- Machine Wash
- Material:100% Cotton.Soft And Comfortable To Touch, Micro-elastic.
- Each One is designed and sold in limited quantities. The designs are created by our incredibly talented in-house graphic art team who often hand draw and illustrate each Item's design.
- Features A Unique And Sharp Design. We Use The Highest Quality Ink To Ensure Vibrant Colors And Sharp Design. Round Neck Short-Sleeved T-Shirt, High-Quality Cotton Material Will Make You Look Very Handsome.

⌄ Show more

To buy, select **Size**

Add to Cart

Add to List

## Product Description

Please Check The Size Details On The Product Description And Make Sure The Item Fits You Well.

If You Have Any Questions About Our Product. Please Feel Free To Contact Us!

## Product details

Item Weight : 9.6 Ounces

Item model number : 1

**Department :** unisex-adult
**Date First Available :** July 20, 2023
**Manufacturer :** LEGOTO
**ASIN :** B0CCD4KLHM

# Videos

Help others learn more about this product by uploading a video!

Upload your video

---

# Important information

To report an issue with this product, click here.

---

# Looking for specific info?

🔍 Search in reviews, Q&A...

---

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

˅ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

---

### Customers who viewed items in your browsing history also viewed

Page 1 of 11



Beautiful Crazy Leopard Bleached T-Shirt Women Western Country Music Shirt Vintage Graphic Country Concert Tee Tops
★★★★☆ 96
$16.99

Luke Combs Gettin' Old Album Tee
★★★★½ 45
$19.70-$27.27



Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt
★★★★½ 200
$8.99-$15.99



Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops
★★★★½ 44
$18.99-$22.99

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Start Selling with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

**amazon**

🌐 English | 🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business |
| **Amp** Host your own live radio show with music you love | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices ✓✗

© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)

**1  Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

**2  Payment method**

MasterCard ending in 3709

Change

**Billing address:** Same as shipping address.

Add a gift card or promotion code or voucher

[ Enter code ]   Apply

**3  Offers**

**4  Review items and shipping**



**FREE TRIAL**

Wendell, we're giving you 30 days of Prime benefits for FREE

[ Try Prime FREE for 30 days › ]

**Estimated delivery: Oct. 17, 2023 - Nov. 7, 2023**
Items shipped from LEGOTOYJ

Luke Singer Combs T Shirt Mens Streetwear Casual Short Sleeve Summer Tees O Neck Vintage Style Print T-Shirt
**$29.98** & FREE Returns ⌄
Qty: 1
Sold by: LEGOTOYJ

Gift options not available

Choose a delivery option:
- ● **Tuesday, Oct. 17 - Tuesday, Nov. 7**
  $6.99 - Shipping
- ○ **Friday, Sept. 29 - Wednesday, Oct. 4**
  $32.99 - Shipping

**Order total: $40.04**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

[ Place your order ]

---

Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

[ Try Prime FREE ]

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $29.98 |
| Shipping & handling: | $6.99 |
| Total before tax: | $36.97 |
| Estimated tax to be collected:* | $3.07 |
| **Order total:** | **$40.04** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**

https://www.amazon.com/Singer-Womens-Sleeved-Graphic-Vintage/dp/B0CCDRQJX5/ref=sr_1_236?crid=2 81XANV9Y9WXK&keywords=luke+combs&qid=1695234409&sprefix=luke+combs+%2Caps%2C146&sr= 8-236

**ProductID:** amazon_B0CCDRQJX5
**ProductName:** T Shirt Women's Short Sleeved Crew Neck Vintage Summer Tee
**SellerID:** amazon_A2F64EGHTO4NNV
**SellerName:** LEGOTOYJ

**Item Screenshot Created at:** 2023-09-21 05:51:56
**Checkout Screenshot Created at:** 2023-09-21 06:00:16



amazon Delivering to Columbus 43215 Choose location for most accurate options | All | luke combs | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Off to College | Back to School | Works with Alexa | Medical Care & Pharmacy | Best Sellers | New Amazon devices from $49.99

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Clothing, Shoes & Jewelry › Women › Clothing › Tops, Tees & Blouses › T-Shirts

Brand: LEGOTO

# T Shirt Women's Short Sleeved Crew Neck Vintage Summer Tee

Price: $26.98 - $30.98

Free Returns on some sizes and colors

Size:

Select

To buy, select **Size**

Add to Cart

Add to List

| | |
|---|---|
| **Brand** | LEGOTO |
| **Color** | Style |
| **Fit Type** | Relaxed Fit |
| **Style** | Classic |
| **Neck Style** | Crew Neck |

### About this item

- 100% Polyester
- Imported
- Pull On closure
- Machine Wash
- Lightweight Everyday Shirt: Great Undershirt For Layering Or Wearing On Its Own In Warmer Climates.
- Well-designed Fashion Classic Style Will Make You Even More Unique. The Pattern Is Exquisite And Beautiful. Especially Popular. It Is Also A Great Choice For Gifts.
- Suit for Matching Pants, Leggings, Skirts, Shorts, Jeans, and So on. Spring, Fall, Winter. It good Choice To Match With Jeans, Leggings, High Heels, Boots Etc.

Show more

## Product Description

Appropriate For Sports, Baseball, Beach, athletic, Workout, Business, Daily Dress, And Casual Occasions.

You Can Also Send Us The Pictures You Like, and We Will Give You A Private Custom.

Please get in touch with Us If You Have Any Questions, We Will Reply Within 24 Hours, Good Gifts Are Worth Looking Forward To!

## Product details

- **Item Weight :** 11.68 Ounces
- **Item model number :** 1
- **Department :** womens
- **Date First Available :** July 20, 2023
- **Manufacturer :** LEGOTO
- **ASIN :** B0CCDRQTG6

# Videos

Help others learn more about this product by uploading a video!

Upload your video

# Important information

To report an issue with this product, click here.

# Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

---

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell more with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts





Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Help

amazon English United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

**amazon**

# Checkout (1 item)

**1  Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

**2  Payment method**

MasterCard ending in 3709

**Billing address:** Same as shipping address.

Add a gift card or promotion code or voucher

Enter code    Apply

Change

**3  Offers**

**4  Review items and shipping**

**FREE TRIAL**
Wendell, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days >

**Estimated delivery: Oct. 17, 2023 - Nov. 7, 2023**
Items shipped from LEGOTOYJ

Luke Singer Combs T Shirt Women's Short Sleeved O Neck Tee Graphic for Women 80s 90s Vintage Summer Tshirt
**$26.98** & FREE Returns

Qty: 1

Sold by: LEGOTOYJ

Gift options not available

**Choose a delivery option:**

○ **Tuesday, Oct. 17 - Tuesday, Nov. 7**
$6.99 - Shipping

○ **Friday, Sept. 29 - Wednesday, Oct. 4**
$32.99 - Shipping

**Place your order**    **Order total: $36.74**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $26.98 |
| Shipping & handling: | $6.99 |
| Total before tax: | $33.97 |
| Estimated tax to be collected:* | $2.77 |
| **Order total:** | **$36.74** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Singer-Womens-Sleeved-Graphic-Vintage/dp/B0CCDS358W/ref=sr_1_217?crid=2
81XANV9Y9WXK&keywords=luke+combs&qid=1695234409&sprefix=luke+combs+%2Caps%2C146&sr=
8-217
**ProductID:** amazon_B0CCDS358W
**ProductName:** T Shirt Women's Short Sleeved Crew Neck Vintage Summer Tee
**SellerID:** amazon_A2F64EGHTO4NNV
**SellerName:** LEGOTOYJ

**Item Screenshot Created at:** 2023-09-21 05:51:41
**Checkout Screenshot Created at:** 2023-09-21 18:30:24



amazon Delivering to Columbus 43215 Choose location for most accurate options | All | luke combs | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Off to College | Back to School | Medical Care | Works with Alexa | Best Sellers | Amazon Basics | New Amazon devices from $49.99

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Clothing, Shoes & Jewelry › Women › Clothing › Tops, Tees & Blouses › T-Shirts

Brand: LEGOTO

# T Shirt Women's Short Sleeved Crew Neck Vintage Summer Tee

Price: $26.98 - $30.98

Free Returns on some sizes and colors

Size:

Select

**Brand:** LEGOTO

**Color:** Style

**Fit Type:** Relaxed Fit

**Style:** Classic

**Neck Style:** Crew Neck

To buy, select **Size**

Add to Cart

Add to List

### About this item

- 100% Polyester
- Imported
- Pull On closure
- Machine Wash
- Lightweight Everyday Shirt: Great Undershirt For Layering Or Wearing On Its Own In Warmer Climates.
- Well-designed Fashion Classic Style Will Make You Even More Unique. The Pattern Is Exquisite And Beautiful. Especially Popular. It Is Also A Great Choice For Gifts.
- Suit for Matching Pants, Leggings, Skirts, Shorts, Jeans, and So on. Spring, Fall, Winter. It good Choice To Match With Jeans, Leggings, High Heels, Boots Etc.

Show more

## Product Description

Appropriate For Sports, Baseball, Beach, athletic, Workout, Business, Daily Dress, And Casual Occasions.

You Can Also Send Us The Pictures You Like, and We Will Give You A Private Custom.

Please get in touch with Us If You Have Any Questions, We Will Reply Within 24 Hours, Good Gifts Are Worth Looking Forward To!

## Product details

**Item Weight** : 11.68 Ounces

**Item model number** : 1

**Department** : Womens

**Date First Available** : July 20, 2023

**Manufacturer** : LEGOTO

**ASIN** : B0CCDTLJTK

## Videos

Help others learn more about this product by uploading a video!

Upload your video

---

## Important information

To report an issue with this product, click here.

---

## Looking for specific info?

🔍 Search in reviews, Q&A...

---

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

---

### Review this product

Share your thoughts with other customers

Write a customer review

---

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell more with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety





Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Alerts
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

## Checkout (1 item)

**1 Shipping address**
Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions
*Change*

**2 Payment method**
MasterCard ending in 3709
Billing address: Same as shipping address.
*Change*

⌄ Add a gift card or promotion code or voucher
[Enter code]  Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**
Wendell, we're giving you 30 days of Prime benefits for FREE
[Try Prime FREE for 30 days >]

**Estimated delivery: Oct. 18, 2023 - Nov. 8, 2023**
Items shipped from LEGOTOYJ

Luke Singer Combs T Shirt Women's
Short Sleeved O Neck Tee Graphic for
Women 80s 90s Vintage Summer Shirt
$28.98 & FREE Returns ⌄
Qty: 1
Sold by: LEGOTOYJ

Gift options not available

**Choose a delivery option:**
● Wednesday, Oct. 18 - Wednesday, Nov. 8
$6.99 - Shipping
○ Monday, Oct. 2 - Thursday, Oct. 5
$32.99 - Shipping

**Place your order**  **Order total: $38.94**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Wendell, get in on the perks.**
**We're giving you 30 days of**
**Prime benefits for FREE**
[Try Prime FREE]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary
Items:                          $28.98
Shipping & handling:             $6.99

Total before tax:               $35.97
Estimated tax to be collected:*  $2.97

**Order total:                   $38.94**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Singer-Womens-Sleeved-Graphic-Vintage/dp/B0CCDW85Z4/ref=sr_1_233?crid=2
81XANV9Y9WXK&keywords=luke+combs&qid=1695234409&sprefix=luke+combs+%2Caps%2C146&sr=
8-233
**ProductID:** amazon_B0CCDW85Z4
**ProductName:** T Shirt Women's Short Sleeved Crew Neck Vintage Summer Tee
**SellerID:** amazon_A2F64EGHTO4NNV
**SellerName:** LEGOTOYJ

**Item Screenshot Created at:** 2023-09-21 05:51:39
**Checkout Screenshot Created at:** 2023-09-21 18:24:05



Clothing, Shoes & Jewelry › Women › Clothing › Tops, Tees & Blouses › T-Shirts

**Brand: LEGOTO**

## T Shirt Women's Short Sleeved Crew Neck Vintage Summer Tee

Price: **$26.98 – $30.98**

Free Returns on some sizes and colors ⌄

Size:

Select ⌄

- 100% Polyester
- Imported
- Pull On closure
- Machine Wash
- Lightweight Everyday Shirt: Great Undershirt For Layering Or Wearing On Its Own In Warmer Climates.
- Well-designed Fashion Classic Style Will Make You Even More Unique. The Pattern Is Exquisite And Beautiful. Especially Popular. It Is Also A Great Choice For Gifts.
- Suit for Matching Pants, Leggings, Skirts, Shorts, Jeans, and So on. Spring, Fall, Winter. It good Choice To Match With Jeans, Leggings, High Heels, Boots Etc.

⌄ Show more

**To buy, select Size**

[ Add to Cart ]

[ Add to List ]

---

## Product Description

Appropriate For Sports, Baseball, Beach, athletic, Workout, Business, Daily Dress, And Casual Occasions.

You Can Also Send Us The Pictures You Like, and We Will Give You A Private Custom.

Please get in touch with Us If You Have Any Questions, We Will Reply Within 24 Hours, Good Gifts Are Worth Looking Forward To!

## Product details

**Item Weight :** 11.68 Ounces

**Item model number :** 1

**Department :** Womens

**Date First Available :** July 20, 2023

**Manufacturer :** LEGOTO

**ASIN :** B0CCDRCXYG

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Important information

To report an issue with this product, click here.

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell more with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help



› See More Ways to Make Money

amazon English United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

amazon                          Checkout (1 item)                    🔒



**1  Shipping address**       Wendell Allen                          Change
                              38 W JACKSON BLVD
                              CHICAGO, IL 60604-3908
                              Add delivery instructions

**2  Payment method**         MasterCard ending in 3709              Change
                              Billing address: Same as shipping address.
                              ⌃ Add a gift card or promotion code or voucher
                              [ Enter code        ]  Apply

**3  Offers**

**4  Review items and shipping**

> **FREE TRIAL**
>
> Wendell, we're giving you 30 days of Prime benefits for FREE    Try Prime FREE for 30 days ›

**Estimated delivery: Oct. 18, 2023 - Nov. 8, 2023**
Items shipped from LEGOTOYJ

Luke Singer Combs T Shirt Womens          **Choose a delivery option:**
Short Sleeved Round Neck Tee Graphic      ⦿ **Wednesday, Oct. 18 - Wednesday, Nov. 8**
for Women 80s 90s Vintage Summer             $6.99 - Shipping
Tshirt                                    ○ **Monday, Oct. 2 - Thursday, Oct. 5**
$28.98 & FREE Returns ⌄                      $32.99 - Shipping
Qty: 1 ⌄
Sold by: LEGOTOYJ

Gift options not available

**Place Your Order and Pay**        **Order total: $38.94**

You'll be securely redirected to MasterCard to complete this    By placing your order, you agree to Amazon's
transaction.                                                    privacy notice and conditions of use.

---

**Sidebar:**

Wendell, get in on the perks.
We're giving you 30 days of
Prime benefits for FREE.

[ Try Prime FREE ]

**Place Your Order and Pay**

You'll be securely redirected to
MasterCard to complete this
transaction.

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**
Items:                          $28.98
Shipping & handling:             $6.99
Total before tax:               $35.97
Estimated tax to be collected:*  $2.97

**Order total:                  $38.94**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your
order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's
Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Womens-Cowgirl-Tshirt-Western-Country/dp/B0C7Q51BPF/ref=sr_1_3?keywords=luke%2Bcombs%2Bconcert%2Boutfits%2Bfor%2Bwomen&qid=1695232446&sr=8-3&th=1&psc=1

**ProductID:** amazon_B0C7Q51BPF

**ProductName:** Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops

**SellerID:** amazon_A2TBJ05LW6N6BP

**SellerName:** Superclothes1

**Item Screenshot Created at:** 2023-09-21 05:53:46

**Checkout Screenshot Created at:** 2023-09-21 06:07:51



Clothing, Shoes & Jewelry › Women › Clothing › Tops, Tees & Blouses › T-Shirts



Visit the FASHGL Store

## Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops

4.5 ★★★★☆     44 ratings

**-17%** $**19**.99

Typical price: $23.99 ⓘ

Get Fast, Free Shipping with Amazon Prime
FREE Returns ⌄

Fit: **True to size. Order usual size.** ⌄

**Size:**
Small ⌄

**Color:** Black

   

Size Chart ⌄

| | |
|---|---|
| **Brand** | FASHGL |
| **Color** | Black |
| **Fit Type** | Classic Fit |
| **Style** | Western |
| **Age Range (Description)** | Adult |
| **Material** | Polyester |

⌄ See more

---

### About this item

- 60% polyester, 35% cotton and 5% spandex
- Imported
- Pull On closure
- Machine Wash
- FABRIC: Women's Combs shirt in Apricot is made of 60% Polyester, 35% Cotton, 5% Spandex, but the bleached gray shirt id made of 95% Polyester, 5% Spandex.
- DESIGN: Stay stylishly western with the Combs letter print shirt for Women, featuring a bold bull skull graphic design that makes a statement on any occasion. Women country music shirt, western cowhead pattern printed on the left chest. The back print of the women western shirt not only features the lyrics of the singer's representative song, but also numerous Western element patterns.
- OCCASION: Whether you're headed to a western themed party or just daily wear, the Western Country Music Shirt is versatile enough to dress up. With its eye-catching graphics and authentic cowboy aesthetic,

---

**Prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

---

$**19**.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns ⌄

**FREE delivery Wednesday, September 27** on orders shipped by Amazon over $35

Or fastest delivery **Saturday, September 23**. Order within **19 hrs 21 mins**

◉ Choose location for most accurate options

**In Stock**

Qty: 1 ⌄

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Superclothes1 |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

the Combs Shirt is a must-have for any country music-loving woman looking to show off her western roots.

> Show more

## More items you may like in apparel

Page 1 of 10



    

| | | | | |
|---|---|---|---|---|
| Cowboy Like Me Shirt Women Western Cowboy T-Shirt Country Music Tshirt Vintage Cowgirl Graphic Short Sleeve Tee | Women Howdy Rodeo V Neck T-Shirt Western Country Music Graphic Shirt Cowgirl Hat Leopard Ring Hole Tee… | Nashville Shirt Women Tennessee Country Concert Graphic T-Shirt Guitar Wings Rock and Roll Tee Tops | Cowboy Take Me Away T-Shirt for Women Western Cowboy Vintage Graphic T Shirt Travel Tees Country Music… | Nutvrliy Howdy Shirt Women Western Graphic Tee Top Cowgirl Country Music Short Sleeve Print Shirts for Women (as1,… |
| $10.99 | ★★★★★ 6 | ★★★★☆ 5 | ★★★★☆ 131 | ★★☆☆☆ 2 |
| Get it as soon as **Wednesday, Sep 27** | $14.99 | $17.59 | $16.99 | $9.99 |
| FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as **Thursday, Sep 28** | Get it as soon as **Wednesday, Sep 27** | Get it as soon as **Wednesday, Sep 27** | Get it as soon as **Wednesday, Sep 27** |
| | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
| | Only 1 left in stock - order… | Only 3 left in stock - order… | | |

## Product details

**Item Weight** : 5.29 Ounces

**Department** : womens

**Date First Available** : May 9, 2023

**ASIN** : B0C4N4RT12

**Best Sellers Rank:** #128,358 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
   #2,926 in Women's T-Shirts

**Customer Reviews:** 4.5 ★★★★☆ ∨     44 ratings

### Inspiration from this brand

**FASHGL**
Visit the Store on Amazon     [ + Follow ]

   

| | | | |
|---|---|---|---|
| Suit for teacher shirt, plant lover shirt. | Women faith shirt | Women Nurse Tee Shirt Leopard Nurse Life Heart Graphic Shirts Ca… | Women thankful sw… |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

To report an issue with this product, click here.

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3

SmileBelle
Shop the Store on Amazon ›

LHBNK
Shop the Store on Amazon ›





SmileBelle Silver Star Rhinestone Dangle Earrings for Concert Outfits, Sparkly…
⭐⭐⭐⭐⭐ 32
$11.99

Howdy Rodeo Shirt Women Western T Shirts Funny Country Girl Graphic Tees…
⭐⭐⭐⭐½ 109
$19.99

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

⭐⭐⭐⭐½  4.5 out of 5

44 global ratings

| | | |
|---|---|---|
| 5 star | | 78% |
| 4 star | | 11% |
| 3 star | | 0% |
| 2 star | | 6% |
| 1 star | | 6% |

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images

See all photos ›







 Top reviews

## Top reviews from the United States

karly matthews ✓

⭐⭐⭐⭐⭐ love!

Reviewed in the United States on August 2, 2023

Size: Medium | Color: Apricot | Verified Purchase

used these to surprise my cousin that we were going to the luke combs concert! got so many compliments that night!



Helpful | Report

**Jen M.**

⭐⭐⭐⭐⭐ **Super cute**

Reviewed in the United States on July 26, 2023

Size: X-Large   |   Color: Black   |   Verified Purchase

Super cute shirt. True to size. Great fabric, very soft. Crisp print detail. Fast shipping. Would definitely order from them again!

Helpful   |   Report

**Tabitha**

⭐⭐⭐⭐⭐ **LOVE IT!**

Reviewed in the United States on August 8, 2023

Size: XX-Large   |   Color: Apricot   |   Verified Purchase

SUPER comfortable!

Helpful   |   Report

**Amazon Customer**

⭐⭐⭐⭐⭐ **Poo erfect**

Reviewed in the United States on July 25, 2023

Size: Large   |   Color: Black   |   Verified Purchase

Soft and stretchy perfect for the concert would definitely buy again

Helpful   |   Report

**Avery**

⭐⭐⭐⭐⭐ **Fits to size**

Reviewed in the United States on July 25, 2023

Size: Large   |   Color: Apricot   |   Verified Purchase

I thought it was really cute and comfortable!

Helpful   |   Report

**Lisa Young**

⭐⭐⭐⭐⭐ **Great t-shirt**

Reviewed in the United States on July 17, 2023

Size: Medium   |   Color: Apricot   |   Verified Purchase

Loved everything about this shirt! Cut shorter but otherwise very true to size. Very soft material and loved colors!

Helpful   |   Report

**Felicia**

⭐⭐⭐⭐⭐ **Love it, soft and fits well**

Reviewed in the United States on July 6, 2023

Size: Medium   |   Color: Beige   |   Verified Purchase

This shirt is very soft and it's not a thick material. I'm going to Luke Combs concert this weekend. I also bout this in black. True to size fits well. I bout a Medium and I am 5'7"..



One person found this helpful

Helpful   |   Report

**Cindy Young**

⭐⭐⭐⭐⭐ **Soft**

Reviewed in the United States on July 17, 2023

Size: XX-Large   |   Color: Apricot   |   Verified Purchase

Love this shirt. Very soft and good quality.

Helpful   |   Report

See more reviews ›

## Based on your recent shopping trends

Page 1 of 7

    

Combs Country Music T-Shirt Women Retro Western Bull Skull Cowboy Tees Vintage Concert Casual Shirt...
★★★★☆ 5
$16.99
Get it as soon as **Saturday, Sep 30**
FREE Shipping on orders over $35 shipped by Amazon

Western Cow Hide Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Tees Country Music Shirt...
★★★★★ 2
$12.88
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Leopard Bull Skull Graphic Cowboy Shirt Women Country Music Graphic Tees Western Rodeo Cowboy Shirts...
★★★★½ 40
$15.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Music Bleached Casual ...
★★★★½ 8
$12.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Western Cowboy T-Shirt Women Howdy Steer Skull Aztec Tshirt Casual Country Music Shirt Retro Western Cowgirl...
★★★★½ 144
$16.69
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

## Popular products based on this item

    

Zoyami Womens Oversized T Shirt USA Flag Graphic Tee Casual Summer Loose Short Sleeve Top
★★★★☆ 72
$15.49
FREE Shipping on orders over $35 shipped by Amazon

It's Fall Y'all Leopard Pumpkin Bleached T Shirts for Women Thanksgiving Pumpkin Leopard Tshirt Halloween Fall Tee Tops
★★★★½ 94
$17.98
FREE Shipping on orders over $35 shipped by Amazon
Only 3 left in stock - order...

Baseball Grandma T-Shirt Women Love Funny Cute Graphic Shirt Blessed Grandma Casual Short Sleeve Tee Top...
★★★★★ 10
$19.99
Get it as soon as **Thursday, Sep 28**
FREE Shipping on orders over $35 shipped by Amazon

Baseball Grandma T-Shirt Women Love Funny Cute Graphic Shirt Blessed Grandma Casual Short Sleeve Tee Top...
★★★★★ 1
$19.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Reverse Tie Dye Rainb Hollow Out V Neck Sh Sleeve Tee Shirt for Women Summer Basic Tops Keyhole Neck Tshirts Blouse
★★★★☆ 2,337
$18.98
FREE Shipping on orders $35 shipped by Amazon

## Best Sellers in Women's Fashion







Gloria Vanderbilt Women's Classic Amanda High Rise Tapered Jean
★★★★½ 81,197
**#1 Best Seller** in Women's Jeans
$12.00
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

LILLUSORY Women Fall Crewneck Batwing Long Sleeve Sweater Oversized Ribbed Knit...
★★★★½ 443
**#1 Best Seller** in Women's Pullover Sweaters
**51% off** Deal
$29.59
List: $59.99

AUROLA Intensify Workout Shorts Sets for Women Seamless...
★★★★½ 14,149
**#1 Best Seller** in Running Clothing
**52% off** Deal
$24.99
List: $52.00
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

adidas Unisex-Adult Adilette Aqua Slides Sandal
★★★★½ 62,558
**#1 Best Seller** in Men's Sandals
$25.00
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

wernies No Show Socks Women Low Socks No Slip Flat Boat Line 4/8 Pairs
★★★★½ 71,222
**#1 Best Seller** in Women's No Show & Liner Socks
$16.89 ($2.11/Count)
FREE Shipping on orders over $35 shipped by Amazon

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

**amazon**

English　　United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Groceries &
More
Right To
Your Door

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited
Photo Storage
Free With
Prime

Prime Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole
Foods
Market
America's
Healthiest
Grocery
Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K
Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors
App
Real-Time
Crime
& Safety
Alerts

Amazon Subscription Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices ✔✕

© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)



**1 Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

**Change**

ⓐ Or pick up near this address - See nearby pickup locations

**2 Payment method**

MasterCard ending in 3709

**Change**

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[Enter code] [Apply]

**3 Offers**

**4 Review items and shipping**

**Wendell, we're giving you Prime free for 30 days!**
Get your Prime eligible items for ~~$6.99~~ FREE.
No hassle. No commitments. Cancel anytime.

[Get FREE shipping with Prime ›]

✓ Fast, free delivery
✓ Exclusive deals
✓ Popular movies & shows

**Delivery: Sept. 24, 2023** If you order in the next 18 hours and 7 minutes (Details)
Items shipped from Amazon.com

**Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops**
$19.99 & FREE Returns ∨
Qty: 1
Sold by: Superclothes1
Amazon Prime eligible Join now
[🎁 Add gift options]

**Choose a delivery option:**
○ **Sunday, Sept. 24**
FREE Prime Delivery with your free trial of Prime

● **Fast, FREE Delivery** prime

○ **Sunday, Sept. 24**
$6.99 - Shipping

**Order total: $29.03**
[Place your order]
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Get FREE Prime Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

[Try Prime FREE]

[**Place your order**]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $2.05 |
| **Order total:** | **$29.03** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Womens-Cowgirl-Tshirt-Western-Country/dp/B0C8CHX9HY/ref=sr_1_3?keywords=luke%2Bcombs%2Bconcert%2Boutfits%2Bfor%2Bwomen&qid=1695232446&sr=8-3&th=1&psc=1

**ProductID:** amazon_B0C8CHX9HY

**ProductName:** Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops

**SellerID:** amazon_A2TBJ05LW6N6BP

**SellerName:** Superclothes1

**Item Screenshot Created at:** 2023-09-21 05:53:39

**Checkout Screenshot Created at:** 2023-09-21 18:43:35





    

amazon | Delivering to Columbus 43215 Choose location for most accurate options | All | luke+combs+co | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Medical Care | Best Sellers | Works with Alexa | Amazon Basics | Prime | Customer Service | New Amazon devices from $49.99

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Clothing, Shoes & Jewelry › Women › Clothing › Tops, Tees & Blouses › T-Shirts

Visit the FASHGL Store

# Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops

4.5 ★★★★☆ 44 ratings

-13% $19.99

Typical price: ~~$22.99~~

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Size:

Small

Color: Beige

Size Chart

- 60% polyester, 35% cotton and 5% spandex
- Imported
- Pull On closure
- Machine Wash
- FABRIC: Women's Combs shirt in Apricot is made of 60% Polyester, 35% Cotton, 5% Spandex, but the bleached gray shirt id made of 95% Polyester, 5% Spandex.
- DESIGN: Stay stylishly western with the Combs letter print shirt for Women, featuring a bold bull skull graphic design that makes a statement on any occasion. Women country music shirt, western cowhead pattern printed on the left chest. The back print of the women western shirt not only features the lyrics of the singer's representative song, but also numerous Western element patterns.
- OCCASION: Whether you're headed to a western themed party or just daily wear, the Western Country Music Shirt is versatile enough to dress up. With its eye-catching graphics and authentic cowboy aesthetic, the Combs Shirt is a must-have for any country music-loving woman looking to show off her western roots.

Show more

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

$19.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

FREE delivery on orders over $35 shipped by Amazon.

Choose location for most accurate options

**Usually ships within 1 to 2 months**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Superclothes1 |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

## More items you may like in apparel

Page 1 of 7

| Cowboy Like Me Shirt Women Western Cowboy T-Shirt Country Music Tshirt Vintage Cowgirl Graphic Short Sleeve Tee | Women Howdy Rodeo V Neck T-Shirt Western Country Music Graphic Shirt Cowgirl Hat Leopard Ring Hole Tee… | Nashville Shirt Women Tennessee Country Concert Graphic T-Shirt Guitar Wings Rock and Roll Tee Tops | Cowboy Take Me Away T-Shirt for Women Western Cowboy Vintage Graphic T Shirt Travel Tees Country Music… | Nutvrliy Howdy Shirt Women Western Graphic Tee Top Cowgirl Country Music Short Sleeve Print Shirts for Women (as1,… |
|---|---|---|---|---|
| $10.99 | $14.99  ⭐⭐⭐⭐⭐ 6 | $17.59  ⭐⭐⭐⭐ 5 | $16.99  ⭐⭐⭐⭐ 131 | $9.99  ⭐⭐ 2 |
| Get it as soon as **Wednesday, Sep 27** | Get it as soon as **Thursday, Sep 28** | Get it as soon as **Wednesday, Sep 27** | Get it as soon as **Wednesday, Sep 27** | Get it as soon as **Wednesday, Sep 27** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon Only 1 left in stock - order… | FREE Shipping on orders over $35 shipped by Amazon Only 3 left in stock - order… | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

---

## Product details

**Item Weight : ** 5.29 Ounces

**Department : ** Womens

**Date First Available : ** May 9, 2023

**ASIN : ** B0C4N4RT12

**Best Sellers Rank:** #128,358 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
  #2,926 in Women's T-Shirts

**Customer Reviews:** 4.5 ⭐⭐⭐⭐½ ⌄     44 ratings

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

---

## Important information

To report an issue with this product, click here.

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2

SmileBelle
Shop the Store on Amazon ›

MOUSYA
Shop the Store on Amazon ›

LHBNK
Shop the S

  

| SmileBelle Silver Star Rhinestone Dangle Earrings for Concert Outfits, Sparkly… ⭐⭐⭐⭐⭐ 32 $11.99 | Women's Oversized T Shirts Neon Moon Shirts Classic Country Cowgirl T-Shirt… ⭐⭐⭐⭐½ 43 $24.99 | |

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

⭐⭐⭐⭐⯨ **4.5 out of 5**

44 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 78% |
| 4 star | █ | 11% |
| 3 star | | 0% |
| 2 star | ▍ | 6% |
| 1 star | ▍ | 6% |

▸ How customer reviews and ratings work

### Reviews with images

See all photos ›



‹ ›

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

Top reviews ▾

### Top reviews from the United States

 **karly matthews** ✓

⭐⭐⭐⭐⭐ **love!**

Reviewed in the United States on August 2, 2023

Size: Medium | Color: Apricot | **Verified Purchase**

used these to surprise my cousin that we were going to the luke combs concert! got so many compliments that night!



[ Helpful ] | Report

**Jen M.**

⭐⭐⭐⭐⭐ **Super cute**

Reviewed in the United States on July 26, 2023

Size: X-Large | Color: Black | **Verified Purchase**

Super cute shirt. True to size. Great fabric, very soft. Crisp print detail. Fast shipping. Would definitely order from them again!

[ Helpful ] | Report

**Tabitha**

⭐⭐⭐⭐⭐ **LOVE IT!**

Reviewed in the United States on August 8, 2023

Size: XX-Large | Color: Apricot | **Verified Purchase**

SUPER comfortable!

[ Helpful ] | Report

**Amazon Customer**

⭐⭐⭐⭐⭐ **Poo erfect**

Reviewed in the United States on July 25, 2023

Size: Large | Color: Black | **Verified Purchase**

Soft and stretchy perfect for the concert would definitely buy again

[ Helpful ] | Report

 Avery

★★★★★ **Fits to size**

Reviewed in the United States on July 25, 2023

Size: Large | Color: Apricot | Verified Purchase

I thought it was really cute and comfortable!

Helpful | Report

 Lisa Young

★★★★★ **Great t-shirt**

Reviewed in the United States on July 17, 2023

Size: Medium | Color: Apricot | Verified Purchase

Loved everything about this shirt! Cut shorter but otherwise very true to size. Very soft material and loved colors!

Helpful | Report

 Felicia

★★★★★ **Love it, soft and fits well**

Reviewed in the United States on July 6, 2023

Size: Medium | Color: Beige | Verified Purchase

This shirt is very soft and it's not a thick material. I'm going to Luke Combs concert this weekend. I also bout this in black. True to size fits well. I bout a Medium and I am 5'7"..



One person found this helpful

Helpful | Report

 Cindy Young

★★★★★ **Soft**

Reviewed in the United States on July 17, 2023

Size: XX-Large | Color: Apricot | Verified Purchase

Love this shirt. Very soft and good quality.

Helpful | Report

**See more reviews ›**

---

**Based on your recent shopping trends**                    Page 1 of 4


Combs Country Music T-Shirt Women Retro Western Bull Skull Cowboy Tees Vintage Concert Casual Shirt…
★★★★☆ 5
$16.99
Get it as soon as **Saturday, Sep 30**
FREE Shipping on orders over $35 shipped by Amazon


Western Cow Hide Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Tees Country Music Shirt…
★★★★★ 2
$12.88
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon


Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Music Bleached Casual …
★★★★☆ 8
$12.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon


Leopard Bull Skull Graphic Cowboy Shirt Women Country Music Graphic Tees Western Rodeo Cowboy Shirts…
★★★★½ 40
$15.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon


Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt
★★★★½ 200
$15.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

## Popular products based on this item

Page 1 of 7

    

**Rodeo Clothing Women's Western Casual Button Down Shirt, Printed Cowgirl Country Outfit Shirts for Women**
★★★★☆ 31
$28.99
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon
Only 1 left in stock - order…

**Last Night Shirt Women Hollow Out V Neck T-Shirt Casual Country Concert Outfits Retro Western Cowgirls Tees…**
★★★★☆ 20
$19.99
Get it as soon as Thursday, Sep 28
FREE Shipping on orders over $35 shipped by Amazon

**GuGsi Womens Ruffle Sleeve T Shirt Summer Solid Color Flutter Sleeve Round Neck Top Casual Curved Hem Crew Neck Short Sleeve**
★★★★☆ 20
$13.99
Get it Oct 2 - 13
$4.99 shipping

**Women Denim Shirt Dresses Long Sleeve Distressed Jean Dress Button Down Casual Tunic Top**
★★★★☆ 7,294
$40.99
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

Oran…
Tops
Long
Aesth
Casu…
$39.6

## Best Sellers in Women's Fashion

Page 1 of 6

     

**Gloria Vanderbilt Women's Classic Amanda High Rise Tapered Jean**
★★★★☆ 81,197
#1 Best Seller in Women's Jeans
$12.00
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**LILLUSORY Women Fall Crewneck Batwing Long Sleeve Sweater Oversized Ribbed Knit…**
★★★★☆ 443
#1 Best Seller in Women's Pullover Sweaters
51% off  Deal
$29.59
List: $59.99

**AUROLA Intensify Workout Shorts Sets for Women Seamless…**
★★★★☆ 14,149
#1 Best Seller in Running Clothing
52% off  Deal
$24.99
List: $52.00
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**adidas Unisex-Adult Adilette Aqua Slides Sandal**
★★★★☆ 62,558
#1 Best Seller in Men's Sandals
$25.00
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

werni
Wom
Slip F
Pairs
★★
#1 Be
No Sh
Get it
Sep 2
FREE S
$35 sh

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability

### Make Money with Us
Sell more with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime





Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon
English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

# Checkout (1 item)

**1 Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**Wendell, we're giving you Prime free for 30 days!**

**Get your Prime eligible items for ~~$6.99~~ FREE.**

No hassle. No commitments. Cancel anytime.

Get FREE shipping with Prime

- ✔ Fast, free delivery
- ✔ Exclusive deals
- ✔ Popular movies & shows

**Estimated delivery: Oct. 11, 2023 - Oct. 30, 2023**

Items shipped from Amazon.com

**Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops**

$19.99 & FREE Returns

Qty: 1

Sold by: Superclothes1

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Wednesday, Oct. 11 - Monday, Oct. 30**
  $6.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $29.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $2.05 |
| **Order total:** | **$29.03** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/YNTNDYGV-Signature-Painting-Aesthetic-12x18inch/dp/B0CHJH56PR/ref=sr_1_47?crid=281XANV9Y9WXK&keywords=luke%2Bcombs&qid=1695233474&sprefix=luke%2Bcombs%2B%2BCaps%2C146&sr=8-47&th=1

**ProductID:** amazon_B0CHJH56PR
**ProductName:** YNTNDYGV
**SellerID:** amazon_A2W2KTBIQ8LDVJ
**SellerName:** AQIU ART SHOP

**Item Screenshot Created at:** 2023-09-21 05:53:34
**Checkout Screenshot Created at:** 2023-09-21 05:56:39



Home & Kitchen › Wall Art › Posters & Prints



Roll over image to zoom in

# YNTNDYGV Luke Combs Poster Gettin' Old Signature Music Album Poster Poster Art Decor Painting Aesthetic Wall Art Canvas for Bedroom Decor 12x18inch(30x45cm) 2

Brand: YNTNDYGV

$15.00

Get **Fast, Free Shipping** with **Amazon Prime**
FREE Returns ⌄

**Coupon:** ☐ Apply 5% coupon   Shop items › | Terms

Get $50 off instantly: Pay $0.00 $15.00 upon approval for Amazon Visa. No annual fee.

Size: **12x18inch(30x45cm)**

| 12x18inch(30x45cm) |
| 16x24inch(40x60cm) |

Color: **2**



| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Item Weight | 112 Grams |
| Number of Items | 1 |
| Orientation | Music |

## About this item

- ♥Note♥: There are Framed and unframed album posters to Choose. All poster prints may vary

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

$15.00

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

FREE delivery on orders over $35 shipped by Amazon.

⦿ Choose location for most accurate options

**Only 8 left in stock - order soon**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | AQIU ART SHOP |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

slightly from what you see on your screen due to the resolution and colour profile of your device.

- ♥Good Quality♥: Canvas wall art printings artwork is HD pictures photo printed on high quality canvas. The album posters is made shortly after purchase. It is not stored in the warehouse because its color will be unsatisfactory due to the storage environment.

- ♥Features♥: We are good at making canvas posters, making good quality posters is our pursuit. Modern advanced micro-spraying technology, highly restore the texture of the picture, rich colors.

- ♥Decoration♥: Album posters are very striking! Suitable for all modern graphic and photographic designs. One perfect wall decorations painting giving your home, living room, bedroom, kitchen, apartment, office, hotel, dining room, office, bathroom, bar and so on Add the Elegant Artistic Atmosphere.

- ♥Warranty♥: If you are not satisfied with our album poster print paintings, please feel free to contact us. We will do our best to provide you with the best shopping experience.

## Buy it with

 +  + 

**This item:** YNTNDYGV Luke Combs Poster Gettin' Old Signature Music Album Poste...

$15⁰⁰

Motivational Wall Art - Office Wall Art & Decor Motivational poster - Positive Quotes Wall...

$12⁹⁵

10 Things That Require Zero Talent - Motivational Wall Art, Inspirational Wall Decor Print,...

$11⁸⁸

Total price: **$39.83**

Add all three to Cart

ⓘ Some of these items ship sooner than the others.
Show details

## Overstock deals on Wall Art   Explore more in Outlet

Page 1 of 15



double trees Beach Canvas Wall Art Decor: Bathroom Blue Ocean Picture Modern Coasta...
⭐⭐⭐⭐½ 23
**50% off** Overstock
$9.99
Typical: ~~$19.99~~
Get it as soon as **Thursday, Sep 28**
FREE Shipping on orders over $35 shipped by Amazon
Only 15 left in stock - orde...

Kreative Arts Large Single Piece Canvas Painting North American Sonoran Desert at...
⭐⭐⭐⭐⭐ 1
**20% off** Overstock
$47.99
Typical: ~~$59.99~~
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon
Only 15 left in stock - orde...



Back in 1999 Birthday Card - 24th Birthday Gift for Women or Men ...
⭐⭐⭐⭐½ 2,100
Amazon's Choice in Posters & Prints
$6.49
List: ~~$12.99~~
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon
Only 9 left in stock - orde...

Cat Wall Art 12x16" Black And White Wall Art Funny Cat Poster Bathroom Wall Decor...
⭐⭐⭐⭐½ 134
**30% off** Overstock
$20.29
Typical: ~~$28.99~~
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon



80th Birthday Gifts for Men or Women - 80 Year Old Birthday Gifts Ideas - 80th Birthday...
⭐⭐⭐⭐½ 2,090
**30% off** Overstock
$6.99
Typical: ~~$9.99~~
Get it as soon as **Thursday, Sep 28**
FREE Shipping on orders over $35 shipped by Amazon
Only 9 left in stock - orde...

## Customers also viewed these products

Page 1 of 7



Personalized Custom Canvas Prints (Framed Canvas, 11X14) - Turn Photos into Stunning...
⭐⭐⭐⭐½ 1,991
Amazon's Choice in Posters & Prints
$16.98
Get it Sep 26 - 27
FREE Shipping



Personalized Photo to Canvas Print - Canvas Prints With Your Photos on Custom Wall Art for Bedroom, Living Room, Wedding Baby Pet...
⭐⭐⭐⭐½ 4,803
$9.99



Woaiting Custom Canvas Prints Your Own Photos wall decor for men,boyfriend gift,Personalized Canv...
⭐⭐⭐⭐½ 100
$21.99
Get it Oct 3 - 16
$4.99 shipping



Custom Canvas Prints with Your Photos Custom Framed Wall Art Personalized Canvas Pictures for Pet/Family Gifts for...
⭐⭐⭐⭐½ 91
$14.99



wallart777 Create Personalized Wall Art with Your Photo on Canvas - Custom Canvas Prints for Wedding -...
⭐⭐⭐⭐½ 1,766
$96.99
Get it Sep 26 - Oct 2
FREE Shipping

## Product information

| Size | 12x18inch(30x45cm) |
|---|---|
| Product Dimensions | 18"L x 12"W |
| Item Weight | 112 Grams |
| Number of Items | 1 |
| Orientation | Music |
| Shape | Rectangular |
| Theme | Music |
| Frame Type | Wrapped Canvas |
| Material | Canvas |
| Color | 2 |
| Style | Art Deco |
| Age Range (Description) | Adult |
| Brand | YNTNDYGV |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

| | |
|---|---|
| Frame Material | Wood |
| Mounting Type | Wall Mount |
| Is framed? | Yes |
| Item Weight | 3.95 ounces |
| ASIN | B0CHJH56PR |
| Best Sellers Rank | #257,864 in Home & Kitchen (See Top 100 in Home & Kitchen) #3,471 in Posters & Prints |
| Date First Available | September 7, 2023 |

**Product Description**

We offer an extensive range of products and never compromise on quality. We want to be considered as the best place for shopping for these items.

1. We try our best to provide accurate descriptions and realistic pictures. However, due to personal monitor settings, the color of each user may vary slightly. If you have any questions, please contact me directly and we will try our best to help you.

2.This Canvas Art Print will look stunning on any interior wall. Professional artwork is used for a sharp hi-resolution image. We focus on every detail of production. Our inkjet printing techniques produces illustriously detailed prints.

3.Our canvas prints are handmade by real people.That means real eyes inspecting our artwork and real hands framing it with care.

IMPORTANT

Please note - Photos shown in sample settings are not completely dimensional to their surroundings.Please double check sizes above to insure your satisfaction.

# Important information

To report an issue with this product, click here.

# Customers who viewed this item also viewed



Luke Combs – Growin' Up Album Cover Canvas Poster Print Music Posters for Room Aesthetic Gift Frame-style16x24inch(40x60…
$49.00
Get it **Oct 12 – Nov 1**
FREE Shipping

# Videos

Help others learn more about this product by uploading a video!

Upload your video

# Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review



**Related to items you've viewed**   See more

Page 1 of 7

**Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops**
★★★★½ 44
$19.99
Get it as soon as **Friday, Oct 13**
FREE Shipping on orders over $35 shipped by Amazon
Usually ships within 1 to 2…

**Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl Tops**
★★★★½ 238
$11.89 - $15.99

**Luke Combs Gettin' Old Album Tee**
★★★★½ 45
$19.70 - $27.27

**Country Music Western Bleached T-Shirt Women Vintage Cow Skull Graphic Cowboy Shirts Rodeo Casual Short Sleeve Tops**
★★★★½ 123
$14.99

Vinta
Shirts
Summ
Graph
Short
Coun
★★
$13.9

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell more with Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| | | Shop with Points | |



Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item) 🔒

**1  Shipping address**                                                 Change

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

🅐 Or pick up near this address - See nearby pickup locations

**2  Payment method**                                                   Change

💳 MasterCard ending in 3709

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

**3  Offers**                                                           Change

**4  Review items and shipping**

> **Wendell, we're giving you Prime free for 30 days!**
> **Get your Prime eligible items** ~~Sunday, Sept. 24 by 8PM~~ **Friday, Sept. 22 by 8PM** for ~~$6.99~~ **FREE**
> No hassle. No commitments. Cancel anytime.
>
> ✓ Fast, free delivery
> ✓ Exclusive deals
> ✓ Popular movies & shows
>
> [ Get FREE shipping with Prime > ]

**Delivery: Sept. 24, 2023** If you order in the next 23 hours and 3 minutes (Details)
Items shipped from Amazon.com

YNTNDYGV Luke Combs Poster Gettin' Old Signature Music Album Poster Poster Art Decor Painting Aesthetic Wall Art Canvas for Bedroom Decor 12x18inch(30x45cm) 2
**$15.00** & FREE Returns ∨
Qty: 1
Sold by: AQIU ART SHOP
Amazon Prime eligible  Join now
[ 🎁 Add gift options ]

**Choose a delivery option:**
○ Friday, Sept. 22
  FREE Two-Day Delivery with your free trial of Prime
  [ Fast, FREE Delivery  ✓prime ]
● **Sunday, Sept. 24**
  $6.99 - Shipping
○ Friday, Sept. 22
  $9.99 - Shipping

[ Place Your Order and Pay ]
You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $23.53**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Sidebar

**Get FREE Two-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.**
[ Try Prime FREE ]

[ Place Your Order and Pay ]

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $15.00 |
| Shipping & handling: | $6.99 |
| Total before tax: | $21.99 |
| Estimated tax to be collected: | $1.54 |
| **Order total:** | **$23.53** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Luke-Combs-Decoration-Unframe-Luke-Get12x18inch/dp/B0CJCCT2B8/ref=sr_1_176?crid=281XANV9Y9WXK&keywords=luke+combs&qid=1695234299&sprefix=luke+combs+%2Caps%2C146&sr=8-176

**ProductID:** amazon_B0CJCCT2B8

**ProductName:** Luke Combs - What You See Is What You Get Canvas Poster Wall Art Decor Print Picture Paintings for Living Room Bedroom Decoration Unframe-Luke Combs - What You See Is What You Get12x18inch(30x45cm)

**SellerID:** amazon_A33TNTMWWFPMES

**SellerName:** guangzhoushenenkejigongzuoshi

**Item Screenshot Created at:** 2023-09-21 05:53:17

**Checkout Screenshot Created at:** 2023-09-21 05:55:53



amazon live | Interior Design Diaries with GALEY ALIX | Watch now ▸ amazon.live

Home & Kitchen › Wall Art › Posters & Prints





Roll over image to zoom in



## Luke Combs - What You See Is What You Get Canvas Poster Wall Art Decor Print Picture Paintings for Living Room Bedroom Decoration Unframe-Luke Combs - What You See Is What You Get12x18inch(30x45cm)

Brand: FiTtg

$15.00

Get $50 off instantly: Pay $0.00 $15.00 upon approval for Amazon Visa. No annual fee.

Size: **12x18inch(30x45cm)**

| 12x18inch(30x45cm) |
| 16x24inch(40x60cm) |
| 20x30inch(50x75cm) |
| 24x36inch(60x90cm) |

Color: **Unframe-Luke combs - what you see is what you get**





| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Wrapped Canvas |

⌄ See more

## About this item



$15.00

FREE delivery October 13 - November 3. Details

Choose location for most accurate options

In stock

Usually ships within 2 to 3 days.

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

Payment　Secure transaction
Ships from　guangzhoushenenkejigon
Sold by　guangzhoushenenkejigon
Returns　Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

- Enhance your living space with our exquisite Posters & Prints collection.
- Made with high-quality canvas, our Posters & Prints are durable and long-lasting.
- Choose from a wide range of designs and styles to suit your personal taste and home decor.
- Perfect for adding a touch of elegance and style to any room, our Posters & Prints are a must-have.
- Whether you prefer canvas or poster style, our Posters & Prints are sure to make a statement in your home.

## Product information

| | |
|---|---|
| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Wrapped Canvas |
| Material | canvas |
| Color | Unframe-Luke combs - what you see is what you get |
| Brand | FiTtg |
| Frame Material | Wood |
| ASIN | B0CJCCT2B8 |
| Date First Available | September 19, 2023 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Introducing our high-quality collection of posters and prints, designed to add aesthetic charm to your home or office space! Our expansive range includes an array of captivating designs and styles, offering something for every taste and preference. Crafted with an intricate attention to detail, each poster is printed on premium quality paper to ensure vivid colors and sharp image clarity. Our posters serve as stunning centerpieces, capturing the essence of various themes such as nature, art, cinema, music, and more. Enhance your living space with our diverse selection of canvas prints, providing an elegant and modern touch to any room. Made with durable materials and stretched on sturdy frames, these canvas prints bring museum-quality art right into your home. Whether you are a movie enthusiast, an art lover, or simply looking to elevate your interior decor, our posters and prints offer an effortless way to express your personal style. With our extensive range of sizes, you can easily find the perfect match for any wall space. Experience the convenience of online shopping as you explore our vast assortment of poster and canvas print options. Each piece is carefully packaged to ensure safe delivery straight to your doorstep. We strive for customer satisfaction and are committed to providing top-notch service and products. Shop now and transform your surroundings into a visual masterpiece with our exquisite posters and prints. Add a touch of sophistication, personality, and creativity to your home or office. Elevate your space and let your walls tell a story with our exceptional collection. Order today and discover the perfect pieces to bring your vision to life. Remember, when searching for the perfect poster or canvas print, look no further than our extensive selection of posters and prints for an unrivaled blend of quality, style, and affordability. Elevate your living space today with our eye-catching collection!

## Important information

To report an issue with this product, click here.

# Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

**Customers who viewed items in your browsing history also viewed**

Page 1 of 11



Beautiful Crazy Leopard Bleached T-Shirt Women Western Country Music Shirt Vintage Graphic Country Concert Tee Tops
★★★★☆ 96
$16.99



Luke Combs Gettin' Old Album Tee
★★★★½ 45
$19.70-$27.27

Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt
★★★★½ 200
$8.99-$15.99



Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops
★★★★½ 44
$18.99-$22.99

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Start Selling with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

AMAZON    🌐 English    🇺🇸 United States

| Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Everything For Your Business |
| Amp | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Host your own live radio show with music you love | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices  ☑✕

© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

MasterCard ending in 3709

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

## 3 Offers

Change

## 4 Review items and shipping

FREE TRIAL

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: Oct. 13, 2023 - Nov. 3, 2023**

Items shipped from guangzhoushenenkejigongzuoshi

**Luke Combs - What You See Is What You Get Canvas Poster Wall Art Decor Print Picture Paintings for Living Room Bedroom Decoration Unframe-Luke Combs - What You See Is What You Get12x18inch(30x45cm)**

$15.00

Qty: 1

Sold by: guangzhoushenenkejigongzuoshi

Gift options not available

**Choose a delivery option:**

- **Friday, Oct. 13 - Friday, Nov. 3**
  FREE Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $16.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $15.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $15.00 |
| Estimated tax to be collected:* | $1.54 |
| **Order total:** | **$16.54** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**

https://www.amazon.com/FiTtg-Luke-Combs-Unframe-Luke-Poster12x18inch/dp/B0CJCD51VB/ref=sr_1_15
8?crid=281XANV9Y9WXK&keywords=luke+combs&qid=1695234299&sprefix=luke+combs+%2Caps%2C
146&sr=8-158

**ProductID:** amazon_B0CJCD51VB

**ProductName:** FiTtg Luke Combs - Gettin' Old Album Poster Canvas Poster Bedroom Decor Sports
Landscape Office Room Decor Gift Unframe-Luke Combs - Gettin' Old Album Poster12x18inch(30x45cm)

**SellerID:** amazon_A33TNTMWWFPMES

**SellerName:** guangzhoushenenkejigongzuoshi

**Item Screenshot Created at:** 2023-09-21 05:51:11

**Checkout Screenshot Created at:** 2023-09-21 05:55:10



amazon live | Interior Design Diaries | with | GALEY ALIX | Watch now ▶ amazon.live

Home & Kitchen › Wall Art › Posters & Prints



Roll over image to zoom in

### FiTtg Luke Combs - Gettin' Old Album Poster Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-Luke Combs - Gettin' Old Album Poster12x18inch(30x45cm)

Brand: FiTtg

$15.00



Get $50 off instantly: Pay $0.00 $15.00 upon approval for Amazon Visa. No annual fee.

Size: **12x18inch(30x45cm)**

| 12x18inch(30x45cm) |
| 16x24inch(40x60cm) |
| 20x30inch(50x75cm) |
| 24x36inch(60x90cm) |

Color: **Unframe-Luke Combs - Gettin' Old Album Poster**

 

- Enhance your living space with our exquisite Posters & Prints collection.
- Made with high-quality canvas, our Posters & Prints are durable and long-lasting.
- Choose from a wide range of designs and styles to suit your personal taste and home decor.
- Perfect for adding a touch of elegance and style to any room, our Posters & Prints are a must-have.
- Whether you prefer canvas or poster style, our Posters



$15.00

Choose location for most accurate options

**In stock**

Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
| Ships from | guangzhoushenenkeijgong |
| Sold by | guangzhoushenenkeijgong |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

& Prints are sure to make a statement in your home.

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell more with Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | |





Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

# Checkout (1 item)                                                🔒

**1   Shipping address**                    Wendell Allen                          Change
                                            38 W JACKSON BLVD
                                            CHICAGO, IL 60604-3908
                                            Add delivery instructions

**2   Payment method**              MasterCard ending in 3709          Change
                                    **Billing address:** Same as shipping
                                    address.
                                    ⌃ **Add a gift card or promotion code or
                                    voucher**
                                    [ Enter code            ]   Apply

**3   Offers**                                                           Change

**4   Review items and shipping**

---

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime
benefits for FREE**                        [ Try Prime FREE for 30 days › ]

**Estimated delivery: Oct. 13, 2023 - Nov. 3, 2023**
Items shipped from guangzhoushenenkejigongzuoshi

FiTtg Luke Combs - Gettin'      **Choose a delivery option:**
Old Album Poster Canvas         ● **Friday, Oct. 13 - Friday, Nov. 3**
Poster Bedroom Decor              FREE Shipping
Sports Landscape Office
Room Decor Gift Unframe-
Luke Combs - Gettin' Old
Album
Poster12x18inch(30x45cm)
**$15.00**
[ Qty: 1 ˅ ]
Sold by:
guangzhoushenenkejigongzuoshi

Gift options not available

---

[ **Place Your Order and Pay** ]        **Order total:  $16.54**

You'll be securely redirected to MasterCard    By placing your order, you agree to Amazon's
to complete this transaction.                  privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions
apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Wendell, get in on the perks.
We're giving you 30 days of
Prime benefits for FREE.**

[ Try Prime FREE ]

[ **Place Your Order and Pay** ]

You'll be securely redirected
to MasterCard to complete this
transaction.

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

Items:                          $15.00
Shipping & handling:             $0.00

Total before tax:               $15.00
Estimated tax to be collected:*  $1.54

**Order total:                  $16.54**

How are shipping costs calculated?

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/FiTtg-Bedroom-Landscape-Unframe-Luke-12x18inch/dp/B0CJCDC4DL/ref=sr_1_174?crid=281XANV9Y9WXK&keywords=luke+combs&qid=1695234299&sprefix=luke+combs+%2Caps%2C146&sr=8-174

**ProductID:** amazon_B0CJCDC4DL

**ProductName:** FiTtg Luke Combs Poster, Growin' Up Poster (2) Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-Luke Combs Poster, Growin' Up Poster (2) 12x18inch(30x45cm)

**SellerID:** amazon_A33TNTMWWFPMES

**SellerName:** guangzhoushenenkejigongzuoshi

**Item Screenshot Created at:** 2023-09-21 05:50:58

**Checkout Screenshot Created at:** 2023-09-21 05:54:26



Home & Kitchen › Wall Art › Posters & Prints





Roll over image to zoom in

## FiTtg Luke Combs Poster, Growin' Up Poster (2) Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-Luke Combs Poster, Growin' Up Poster (2) 12x18inch(30x45cm)

Brand: FiTtg

**$15.00**

Get $50 off instantly: Pay $0.00 $15.00 upon approval for Amazon Visa. No annual fee.

Size: **12x18inch(30x45cm)**

| 12x18inch(30x45cm) |
| 16x24inch(40x60cm) |
| 20x30inch(50x75cm) |
| 24x36inch(60x90cm) |

Color: **Unframe-Luke Combs Poster, Growin' Up Poster (2)**

 

| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Wrapped Canvas |

˅ See more

**About this item**
- Enhance your living space with our exquisite Posters & Prints collection.



$15.00

FREE delivery **October 13 - November 3**. Details

Choose location for most accurate options

**In stock**
Usually ships within 2 to 3 days.

Qty: 1 ˅

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
| Ships from | guangzhoushenenkejigon |
| Sold by | guangzhoushenenkejigon |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

- Made with high-quality canvas, our Posters & Prints are durable and long-lasting.
- Choose from a wide range of designs and styles to suit your personal taste and home decor.
- Perfect for adding a touch of elegance and style to any room, our Posters & Prints are a must-have.
- Whether you prefer canvas or poster style, our Posters & Prints are sure to make a statement in your home.

## Product information

| Size | 12x18inch(30x45cm) |
|---|---|
| Product Dimensions | 18"L x 12"W |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Nature |
| Frame Type | Wrapped Canvas |
| Material | canvas |
| Color | Unframe-Luke Combs Poster, Growin' Up Poster (2) |
| Brand | FiTtg |
| Frame Material | Wood |
| ASIN | B0CJCDC4DL |
| Date First Available | September 19, 2023 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Product Description

Introducing our high-quality collection of posters and prints, designed to add aesthetic charm to your home or office space! Our expansive range includes an array of captivating designs and styles, offering something for every taste and preference. Crafted with an intricate attention to detail, each poster is printed on premium quality paper to ensure vivid colors and sharp image clarity. Our posters serve as stunning centerpieces, capturing the essence of various themes such as nature, art, cinema, music, and more. Enhance your living space with our diverse selection of canvas prints, providing an elegant and modern touch to any room. Made with durable materials and stretched on sturdy frames, these canvas prints bring museum-quality art right into your home. Whether you are a movie enthusiast, an art lover, or simply looking to elevate your interior decor, our posters and prints offer an effortless way to express your personal style. With our extensive range of sizes, you can easily find the perfect match for any wall space. Experience the convenience of online shopping as you explore our vast assortment of poster and canvas print options. Each piece is carefully packaged to ensure safe delivery straight to your doorstep. We strive for customer satisfaction and are committed to providing top-notch service and products. Shop now and transform your surroundings into a visual masterpiece with our exquisite posters and prints. Add a touch of sophistication, personality, and creativity to your home or office. Elevate your space and let your walls tell a story with our exceptional collection. Order today and discover the perfect pieces to bring your vision to life. Remember, when searching for the perfect poster or canvas print, look no further than our extensive selection of posters and prints for an unrivaled blend of quality, style, and affordability. Elevate your living space today with our eye-catching collection!

## Important information

To report an issue with this product, click here.

# Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

---

**Customers who viewed items in your browsing history also viewed**          Page 1 of 11

Beautiful Crazy Leopard Bleached T-Shirt Women Western Country Music Shirt Vintage Graphic Country Concert Tee Tops
⭐⭐⭐⭐ 96
$16.99

Luke Combs Gettin' Old Album Tee
⭐⭐⭐⭐½ 45
$19.70-$27.27

Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt
⭐⭐⭐⭐½ 200
$8.99-$15.99

Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops
⭐⭐⭐⭐½ 44
$18.99-$22.99

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders





About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon

# Checkout (1 item)

🔒

**1   Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908

Add delivery instructions

Change

**2   Payment method**

💳 **MasterCard** ending in 3709

**Billing address:** Same as shipping address.

**Add a gift card or promotion code or voucher**

| Enter code | Apply |

Change

**3   Offers**                                                       Change

**4   Review items and shipping**

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days  ›

**Estimated delivery: Oct. 13, 2023 - Nov. 3, 2023**
Items shipped from guangzhoushenenkejigongzuoshi

FiTtg Luke Combs Poster, Growin' Up Poster (2) Canvas Poster Bedroom Decor Sports Landscape Office Room Decor Gift Unframe-Luke Combs Poster, Growin' Up Poster (2) 12x18inch(30x45cm)
**$15.00**
Qty: 1 ⌄
Sold by:
guangzhoushenenkejigongzuoshi

Gift options not available

**Choose a delivery option:**
◉ **Friday, Oct. 13 - Friday, Nov. 3**
FREE Shipping

---

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $16.54**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Wendell, get in on the perks.
We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $15.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $15.00 |
| Estimated tax to be collected:* | $1.54 |
| **Order total:** | **$16.54** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**

[https://www.amazon.com/Combss-Country-T-Shirt-Vintage-Multicolor/dp/B0C9LDPQH7/ref=sr_1_87?crid=281XANV9Y9WXK&keywords=luke+combs&qid=1695233871&sprefix=luke+combs+%2Caps%2C146&sr=8-87](https://www.amazon.com/Combss-Country-T-Shirt-Vintage-Multicolor/dp/B0C9LDPQH7/ref=sr_1_87?crid=281XANV9Y9WXK&keywords=luke+combs&qid=1695233871&sprefix=luke+combs+%2Caps%2C146&sr=8-87)

**ProductID:** amazon_B0C9LDPQH7

**ProductName:** Lukes Combss Shirt, Retro Country Music T-Shirt, Vintage Shirt for Men Women, Multicolor

**SellerID:** amazon_A3DVGUDNRS95Y1

**SellerName:** HStoreus

**Item Screenshot Created at:** 2023-09-21 05:49:34

**Checkout Screenshot Created at:** 2023-09-21 18:22:31



Clothing, Shoes & Jewelry › Women › Clothing › Tops, Tees & Blouses › T-Shirts

Brand: Generic

## Lukes Combss Shirt, Retro Country Music T-Shirt, Vintage Shirt for Men Women, Multicolor

$16⁹⁹

Size Chart ⌄

| Brand | Generic |
| Color | Multiple |
| Fit Type | Classic Fit |
| Style | Classical, Vintage |
| Age Range (Description) | Adult |
| Material | Polyester |

⌄ See more

### About this item

- Cotton/Polyester
- Made in the USA
- Pull On closure
- Hand Wash, Machine Wash
- ELITE QUALITY: We use the best cotton and polyester to make our T-shirts. Non-stitched, classic width, rib collar. Double-needle sleeve and bottom hems. Taped neck and shoulders.
- MANY SIZE OPTIONS: Our t-shirts are available in a variety of sizes ranging from XS to 5XL. It's comfortable, and the unisex cut flatters both men and women. Please refer to the sizing chart in the product images.
- PERFECT GIFT: The superb and high-quality patterns chosen and made just for fans are clearer and more trendy. Great gift ideas for family, friends, and coworkers on birthdays, st. patrick's day, valentine's day, father's day, mother's day, graduation day, and other special occasions.

⌄ Show more

$16⁹⁹

$6.99 delivery October 3 - 10. Details

Or fastest delivery September 28 - October 3. Details

⊙ Choose location for most accurate options

**In stock**

Usually ships within 4 to 5 days.

This product needs to be customized before adding to cart.

**Customize Now**

By clicking "Customize", you agree to these Terms and Conditions.

| Payment | Secure transaction |
| Ships from | HStoreus |
| Sold by | HStoreus |
| Returns | Eligible for Refund or Replacement if damaged or defective |

Add to List

---

**More items you may like in apparel**







Lukes Combss Shirt, Retro Country Music T-Shirt, Skull Cowboy Tees Vintage Concert Gift for Fan
$16.99
Get it **Oct 3 - 10**
$6.99 shipping

Lukes Combss Shirt, Vintage Retro Country Music T-Shirt, Cow Skull Cowboy Shirts
$16.99
Get it **Oct 3 - 10**
$6.99 shipping

Joey Chestnut Shirt, Nathans Hot Dog Eating Contest T-Shirt for Men Women, Hot Dog Eating Champion Multicolor
$16.99
Get it **Oct 3 - 10**
$6.99 shipping

Franks Oceans Shirt, Hip Hop Retro Vintage 90's Style T-Shirt for Men Women, Gift for Franks Oceans Fan
★★★★★ 1
$16.99
Get it **Oct 3 - 10**
$6.99 shipping

The Creators T Shirt, 90's Vintage T-Shirt for The Mens Womens, Flower Boy Shirt, Streetwear Hip Hop Rap
$16.99
Get it **Oct 3 - 10**
$6.99 shipping

Sad
Unis
Con
T Sh
$16

## Product Description

Lukes Combss Shirt, Retro Steer Skull T Shirt, Country Music T-Shirt Retro Western Vintage Concert 2023

The Shirt is an essential piece of clothing for both men and women.

PRODUCT DETAILS

100% combed ringspun cotton
Modern classic fit
Taped neck and shoulders

Wide range of sizes: S to 5XL – Suitable for different body types.

CARE INSTRUCTION
Wash inside out. Machine wash cold with like colors. Gentle cycle. Only non-chlorine bleach when needed. Tumble dry low. Cool iron if needed.

Our shirts great gifts for men, women, him or her, parents, mom, dad, husband, wife, aunt, uncle, brother, sister, grandma, grandpa, seniors, adults, man, woman, grandmother, grandfather, coworker, boss, male, female,... on any occasion, holiday, or birthday, and it also makes a great souvenir.

Please send us a message if you have any questions or problem with your order. We endeavors customer satisfaction service and experience.

Other requests are welcome; please leave a message if you have a customized request.

Thank you for your visiting and have a great shopping time!

## Product details

**Department ：** unisex-adult
**Date First Available ：** June 28, 2023
**ASIN ：** B0C9LDPQH7
**Country of Origin ：** USA
**Best Sellers Rank:** #3,005,162 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
  #34,390 in Men's T-Shirts
  #47,564 in Women's T-Shirts

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

To report an issue with this product, click here.

## Brands in this category on Amazon

Sponsored ⓘ





## Looking for specific info?

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

## Customers who viewed this item also viewed



**Western Rodeo Bleached T-Shirt Women Vintage Graphic Cowboy Shirt Country Music Cowgirl Tops**
⭐⭐⭐⭐½ 238
$11.89-$16.99



**Luke Combs Gettin' Old Album Tee**
⭐⭐⭐⭐½ 45
$19.70-$27.27



**Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops**
⭐⭐⭐⭐½ 44
$18.99-$22.99



**Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt**
⭐⭐⭐⭐½ 200
$8.99-$15.99



**Rock Roll Tee Shirt Women Country Music Shirts Rock Concert Band Retro Tee Summer Cute Short Sleeve Graphic Tops**
⭐⭐⭐⭐⭐ 32
$14.99-$16.99

**Cou... Blea... Vint... Gra... Rod... Slee...**
⭐⭐ $8.9...



## Popular products based on this item







**Jellys Rolls Shirt, Jellys Rolls Retro Style Western Country Music Backroad Baptism 2023 Tour Shirt for Men Women White**
$16.99
Get it Oct 3 - 10
$6.99 shipping

**Vintage Rock Music Tank Tops Women Country Music Shirts Tanks Retro Graphic Concert Band Sleeveless Shirt Top**
★★★★☆ 84
$16.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**Yimoya Hocus Pocus Shirt Womens I Put A Spell On You Sanderson Sisters Halloween Graphic Tees**
★★★★★ 25
$18.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**Western Cowboy T-Shirt Women Whiskey Steer Skull T-Shirt Casual Country Music Short Sleeve Tops Retro…**
★★★★☆ 75
$15.69
Get it as soon as **Friday, Sep 29**
FREE Shipping on orders over $35 shipped by Amazon
Only 4 left in stock - order…

**Retro =%Joe%Jonas=% Vintage Shirt, Joe%Jonas=% Homage Tshirt, Joe%Jonas=% Fan Tees, Joe%Jonas=% Retro 90s Sweater,…**
$18.99
Get it Sep 27 - Oct 3
$9.99 shipping

### Best Sellers in Men's Fashion







**Crocs Unisex-Adult Classic Clogs**
★★★★★ 531,934
#1 Best Seller in Clothing, Shoes & Jewelry
$30.29

**Fruit of the Loom Men's Eversoft Cotton Stay Tucked Crew T-Shirt**
★★★★☆ 106,850
#1 Best Seller in Men's Undershirts
$15.71
Get it as soon as **Thursday, Sep 28**
FREE Shipping on orders over $35 shipped by Amazon

**Hanes Men's EcoSmart Fleece Sweatshirt, Cotton-Blend Pullover, Crewneck Sweatshirt f…**
★★★★☆ 162,500
#1 Best Seller in Men's Sweatshirts
$10.88
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**Fruit of the Loom Men's Coolzone Boxer Briefs, Moisture Wicking & Breathable, Assorted…**
★★★★☆ 201,661
#1 Best Seller in Men's Boxer Briefs
$19.59
Get it as soon as **Thursday, Sep 28**
FREE Shipping on orders over $35 shipped by Amazon

**Gildan Men's Crew T-Shirts, Multipack, Style G1100**
★★★★☆ 269,046
#1 Best Seller in Clima Pledge Friendly: Apparel
$18.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Ama…
🌿 Climate Pledge Friendl…

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts



Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

amazon                              Checkout (1 item)                              🔒

**1**  Shipping address          Wendell Allen                                    Change
                                 38 W JACKSON BLVD
                                 CHICAGO, IL 60604-3908
                                 Add delivery instructions

**2**  Payment method           MasterCard ending in 3709                        Change
                                 Billing address: Same as shipping address.

                                 ⌃ Add a gift card or promotion code or voucher
                                 [ Enter code ]   Apply

**3**  Offers

**4**  Review items and shipping



| | |
|---|---|
| **FREE TRIAL** | |
| Wendell, we're giving you 30 days of Prime benefits for FREE | Try Prime FREE for 30 days > |

**Estimated delivery: Oct. 4, 2023 - Oct. 11, 2023**
Items shipped from HStoreus

Lukas Combss Shirt, Retro Country          Choose a delivery option:
Music T-Shirt, Vintage Shirt for Men        ● Wednesday, Oct. 4 - Wednesday, Oct. 11
Women, Multicolor                              $6.99 - Shipping
**$19.98**                                   ○ Friday, Sept. 29 - Wednesday, Oct. 4
Qty: 1 ⌄                                        $20.98 - Shipping
Sold by: HStoreus
Customizations:
SIZE: S
Color: Black

Gift options not available

**Place Your Order and Pay**          **Order total: $29.02**

You'll be securely redirected to MasterCard to complete this    By placing your order, you agree to Amazon's
transaction.                                                    privacy notice and conditions of use.

---

Wendell, get in on the perks.
We're giving you 30 days of
Prime benefits for FREE.

[ Try Prime FREE ]

**Place Your Order and Pay**

You'll be securely redirected to
MasterCard to complete this
transaction.

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

Items:                              $19.98
Shipping & handling:                 $6.99
Total before tax:                   $26.97
Estimated tax to be collected:*      $2.05

**Order total:                      $29.02**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us.

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your
order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's
Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Combss-Country-T-Shirt-Vintage-Concert/dp/B0C9LLK5NH/ref=sr_1_39?crid=28
1XANV9Y9WXK&keywords=luke+combs&qid=1695233474&sprefix=luke+combs+%2Caps%2C146&sr=8
-39
**ProductID:** amazon_B0C9LLK5NH
**ProductName:** Combss Country T Shirt Vintage Concert
**SellerID:** amazon_A3DVGUDNRS95Y1
**SellerName:** HStoreus

**Item Screenshot Created at:** 2023-09-21 05:50:30
**Checkout Screenshot Created at:** 2023-09-21 05:53:42



Clothing, Shoes & Jewelry › Women › Clothing › Tops, Tees & Blouses › T-Shirts



**Brand: Generic**

## Lukes Combss Shirt, Retro Country Music T-Shirt, Skull Cowboy Tees Vintage Concert Gift for Fan

$16.99

**Size Chart** ⌄

| | |
|---|---|
| **Brand** | Generic |
| **Color** | Multiple |
| **Fit Type** | Classic Fit |
| **Style** | Classical, Vintage |
| **Age Range (Description)** | Adult |
| **Material** | Polyester |

⌄ See more

### About this item

- Cotton/Polyester
- Made in the USA
- Pull On closure
- Hand Wash, Machine Wash
- ELITE QUALITY: We use the best cotton and polyester to make our T-shirts. Non-stitched, classic width, rib collar. Double-needle sleeve and bottom hems. Taped neck and shoulders.
- MANY SIZE OPTIONS: Our t-shirts are available in a variety of sizes ranging from XS to 5XL. It's comfortable, and the unisex cut flatters both men and women. Please refer to the sizing chart in the product images.
- PERFECT GIFT: The superb and high-quality patterns chosen and made just for fans are clearer and more trendy. Great gift ideas for family, friends, and coworkers on birthdays, st. patrick's day, valentine's day, father's day, mother's day, graduation day, and other special occasions.

⌄ Show more



$16.99

⊙ Choose location for most accurate options

**In stock**
Usually ships within 4 to 5 days.

This product needs to be customized before adding to cart.

**Customize Now**

By clicking "Customize", you agree to these Terms and Conditions.

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | HStoreus |
| Sold by | HStoreus |
| Returns | Eligible for Refund or Replacement if damaged or defective |

**Add to List**

---

## More items you may like in apparel

Page 1 of 7









Lukes Combss Shirt, Vintage Retro Country Music T-Shirt, Cow Skull Cowboy Shirts
$16.99
Get it Oct 3 - 10
$6.99 shipping

Joey Chestnut Shirt, Nathans Hot Dog Eating Contest T-Shirt for Men Women, Hot Dog Eating Champion Multicolor
$16.99
Get it Oct 3 - 10
$6.99 shipping

Franks Oceans Shirt, Hip Hop Retro Vintage 90's Style T-Shirt for Men Women, Gift for Franks Oceans Fan
⭐⭐⭐⭐⭐ 1
$16.99
Get it Oct 3 - 10
$6.99 shipping

Sades Shirt, Retro Sades Unisex Shirt, Singer Tour Concert T-Shirt, Vintage T Shirts for Men Women
$16.99

Sades Shirt, Retro 90s Sades Unisex Shirt, Singer Tour Concert T-Shirt, Vintage Style T Shirts for Men Women
$16.99
Get it Oct 3 - 10
$6.99 shipping

---

## Product Description

Lukes Combss Shirt, Retro Country Music T-Shirt, Skull Cowboy Tees Vintage Concert Gift For Fan

The Shirt is an essential piece of clothing for both men and women.

PRODUCT DETAILS

100% combed ringspun cotton
Modern classic fit
Taped neck and shoulders

Wide range of sizes: S to 5XL – Suitable for different body types.

CARE INSTRUCTION
Wash inside out. Machine wash cold with like colors. Gentle cycle. Only non-chlorine bleach when needed. Tumble dry low. Cool iron if needed.

Our shirts great gifts for men, women, him or her, parents, mom, dad, husband, wife, aunt, uncle, brother, sister, grandma, grandpa, seniors, adults, man, woman, grandmother, grandfather, coworker, boss, male, female,... on any occasion, holiday, or birthday, and it also makes a great souvenir.

Please send us a message if you have any questions or problem with your order. We endeavors customer satisfaction service and experience.

Other requests are welcome; please leave a message if you have a customized request.

Thank you for your visiting and have a great shopping time!

---

## Product details

**Department :** unisex-adult

**Date First Available :** June 28, 2023

**ASIN :** B0C9LLK5NH

**Country of Origin :** USA

**Best Sellers Rank:** #943,820 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
  #8,794 in Men's T-Shirts
  #15,173 in Women's T-Shirts

## Videos

Help others learn more about this product by uploading a video!

Upload your video

---

## Important information

To report an issue with this product, click here.

---

## Brands in this category on Amazon

Sponsored ⓘ





## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

---

### Based on your recent shopping trends

Page 1 of 3



**Lukes Combss Shirt, Retro Steer Skull T Shirt, Country Music T-Shirt Retro Western Vintage Concert 2023**
$16.99



**Retro Steer Skull Western T-Shirt Women Vintage Country Music Shirt Cute Cowgirl Graphic Cowboy Tees...**
⭐⭐⭐⭐½ 900
$16.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon



**Retro Wallen Skull Western T-Shirt Women Cattle Skull Leopard Graphic Tee Tops Rodeo Country Music Bleached Casual T-Shirt**
⭐⭐⭐⭐½ 295
$16.99
FREE Shipping on orders over $35 shipped by Amazon
Only 2 left in stock - order...



**Western Cowboy T-Shirt Women Whiskey Steer Skull T-Shirt Casual Country Music Short Sleeve Tops Retro Western Shirts**
⭐⭐⭐⭐½ 75
$15.69
FREE Shipping on orders over $35 shipped by Amazon



**Rock Roll Tee Shirt Women Country Music Shirts Rock Concert Band Retro Tee Summer Cute Short Sleeve...**
⭐⭐⭐⭐⭐ 32
$15.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

## Best Sellers in Men's Fashion







**Crocs Unisex-Adult Classic Clogs**
★★★★★ 531,934
**#1 Best Seller** in Clothing, Shoes & Jewelry
$30.29

**Fruit of the Loom Men's Eversoft Cotton Stay Tucked Crew T-Shirt**
★★★★½ 106,850
**#1 Best Seller** in Men's Undershirts
$15.71
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**Hanes Men's EcoSmart Fleece Sweatshirt, Cotton-Blend Pullover, Crewneck Sweatshirt f...**
★★★★½ 162,500
**#1 Best Seller** in Men's Sweatshirts
$10.88
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**Fruit of the Loom Men's Coolzone Boxer Briefs, Moisture Wicking & Breathable, Assorted…**
★★★★½ 201,661
**#1 Best Seller** in Men's Boxer Briefs
$19.59
Get it as soon as **Thursday, Sep 28**
FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed items in your browsing history also viewed







**Beautiful Crazy Leopard Bleached T-Shirt Women Western Country Music Shirt Vintage Graphic Country Concert Tee Tops**
★★★★ 96
$16.99

**Luke Combs Gettin' Old Album Tee**
★★★★½ 45
$19.70-$27.27

**Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt**
★★★★½ 200
$8.99-$15.99

**Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops**
★★★★½ 44
$18.99-$22.99

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help



Host an Amazon Hub

› See More Ways to Make Money

amazon

English    United States

| Amazon Music | Amazon | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon |
| Stream millions of songs | Advertising | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Business |
| | Find, attract, and engage customers | | | | | Everything For Your Business |

| Amp | Amazon | AmazonGlobal | Home Services | Amazon Web | Audible | Box Office |
| Host your own live radio show with music you love | Fresh | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Services | Listen to Books & Original Audio Performances | Mojo |
| | Groceries & More Right To Your Door | | | Scalable Cloud Computing Services | | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct | Amazon Photos | Prime Video | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Publishing | Unlimited Photo Storage Free With Prime | Direct | Designer Fashion Brands |
| | | | Indie Digital & Print Publishing Made Easy | | Video Distribution Made Easy | |

| Amazon Warehouse | Whole | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | Foods | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Market | | | | | |
| | America's Healthiest Grocery Store | | | | | |

| Neighbors | Amazon Subscription Boxes | PillPack | Amazon |
| App | Top subscription boxes – right to your door | Pharmacy Simplified | Renewed |
| Real-Time Crime & Safety Alerts | | | Like-new products you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



**amazon**

# Checkout (1 item)

**1   Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908

Add delivery instructions

Change

**2   Payment method**

MasterCard ending in 3709

**Billing address:** Same as shipping address.

Add a gift card or promotion code or voucher

Enter code    Apply

Change

**3   Offers**

Change

**4   Review items and shipping**

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: Oct. 3, 2023 - Oct. 10, 2023**
Items shipped from HStoreus

Lukes Combss Shirt, Retro Country Music T-Shirt, Skull Cowboy Tees Vintage Concert Gift for Fan
**$21.98**
Qty: 1
Sold by: HStoreus
**Customizations:**
SIZE: M
Color: Black

Gift options not available

Choose a delivery option:
- ● **Tuesday, Oct. 3 - Tuesday, Oct. 10**
  $6.99 - Shipping
- ○ **Thursday, Sept. 28 - Tuesday, Oct. 3**
  $20.98 - Shipping

**Place your order**   **Order total: $31.22**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Wendell, get in on the perks.**
**We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $21.98 |
| Shipping & handling: | $6.99 |
| Total before tax: | $28.97 |
| Estimated tax to be collected:* | $2.25 |
| **Order total:** | **$31.22** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**

https://www.amazon.com/SGTD-Posters-Aesthetic-Unframe-style12x18inch-30x45cm/dp/B0C73WL7SY/ref
=sr_1_57?crid=281XANV9Y9WXK&keywords=luke+combs&qid=1695233871&sprefix=luke+combs+%2C
aps%2C146&sr=8-57

**ProductID:** amazon_B0C73WL7SY

**ProductName:** SGTD Luke Combs ? This One's For You Album Cover Canvas Poster Print Music Posters for Room Aesthetic Gift Unframe-style12x18inch(30x45cm)

**SellerID:** amazon_ADZVJPOPFGVR0

**SellerName:** FuYangShiDongChenShangWangLuoKeJiYouXianGongSi

**Item Screenshot Created at:** 2023-09-21 05:53:57

**Checkout Screenshot Created at:** 2023-09-21 06:08:34



Home & Kitchen › Wall Art › Posters & Prints



Roll over image to zoom in

### SGTD Luke Combs – This One's For You Album Cover Canvas Poster Print Music Posters for Room Aesthetic Gift Unframe-style12x18inch(30x45cm)

Brand: SGTD

200+ viewed in past month

$15.00

Get $50 off instantly: Pay $0.00 ~~$15.00~~ upon approval for Amazon Visa. No annual fee.

Size: **12x18inch(30x45cm)**

 

| 12x18inch(30x45cm) |
| 16x24inch(40x60cm) |
| 20x30inch(50x75cm) |
| 24x36inch(60x90cm) |

Color: **Unframe-style**

Size: 12x18inch(30x45cm)

**Product Dimensions:** 18"L x 12"W

**Number of Items:** 1

**Orientation:** Portrait

**Shape:** Rectangular

#### About this item

- HIGH-QUALITY MATERIALS：The poster made of high-density canvas, which makes the picture full of color, and does not fade,quality guaranteed!
- Unlike paper posters, canvas posters will not



$15.00

FREE delivery **October 12 - November 1.** Details

Choose location for most accurate options

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
| Ships from | FuYangShiDongChenShar |
| Sold by | FuYangShiDongChenShar |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

- affected due to external environmental factors.
- ROOM DECORATION : EASILY DECORATE any space to create the perfect decor for bedroom, bathroom, living room, office, dorm, and more.
- Surprise Gift : These posters are great gifts for friends, kids, classmates, especially on birthdays, parties, Christmas, Thanksgiving!
- We are committed to quality issues,so that you can buy with confidence.

## Frequently bought together

 +  + 

Total price: **$68.85**

[ Add all three to Cart ]

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** SGTD Luke Combs – This One's For You Album Cover Canvas Poster Print Mu...
$15.⁰⁰

SUANEA Frank Ocean Poster Nostalgia, Ultra Album Cover Poster Posters for Room...
$35.⁰⁰

The Smashing Pumpkins Mellon Collie And The Infinite Sadness Album Cover Poster for Room...
$18.⁸⁵

## Products related to this item

Page 1 of 58

Sponsored ⓘ

   

ItronZ Luke Combs (2) Album Cover Canvas Poster Print Music Posters for Room...
$15.00

ItronZ This One's for You Too by Luke Combs Album Cover Canvas Poster Print Music P...
$15.00

ItronZ Gettin' Old by Luke Combs Album Cover Canvas Poster Print Music Posters for ...
$15.00

ItronZ Luke Combs Album Cover Canvas Poster Print Music Posters for Room...
$15.00

YNTNDYGV Luke Combs Poster Gettin' Old Signature Music Album Poster Poster Art Deco...
$15.00 ✓prime
[ Save 5% ] with coupon

## 4 stars and above

Page 1 of 14

Sponsored ⓘ

    

ASTRDECOR Kanye Album Cover Limited Edition Posters Set of 8, Rapper Music Posters ...
⭐⭐⭐⭐½ 86
$14.99 ✓prime

SANTANNA Personalized Romantic Gifts For Him Customized Song Music Lyrics Prints Ca...
⭐⭐⭐⭐⭐ 1,588
$17.99

ManRule Frank Ocean Posters Set of 4 Album Cover Posters 8 by 12 inch Music Posters...
⭐⭐⭐⭐½ 227
$14.99 ($29.98/Ounce) ✓prime

Aorozhi Bryson Tiller Poster Trapsoul Album Cover Canvas Art Wall Pictures for Mode...
⭐⭐⭐⭐½ 77
$18.99 ✓prime

Still Be Loving You - Led Zeppelin Vintage Decor Wall Art, This Wall Decor Music Po...
⭐⭐⭐⭐½ 382
$14.88 ✓prime

**Product information**

| | |
|---|---|
| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Number of Items | 1 |
| Orientation | Portrait |
| Shape | Rectangular |
| Theme | Music |
| Frame Type | Unframed |
| Wall Art Form | Poster |
| Material | Canvas |
| Color | Unframe-style |
| Style | Modern |
| Room Type | Bathroom,Bedroom,Living Room,Office |
| Brand | SGTD |
| Special Feature | Fade Resistant |
| Frame Material | Wood |
| Mounting Type | Wall Mount |
| Is framed? | No |
| ASIN | B0C73WL7SY |
| Best Sellers Rank | #548,142 in Home & Kitchen (See Top 100 in Home & Kitchen) #14,705 in Posters & Prints |
| Date First Available | June 5, 2023 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

**Product Description**

To Dear Buyer

【 Material Description 】Canvas

【Product performance】Fine workmanship: select high-quality materials, high density, and durable. High-quality canvas, delicate and textured. Can be hung for a long time.

Good color fastness: The fine craftsmanship guarantees good color fastness, making the picture full of color, lifelike, and does not fade. You can enjoy painting as a leisure and relaxation after work.

Good beauty: The modern and simple style perfectly matches the home decoration in the room, enhancing the sense of art. Light up the entire room, reflecting the good and individual taste of the owner.

【Applicable scenarios】Suitable for living room, bedroom, kitchen, office, hotel, restaurant and bar, etc.

【 Washing instructions 】It is recommended to wipe and clean regularly.

【 Special Note 】 This size data is due to different measurement methods. The error of frameless pictures is within 1cm. It is a normal phenomenon.

Start your Art Travel on my Shop Now,Finding the Amazing Art and enjoying your Time!

**Important information**

To report an issue with this product, click here.

**Overstock deals on Wall Art** Explore more in Outlet                    Page 1 of 15







**Vincent Van Gogh Self Portrait Poster - Fine Artwork Painting Reproduction Prints &...**
⭐⭐⭐⭐⭐ 1
**30% off**   Overstock
$6.99
Typical: ~~$9.99~~
Get it as soon as **Friday, Sep 29**
FREE Shipping on orders over $35 shipped by Amazon
Only 1 left in stock - order...

**Open Road Brands Disney 100th Anniversary Lilo and Stitch Quote Framed...**
⭐⭐⭐⭐½ 122
**30% off**   Overstock
$27.99
List: ~~$39.99~~
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**Elephant Family Picture Wall Decor - Yellow Wildlife Migration Painting - Autumn Sunset Artwork - Perfe...**
⭐⭐⭐⭐½ 5
**50% off**   Overstock
$9.99
Typical: ~~$19.99~~
FREE Shipping on orders over $35 shipped by Amazon
Only 13 left in stock - orde...

**Kreative Arts - Red Umbrella Couple Painting Canvas Art Wall Decor Print Romantic...**
⭐⭐⭐⭐½ 60
**20% off**   Overstock
$39.99
Typical: ~~$49.99~~
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

**Home Is Where We Park It Canvas Wall Art Prints,Funny Camping Quote Wood Texture...**
⭐⭐⭐½ 2
**50% off**   Overstock
$8.49
Typical: ~~$16.99~~
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

---

## Related products with free delivery on eligible orders

Page 1 of 27

Sponsored ⓘ | Try Prime for unlimited fast, free shipping







**ACHETE Taylor Mirror Ball Music Girls Prints Posters (L24xW16-UnFramed) Swiftie Mer...**
$17.98 ✓prime

**Car Seat Headrest Posters Teens of Denial Inspiring Music Song Album Cover Poster C...**
$18.99 ✓prime

**Biuteawal - 3 Piece Music Canvas Print Guitar Wall Art Painting Vintage Artwork for...**
⭐⭐⭐⭐½ 122
$48.99 ✓prime
Save 5% with coupon

**Jack Poster Harlow Come Home The Kids Miss You Music Album Cover Signed Limited...**
⭐☆☆☆☆ 1
$19.90 ✓prime

**SGTD Hozier - Hozier Luke Combs – This One's For You Canvas Posters Wall Art Bedroo...**
$14.89 ✓prime

---

## Videos

Help others learn more about this product by uploading a video!

Upload your video

---

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ

H-DEWALL
Shop the Store on Amazon ›

Yostyle
Shop the Store on Amazon ›

HAUS A... 
Shop the...





**H-DEWALL Personalized Song Lyrics Poster Gifts For Him Images Decoration...**

**Pink Taylor Music Posters Retro for Room Aesthetic Champagne Print Wall Art...**

 ⭐⭐⭐⭐⭐ 1,539
$15.95

 $13.99



## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Best Sellers in Home & Kitchen

Page 1 of 9

‹



**Stanley Quencher H2.0 FlowState Stainless Steel Vacuum Insulated Tumbler with Lid and...**
⭐⭐⭐⭐½ 20,007
🟧 #1 Best Seller in Kitchen & Dining
$45.00
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon



**Fullstar Vegetable Chopper - Spiralizer Vegetable Slicer - Onio...**
⭐⭐⭐⭐½ 67,910
🟧 #1 Best Seller in Seasoning & Spice Choppers
🔴 40% off **Deal**
$23.95
List: $39.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon



**Queen Size Sheet Set - Breathable & Cooling - Hotel Luxury Bed Sheets - Extra Soft - Deep...**
⭐⭐⭐⭐½ 280,159
🟧 #1 Best Seller in Sheet & Pillowcase Sets
$29.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon
🍃 Climate Pledge Friendly ⌄

**Safer Home SH502 Indoor Plug-In Fly Trap for Flies, Fruit Flies, Moths, Gnats, and Oth...**
⭐⭐⭐⭐½ 13,981
🟧 #1 Best Seller in Patio, Lawn & Garden
$17.03
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon



**Beds... for H... - Silv...**
⭐⭐ ...
#1 B... Pillow...
🔴 52%
$5.5...
List: $...
Get it...
**Sep 2...**
FREE S...
$35 sh...
🍃 Cli...

›

**Related to items you've viewed** See more

Page 1 of 4






SGTD Luke Combs – This One's For You Album Cover Canvas Poster Print Music Posters for Room Aesthetic Gift Unframe-...

$15.00

Get it Oct 12 - Nov 1

FREE Shipping

Luke Combs – Growin' Up Album Cover Canvas Poster Print Music Posters for Room Aesthetic Gift Frame-style16x24inch(40x60...

$49.00

Get it Oct 12 - Nov 1

FREE Shipping

SUANEA Frank Ocean Poster Nostalgia, Ultra Album Cover Poster Aesthetic Canvas Wall...

★★★★½ 14

$35.00

Get it Oct 3 - 17

FREE Shipping

Usspo Frank Ocean Music Album Cover Poster Print Canvas Wall Art Limited Signed Blond Poster Room Aesthetic...

★★★★½ 31

$21.99

Get it as soon as Wednesday, Sep 27

FREE Shipping on orders over $35 shipped by Amazon

ETUL Poster Heart Art p...

★★ 2

Poster

$6.80

Get it 29

FREE S $35 sh

Only 6

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell more with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

**amazon**

🌐 English          🇺🇸 United States

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amp**
Host your own live radio show with music you love

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

| Goodreads | IMDb | IMDbPro | Kindle Direct | Amazon Photos | Prime Video | Shopbop |
|---|---|---|---|---|---|---|
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Publishing Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Direct Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Warehouse | Whole Foods | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | Market America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices  ☑✕

© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)                                    🔒

**1  Shipping address**

Wendell Allen                                    Change
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

**2  Payment method**

MasterCard ending in 3709                        Change

Billing address: Same as shipping
address.

∧ Add a gift card or promotion code or
voucher

[ Enter code ]            Apply

**3  Offers**

**4  Review items and shipping**

FREE TRIAL

Wendell, we're giving you 30 days of Prime          Try Prime FREE for 30 days >
benefits for FREE

**Estimated delivery: Oct. 12, 2023 - Nov. 1, 2023**
Items shipped from FuYangShiDongChenShangWangLuoKeJiYouXianGongSi

SGTD Luke Combs – This          Choose a delivery option:
One's For You Album Cover        ● **Thursday, Oct. 12 - Wednesday, Nov. 1**
Canvas Poster Print Music           FREE Shipping
Posters for Room Aesthetic
Gift Unframe-
style12x18inch(30x45cm)
**$15.00**
Qty: 1 ⌄
Sold by:
FuYangShiDongChenShangWangLuoKeJiYouXianGongSi

Gift options not available

Place Your Order and Pay          **Order total: $16.54**

You'll be securely redirected to MasterCard      By placing your order, you agree to Amazon's
to complete this transaction.                     privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

### Sidebar

Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE

Try Prime FREE

**Place Your Order and Pay**

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

Items:                              $15.00
Shipping & handling:                 $0.00

Total before tax:                   $15.00
Estimated tax to be collected:*      $1.54

**Order total:                      $16.54**

How are shipping costs calculated?

# Website screenshot cover page

**Product Page:**

https://www.amazon.com/ItronZ-Posters-Aesthetic-Unframe-style16x24inch-40x60cm/dp/B0CHFHQNMQ/ref=sr_1_151?crid=281XANV9Y9WXK&keywords=luke+combs&qid=1695234064&sprefix=luke+combs+%2Caps%2C146&sr=8-151

**ProductID:** amazon_B0CHFHQNMQ
**ProductName:** ItronZ Luke Combs Album Cover Canvas Poster Print Music Posters for Room Aesthetic Gift Unframe-style16x24inch(40x60cm)
**SellerID:** amazon_AJO2OEDQAZLQ2
**SellerName:** DuChangXianLeiNa

**Item Screenshot Created at:** 2023-09-21 05:51:26
**Checkout Screenshot Created at:** 2023-09-21 05:58:03



Home & Kitchen › Wall Art › Posters & Prints





Roll over image to zoom in

**ItronZ Luke Combs Album Cover Canvas Poster Print Music Posters for Room Aesthetic Gift Unframe-style16x24inch(40x60cm)**

Brand: ItronZ

$19 90

Get $50 off instantly: Pay $0.00 $19.90 upon approval for Amazon Visa. No annual fee.

Size: **16x24inch(40x60cm)**

| 12x18inch(30x45cm) |
| 16x24inch(40x60cm) |
| 20x30inch(50x75cm) |
| 24x36inch(60x90cm) |

Color: **Unframe-style**

 

| Size | 16x24inch(40x60cm) |
| Product Dimensions | 24"L x 16"W |
| Number of Items | 1 |
| Orientation | Portrait |
| Shape | Rectangular |

See more

**About this item**

- HIGH-QUALITY MATERIALS : The poster made of high-density canvas, which makes the picture full of color, and does not fade,quality guaranteed!

- Unlike paper posters, canvas posters will not affected due to external environmental factors.



$19 90

FREE delivery **October 3 - 16**. Details

Choose location for most accurate options

**In stock**
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
| Ships from | DuChangXianLeiNa |
| Sold by | DuChangXianLeiNa |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

- ROOM DECORATION：EASILY DECORATE any space to create the perfect decor for bedroom, bathroom, living room, office, dorm, and more.
- Surprise Gift : These posters are great gifts for friends, kids, classmates, especially on birthdays, parties, Christmas, Thanksgiving!
- We are committed to quality issues,so that you can buy with confidence.

## Buy it with

 +  +

**This item:** ItronZ Luke Combs Album Cover Canvas Poster Print Music Posters for Room…
$19⁹⁰

Motivational Wall Art - Office Wall Art & Decor Motivational poster - Positive Quotes Wall…
$12⁹⁵

10 Things That Require Zero Talent - Motivational Wall Art, Inspirational Wall Decor Print,…
$11⁸⁸

Total price: **$44.73**

**Add all three to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

## Overstock deals on Wall Art   Explore more in Outlet

Page 1 of 20

     

ARTISTIC PATH Sailboat Picture Seascape Wall Art: Nautical Artwork Print on Canvas Painti…
★★★★½ 175
**50% off** Overstock
$7.49
Typical: ~~$14.99~~
Get it as soon as **Tuesday, Sep 26**
FREE Shipping on orders over $35 shipped by Amazon
Only 5 left in stock - order…

Claude Monet Canvas Wall Art - Garden at Sainte-Adresse Poster - Impressionism Fine Art…
★★★½ 3
**30% off** Overstock
$8.39
Typical: ~~$11.99~~
Get it as soon as **Saturday, Sep 30**
FREE Shipping on orders over $35 shipped by Amazon
Only 3 left in stock - order…

Nurse Gifts, School Nurse Canvas Wall Art Prints,Motivational Quote Paintings…
★★★★★ 1
**50% off** Overstock
$8.49
Typical: ~~$16.99~~
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Epic Art 'Deliberation' by Mario Sanchez Nevado, Acrylic Glass Wall Art, 36"x36"
★★★★½ 129
**11% off** Overstock
$214.30
Typical: ~~$242.14~~
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon
Only 11 left in stock - orde…
60% Claimed

Gardenia Art 3 Piece Brown Flower Canvas Wall Art for Living Room Abstract Floral Picture…
★★★★½ 155
**20% off** Overstock
$39.35
Typical: ~~$49.19~~
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon
Only 4 left in stock - order…

## Customers also viewed these products

Page 1 of 9













unique america 100 Pcs | Posters, Album Cover Posters, Posters For Bedroom, Music Posters, Room Decor, Rapper...
★★★★☆ 180
$18.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

unique america 150 Pcs | Posters Wall Collage Kit, Album Cover Posters, Posters for Room, Mus...
★★★★☆ 4,615
**Amazon's Choice** in Educational Charts & Posters
$17.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

ManRule Frank Ocean Posters Set of 4 Album Cover Posters 8 by 12 inch Music Posters for Room Aesthetic Canva...
★★★★☆ 232
$14.99 ($29.98/Ounce)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Usspo Frank Ocean Music Album Cover Poster Print Canvas Wall Art Limited Signed Blond Poster Room Aesthetic...
★★★★☆ 31
$21.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Zach Bryan Posters American Heartbreak Poster Album Cover Poster Canvas Poster Bedroom Decor Sports Landscape Office Roo...
$29.00
Get it **Oct 4 - 18**
FREE Shipping

## Product information

| | |
|---|---|
| Size | 16x24inch(40x60cm) |
| Product Dimensions | 24"L x 16"W |
| Number of Items | 1 |
| Orientation | Portrait |
| Shape | Rectangular |
| Theme | Music |
| Frame Type | Wrapped Canvas |
| Wall Art Form | Poster |
| Material | Canvas |
| Color | Unframe-style |
| Style | Modern |
| Brand | ItronZ |
| Frame Material | Wood |
| Mounting Type | Wall Mount |
| ASIN | B0CHFHQNMQ |
| Date First Available | September 6, 2023 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

To Dear Buyer

【 Material Description 】 Canvas

【Product performance】Fine workmanship: select high-quality materials, high density, and durable. High-quality canvas, delicate and textured. Can be hung for a long time.

Good color fastness: The fine craftsmanship guarantees good color fastness, making the picture full of color, lifelike, and does not fade. You can enjoy painting as a leisure and relaxation after work.

Good beauty: The modern and simple style perfectly matches the home decoration in the room, enhancing the sense of art. Light up the entire room, reflecting the good and individual taste of the owner.

【Applicable scenarios】Suitable for living room, bedroom, kitchen, office, hotel, restaurant and bar, etc.

【 Washing instructions 】 It is recommended to wipe and clean regularly.

【 Special Note 】This size data is due to different measurement methods. The error of frameless pictures is within 1cm. It is a normal phenomenon.

Start your Art Travel on my Shop Now,Finding the Amazing Art and enjoying your Time!

## Important information

To report an issue with this product, click here.

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

5 star ▭▭▭▭▭▭ 0%
4 star ▭▭▭▭▭▭ 0%
3 star ▭▭▭▭▭▭ 0%
2 star ▭▭▭▭▭▭ 0%
1 star ▭▭▭▭▭▭ 0%

No customer reviews

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Customers who viewed items in your browsing history also viewed

    

Beautiful Crazy Leopard Bleached T-Shirt Women Western Country Music Shirt Vintage Graphic Country Concert Tee Tops
★★★★☆ 96
$16.99

Luke Combs Gettin' Old Album Tee
★★★★½ 45
$19.70-$27.27

Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt
★★★★½ 200
$8.99-$15.99

Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops
★★★★½ 44
$18.99-$22.99

Western Rodeo Bleach T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl Tops
★★★★½ 238
$11.89-$16.99

See personalized recommendations

Sign in

New customer? Start here.

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English        United States

| Amazon Music | Amazon | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon |
| Stream millions | Advertising | Score deals | Books, art | Audiobook | Start a Selling | Business |
| of songs | Find, attract, | on fashion brands | & collectibles | Publishing | Account | Everything |
| | and | | | Made Easy | | For |
| | engage | | | | | Your |
| | customers | | | | | Business |
| | | | | | | |
| Amp | Amazon | AmazonGlobal | Home Services | Amazon Web | Audible | Box Office |
| Host your own live | Fresh | Ship Orders | Experienced Pros | Services | Listen to Books | Mojo |
| radio show with | Groceries & | Internationally | Happiness | Scalable Cloud | & Original | Find Movie |
| music you love | More | | Guarantee | Computing | Audio | Box Office |
| | Right To | | | Services | Performances | Data |
| | Your Door | | | | | |
| Goodreads | IMDb | IMDbPro | Kindle Direct | Amazon Photos | Prime Video | Shopbop |
| Book reviews | Movies, TV | Get Info Entertainment | Publishing | Unlimited | Direct | Designer |
| & recommendations | & Celebrities | Professionals Need | Indie Digital & Print | Photo Storage | Video | Fashion |
| | | | Publishing | Free With | Distribution | Brands |
| | | | Made Easy | Prime | Made Easy | |
| Amazon Warehouse | Whole | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on | Foods | Deals and | Shoes & | Smart Home | Stream 4K | Smart |
| Quality Used Products | Market | Shenanigans | Clothing | Security | Video | Security |
| | America's | | | Systems | in Every Room | for Every |
| | Healthiest | | | | | Home |
| | Grocery | | | | | |
| | Store | | | | | |
| | Neighbors | Amazon Subscription Boxes | PillPack | Amazon | | |
| | App | Top subscription boxes – | Pharmacy | Renewed | | |
| | Real-Time | right to your door | Simplified | Like-new | | |
| | Crime | | | products | | |
| | & Safety | | | you can trust | | |
| | Alerts | | | | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices   ✓✗
© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

# Checkout (1 item)

## 1 Shipping address

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

## 2 Payment method

**MasterCard** ending in 3709

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

## 3 Offers

## 4 Review items and shipping

**FREE TRIAL**

**Wendell, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: Oct. 3, 2023 - Oct. 16, 2023**

Items shipped from DuChangXianLeiNa

**ItronZ Luke Combs Album Cover Canvas Poster Print Music Posters for Room Aesthetic Gift Unframe-style16x24inch(40x60cm)**

**$19.90**

Qty: 1

Sold by: DuChangXianLeiNa

Gift options not available

**Choose a delivery option:**

(•) **Tuesday, Oct. 3 - Monday, Oct. 16**
FREE Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $21.94**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Wendell, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $19.90 |
| Shipping & handling: | $0.00 |
| Total before tax: | $19.90 |
| Estimated tax to be collected:* | $2.04 |
| **Order total:** | **$21.94** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**

https://www.amazon.com/ItronZ-Posters-Aesthetic-Unframe-style12x18inch-30x45cm/dp/B0CHFK34DB/ref=sr_1_54?crid=281XANV9Y9WXK&keywords=luke+combs&qid=1695233846&sprefix=luke+combs+%2Caps%2C146&sr=8-54

**ProductID:** amazon_B0CHFK34DB
**ProductName:** ItronZ
**SellerID:** amazon_AJO2OEDQAZLQ2
**SellerName:** DuChangXianLeiNa

**Item Screenshot Created at:** 2023-09-21 05:51:24
**Checkout Screenshot Created at:** 2023-09-21 05:57:22



amazon    Delivering to Columbus 43215   **Choose location for most accurate options**

All ▾   luke combs   🔍

EN ▾   Hello, sign in **Account & Lists** ▾   Returns **& Orders**   🛒 0

≡ All   Off to College   Back to School   Works with Alexa   Medical Care & Pharmacy ▾   Best Sellers   Amazon Basics   Prime ▾   New Amazon devices

Sign in

New customer? Start here.

Home & Kitchen › Wall Art › Posters & Prints





Roll over image to zoom in

### ItronZ Luke Combs (2) Album Cover Canvas Poster Print Music Posters for Room Aesthetic Gift Unframe-style12x18inch(30x45cm)

Brand: ItronZ

---

$15.00

Get $50 off instantly: Pay $0.00 $15.00 upon approval for Amazon Visa. No annual fee.

Size: **12x18inch(30x45cm)**

| 12x18inch(30x45cm) |
| 16x24inch(40x60cm) |
| 20x30inch(50x75cm) |
| 24x36inch(60x90cm) |

Color: **Unframe-style**



| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Number of Items | 2 |
| Orientation | Portrait |
| Shape | Rectangular |

### About this item

- HIGH-QUALITY MATERIALS：The poster made of high-density canvas, which makes the picture full of color, and does not fade,quality guaranteed!
- Unlike paper posters, canvas posters will not affected due to external environmental factors.
- ROOM DECORATION：EASILY DECORATE any space to create the perfect decor for bedroom, bathroom, living room, office, dorm, and more.
- Surprise Gift：These posters are great gifts for friends, kids, classmates, especially on birthdays, parties, Christmas, Thanksgiving!
- We are committed to quality issues,so that you can buy with confidence.

---

$15.00

FREE delivery **October 3 - 16**. Details

Choose location for more accurate options

**In stock**

Usually ships within 2 to 3 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
| Ships from | DuChangXianLeiNa |
| Sold by | DuChangXianLeiNa |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

---

### Buy it with

 +  + 

Total price: $75.00

**Add all three to Cart**





**This item:** ItronZ Luke Combs (2) Album Cover Canvas Poster Print Music Posters for Room Aesthetic...
$15 00

SUANEA Frank Ocean Poster Nostalgia, Ultra Album Cover Poster Posters for Room Aesthetic...
$35 00

OFITIN Music Poster Views Album Cover Posters for Room Aesthetic Canvas Art Poster And Wall Art...
$25 00


Some of these items ship sooner than the others.
Show details

## Customers also viewed these products








unique america 150 Pcs | Posters Wall Collage Kit, Album Cover Posters, Posters for Room, Mus...
★★★★☆ 4,615
**Amazon's Choice** in Educational Charts & Posters
$17.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

unique america 100 Pcs | Posters, Album Cover Posters, Posters For Bedroom, Music Posters, Room Decor, Rapper...
★★★★☆ 180
$18.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

ManRule Frank Ocean Posters Set of 4 Album Cover Posters 8 by 12 inch Music Posters for Room Aesthetic Canva...
★★★★☆ 232
$18.99 ($29.98/Ounce)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

DFGHG Kanye Poster Ye Album Cover Canvas Poster Music Posters Wall Art Decor Print Posters for Room Aesthetic...
★★★★☆ 42
$14.99
FREE Shipping on orders over $35 shipped by Amazon
Only 14 left in stock - order...

Request Your Own Album Choice, Custom Album Poster, Album Cover Posters, Album...
★★★★☆ 21
**Amazon's Choice** in Posters & Prints
$9.99
Get it **Oct 2 - 12**
FREE Shipping

Usspo Frank Oce Music Album Cov Poster Print Canv Art Limited Signe Poster Room Aes
★★★★☆ 31
$21.99
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on o over $35 shipped by

## Product information

| | |
|---|---|
| Size | 12x18inch(30x45cm) |
| Product Dimensions | 18"L x 12"W |
| Number of Items | 2 |
| Orientation | Portrait |
| Shape | Rectangular |
| Theme | Music |
| Frame Type | Wrapped Canvas |
| Wall Art Form | Poster |
| Material | Canvas |
| Color | Unframe-style |
| Style | Modern |
| Brand | ItronZ |
| Special Feature | Fade Resistant |
| Frame Material | Wood |
| Mounting Type | Wall Mount |
| ASIN | B0CHFK34DB |
| Best Sellers Rank | #917,138 in Home & Kitchen (See Top 100 in Home & Kitchen) #35,520 in Posters & Prints |
| Date First Available | September 6, 2023 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

To Dear Buyer

【 Material Description 】Canvas

【Product performance】Fine workmanship: select high-quality materials, high density, and durable. High-quality canvas, delicate and textured. Can be hung for a long time.

Good color fastness: The fine craftsmanship guarantees good color fastness, making the picture full of color, lifelike, and does not fade. You can enjoy painting as a leisure and relaxation after work.

Good beauty: The modern and simple style perfectly matches the home decoration in the room, enhancing the sense of art. Light up the entire room, reflecting the good and individual taste of the owner.

【 Applicable scenarios 】 Suitable for living room, bedroom, kitchen, office, hotel, restaurant and bar, etc.

【 Washing instructions 】 It is recommended to wipe and clean regularly.

【 Special Note 】 This size data is due to different measurement methods. The error of frameless pictures is within 1cm. It is a normal phenomenon.

Start your Art Travel on my Shop Now,Finding the Amazing Art and enjoying your Time!

## Important information

To report an issue with this product, click here.

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell more with Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | |
| Amazon Devices | Advertise Your Products | Gift Cards | |
| | | Amazon Currency Converter | |





Amazon Science

Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Your Recalls and Product Safety Alerts
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)

🔒

**1  Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

**2  Payment method**

💳 MasterCard ending in 3709
**Billing address:** Same as shipping address.
**Add a gift card or promotion code or voucher**

Change

[ Enter code ]  Apply

**3  Offers**

**4  Review items and shipping**

┌─────────────────────────────────────────────────────────┐
│ **FREE TRIAL**                                          │
│ **Wendell, we're giving you 30 days of Prime**   [ Try Prime FREE for 30 days ▶ ] │
│ **benefits for FREE**                                   │
└─────────────────────────────────────────────────────────┘

**Estimated delivery: Oct. 3, 2023 - Oct. 16, 2023**
Items shipped from DuChangXianLeiNa

ItronZ Luke Combs (2) Album Cover Canvas Poster Print Music Posters for Room Aesthetic Gift Unframe-style12x18inch(30x45cm)
**$15.00**
Qty: 1
Sold by: DuChangXianLeiNa

Gift options not available

**Choose a delivery option:**
◉ **Tuesday, Oct. 3 - Monday, Oct. 16**
FREE Shipping

[ Place Your Order and Pay ]

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $16.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Wendell, get in on the perks.
We're giving you 30 days of
Prime benefits for FREE.**

[ Try Prime FREE ]

[ **Place Your Order and Pay** ]

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $15.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $15.00 |
| Estimated tax to be collected:* | $1.54 |
| **Order total:** | **$16.54** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Pack-Inch-Sticker-Set-Scrapbooking/dp/B09MCFBZ6B/ref=sr_1_51?crid=281XA
NV9Y9WXK&keywords=luke+combs&qid=1695233474&sprefix=luke+combs+%2Caps%2C146&sr=8-51

**ProductID:** amazon_B09MCFBZ6B
**ProductName:** Pack of 6 2 Inch Sticker Set - Luke Combs Sticker - Journaling Scrapbooking Diary Planner Album Notebook Card Laptop Waterbottle DIY Arts and Crafts
**SellerID:** amazon_AL9N1G69ZR7PZ
**SellerName:** Scottie Sells

**Item Screenshot Created at:** 2023-09-21 05:54:41
**Checkout Screenshot Created at:** 2023-09-21 06:15:33



Arts, Crafts & Sewing › Scrapbooking & Stamping › Stickers & Sticker Machines



Click image to open expanded view

## Pack of 6 2 Inch Sticker Set - Luke Combs Sticker - Journaling Scrapbooking Diary Planner Album Notebook Card Laptop Waterbottle DIY Arts and Crafts

Brand: decal

$4⁹⁹

Eligible for Return, Refund or Replacement within 30 days of receipt ⌄

| Brand | decal |
|---|---|
| Room Type | Bedroom |
| Theme | Automobile |
| Cartoon Character | Bubble |
| Special Feature | Waterproof |
| Number of | 6 |

⌄ See more

 **Material** Vinyl    🔧 **Installation Type** Self-Adhesive

## About this item

- UV and water resistant, and will last for many years without fading, peeling, or cracking. The Highest Quality Engineering.
- Perfect to personalize Laptops, Skateboards, Luggage, Cars, Bumpers, Bikes, Bicycles, Bedroom, Travel Case, Bicycle, Motorcycle, Snowboard, Skateboard etc
- HOW TO USE: Get your stickers, clean the surface, sticker on, then use your



$4⁹⁹

FREE delivery **October 12 - November 1**. Details

Or fastest delivery **September 22 - 26**. Details

📍 Choose location for most accurate options

**In Stock**

Qty: 1 ⌄

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | MEHMET ALI COKYIGIT |
| Sold by | MEHMET ALI COKYIGIT |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

imagination to create works now!

- The vinyl is made to last up to 6 years* on the outside of your vehicle, and can be applied to most clean smooth surfaces; windows, mirrors, laptops, mobile devices, vehicle body, interior walls, and much more

- Guarantee: We promise to provide the best service to our customers. If the products you receive are damaged or not satisfied, please feel free to contact us, worry-free funds return / reissue guarantee, so that you will never leave you do not like The product

## Buy it with

 +  + 

**Total price:** **$19.97**

[Add all three to Cart]

ℹ Some of these items ship sooner than the others.
Show details

**This item:** Pack of 6 2 Inch Sticker Set - Luke Combs Sticker - Journaling...
$4⁹⁹

Imperial Vibes | Remember Kids Electricity Will Kill You Sticker Reddy Kilowatt Warning...
$5⁹⁹ ($2.00/Count)

MrMint NO BOZOS Stickers (3 Pcs/Pack) 5945764536490
$8⁹⁹ ($3.00/Count)

## Similar items that may deliver to you quickly

Page 1 of 2

‹

    

›

300 PCS Horse Stickers, Western Stickers for Water Bottles, Waterproof Vinyl...
★★★★½ 17
**Amazon's Choice** in Kids' Stickers
$12.99 ($0.04/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

MiaoWu 50PCS Cowboy Stickers, Country Western Decals Vinyl Waterproof Stickers for Water Bottle Laptop...
★★★★½ 500
$5.99 ($0.12/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

50 Pcs Western Stickers Country Stickers Cowboy Stickers Cowgirl Stickers Country Western Decals for Water Bottle Luggage Helmet...
★★★★★ 1
$5.99 ($0.12/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Cowgirl Pink Stickers Pack 50PCS, Y2K Western Stickers for Girls Teens Adults Eikecy Vinyl Waterproof Aesthetic...
★★★★½ 6
$4.49 ($0.09/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

Cowboy Girl Stickers - 55Pcs Country Girl Western Stickers Water Bottles Laptop Car Phone Guitar Skatebo...
★★★★★ 2
$7.99 ($1.60/Count)
Get it as soon as **Wednesday, Sep 27**
FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed this item also viewed





BulbaCraft 100Pcs American Country Singer Stickers - Country Music Merch, Country Singer Merchandise -…

★★★★½ 53

$9.99

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

MiaoWu 50PCS Cowboy Stickers, Country Western Decals Vinyl Waterproof Stickers for Water Bottle Laptop…

★★★★½ 500

$5.99 ($0.12/Count)

Get it as soon as **Wednesday, Sep 27**

FREE Shipping on orders over $35 shipped by Amazon

## Product information

| Brand | decal |
|---|---|
| Room Type | Bedroom |
| Theme | Automobile |
| Cartoon Character | Bubble |
| Special Feature | Waterproof |
| Number of Pieces | 6 |
| Age Range (Description) | Adult |
| Reusability | Single Use |
| Pattern | Cartoon |
| Shape | Irregular |
| Manufacturer | decal |
| ASIN | B09MCFBZ6B |
| Best Sellers Rank | #320,159 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing) #8,024 in Scrapbooking Stickers & Sticker Machines |
| Date First Available | November 22, 2021 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

Made in the United States. High Quality Eco-Friendly material and ink.

## Important information

To report an issue with this product, click here.

## Customers also viewed these products

    

| | | | | |
|---|---|---|---|---|
| Knaid Vintage Scrapbook Supplies Pack (200 Pieces) for Witchy Junk Journal Bullet Journals Planners Space Moon Paper Stickers Craft Ki... | Stickers for Adults 300PCS Funny Stickers for Adults/Teens,Adult Stickers,Cool... | 800pcs Vintage Scrapbook Paper, Mini Dictionary Scrapbooking Paper for Journaling... | 100Pcs Music Laptop Stickers for Adults - Rock Band Stickers Waterproof Vinyl Stickers for Guitar... | Agwut 48 Sheets Watercolor Fantasy Scrapbook Washi Paper Stickers Set for Junk Journal, Scrapbooking... |
| ⭐ 6,585 | ⭐ 670 | ⭐ 1,602 | ⭐ 1,032 | ⭐ 358 |
| $9.99 ($0.05/Count) | **Amazon's Choice** in Laptop Decals | **Amazon's Choice** in Decorative Craft Paper | $6.98 ($0.07/Count) | $9.99 |
| FREE Shipping on orders over $35 shipped by Amazon | $9.99 ($0.03/Count) | $11.99 | Get it as soon as **Thursday, Sep 28** | Get it as soon as **Wednesday, Sep 27** |
| | Get it as soon as **Wednesday, Sep 27** | Get it as soon as **Wednesday, Sep 27** | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
| | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | | |

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Best Sellers in Scrapbooking & Stamping Supplies

Page 1 of 12





**Elmer's Disappearing Purple School Glue, Washable, 6 Pack, 0.21-ounce sticks**
⭐⭐⭐⭐⭐ 29,075
**#1 Best Seller** in Art Glues & Pastes
$2.97 ($2.36/Ounce)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**Elmer's Disappearing Purple School Glue Sticks, Washable, 7 Grams, 30 Count**
⭐⭐⭐⭐⭐ 35,473
$8.27 ($0.28/Count)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**Adtech W229-34ZIP100 Mini Hot Glue Sticks, 100 pack, Clear 100 Count**
⭐⭐⭐⭐⭐ 10,706
$6.54 ($0.07/Count)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon

**Neenah White Index Cardstock, 300 Sheets, 110 lb/199 gsm, 94 Brightness, 8.5" x 11" -...**
⭐⭐⭐⭐⭐ 12,582
**#1 Best Seller** in Card Stock
$15.99 ($0.05/Count)
Get it as soon as Wednesday, Sep 27
FREE Shipping on orders over $35 shipped by Amazon
🍃 Climate Pledge Friendly 

### Customers who viewed items in your browsing history also viewed

Page 1 of 12







**Beautiful Crazy Leopard Bleached T-Shirt Women Western Country Music Shirt Vintage Graphic Country Concert Tee Tops**
⭐⭐⭐⭐ 96
$16.99

**Luke Combs Gettin' Old Album Tee**
⭐⭐⭐⭐ 45
$19.70–$27.27

**Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt**
⭐⭐⭐⭐ 200
$8.99–$15.99

**Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl Tops**
⭐⭐⭐⭐ 238
$11.89–$16.99

See personalized recommendations

**Sign in**

New customer? Start here.

---

**Back to top**

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help





› See More Ways to Make Money

amazon English United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

amazon                          Checkout (1 item)                              🔒

**1  Shipping address**
Wendell Allen                                   Change
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

**2  Payment method**
MasterCard ending in 3709          Change
Billing address: Same as shipping
address.

Add a gift card or promotion code or
voucher

[ Enter code ]          Apply

**3  Offers**

**4  Review items and shipping**

FREE TRIAL
Wendell, we're giving you 30 days of Prime         [ Try Prime FREE for 30 days > ]
benefits for FREE

**Estimated delivery: Oct. 12, 2023 - Nov. 1, 2023**
Items shipped from MEHMET ALI COKYIGIT

Pack of 6 2 Inch Sticker Set      **Choose a delivery option:**
- Luke Combs Sticker -           ● **Thursday, Oct. 12 - Wednesday, Nov. 1**
Journaling Scrapbooking            FREE Shipping
Diary Planner Album              ○ Friday, Sept. 22 - Tuesday, Sept. 26
Notebook Card Laptop               $8.99 - Shipping
Waterbottle DIY Arts and
Crafts
**$4.99**
Qty: 1 ⌄
Sold by: MEHMET ALI COKYIGIT

Gift options not available

[ Place Your Order and Pay ]       **Order total: $5.50**
                                   By placing your order, you agree to Amazon's
You'll be securely redirected to MasterCard   privacy notice and conditions of use.
to complete this transaction.

---

Wendell, get in on the perks.
We're giving you 30 days of
Prime benefits for FREE

[ Try Prime FREE ]

[ Place Your Order and Pay ]

You'll be securely redirected to
MasterCard to complete this
transaction.

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

Items:                        $4.99
Shipping & handling:          $0.00

Total before tax:             $4.99
Estimated tax to be collected:*  $0.51

**Order total:**              **$5.50**

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Western-Shirts-Cowgirl-Tshirt-Country/dp/B0CB8K4H74/ref=sr_1_3?crid=1H20R
2SO89674&keywords=combs+tee&qid=1695825133&sprefix=combs+tee%2Caps%2C155&sr=8-3

**ProductID:** amazon_B0CB8K4H74
**ProductName:** Western Shirts Cowgirl Tshirt Country
**SellerID:** amazon_A1UP0SMIK0G434
**SellerName:** lanxuanmaoyi

**Item Screenshot Created at:** 2023-09-27 15:44:02
**Checkout Screenshot Created at:** 2023-09-27 15:53:08





**Visit the Anbech Store**

# Women Rodeo Cowboy Shirt Western Graphic Tees Vintage Horse Riding Short Sleeve Top

4.5 ★★★★½ | 776 ratings

| 4 answered questions

Price: **$19.99**

Free Returns on some sizes and colors ⌄

**Fit:** True to size. Order usual size. ⌄

Size:

Select ⌄

Color: A#4 Black

Size Chart ⌄

| Brand | Anbech |
|---|---|
| Color | A#1 Beige |
| Fit Type | Regular Fit |
| Style | Western |
| Neck Style | 圆领 |

## About this item

- Cotton Blend
- Imported
- Pull On closure
- Machine Wash
- Western Cowboy Shirts Material: COTTON BLEND, Soft to the Touch, We Screen Print Our Graphic Tees with State of the Art Equipment to Ensure Vibrant Colors and Lasting Durability, Breathable and Lightweight.
- Rodeo Shirt Features: Graphic Vintage T-shirts, Women Retro Vintage Cowboy Country Graphic Music Tops, Funny Letter Print Western Tees for Women, Girls, Bleached Horse Graphic Shirt.
- Short Sleeve T-Shirt Occasions: Beer Party, Country Music, Casual Wear, Work, Holiday, Outdoor, Party,

**To buy, select Size**

Add to Cart

Add to List

Daily Life and It Will Be A Good Choice To Match with Jeans, Leggings, High Heels, Boots and Etc.

⌄ Show more


**Victoria's Secret The Tour '23**
New styles inspired by the global fashion show. Shop now.

## Similar items that may ship from close to you

Page 1 of 2







Rock Band T-Shirts for Women Vintage Rock and Roll Country Music Shirt Funny Concert Outfit Short Sleeve...
★★★★☆ 28
$17.98
Get it as soon as **Wednesday, Oct 4**
FREE Shipping on orders over $35 shipped by Amazon
Only 2 left in stock - order...

JINTING Country Music Shirt Women Country Concert Tshirt Music...
★★★★☆ 88
Save 19%
$16.99
List: $20.99
Lowest price in 30 days
Get it as soon as **Monday, Oct 2**
FREE Shipping on orders over $35 shipped by Amazon

Wild Soul T-Shirt Women Vintage Western Bleached Tee Tops Boho Cow Skull Rodeo Shirt Western Cowgirls Casu...
★★★★☆ 1,118
$17.99
Get it as soon as **Tuesday, Oct 3**
FREE Shipping on orders over $35 shipped by Amazon

Women Vintagae T Shirt Back to The Gypsy That I was Stevie Shirt Nicks Graphic Music Tees Shirt Rock Band Tops Blouse
★★★★☆ 3,032
$18.98
Get it as soon as **Monday, Oct 2**
FREE Shipping on orders over $35 shipped by Amazon

Western T-Shirt Women Vintage Country Music Retro Steer Skull Shirt Cute Cowgirl Graphic Cowboy Short Sleeve...
★★★★☆ 91
$16.99
Get it as soon as **Monday, Oct 2**
FREE Shipping on orders over $35 shipped by Amazon

## From the brand



Ideal Gift Choice

halloween shirts

## Product Description









COTTON BLEND
SOFT TO
THE TOUCH
/
Breathable and





COWGIRL SHIRTS FOR WOMEN
BUT ALSO MAKE YOU HAPPIER AND MORE RELAXED



# Size Chart

| SIZE | LENGTH | BUST | SHOULDER |
|------|--------|------|----------|
| S | 67CM/26.38" | 96CM/37.80 | 39CM/15.35" |
| M | 68CM/26.77" | 100CM/39.37 | 40CM/15.75" |
| L | 69CM/27.17" | 105CM/41.34 | 41CM/16.14" |
| XL | 70CM/27.56" | 112.6CM/44.33" | 42CM/15.54" |

1. About Size item  measure by hand, it could be 0.5 - 1 Inch different.

2. About Color: the picture, color and brightness may differ a little due to different computer monitors or other factors.

## Product details

**Package Dimensions** : 13.27 x 10.24 x 1.18 inches; 5.93 Ounces

**Department** : Womens

**Date First Available** : March 6, 2023

**ASIN** : B0BXKMMCY7

**Best Sellers Rank:** #12,544 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
    #296 in Women's T-Shirts

**Customer Reviews:** 4.5 ★★★★☆ ˅          [776 ratings](#)

# Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

---

# Important information

To report an issue with this product, [click here](#).

---

# Looking for specific info?

🔍 Search in reviews, Q&A...

---

## Customer reviews

 **4.5 out of 5**

776 global ratings

| | | |
|---|---|---|
| 5 star | ▰▰▰▰▰ | 74% |
| 4 star | ▰ | 13% |
| 3 star | ▰ | 6% |
| 2 star | ▰ | 3% |
| 1 star | ▰ | 3% |

˅ [How customer reviews and ratings work](#)

---

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

---

 Top reviews ˅

### Top reviews from the United States

👤 Sarah

★★★★★ **Super comfortable**

Reviewed in the United States on September 6, 2023

Size: Large | Color: B-grey | **Verified Purchase**

Love this shirt! Absolutely comfortable. Very soft. Not a cheap feel to the material. Very pleased with it.

[ Helpful ]  |  Report

👤 Kaycee

★★★★★ **LOVE**

Reviewed in the United States on September 5, 2023

Size: Large | Color: D-grey | **Verified Purchase**

Colors are the same as pictured. I sized up for a baggier fit

[ Helpful ]  |  Report

👤 You Go Girl!!

★★★★☆ **Cowgirl**

Reviewed in the United States on August 16, 2023

Size: X-Large | Color: A-#04 Dark Grey 2 | **Verified Purchase**

The Blouse was a perfect fit; stylish and the material is soft. Matched my boots perfect.

[ Helpful ]  |  Report

👤 Maya B.

★★★★★ **cute**

Reviewed in the United States on August 22, 2023

Size: Medium | Color: D-grey | **Verified Purchase**

i would order a size up for a cuter fit, but overall this is nice. it did good for my obsession with fleetwood mac.

[ Helpful ]  |  Report

👤 Amanda White

★★★★★ **Tshirt review**

Reviewed in the United States on August 20, 2023



Size: Large | Color: A-#04 Blue 2 | **Verified Purchase**

Great fit & soft

[ Helpful ] | Report

**mom2jav**

★★★★★ **Super comfy**

Reviewed in the United States on August 13, 2023

Size: Medium | Color: C#1 Grey | **Verified Purchase**

I will be buying other prints in this shirt!

[ Helpful ] | Report

**Jason Shier**

★★★★☆ **Nice quality T-shirt**

Reviewed in the United States on June 22, 2023

Size: X-Large | Color: A#1 Beige | **Verified Purchase**

Very soft, comfortable shirt, a thicker material.
I usually wear a large shirt, but had to go to extra large. I felt it ran a little small.

[ Helpful ] | Report

**Glo**

★★★★☆ **Rock band shirts**

Reviewed in the United States on May 10, 2023

**Verified Purchase**

I love the softness of the T-Shirt but not crazy about the design.

3 people found this helpful

[ Helpful ] | Report

See more reviews ›

---

**Customers who bought this item also bought**     Page 1 of 11



MYHALF God's Country Vintage Tshirt Cute Letter Print Tops Shirt Summer O-Neck Short Sleeve Cowgirl Tees

★★★★½ 529

$19.99



Herd That Cow T Shirt Women Funny Graphic Tees Animal Lovers Short Sleeve Cow Shirts Casual Short Sleeve Tops

★★★★½ 1,198

$16.99 - $17.99



Cow Shirt for Women Funny Animal Graphic Cattle Cowgirl Tshirt Casual Farm Life T-shirt Short Sleeve Vacation Tops

★★★★½ 673

$14.99 - $16.99



Smooth as Tennessee Whiskey Sweet as Strawberry Wine Shirt Women Country Music Tee Letter Print Drinking T-Shirt

★★★★½ 2,003

$15.99 - $16.99



Romastory Womens Street Pattern Novelty T-Shirt Short Sleeve Loose Summer Tops Tee Shirts

★★★★½ 3,996

$9.99 - $20.99

---

**Best Sellers in Women's Fashion**     Page 1 of 9









Leggings Depot Women's Relaxed-fit Jogger Track Cuff...

★★★★½ 91,659

**#1 Best Seller** in Women's Yoga Pants

**46% off** Deal

$12.99
List: $23.99

Get it as soon as **Monday, Oct 2**

FREE Shipping on orders over $35 shipped by Amazon

Gloria Vanderbilt Women's Classic Amanda High Rise Tapered Jean

★★★★½ 81,565

**#1 Best Seller** in Women's Jeans

$12.00

Get it as soon as **Tuesday, Oct 3**

FREE Shipping on orders over $35 shipped by Amazon

Leggings Depot High Waisted Leggings for Women Buttery Soft Women's Leggings Soli...

★★★★½ 41,016

**#1 Best Seller** in Women's Leggings

**49% off** Deal

$10.19
List: $19.99

wernies No Show Socks Women Low Socks Non Slip Flat Boat Line 4/8 Pairs

★★★★½ 71,426

**#1 Best Seller** in Women's No Show & Liner Socks

$16.89 ($2.11/Count)

Get it as soon as **Monday, Oct 2**

FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed items in your browsing history also viewed

Page 1 of 11











Steer Skull Western Shirts for Women Nashville Outfits for Women Oversized Tees Country Music Tshirt

★★★★½ 23

$19.99-$23.99

The Wild West at Its Best Tanks Top Women Western Rodeo Fringe Vests Tee Vintage Cowboy Sleeveless Shirts Top

★★★★½ 19

$19.99

Rock Band T-Shirts for Women Vintage Rock and Roll Country Music Shirt Funny Concert Outfit Short Sleeve Vacation Tops

★★★★½ 28

$12.98-$18.68

JINTING Country Music Shirt Women Country Concert Tshirt Music Lover Gift Shirts Vintage Letter Print Graphic Tee Tops

★★★★½ 88

$16.99

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us

Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

### Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help



Host an Amazon Hub

› See More Ways to Make Money

amazon English United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amp
Host your own live radio show with music you love

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)                                                🔒

**1  Shipping address**

Wendell Allen                                          Change
38 W JACKSON BLVD
CHICAGO, IL 60604-3908

Add delivery instructions

📍 Or pick up near this address · See nearby pickup
   locations

**2  Payment method**

💳  **MasterCard** ending in 3709               Change

Billing address: Same as shipping
address.

^ Add a gift card or promotion code or
  voucher

[ Enter code ]            [ Apply ]

**3  Offers**

**4  Review items and shipping**



**Wendell, we're giving
you Prime free for 30
days!**

**Get your Prime eligible items**
~~Saturday, Sept. 30 by 8PM~~
**Friday, Sept. 29 by 8PM for**
~~$6.99~~ **FREE**

No hassle. No commitments. Cancel
anytime.

✓ Same-day delivery
✓ One-day delivery        [ Try Prime > ]
✓ Two-day delivery

**Delivery: Sept. 30, 2023**  If you order in the next 13 hours and 6 minutes  (Details)
Items shipped from Amazon.com

**Western Shirts for Women
Combs Cowgirl Tshirt Bull
Skull Tee Casual Western
Country Music Short Sleeve
Tops**

**$19.99** & FREE Returns ⌄

Qty: 1 ⌄

Sold by: lanxuanmaoyi

Amazon Prime eligible  Join now

🎁 Add gift options

**Item arrives in packaging
that shows what's inside. To
hide it, choose Ship in
Amazon packaging.**

[ Ship in Amazon packaging ]

**Choose a delivery option:**

◯ FREE Two-Day Delivery with your free
  trial of Prime

🔘 [ **Fast, FREE Delivery** prime ]
  **Saturday, Sept. 30**
  $6.99 - Shipping

◯ **Friday, Sept. 29**
  $9.99 - Shipping

[ **Place your order** ]  **Order total: $29.03**
By placing your order, you agree to Amazon's privacy notice and conditions of
use.

---

Get FREE Two-Day Delivery and
save $6.99 on this order when
you start your 30-day FREE trial
of Prime.

[ Try Prime FREE ]

[ **Place your order** ]

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

Items:                              $19.99
Shipping & handling:                 $6.99

Total before tax:                   $26.98
Estimated tax to be collected:       $2.05

**Order total:**                    **$29.03**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions
apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**

https://www.amazon.com/T-Shirt-Western-Graphic-Vintage-Country/dp/B0CGCBGMC9/ref=sr_1_124?crid=1H20R2SO89674&keywords=combs+tee&qid=1695825424&sprefix=combs+tee%2Caps%2C155&sr=8-124

**ProductID:** amazon_B0CGCBGMC9
**ProductName:** T Shirt Western Graphic Vintage Country
**SellerID:** amazon_A2O22ON0EQB47Q
**SellerName:** Qimee

**Item Screenshot Created at:** 2023-09-27 15:43:32
**Checkout Screenshot Created at:** 2023-09-27 15:49:30



amazon
Delivering to Columbus 43215
Choose location for most accurate options
All combs tee
EN
Hello, sign in
Account & Lists
Returns
& Orders
0
All Medical Care Best Sellers Amazon Basics Prime Customer Service
prime THURSDAY NIGHT FOOTBALL 31 : 16 : 34
Amazon Fashion Women Men Kids Luggage Sales & Deals New Arrivals Our Brands prime try before you buy
Prime Big Deal Days October 10-11 Learn more›

Clothing, Shoes & Jewelry › Westlake

Visit the GEMLON Store

# Luck Combs T-Shirt Women Retro Western Cowboy Steer Skull Graphic Vintage Country Music Short Sleeve Tee Tops

Price: $29.98
Free Returns on some sizes and colors

Color: White

Size:
Select

Size Chart

| | |
|---|---|
| **Brand** | GEMLON |
| **Color** | Blue4 |
| **Age Range (Description)** | Adult |
| **Sleeve Type** | Short Sleeve |
| **Fabric Type** | Cotton Blend |

## About this item

- Cotton Blend
- Pull On closure
- ❤【Material】 Women's luck combs blouse tees is made of cotton blend, high-quality stretch fabric is very soft, breathable, and skin-friendly, will let you stay comfy all day.
- ❤【Feature】 Vintage cattle skull graphic cowgirl shirt for women combs letters print tee shirt make you the protagonist of the daily life. If you wear this retro western cowgirl tee tops you will get a lot of good comments from your friends. Loose and casual o-neck short sleeve design of this funny summer tops tee gives you a relaxed and comfortable feeling.
- ❤【Occasion】 This country music cowboy steer skull shirts makes the perfect outfit choice to wear that great for party, camping, hiking, workouts, social events, beach, school, photoshoot, casual, daily wear, birthday, any holidays, casual, party, beach, sport, holiday, club etc.

To buy, select **Size**
Add to Cart
Add to List

- ❤【Suit For】Perfectly pairing with jeans, short, legging or short skirt, and always great for casual, sports, beach, holiday, party, gym and etc.
- ❤【Gift】This summer short sleeve crewneck blouse classic vintage country music tee is ideal gift for yourself, your wife, mother, daughter, sister, cousin, girlfriend, friends, teacher or other who likes country music.


**Baleaf x Orolay**
Meet your weekend wardrobe. Shop now.

---

## Customers also viewed these products



Retro Steer Skull Western T-Shirt Women Vintage Country Music Shirt Cute Cowgirl Graphic Cowboy Tees Tops
⭐⭐⭐⭐ 919
$11.99-$16.99



JINTING Country Music Shirt Women Country Lover Gift Shirts Vintage Concert Tshirt Music Letter Print Graphic Tee Tops
⭐⭐⭐⭐ 88
$16.99



Western Country Music Tank Tops Women Vintage Causal Loose Fit Summer Tops Tees Blouse Cowboy Rodeo Tank Vest
⭐⭐⭐⭐ 218
$12.99-$14.99



Retro Wallen Skull Western T-Shirt Women Cattle Skull Leopard Graphic Tee Tops Rodeo Country Music Bleached Casual T-Shirt
⭐⭐⭐⭐ 303
$16.99



Singer Fan Shirts Country Vintage Graphic Sweatershirt Tops
⭐⭐⭐⭐ 142
$9.99-$21.99

Wor Tshi Gra Vint Cow Slee
⭐⭐
$17

---

## Product Description

Women's O-neck T-shirts short sleeve blouses loose Tshirts tee summer shirt casual tunic tops
Pattern Type:Solid minimalist
Style: Casual Style
Occasion: Daily, Outdoor
Clothing Length: Regular
Collar: O-Neck
Sleeve Length: Short Sleeve
Season: Spring, Summer, Fall, Winter
Size Chart: (1Inch=2.54cm)
Size S--------Length 65cm/25.5"-----Bust 92cm/36.2"-------Shoulder 43cm/16.9"------Sleeve 19.5cm/7.6"
Size M--------Length 66cm/25.9"-----Bust 96cm/37.7"-------Shoulder 44cm/17.3------Sleeve 20cm/7.8"
Size L--------Length 68cm/26.7"-----Bust 102cm/40.1"------Shoulder 46cm/18.1------Sleeve 20.5cm/8.0"
Size XL--------Length 69cm/27.1"-----Bust 108cm/42.5"------Shoulder 47cm/18.5------Sleeve 21cm/8.2"
Size XXL-------Length 71cm/27.9"-----Bust 114cm/44.8"-------Shoulder 49cm/19.2------Sleeve 21.5cm/8.4"
Please allow 0.4-1.1 inch (1-3cm) differ due to manual measurement.
Dear Customers:
We get all of our products with strict inspection for customer satisfaction service and experience.
If you receive damaged or wrong items occasionally, please contact us with attached pictures about the problem,
we will provide you a satisfactory solution within 25 hours.
Attention:
Garment Care: Support hand wash and machine wash.Please wash with cold water, do not dry clean or bleach, not dry flat.
About Color: The pictures show the real items without any special processing.But color and brightness may slightly different due to different computermonitors or other
factors.

---

## Product details

**Item model number** : 20230150

**Department** : Womens

**Date First Available** : August 23, 2023

**ASIN** : B0CGCH8NGJ

# Videos

Help others learn more about this product by uploading a video!

Upload your video

---

# Important information

To report an issue with this product, click here.

---

# Looking for specific info?

---

# Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

🌐 English          United States

| Amazon Music | Amazon | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Business Everything For Your Business |

Amp
Host your own live
radio show with
music you love

Amazon
Fresh
Groceries &
More
Right To
Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books
& Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With
Prime

Prime Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery
Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors
App
Real-Time
Crime
& Safety
Alerts

Amazon Subscription Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices  ✔️✖️
© 1996-2023, Amazon.com, Inc. or its affiliates



amazon

Checkout (1 item)

**1  Shipping address**

Wendell Allen
38 W JACKSON BLVD
CHICAGO, IL 60604-3908
Add delivery instructions

Change

**2  Payment method**

MasterCard ending in 3709

Change

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

Enter code | Apply

**3  Offers**

**4  Review items and shipping**

FREE TRIAL

Wendell, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days ›

**Estimated delivery: Oct. 12, 2023 - Oct. 23, 2023**
Items shipped from Qimee

**Luck Combs T-Shirt Women Retro Western Cowboy Steer Skull Graphic Vintage Country Music Short Sleeve Tee Tops**
$29.98 & FREE Returns ⌄
Qty: 1
Sold by: Qimee

Gift options not available

Choose a delivery option:
● Thursday, Oct. 12 - Monday, Oct. 23
   FREE Shipping

**Place your order**

**Order total: $33.05**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Wendell, get in on the perks.
We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $29.98 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.98 |
| Estimated tax to be collected:* | $3.07 |
| **Order total:** | **$33.05** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Website screenshot cover page

**Product Page:**
https://www.amazon.com/Lu-ke-B-ullh-ead-Sweatshirt-Country-Concert/dp/B0BYZD2YKC/ref=sr_1_5?crid=1H20R2SO89674&keywords=combs+tee&qid=1695825133&sprefix=combs+tee%2Caps%2C155&sr=8-5
**ProductID:** amazon_B0BYZD2YKC
**ProductName:** Lu ke B ullh ead Sweatshirt Country Concert
**SellerID:** amazon_A2VKSLY38HJWG5
**SellerName:** Home Full

**Item Screenshot Created at:** 2023-09-27 15:44:30
**Checkout Screenshot Created at:** 2023-09-27 15:55:37



**Shop Halloween**

Handmade Products › Clothing, Shoes & Accessories › Men › Clothing › Tops & Tees › T-Shirts



Roll over image to zoom in

## %=Lu%ke%= Co%mb% World Tour 2023 Tshirt,%=Lu%ke%= Co%mb% B%ullh%ead Sweatshirt, Country Music Shirt, Music Concert Tee, Combs Tour Shirt for fan

Brand: Generic

$18.99

Customizable

**Customize & Add to Cart**

By clicking "Customize", you agree to these Terms and Conditions.

This shirt has the classic cotton look and feel. Casual elegance will make it an instant favorite in everyone's wardrobe.

- 100% cotton
- 100% SATISFACTION GUARANTEE: If you are not happy with our product, please feel free to contact us, we will give the best solution to you within 24 hours.
- GREAT GIFT IDEAS: Buy it now and make it a great gift for yourself or your beloved ones on Birthday, Halloween, Christmas, New year, Father's day, Mother's day, Anniversary day, Valentine, New Year's Day, April Fools' Day, Easter, Good Friday, Easter Monday, May Day, Christmas Eve, Christmas Day, Boxing Day, New Year's Eve, Mother's Day, Father's Day, Valentine's Day, Bank holiday (public holiday), Chinese New Year, Independence Day, Thanksgiving, Halloween, Saint Patrick's Day...
- This product is crafted from a premium polyester and spandex blend, making it both comfortable and durable. Each panel is individually printed, cut and sewn to ensure a flawless graphic with no imperfections. And high definition printing makes these a pleasure to wear for all occasions.
- Click Customize Now to choose size, style and color.

### Additional Details



**Handmade**
This item was handcrafted, hand-designed, or hand-altered with love. Learn more

$18.99

$9.99 delivery October 3 - 4. Details

Choose location for most accurate options

**In Stock**

This product needs to be customized before adding to cart.

| | |
|---|---|
| Ships from | Home Full |
| Sold by | Home Full |
| Returns | Eligible for Refund or Replacement if damaged or defective |
| Payment | Secure transaction |

**Add to List**

---

**Customers who viewed this item also viewed**    Page 1 of 7


    

Luke Combs Gettin' Old Album Tee

⭐⭐⭐⭐½ 47

$19.64-$23.51

Western Rodeo Bleached T-Shirt Women Vintage Leopard Bull Skull Graphic Cowboy Shirt Country Music Cowgirl Tops

⭐⭐⭐⭐½ 246

$11.99-$16.99

Womens Combs Shirt Cowgirl Tshirt Bull Skull Tee Casual Western Country Music Short Sleeve Tops

⭐⭐⭐⭐½ 45

$18.99-$19.99

Cowboy Take Me Away T-Shirt for Women Country Cowboy Vintage Tees Tops Cowgirl Letter Print Gift T-Shirt

⭐⭐⭐⭐½ 202

$8.99-$15.99

Women Retro Steer Skull Graphic Tee Tops Western Country Concert Tshirt Music Shirts

⭐⭐⭐⭐½ 30

$19.99

## Customers also search

Page 1 of 5

     

womens combs shirt cowgirl

womens luke combs shirt

luke combs tshirt men

western shirts for women

luna lovegood tshirt

## Product specifications

**Technical Details**

| Target Gender | Unisex Adult |
|---|---|

## Important information

To report an issue with this product, click here.

## Product details

**Department :** Unisex-adult

**Date First Available :** March 20, 2023

**ASIN :** B0BYZD2YKC

**Best Sellers Rank:** #115,568 in Handmade Products (See Top 100 in Handmade Products)
#3,795 in Handmade Men's T-Shirts
#4,192 in Handmade Women's T-Shirts

## Looking for specific info?

🔍 Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

No customer reviews

5 star ▭ 0%

4 star ▭ 0%

| | | |
|---|---|---|
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

❯ How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

[ Write a customer review ]

---

**Best Sellers in Handmade Products**                                          Page 1 of 12



  

2023 Personalized Christmas Cookie Stamp Christmas Cookie Mold With Your Name 3d...

⭐⭐⭐ 17

#1 Best Seller in Handmade Products

$13.99

Get it Oct 10 - 12

$1.88 shipping



14K Gold Filled Small Hoop Earrings for Cartilage Nose, Tiny Thin 7mm Piercing Hoop Ri...

⭐⭐⭐⭐ 6,633

#1 Best Seller in Handmade Hoop Earrings

$12.98

Get it as soon as **Monday, Oct 2**

FREE Shipping on orders over $35 shipped by Amazon



Cats Dogs ID Tags Personalized Lovely Symbols Pets Collar Name Accessories Sim...

⭐⭐⭐⭐ 17,119

#1 Best Seller in Handmade Dog ID Tags & Collar Accessories

$5.98

Get it Oct 5 - 6

FREE Shipping




3mm Tiny CZ Screw on Flat Back Stud Earrings,14K Gold Flat...

⭐⭐⭐⭐ 554

#1 Best Seller in Handmade Stud Earrings

15% off  Deal

$10.16

List: $11.95

Get it as soon as **Tuesday, Oct 3**

FREE Shipping on orders over $35 shipped by Amazon

---

**Popular products based on this item**                                       Page 1 of 13



Up2ournecksinfabric - Future Mrs Sweatshirt - Fiance - I Said Yes - Newly Engaged - Engagement Gift - Ne...

⭐⭐⭐⭐ 820

$23.99

Get it Oct 2 - 4

FREE Shipping



Mrs Sweatshirt - Custom Mrs Sweatshirt - New Mrs - Honeymoon Pajamas - Wedding Gift - Future Mrs. Gift

⭐⭐⭐⭐ 242

$27.99

Get it Oct 2 - 4

FREE Shipping



Mrs Sweatshirt - Custom Mrs Sweatshirt - New Mrs - Honeymoon Pajamas - Wedding Gift - Future Mrs. Gift

⭐⭐⭐⭐ 1,420

$25.99

Get it Oct 2 - 4

FREE Shipping




Up2ournecksinfabric - Peonalized Gift - Embossed Bridal Gift Set - Mrs. Sweatshirt - New Mrs. Set - Mrs....

⭐⭐⭐⭐ 4

$55.00

Get it Oct 2 - 4

FREE Shipping

---

See personalized recommendations

[ Sign in ]

New customer? Start here.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Start Selling with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

Amazon

English    United States

| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business |
| Amp<br>Host your own live radio show with music you love | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)                                                          🔒

**1  Shipping address**          Wendell Allen                              Change
                                 38 W JACKSON BLVD
                                 CHICAGO, IL 60604-3908
                                 Add delivery instructions

**2  Payment method**           💳 MasterCard ending in 3709               Change
                                 **Billing address:** Same as shipping
                                 address.
                                 ˄ Add a gift card or promotion code or
                                    voucher
                                    [ Enter code ]          Apply

**3  Offers**

**4  Review items and shipping**



| FREE TRIAL |
| **Wendell, we're giving you 30 days of Prime benefits for FREE** | Try Prime FREE for 30 days › |

**Estimated delivery: Oct. 3, 2023 - Oct. 4, 2023**
Items shipped from Home Full

%=Lu%ke%= Co%mb%
World Tour 2023
Tshirt,%=Lu%ke%=
Co%mb% B%ullh%ead
Sweatshirt, Country Music
Shirt, Music Concert Tee,
Combs Tour Shirt for fan
**$44.99**
Qty: 1 ˅
Sold by: Home Full
**Customizations:**
Size: S
and 3 more

Gift options not available

**Choose a delivery option:**
◉ **Tuesday, Oct. 3 - Wednesday, Oct. 4**
   $9.99 - Shipping
○ **Friday, Sept. 29 - Wednesday, Oct. 4**
   $20.99 - Shipping

[ Place your order ]   **Order total: $59.59**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

### Sidebar

Wendell, get in on the perks.
We're giving you 30 days of
Prime benefits for FREE.
[ Try Prime FREE ]

[ **Place your order** ]
By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $44.99 |
| Shipping & handling: | $9.99 |
| Total before tax: | $54.98 |
| Estimated tax to be collected:* | $4.61 |
| **Order total:** | **$59.59** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

# Website screenshot cover page

**Product Page:**

https://www.walmart.com/ip/Luke-Combs-tshirt-2023-world-tour-T-Shirt-Hip-Hop-Short-Sleeve-tee-Casual-t-shirt-rock-club-music-fans-Unique-Top/5009048554?from=/search

**ProductID:** walmart_5009048554
**ProductName:** Luke Combs tshirt 2023 world tour T Shirt Hip Hop Short Sleeve tee Casual tshirt rock club music fans Unique Top
**SellerID:** walmart_DGTYTRUI
**SellerName:** DGTYTRUI

**Item Screenshot Created at:** 2023-09-21 20:49:54
**Checkout Screenshot Created at:** 2023-09-21 20:49:52

Walmart

Departments    Services

Search everything at Walmart online and in store

Reorder
My Items

Sign In
Account

How do you want your items? | 112 W Jackson Blvd | Chicago Supercenter    Deals    Grocery & Essentials    Walmart Style    Halloween    Baby Days    Tailgating    Fashion    Home

Report:   ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)



Roll over image to zoom in

Sponsored
$21.99

Anniversary of Hip Hop Graffiti Long
ve TShirt Men Women Brisco Bran...

3+ day shipping

$20.99
Price when purchased online ⓘ

−   1 added   +

**Color:** navy

C       g Si

XL

Free shipping, **arrives by Mon, Oct 2** to
**112 W Jackson Blvd**
More options

Sold and shipped by **kui nian shang mao**
★★☆☆☆  1 seller review
View seller information

Free 30-day returns  Details

♡ Add to list        🎁 Add to registry

### Popular items in this category
Best selling items that customers love



44 options

je Dyed Graphic Screen Cut Sleeve T-Shirt (XS (4/5))
d Tour Merch Disco Cowboy Hat T-Shirt
Men's Band Graphic Tee, Si... S-3XL
d Tour Merch Disco Cowboy Hat T-Shirt
d Tour Merch Disco Cowboy Hat T-Shirt
men's Three Cheers Tie Dye Crop Muscle Tank Top Tee T-Shirt (X-Large, Red Tie
E,Mens Black T-shirt M
1 Crew Neck T-Shirt with Short

---

### About this item

**Product details**    ⌃

**Size Details:**

1.To Make sure you get the right size,please refer to our size chart before buying。

2.Manual measurement, there may be an error of 1-3cm, please understand.

Size:XXS,Bust:82cm,Length:63cm,Shoulder:38cm,Sleeve:19cm

Size:XS,Bust:88cm,Length:65cm,Shoulder:40cm,Sleeve:20.5cm

Size:S,Bust:94cm,Length:67cm,Shoulder:42cm,Sleeve:22cm

Size:M,Bust:100cm,Length:69cm,Shoulder:44cm,Sleeve:23.5cm

Size:L,Bust:106cm,Length:71cm,Shoulder:46cm,Sleeve:25cm

Size:XL,Bust:112cm,Length:73cm,Shoulder:48cm,Sleeve:26.5cm

Size:XXL,Bust:118cm,Length:75cm,Shoulder:50cm,Sleeve:28cm

Size:XXXL,Bust:124cm,Length:77cm,Shoulder:52cm,Sleeve:29.5cm

Size:4XL,Bust:130cm,Length:79cm,Shoulder:54cm,Sleeve:31cm

Luke Combs tshirt 2023 world tour 2023 world Tour T Shirt Hip Hop Short Sleeve tee casual tshirt
rock club music fans Unique Top

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

## Specifications ^

**Brand**

DGTYTRUI

Report incorrect product information



**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more

# Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

We'd love to hear what you think!

Give feedback

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help    COVID-19 Vaccine Scheduler    Product Recalls    Accessibility    Tax Exempt Program
Get the Walmart App    Sign-up for Email    Safety Data Sheet    Terms of Use    Privacy & Security    California Supply Chain Act    Your Privacy Choices    Notice at Collection
Request My Personal Information    Brand Shop Directory    #IYWYK

© 2023 Walmart. All Rights Reserved.

# Cart (1 item)

 **Pickup and delivery options** ⌄

 **Free shipping** arrives **Mon, Oct 2**

112 W Jackson Blvd

Sold and shipped by kui nian shang mao

 Luke Combs tshirt 2023 world tour T Shirt Hip Hop Short Sleeve tee Casual tshirt rock club music fans Unique Top

Actual Color: navy
Clothing Size: XL

Free 30-day returns

**$20.99**

Remove    Save for later    − 1 +

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/6432fde7e6dfdbe5e3874a7e?&hide_login_modal=true&share=web

**ProductID:** wish_6432fde7e6dfdbe5e3874a7e
**ProductName:** Luke Combs Better Together Rustic Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:08:49
**Checkout Screenshot Created at:** 2023-06-22 04:12:24

# wish

What do you want to find?  **Search**

Sign in

---

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mo

---

Home and Garden > Home Decor > Wall Art

**Overview**    Related



Shop products related to this item



Luke Combs Better Together Rustic Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna**.
Learn More

**Size:**

8x12in No Frame Poster ▼

Get 15% off your first purchase with code:   **FIRST15**

**Add to cart**

**Shipping**

Standard shipping   Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**      Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**      Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

Luke Combs Better Together Rustic Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lover...



Popular | Express | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Mc

Sign in

**Shop with Confidence!**
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

Learn More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604     Change

**How do you want to pay?**    VISA   mastercard   DISCOVER   AMEX   Klarna.   afterpay   PayPal   G Pay

○ **Pay full amount**
Pay the order total $46.19 now and you're all set.

○ 4 interest-free payments of **$11.55**

## Payment

| ○ VISA mastercard DISCOVER AMEX | ○ **G** Pay | ○ **P** PayPal |

## Items in cart



**Luke Combs Better Together Rustic Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting**     $41.90

Size 8x12in No Frame Poster

[ 2 ▾ ]   Remove

**Standard shipping: Free**
Estimated delivery: Jun 27–Jul 14

## Order summary

＋ Apply a coupon

| | |
|---|---|
| Item Total | $41.90 |
| Shipping | Free |
|   Standard (2 items):  Free | |
| Tax | $4.29 |
| Order Total | $46.19 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🔷 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/6436fb9dd1f638cc1cc612db?&hide_login_modal=true&share=web

**ProductID:** wish_6436fb9dd1f638cc1cc612db
**ProductName:** Luke Combs Beautiful Crazy Man Lady Bride Groom Wedding Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:08:55
**Checkout Screenshot Created at:** 2023-06-22 04:14:21

**wish**

What do you want to find?  **Search**     Sign in 🔔 🛒 ♡

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mo

Home and Garden › Home Decor › Wall Art

**Overview**    Related

Shop products related to this item





Luke Combs Beautiful Crazy Man Lady Bride Groom Wedding Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna**.
Learn More

Size:

8x12in No Frame Poster ⌄

Get 15% off your first purchase with code:   FIRST15

**Add to cart**

**Shipping**

Standard shipping   Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

**Description**     Show Less

* Product Description:
- Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

\>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

\>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

**Reference Price by Seller**     Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

6/22/2023

Luke Combs Beautiful Crazy Man Lady Bride Groom Wedding Quote Print Poster Wall Art Home Decor Gifts for Love...

wish

What do you want to find?     Search

Sign in

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mo

**Shop with Confidence!**
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

Learn More



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings     Agree

wish

lar Express Blitz Buy Deals Hub Recently Viewed Trending Fashion Baby Gear Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604

Change

**How do you want to pay?**

**Pay full amount**

Pay the order total $43.99 now and you're all set.

**4 interest-free payments of $11.00**

## Payment

G Pay

PayPal

## Items in cart

**Luke Combs Beautiful Crazy Man Lady Bride Groom Wedding Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting**

~~$41.90~~ $39.90

Size 8x12in No Frame Poster

2 Remove

54:48

**Price expires soon!** Check out before the timer expires to lock in this price.

**Standard shipping: Free**

Estimated delivery: Jun 27–Jul 14

## Order summary

+ Apply a coupon

| | |
|---|---|
| Item Total | $39.90 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $4.09 |
| Order Total | $43.99 |

Checkout

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

Contact, Policies & More

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/6436fbd9930e99b632c88787?&hide_login_modal=true&share=web

**ProductID:** wish_6436fbd9930e99b632c88787
**ProductName:** Luke Combs Better Together Man Lady Couple Song Lyric Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:06:05
**Checkout Screenshot Created at:** 2023-06-22 03:40:24

## wish

What do you want to find?    Search    Sign in

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mo

Home and Garden > Home Decor > Wall Art

**Overview**    Related

Shop products related to this item



### Luke Combs Better Together Man Lady Couple Song Lyric Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna.**
Learn More

**Size:**

8x12in No Frame Poster ▾

Get 15% off your first purchase with code:   **FIRST15**

**Add to cart**

**Shipping**

**Standard shipping**   Free
Jun 26—Jul 13

Items are sold and shipped by Time to deal

---

### Description     Show Less

\* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

\* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

### Reference Price by Seller     Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

6/22/2023

Luke Combs Better Together Man Lady Couple Song Lyric Quote Print Poster Wall Art Home Decor Gifts for Lovers P...

wish

What do you want to find?    Search    Sign in

‣ Popular    Express    ⊘ Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

**Shop with Confidence!**
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

Learn More



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar    🍩 Express    🟡 Blitz Buy    🔴 Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories

## Shipping

**Brown Hoeven**                                                                    Change

22 W Jackson Blvd, Chicago, Illinois, United States, 60604

**How do you want to pay?**    VISA  MasterCard  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

● Pay full amount
   Pay the order total $46.19 now and you're all set.

○ **4 interest-free payments of $11.55**

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |

## Items in cart



**Luke Combs Better Together Man Lady Couple Song Lyric Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting**                            $41.90

Size 8x12in No Frame Poster

[ 2 ▾ ]    Remove

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

---

## Order summary

⊕ Apply a coupon

| Item Total | $41.90 |
| Shipping | Free |
| Standard (2 items):  Free | |
| Tax | $4.29 |
| Order Total | $46.19 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**    
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🔷 30 Day Free Return and Refund

---

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/6436fbf10fdd6ff187f692cb?&hide_login_modal=true&share=web
**ProductID:** wish_6436fbf10fdd6ff187f692cb
**ProductName:** Luke Combs Beautiful Crazy Man Lady Couple Song Lyric Quote Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:08:39
**Checkout Screenshot Created at:** 2023-06-22 04:53:40

**wish**

What do you want to find?    Search    Sign in

> Popular    🌮 Express    🔥 Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

Home and Garden › Home Decor › Wall Art

**Overview**    Related

Shop products related to this item



⬆ Share

Luke Combs Beautiful Crazy Man Lady Couple Song Lyric Quote Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with Klarna. Learn More

**Size:**

8x12in No Frame Poster ⌄

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

**Standard shipping**    Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**    Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**    Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

6/22/2023

Luke Combs Beautiful Crazy Man Lady Couple Song Lyric Quote Quote Print Poster Wall Art Home Decor Gifts for Lo...

wish

What do you want to find?          Search          Sign in

Popular      Express      Deals Hub      Recently Viewed      Trending      Fashion      Baby Gear      Pet Accessories      Gadgets      Tools      Mo

**Shop with Confidence!**                                                    Learn More

We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



**Customize your ride**

Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings      Agree

# wish

lar | 🔥 Express | 🪙 Blitz Buy | 🟠 Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories



## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604          Change

How do you want to pay?          VISA  ●  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

● **Pay full amount**
Pay the order total $43.99 now and you're all set.

○ **4 interest-free payments of $11.00**

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |

## Items in cart

**Luke Combs Beautiful Crazy Man Lady Couple Song Lyric Quote Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting**

Size 8x12in No Frame Poster          ~~$41.90~~ $39.90

[ 2 ▾ ]   Remove

`54:48`   **Price expires soon!**   Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 27–Jul 14



## Order summary

➕ Apply a coupon

| Item Total | $39.90 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $4.09 |
| Order Total | $43.99 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

---

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/6436fbf974478c4d15e2607f?&hide_login_modal=true&share=web

**ProductID:** wish_6436fbf974478c4d15e2607f
**ProductName:** Luke Combs Forever After All White Heart Song Lyric Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:08:54
**Checkout Screenshot Created at:** 2023-06-22 04:54:26

# wish

What do you want to find?    **Search**

Sign in

- Popular
- Express
- Deals Hub
- Recently Viewed
- Trending
- Fashion
- Baby Gear
- Pet Accessories
- Gadgets
- Tools
- Mo

Home and Garden > Home Decor > Wall Art

**Overview**    Related

Shop products related to this item



**Luke Combs Forever After All White Heart Song Lyric Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting**

**$20.95**

4 interest-free payments of $5.23 with **Klarna**.
Learn More

**Size:**

8x12in No Frame Poster ⌄

Get 15% off your first purchase with code:   **FIRST15**

**Add to cart**

**Shipping**

Standard shipping   Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**     Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**     Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

6/22/2023

Luke Combs Forever After All White Heart Song Lyric Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Pai...

wish

What do you want to find?    Search

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

**Shop with Confidence!**                                                    Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar | 🍩 Express | 🟡 Blitz Buy | 🔴 Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604        Change

How do you want to pay?        VISA  mastercard  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

○ **Pay full amount**
   Pay the order total $43.99 now and you're all set.

○ **4 interest-free payments of $11.00**

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |

## Items in cart



**Luke Combs Forever After All White Heart Song Lyric Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting**

Size 8x12in No Frame Poster

~~$41.90~~ $39.90

2 ▾   **Remove**

15:21   **Price expires soon!**   Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 27–Jul 14

## Order summary

＋ Apply a coupon

| Item Total | $39.90 |
| Shipping | Free |
| Standard (2 items):  Free | |
| Tax | $4.09 |
| Order Total | $43.99 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/6438bdc87560667a19cf9fd2?&hide_login_modal=true&share=web

**ProductID:** wish_6438bdc87560667a19cf9fd2
**ProductName:** Luke Combs Beautiful Crazy Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:06:37
**Checkout Screenshot Created at:** 2023-06-22 03:43:43



wish

What do you want to find?   Search

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mc

Home and Garden > Home Decor > Wall Art

**Overview**    Related

Shop products related to this item





Luke Combs Beautiful Crazy Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna**.
Learn More

Size:

8x12in No Frame Poster

Get 15% off your first purchase with code:   **FIRST15**

**Add to cart**

**Shipping**

Standard shipping   Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**    Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**    Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

6/22/2023

Luke Combs Beautiful Crazy Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers ...

## wish

| What do you want to find? | Search |

Sign in

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mc

**30 Day Return & Refund**

**Shop with Confidence!**
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

Learn More



**Customize your ride**
Up to 15% off car accessories

**Shop now**

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

# wish

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604    Change

**How do you want to pay?**   VISA   mastercard   DISCOVER   AMEX   Klarna.   afterpay   PayPal   G Pay

○ **Pay full amount**
   Pay the order total $46.19 now and you're all set.
○ **4 interest-free payments of $11.55**

## Payment

○ VISA DISCOVER mastercard AMEX    ○ **G** Pay    ○ **P** PayPal

## Items in cart



Luke Combs Beautiful Crazy Black Heart
Song Lyric Art Prints Poster Music Art Wall Art
Home Decor Gifts for Lovers Painting    $41.90

Size 8x12in No Frame Poster

[ 2 ▾ ]   Remove

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

✛ Apply a coupon

| | |
|---|---|
| Item Total | $41.90 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $4.29 |
| Order Total | $46.19 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

💎 30 Day Free Return and Refund



# Website screenshot cover page

**Product Page:** https://www.wish.com/c/6438c269e705aacd9469e6d1?&hide_login_modal=true&share=web

**ProductID:** wish_6438c269e705aacd9469e6d1
**ProductName:** Luke Combs Forever After All Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:08:25
**Checkout Screenshot Created at:** 2023-06-22 04:02:35

**wish**

What do you want to find?   **Search**

Sign in

→ Popular   🔥 Express   🔴 Deals Hub   🕐 Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mo

Home and Garden › Home Decor › Wall Art

**Overview**    Related

Shop products related to this item



### Luke Combs Forever After All Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna**.
Learn More

**Size:**

8x12in No Frame Poster ▾

Get 15% off your first purchase with code:   **FIRST15**

**Add to cart**

**Shipping**

**Standard shipping**   Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**      Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**      Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

6/22/2023

Luke Combs Forever After All Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lover...

**Shop with Confidence!**
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

Learn More



Customize your ride
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604                     Change

**How do you want to pay?**   VISA  mastercard  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

○ **Pay full amount**
  Pay the order total $43.99 now and you're all set.

○ 4 interest-free payments of $11.00

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |

## Items in cart



Luke Combs Forever After All Black
Heart Song Lyric Art Prints Poster
Music Art Wall Art Home Decor Gifts
for Lovers Painting

Size 8x12in No Frame Poster

~~$41.90~~  $39.90

[ 2 ▾ ]   Remove

| 54:48 | **Price expires soon!** | Check out before the timer expires to lock in this price. |

**Standard shipping:** Free
Estimated delivery: Jun 27–Jul 14

## Order summary

＋ Apply a coupon

| Item Total | $39.90 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $4.09 |
| Order Total | $43.99 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/6438c7695ed7f84e9e72421b?&hide_login_modal=true&share=web

**ProductID:** wish_6438c7695ed7f84e9e72421b
**ProductName:** Luke Combs Dear Today Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:08:18
**Checkout Screenshot Created at:** 2023-06-22 03:59:19



Home and Garden › Home Decor › Wall Art

**Overview**　Related

Shop products related to this item



Luke Combs Dear Today Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna**.
Learn More

**Size:**

8x12in No Frame Poster ▾

Get 15% off your first purchase with code:　　FIRST15

**Add to cart**

**Shipping**

Standard shipping　Free

Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**　　　　　　　　　　　　　Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**　　　　　　　Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings　Agree

6/22/2023

Luke Combs Dear Today Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Pai...

## wish

What do you want to find?   **Search**   *Sign in*

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mc

**Shop with Confidence!**                               Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



**Customize your ride**
Up to 15% off car accessories

**Shop now**

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

# wish

lar    🍪 Express    🍪 Blitz Buy    🍪 Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories

## Shipping

**Brown Hoeven**                                                                          Change
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

**How do you want to pay?**    VISA  ⬛  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

○ **Pay full amount**
Pay the order total $46.19 now and you're all set.
○ **4 interest-free payments of $11.55**

## Payment

| ○  VISA DISCOVER AMEX | ○  **G** Pay | ○  PayPal |

## Items in cart



Luke Combs Dear Today Black Heart Song                    $41.90
Lyric Art Prints Poster Music Art Wall Art
Home Decor Gifts for Lovers Painting

Size 8x12in No Frame Poster

[ 2 ▾ ]    Remove

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

✛ Apply a coupon

| Item Total | $41.90 |
| Shipping | Free |
| Standard (2 items):  Free | |
| Tax | $4.29 |
| Order Total | $46.19 |

**Checkout**

By continuing you agree to the Terms of Use and
Privacy Policy.

**Money Back Guarantee**  
We've got your back. Get a full refund if
any of your items don't arrive. Learn More

🔹 30 Day Free Return and Refund

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/64327b8e33359109a98f6996?&hide_login_modal=true&share=web

**ProductID:** wish_64327b8e33359109a98f6996
**ProductName:** Luke Combs Forever After All Rustic Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:06:22
**Checkout Screenshot Created at:** 2023-06-22 03:42:24

## wish

What do you want to find?    Search    Sign in

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mo

Home and Garden > Home Decor > Wall Art

**Overview**    Related



Shop products related to this item



Luke Combs Forever After All Rustic Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with Klarna.
Learn More

Size:

8x12in No Frame Poster ▾

Get 15% off your first purchase with code:   FIRST15

**Add to cart**

**Shipping**

Standard shipping   Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

### Description     Show Less

\* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

\* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

### Reference Price by Seller     Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

6/22/2023

Luke Combs Forever After All Rustic Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Love...

# wish

What do you want to find?    **Search**    Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

**Shop with Confidence!**                                              Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



### Customize your ride
Up to 15% off car accessories

**Shop now**

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish



## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604

Change

**How do you want to pay?**   VISA  mastercard  DISCOVER  AMEX  Klarna  afterpay  PayPal  G Pay

● **Pay full amount**
Pay the order total $43.99 now and you're all set.

○ **4 interest-free payments of $11.00**

## Payment

○ VISA DISCOVER AMEX     ○ **G** Pay     ○ PayPal

## Items in cart

Luke Combs Forever After All Rustic Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

~~$41.90~~ $39.90

Size 8x12in No Frame Poster

[ 2 ▼ ]   Remove

**54:48**   **Price expires soon!**   Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13



## Order summary

✚ Apply a coupon

| | |
|---|---|
| Item Total | $39.90 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $4.09 |
| Order Total | $43.99 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

---

# Website screenshot cover page

**Product Page:**
https://www.wish.com/c/64327c2781a208618587706b?&hide_login_modal=true&share=web
**ProductID:** wish_64327c2781a208618587706b
**ProductName:** Luke Combs Dear Today Rustic Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:08:28
**Checkout Screenshot Created at:** 2023-06-22 04:06:25

**wish**

What do you want to find?    | Search

Sign in    🔔    ♡    🛒

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mc

Home and Garden > Home Decor > Wall Art

**Overview**    Related

Shop products related to this item



Luke Combs Dear Today Rustic Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna**.
Learn More

**Size:**

8x12in No Frame Poster    ⌄

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

Standard shipping    Free
Jun 26—Jul 13

Items are sold and shipped by Time to deal

---

**Description**    Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**    Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

6/22/2023

Luke Combs Dear Today Rustic Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Pa...



wish

What do you want to find?   Search

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

**Shop with Confidence!**                                           Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar 🧡 Express 🪙 Blitz Buy 🌀 Deals Hub 🕐 Recently Viewed Trending Fashion Baby Gear Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604                    Change

How do you want to pay?    VISA  mastercard  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

🔵 **Pay full amount**
Pay the order total $43.99 now and you're all set.

⚪ 4 interest-free payments of $11.00

## Payment

⚪ VISA DISCOVER AMEX          ⚪ **G** Pay          ⚪ **P**ayPal

## Items in cart



**Luke Combs Dear Today Rustic Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting**

Size 8x12in No Frame Poster

~~$41.90~~ $39.90

2 ▾    Remove

54:48    **Price expires soon!**    Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 27–Jul 14

## Order summary

➕ Apply a coupon

| Item Total | $39.90 |
|---|---|
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $4.09 |
| Order Total | $43.99 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/64376af227345e6e4b98510e?&hide_login_modal=true&share=web

**ProductID:** wish_64376af227345e6e4b98510e
**ProductName:** Luke Combs Nothing Like You Vinyl Record Song Lyric Quote Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:08:19
**Checkout Screenshot Created at:** 2023-06-22 03:56:45

Luke Combs Nothing Like You Vinyl Record Song Lyric Quote Quote Print Poster Wall Art Home Decor Gifts for Lover...

# wish

What do you want to find?  Search

Sign in

---

Popular | Express | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Mo

Home and Garden › Home Decor › Wall Art

**Overview** | Related

Shop products related to this item





Luke Combs Nothing Like You Vinyl Record Song Lyric Quote Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

## $20.95

4 interest-free payments of $5.23 with **Klarna**.
Learn More

**Size:**

8x12in No Frame Poster ▼

Get 15% off your first purchase with code:  FIRST15

**Add to cart**

**Shipping**

**Standard shipping**  Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**                                    Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certified by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**                       Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings | Agree

Luke Combs Nothing Like You Vinyl Record Song Lyric Quote Quote Print Poster Wall Art Home Decor Gifts for Lover...



Shop with Confidence!                                                   Learn More

We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings     Agree

# wish

lar   🧭 Express   🟡 Blitz Buy   🔴 Deals Hub   🕐 Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories

## Shipping

**Brown Hoeven**                                                        Change
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

How do you want to pay?          VISA  MC  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

🔘 **Pay full amount**
    Pay the order total $43.99 now and you're all set.
⚪ 4 interest-free payments of **$11.00**

## Payment

| ⚪ VISA DISCOVER MC AMEX | ⚪ G Pay | ⚪ PayPal |

## Items in cart



| | | |
|---|---|---|
| | **Luke Combs Nothing Like You Vinyl Record Song Lyric Quote Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting** | ~~$41.90~~ $39.90 |
| | Size 8x12in No Frame Poster | |
| | [ 2 ⌄ ]  **Remove** | |

| `54:48` | **Price expires soon!** | Check out before the timer expires to lock in this price. |

**Standard shipping:** Free
Estimated delivery: Jun 26–Jul 13

## Order summary

➕ Apply a coupon

| | |
|---|---|
| Item Total | $39.90 |
| Shipping | Free |
|   Standard (2 items):  Free | |
| Tax | $4.09 |
| Order Total | $43.99 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/64384d575072335fcccac19e?&hide_login_modal=true&share=web

**ProductID:** wish_64384d575072335fcccac19e
**ProductName:** Luke Combs Nothing Like You Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:08:55
**Checkout Screenshot Created at:** 2023-06-22 04:11:46

# wish

What do you want to find?　　**Search**

Sign in

Popular　　Express　　Deals Hub　　Recently Viewed　　Trending　　Fashion　　Baby Gear　　Pet Accessories　　Gadgets　　Tools　　Mc

Home and Garden › Home Decor › Wall Art

**Overview**　　Related

Shop products related to this item



Luke Combs Nothing Like You Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna**.
Learn More

**Size:**

8x12in No Frame Poster ⌄

Get 15% off your first purchase with code:　　FIRST15

**Add to cart**

**Shipping**

**Standard shipping**　Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**　　Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**　　Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings　　Agree

Luke Combs Nothing Like You Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lover...



**Shop with Confidence!**                                             Learn More

We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings        Agree

# wish

Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**
22 W Jackson Blvd, Chicago, Illinois, United States, 60604          Change

**How do you want to pay?**    VISA  MC  DISCOVER  AMEX  Klarna  afterpay  PayPal  G Pay

○ **Pay full amount**
Pay the order total $41.91 now and you're all set.

○ **4 interest-free payments of $10.48**

## Payment

| ○ VISA/MC/DISCOVER/AMEX | ○ G Pay | ○ PayPal |

## Items in cart



**Luke Combs Nothing Like You Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting**

Size 8x12in No Frame Poster

~~$41.90~~ $38

2 ▾    Remove

---

| 54:48 | **Price expires soon!** | Check out before the timer expires to lock in this price. |

**Standard shipping: Free**
Estimated delivery: Jun 27–Jul 14

## Order summary

+ Apply a coupon

| Item Total | $38.00 |
| Shipping | Free |
| Standard (2 items): | Free |
| Tax | $3.91 |
| Order Total | $41.91 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

---

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/64384da857546cc221caa861?&hide_login_modal=true&share=web

**ProductID:** wish_64384da857546cc221caa861
**ProductName:** Luke Combs Better Together Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:08:25
**Checkout Screenshot Created at:** 2023-06-22 04:52:56

# wish

What do you want to find?    **Search**    Sign in    🔔    🛒    ♡

Popular    Express    Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

Home and Garden › Home Decor › Wall Art

**Overview**    Related

Shop products related to this item





Luke Combs Better Together Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna**.
Learn More

**Size:**

8x12in No Frame Poster    ⌄

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

**Standard shipping**    Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**    Show Less

\* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

\* Product details:

\>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

\>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**    Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

Luke Combs Better Together Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers...

wish

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mc

**Shop with Confidence!**                                          Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user
experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar | 🌮 Express | 🥮 Blitz Buy | 🔥 Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**
22 W Jackson Blvd, Chicago, Illinois, United States, 60604    Change

**How do you want to pay?**  VISA  mastercard  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

○ **Pay full amount**
Pay the order total $46.19 now and you're all set.
○ **4 interest-free payments of $11.55**

## Payment

○ VISA DISCOVER AMEX    ○ **G** Pay    ○ **P** PayPal

## Items in cart



**Luke Combs Better Together Black Heart
Song Lyric Art Prints Poster Music Art Wall Art
Home Decor Gifts for Lovers Painting**    $41.90

Size 8x12in No Frame Poster

[ 2 ▾ ]    Remove

**Standard shipping:** Free
Estimated delivery: Jun 27–Jul 14

## Order summary

✚ Apply a coupon

| | |
|---|---|
| Item Total | $41.90 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $4.29 |
| Order Total | $46.19 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/643305ebf896236801900f26?&hide_login_modal=true&share=web

**ProductID:** wish_643305ebf896236801900f26
**ProductName:** Luke Combs Refrigerator Door White Heart Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:06:33
**Checkout Screenshot Created at:** 2023-06-22 03:46:20

## wish

What do you want to find?　　Search

Sign in

Popular　　Express　　Deals Hub　　Recently Viewed　　Trending　　Fashion　　Baby Gear　　Pet Accessories　　Gadgets　　Tools　　Mo

Home and Garden › Home Decor › Wall Art

**Overview**　　Related

Shop products related to this item



### Luke Combs Refrigerator Door White Heart Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna.**
Learn More

**Size:**

8x12in No Frame Poster

Get 15% off your first purchase with code:   FIRST15

**Add to cart**

**Shipping**

**Standard shipping**   Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**     Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**     Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

wish

What do you want to find?  Search

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

**Shop with Confidence!**                                                  Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar    🦊 Express    🍪 Blitz Buy    ⭕ Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories

## Shipping

**Brown Hoeven**                                                              Change
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

How do you want to pay?     VISA  mastercard  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

● **Pay full amount**
  Pay the order total $46.19 now and you're all set.
○ **4 interest-free payments of $11.55**

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |

## Items in cart



**Luke Combs Refrigerator Door White Heart Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting**                    $41.90

Size 8x12in No Frame Poster

[ 2 ▼ ]    Remove

---

**Standard shipping:** Free
Estimated delivery: Jun 26–Jul 13

## Order summary

+ Apply a coupon

| Item Total | $41.90 |
| Shipping | Free |
| Standard (2 items):  Free | |
| Tax | $4.29 |
| Order Total | $46.19 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**    
We've got your back. Get a full refund if any of your items don't arrive. Learn More

💎 30 Day Free Return and Refund

---

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/643707eb3a12b4e9df8a709c?&hide_login_modal=true&share=web

**ProductID:** wish_643707eb3a12b4e9df8a709c
**ProductName:** Luke Combs Six Feet Apart White Heart Song Lyric Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:07:58
**Checkout Screenshot Created at:** 2023-06-22 03:55:26

wish

What do you want to find? | Search

Sign in

Popular | Express | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Mo

Home and Garden › Home Decor › Wall Art

**Overview** | Related

Shop products related to this item



Luke Combs Six Feet Apart White Heart Song Lyric Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with Klarna.
Learn More

**Size:**

8x12in No Frame Poster ▼

Get 15% off your first purchase with code: | FIRST15

**Add to cart**

**Shipping**

**Standard shipping** Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**                                                     Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**                                        Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings | Agree

6/22/2023

Luke Combs Six Feet Apart White Heart Song Lyric Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Paint...



Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mc

**Shop with Confidence!**                                                      Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar    🌮 Express    🪙 Blitz Buy    🔴 Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories



## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604

Change

**How do you want to pay?**    VISA   mastercard   DISCOVER   AMEX   Klarna   afterpay   PayPal   G Pay

◉ Pay full amount
     Pay the order total $43.99 now and you're all set.

○ 4 interest-free payments of $11.00

## Payment

○ VISA DISCOVER AMEX      ○ G Pay      ○ PayPal

## Items in cart

**Luke Combs Six Feet Apart White Heart Song Lyric Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting**

Size 8x12in No Frame Poster

~~$41.90~~ $39.90

2 ▾    Remove

54:49    **Price expires soon!**    Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary



➕ Apply a coupon

| | |
|---|---|
| Item Total | $39.90 |
| Shipping | Free |
|   Standard (2 items):  Free | |
| Tax | $4.09 |
| Order Total | $43.99 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/643846aa5072335fcccab353?&hide_login_modal=true&share=web

**ProductID:** wish_643846aa5072335fcccab353
**ProductName:** Luke Combs Refrigerator Door Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:06:01
**Checkout Screenshot Created at:** 2023-06-22 03:39:44

**wish**

What do you want to find?    Search

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

Home and Garden › Home Decor › Wall Art

**Overview**    Related

Shop products related to this item



Luke Combs Refrigerator Door Black Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna.**
Learn More

**Size:**

8x12in No Frame Poster ▾

Get 15% off your first purchase with code:   FIRST15

**Add to cart**

**Shipping**

Standard shipping   Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

**Description**      Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

**Reference Price by Seller**      Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

wish

What do you want to find?   Search

Sign in

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mc

**Shop with Confidence!**
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

Learn More



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

# wish

lar | 🦀 Express | 🏵 Blitz Buy | 🦂 Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604          Change

**How do you want to pay?**    VISA  mastercard  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

○ **Pay full amount**
  Pay the order total $43.99 now and you're all set.

○ **4 interest-free payments of $11.00**

## Payment

○ VISA DISCOVER AMEX          ○ **G** Pay          ○ **PayPal**

## Items in cart



**Luke Combs Refrigerator Door Black
Heart Song Lyric Art Prints Poster
Music Art Wall Art Home Decor Gifts
for Lovers Painting**

Size 8x12in No Frame Poster

[ 2 ▾ ]   **Remove**

~~$41.90~~ $39.90

[54:47]   **Price expires
soon!**   Check out before the timer expires to lock in this
price.

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

✛ Apply a coupon

| | |
|---|---|
| Item Total | $39.90 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $4.09 |
| Order Total | $43.99 |

**Checkout**

By continuing you agree to the Terms of Use and
Privacy Policy.

**Money Back Guarantee**   
We've got your back. Get a full refund if
any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

Contact, Policies & More ^

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/643851df2eddfb6e6ccaa9ab?&hide_login_modal=true&share=web

**ProductID:** wish_643851df2eddfb6e6ccaa9ab

**ProductName:** Luke Combs Beautiful Crazy White Script Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

**SellerID:** 6400601bc10725a4e9dc0e6c

**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:05:56

**Checkout Screenshot Created at:** 2023-06-22 03:37:23

# wish

What do you want to find?    Search

Sign in

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mo

Home and Garden > Home Decor > Wall Art

**Overview**    Related

**Shop products related to this item**



### Luke Combs Beautiful Crazy White Script Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna**.
Learn More

**Size:**

8x12in No Frame Poster ▼

Get 15% off your first purchase with code:   **FIRST15**

**Add to cart**

**Shipping**

**Standard shipping**   Free

Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**    Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**    Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

6/22/2023

Luke Combs Beautiful Crazy White Script Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for...

wish

What do you want to find?    Search

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

**Shop with Confidence!**
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

Learn More



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar   🍥 Express   🟡 Blitz Buy   🔴 Deals Hub   🕐 Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604    Change

How do you want to pay?    VISA   mastercard   DISCOVER   AMEX   Klarna.   afterpay   PayPal   G Pay

○ **Pay full amount**
   Pay the order total $46.19 now and you're all set.

○ **4 interest-free payments of $11.55**

## Payment

| ○ VISA DISCOVER mastercard AMEX | ○ **G** Pay | ○ **PayPal** |

## Items in cart



**Luke Combs Beautiful Crazy White Script Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting**

Size 8x12in No Frame Poster

[ 2 ▾ ]   Remove

$41.90

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

＋ Apply a coupon

| | |
|---|---|
| Item Total | $41.90 |
| Shipping | Free |
| Standard (2 items): | Free |
| Tax | $4.29 |
| Order Total | $46.19 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

💎 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/64345741f859771e45e16fb7?&hide_login_modal=true&share=web

**ProductID:** wish_64345741f859771e45e16fb7
**ProductName:** Luke Combs Hurricane Grey Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:04:35
**Checkout Screenshot Created at:** 2023-06-22 03:35:35

**wish**

What do you want to find?    Search

Sign in

↗ Popular    🛍 Express    🎯 Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mc

Home and Garden > Home Decor > Wall Art

**Overview**    Related

Shop products related to this item



Luke Combs Hurricane Grey Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with Klarna.
Learn More

**Size:**

8x12in No Frame Poster ▾

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

Standard shipping    Free

Jun 26—Jul 13

Items are sold and shipped by Time to deal

**Description**    Show Less

\* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

\* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

**Reference Price by Seller**    Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

6/22/2023

Luke Combs Hurricane Grey Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painti...



**Shop with Confidence!**

We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

Learn More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

## Shipping

**Brown Hoeven**                                                    Change

22 W Jackson Blvd, Chicago, Illinois, United States, 60604

**How do you want to pay?**    VISA | MasterCard | DISCOVER | AMEX | Klarna | afterpay | PayPal | G Pay

🔘 **Pay full amount**
Pay the order total $43.99 now and you're all set.

⚪ **4 interest-free payments of $11.00**

## Payment

| ⚪ VISA DISCOVER AMEX | ⚪ **G** Pay | ⚪ PayPal |
|---|---|---|

## Items in cart



Luke Combs Hurricane Grey Heart Song Lyric Art Prints Poster Music Art Wall Art Home Decor Gifts for Lovers Painting

Size 8x12in No Frame Poster

~~$41.90~~ $39.90

| 2 ▾ |  Remove |

---

**42:33**   **Price expires soon!**   Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

➕ Apply a coupon

| Item Total | $39.90 |
|---|---|
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $4.09 |
| Order Total | $43.99 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee** 
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/6433028933359109a98fd91a?&hide_login_modal=true&share=web

**ProductID:** wish_6433028933359109a98fd91a
**ProductName:** Luke Combs Beautiful Crazy Rustic Script Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting
**SellerID:** 6400601bc10725a4e9dc0e6c
**SellerName:** Time to deal

**Item Screenshot Created at:** 2023-06-22 03:07:00
**Checkout Screenshot Created at:** 2023-06-22 03:54:05

# wish

| Search: What do you want to find? | **Search** | Sign in |

Popular  Express  Deals Hub  Recently Viewed  Trending  Fashion  Baby Gear  Pet Accessories  Gadgets  Tools  Mo

Home and Garden › Home Decor › Wall Art

**Overview**    Related

Shop products related to this item





Luke Combs Beautiful Crazy Rustic Script Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting

**$20.95**

4 interest-free payments of $5.23 with **Klarna**.
Learn More

**Size:**

8x12in No Frame Poster  ⌄

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

**Standard shipping**    Free
Jun 26–Jul 13

Items are sold and shipped by Time to deal

---

**Description**                                                                 Show Less

* Product Description:
 - Our branded wall art are designed and printed in USA with high quality, available in Multiple Sizes.

* Product details:

>> NO FRAME POSTER
Material: Premium luster photo paper
Multiple Sizes: 8x12in, 12x18in, 16x24in, 24x36in
Premium Quality: High-quality resin-coated photo base paper medium. A 260 gsm and a 10 mil thickness of paper. Last up to 200 years color and 400 years black-and-white
Awesome Fit: Can be hung with double-sided tape, tacks, or framed. Can be cleaned gently with a clean, dry cloth. One side printed

>> MATTTE CANVAS STRETCHED (Width:0.75")
Material: High museum-quality canvas.
Multiple Sizes: 8x12in, 11x14in, 12x18in, 16x20in, 16x24in, 20x30in, 24x36in
Width: 0.75 inches
Color: White background
Awesome Fit: Ready to hang right out of the box with a sawtooth on the top side and rubber bumpers on the bottom side
Premium Quality: Printed by UL Certified GREENGUARD GOLD Inks to produce sharp photographic reproduction and color fidelity. The stretcher bar is FSC certificated by Sustainable Forests. Gallery wrapped and hand-stretched around a sturdy pine wood frame. Anti-yellowing, water and fade resistant

---

**Reference Price by Seller**                                                    Show More

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

What do you want to find?   Search    Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

**Shop with Confidence!**
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

Learn More



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

# wish

Iar   🌮 Express   🌀 Blitz Buy   🎁 Deals Hub   🕐 Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604    Change

**How do you want to pay?**    VISA   mastercard   DISCOVER   AMEX   Klarna.   afterpay   PayPal   G Pay

○ **Pay full amount**
    Pay the order total $43.99 now and you're all set.

○ 4 interest-free payments of $11.00

## Payment

○ VISA DISCOVER AMEX     ○ **G** Pay     ○ **PayPal**

## Items in cart



**Luke Combs Beautiful Crazy Rustic Script Song Lyric Music Wall Art Quote Print Poster Wall Art Home Decor Gifts for Lovers Painting**

Size 8x12in No Frame Poster

[ 2 ▾ ]   Remove

~~$41.90~~ $39.90

`54:48`   **Price expires soon!**   Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

➕ **Apply a coupon**

| | |
|---|---|
| Item Total | $39.90 |
| Shipping | Free |
|    Standard (2 items):   Free | |
| Tax | $4.09 |
| Order Total | $43.99 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee** 
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

Contact, Policies & More ⌄

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/648ae0a5c4a79b0ffe6d0934?&hide_login_modal=true&share=web

**ProductID:** wish_648ae0a5c4a79b0ffe6d0934
**ProductName:** Beer Never Broke My Heart Shirt, Luke Combs T-Shirt, Country Music Sweatshirt, Lover Beer Tee
**SellerID:** 6407321456171c7998391b2a
**SellerName:** Farabica_creative

**Item Screenshot Created at:** 2023-06-22 03:08:10
**Checkout Screenshot Created at:** 2023-06-22 03:56:07

# wish

What do you want to find?   Search

Sign in

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mo

Fashion › Women › Tops and Tees › Cuts › Short Sleeves

**Overview**    Related



Shop products related to this item

JUICY

Buy it on **Juicytee.com** for the highest quality

## Beer Never Broke My Heart Shirt, Luke Combs T-Shirt, Country Music Sweatshirt, Lover Beer Tee

**$16.99**

4 interest-free payments of $4.24 with **Klarna.**
Learn More

**Size:**

XS ▾

Get 15% off your first purchase with code:   FIRST15

**Add to cart**

**Shipping**

Standard shipping   Free
Jun 26–Jul 13

Items are sold and shipped by
Farabica_creative

---

### Description

Show Less

Classic Guys / Unisex TeeT-shirt

5.3 oz., pre-shrunk 100% cotton
Heavy Cotton T-Shirt
Double-needle stitched neckline, bottom hem and sleeves
Quarter-turned
Seven-eighths inch seamless collar
Shoulder-to-shoulder taping
Washing Instructions:

Machine cold wash
Tumble dry low heat
Iron steam or dry with medium heat
Do not bleach
Size chart:
We highly recommend our customers to read the chart carefully and select the correct size.

---

### Reference Price by Seller

Show More

---

### Sold By

View store

Farabica_creative
1.0 ★ ☆ ☆ ☆ ☆ (1)

---

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree



This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar | 🍪 Express | 🏅 Blitz Buy | 🔴 Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

Change

How do you want to pay?    VISA  mastercard  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

● **Pay full amount**
   Pay the order total $55.09 now and you're all set.

○ **4 interest-free payments of $13.77**

## Payment

○ VISA DISCOVER AMEX    ○ G Pay    ○ PayPal

## Items in cart



**Beer Never Broke My Heart Shirt, Luke Combs T-Shirt, Country Music Sweatshirt, Lover Beer Tee**

Size 5XL

[ 2 ▼ ]   Remove

~~$51.98~~  $49.98

54:48   **Price expires soon!**   Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

+ Apply a coupon

| | |
|---|---|
| Item Total | $49.98 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $5.11 |
| Order Total | $55.09 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee** 
We've got your back. Get a full refund if any of your items don't arrive. Learn More

💎 30 Day Free Return and Refund

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/648ae3c4ce48003e9a683fd7?&hide_login_modal=true&share=web

**ProductID:** wish_648ae3c4ce48003e9a683fd7
**ProductName:** Luke Combs Guitar Shirt, Combs Crazy Bullhead Shirt, Western Luke Combs Bullhead Tour Merch Fan Gift
**SellerID:** 6407321456171c7998391b2a
**SellerName:** Farabica_creative

**Item Screenshot Created at:** 2023-06-22 03:08:55
**Checkout Screenshot Created at:** 2023-06-22 04:17:37

wish

What do you want to find?    Search    Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

Fashion > Women > Tops and Tees > Cuts > Short Sleeves

**Overview**    Related





Luke Combs Guitar Shirt, Combs Crazy Bullhead Shirt, Western Luke Combs Bullhead Tour Merch Fan Gift

**$16.99**

4 interest-free payments of $4.24 with **Klarna**.
Learn More

**Size:**

S ▾

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

Standard shipping    Free
Jun 26–Jul 13

Items are sold and shipped by Farabica_creative

**Description**    Show Less

Classic Guys / Unisex TeeT-shirt

5.3 oz., pre-shrunk 100% cotton
Heavy Cotton T-Shirt
Double-needle stitched neckline, bottom hem and sleeves
Quarter-turned
Seven-eighths inch seamless collar
Shoulder-to-shoulder taping
Washing Instructions:

Machine cold wash
Tumble dry low heat
Iron steam or dry with medium heat
Do not bleach
Size chart:
We highly recommend our customers to read the chart carefully and select the correct size.

**Reference Price by Seller**    Show More

**Sold By**    View store

Farabica_creative
1.0 ★ ☆ ☆ ☆ ☆ (1)

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

wish

What do you want to find?   Search

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo



Customize your ride
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar · 🌮 Express · 🍪 Blitz Buy · 🍭 Deals Hub · 🕐 Recently Viewed · Trending · Fashion · Baby Gear · Pet Accessories

## Shipping

**Brown Hoeven**                                              Change
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

How do you want to pay?   VISA  ᴍ  DISCOVER  AMEX  Klarna  afterpay  PayPal  G Pay

🔵 **Pay full amount**
     Pay the order total $55.09 now and you're all set.
⚪ **4 interest-free payments of $13.77**

## Payment

⚪  VISA DISCOVER AMEX        ⚪  G Pay        ⚪  PayPal

## Items in cart



**Luke Combs Guitar Shirt, Combs Crazy Bullhead Shirt, Western Luke Combs Bullhead Tour Merch Fan Gift**

Size 5XL

[ 2 ▾ ]   Remove

~~$51.98~~  $49.98

---

**54:49**   **Price expires soon!**   Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 27–Jul 14

## Order summary

➕ Apply a coupon

| | |
|---|---|
| Item Total | $49.98 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $5.11 |
| Order Total | $55.09 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee** 
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

---

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/648ae34e07aeb035f18a9bc7?&hide_login_modal=true&share=web

**ProductID:** wish_648ae34e07aeb035f18a9bc7
**ProductName:** Luke Combs The Middle Of Somewhere Tour 2022 Sweatshirt, Jordan Davis Tour Merch Shirt
**SellerID:** 6407321456171c7998391b2a
**SellerName:** Farabica_creative

**Item Screenshot Created at:** 2023-06-22 03:06:48
**Checkout Screenshot Created at:** 2023-06-22 03:48:51



wish

[ What do you want to find? ]　**Search**

Sign in　🔔　♡　🛒

Popular　　Express　　Deals Hub　　Recently Viewed　　Trending　　Fashion　　Baby Gear　　Pet Accessories　　Gadgets　　Tools　　Mo

Fashion > Women > Tops and Tees > Styles > Shirts > Dress

**Overview**　　Related

Shop products related to this item



Luke Combs The Middle Of Somewhere Tour 2022 Sweatshirt, Jordan Davis Tour Merch Shirt

**$16.99**

4 interest-free payments of $4.24 with **Klarna**.
Learn More

**Size:**

[ S　　　▼ ]

Get 15% off your first purchase with code:　[ FIRST15 ]

**Add to cart**

**Shipping**

**Standard shipping**　Free
Jun 26–Jul 13

Items are sold and shipped by
Farabica_creative

### Description　　Show Less

Classic Guys / Unisex TeeT-shirt

5.3 oz., pre-shrunk 100% cotton
Heavy Cotton T-Shirt
Double-needle stitched neckline, bottom hem and sleeves
Quarter-turned
Seven-eighths inch seamless collar
Shoulder-to-shoulder taping
Washing Instructions:

Machine cold wash
Tumble dry low heat
Iron steam or dry with medium heat
Do not bleach
Size chart:
We highly recommend our customers to read the chart carefully and select the correct size.

### Reference Price by Seller　　Show More

### Sold By　　View store



Farabica_creative
1.0 ★☆☆☆☆ (1)

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

[ Manage Settings ]　[ Agree ]

wish

What do you want to find?   Search

Sign in

Popular · Express · Deals Hub · Recently Viewed · Trending · Fashion · Baby Gear · Pet Accessories · Gadgets · Tools · Mo



Customize your ride
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

# wish

lar |  Express | 🔴 Blitz Buy | 🔴 Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**                                                                          Change
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

How do you want to pay?    VISA  mastercard  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

● **Pay full amount**
   Pay the order total $57.31 now and you're all set.

○ **4 interest-free payments of $14.33**

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |
| --- | --- | --- |

## Items in cart



**Luke Combs The Middle Of Somewhere Tour 2022 Sweatshirt, Jordan Davis Tour Merch Shirt**                                    $51.98

Size 5XL

[ 2 ▼ ]   Remove

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

✛ **Apply a coupon**

| Item Total | $51.98 |
| --- | --- |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $5.33 |
| Order Total | $57.31 |

**Checkout**

By continuing you agree to the **Terms of Use** and **Privacy Policy**.

🛡 **Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. **Learn More**

💎 **30 Day Free Return and Refund**

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/648ae072d1c991785f6d091f?&hide_login_modal=true&share=web

**ProductID:** wish_648ae072d1c991785f6d091f
**ProductName:** Beautiful Crazy Shirt, Luke Combs Sweatshirt, Country  Music Song T-Shirt Birthday Gift
**SellerID:** 6407321456171c7998391b2a
**SellerName:** Farabica_creative

**Item Screenshot Created at:** 2023-06-22 03:09:00
**Checkout Screenshot Created at:** 2023-06-22 04:13:42

6/22/2023

Beautiful Crazy Shirt, Luke Combs Sweatshirt, Country Music Song T-Shirt Birthday Gift | Wish

# wish

What do you want to find? **Search**     Sign in

Popular | Express | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Mo

Fashion > Women > Tops and Tees > Cuts > Short Sleeves

**Overview**    Related

Shop products related to this item





### Beautiful Crazy Shirt, Luke Combs Sweatshirt, Country Music Song T-Shirt Birthday Gift

**$16.99**

4 interest-free payments of $4.24 with **Klarna**.
Learn More

**Size:**

S ▾

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

Standard shipping   Free
Jun 26–Jul 13

Items are sold and shipped by
Farabica_creative

---

**Description**                          Show Less

Classic Guys / Unisex TeeT-shirt

5.3 oz., pre-shrunk 100% cotton
Heavy Cotton T-Shirt
Double-needle stitched neckline, bottom hem and sleeves
Quarter-turned
Seven-eighths inch seamless collar
Shoulder-to-shoulder taping
Washing Instructions:

Machine cold wash
Tumble dry low heat
Iron steam or dry with medium heat
Do not bleach
Size chart:
We highly recommend our customers to read the chart carefully and select the correct size.

---

**Reference Price by Seller**            Show More

---

**Sold By**                              Merchant info

Farabica_creative
1.0 ★☆☆☆☆ (1)

Contact merchant

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

https://www.wish.com/c/648ae072d1c991785f6d091f?share=web                                  1/2

wish

What do you want to find?    Search

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar   🍩 Express   🪙 Blitz Buy   🔥 Deals Hub   🕐 Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories

## Shipping

**Brown Hoeven**
22 W Jackson Blvd, Chicago, Illinois, United States, 60604    Change

**How do you want to pay?**    VISA   mastercard   DISCOVER   AMEX   Klarna.   afterpay   PayPal   G Pay

● **Pay full amount**
   Pay the order total $55.09 now and you're all set.
○ **4 interest-free payments of $13.77**

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |
| --- | --- | --- |

## Items in cart



**Beautiful Crazy Shirt, Luke Combs Sweatshirt, Country Music Song T-Shirt Birthday Gift**

Size 5XL

[ 2 ▼ ]   Remove

~~$51.98~~ $49.98

---

54:48   **Price expires soon!**    Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 27–Jul 14

## Order summary

✛ Apply a coupon

| | |
| --- | --- |
| Item Total | $49.98 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $5.11 |
| Order Total | $55.09 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee** 
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/648ae3454f6f290f08759711?&hide_login_modal=true&share=web

**ProductID:** wish_648ae3454f6f290f08759711
**ProductName:** Luke Combs Concert Bullhead Sweatshirt, Combs Western Shirt, Country Music T Shirt, Cowboy Cowgirl Shirt
**SellerID:** 6407321456171c7998391b2a
**SellerName:** Farabica_creative

**Item Screenshot Created at:** 2023-06-22 03:06:26
**Checkout Screenshot Created at:** 2023-06-22 03:43:03



wish

What do you want to find?  Search

Sign in

Popular · Express · Deals Hub · Recently Viewed · Trending · Fashion · Baby Gear · Pet Accessories · Gadgets · Tools · Mo

Fashion > Women > Tops and Tees > Styles > Shirts > Dress

**Overview**    Related

Shop products related to this item





Luke Combs Concert Bullhead Sweatshirt, Combs Western Shirt, Country Music T Shirt, Cowboy Cowgirl Shirt

**$16.99**

4 interest-free payments of $4.24 with **Klarna**.
Learn More

**Size:**

XS

Get 15% off your first purchase with code:   FIRST15

**Add to cart**

**Shipping**

**Standard shipping**   Free
Jun 26–Jul 13

Items are sold and shipped by
Farabica_creative

---

**Description**       Show Less

Classic Guys / Unisex TeeT-shirt

5.3 oz., pre-shrunk 100% cotton
Heavy Cotton T-Shirt
Double-needle stitched neckline, bottom hem and sleeves
Quarter-turned
Seven-eighths inch seamless collar
Shoulder-to-shoulder taping
Washing Instructions:

Machine cold wash
Tumble dry low heat
Iron steam or dry with medium heat
Do not bleach
Size chart:
We highly recommend our customers to read the chart carefully and select the correct size.

---

**Reference Price by Seller**       Show More

---

**Sold By**       View store

Farabica_creative
1.0 ★ ☆☆☆☆☆ (1)

---

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree



This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar　　🍴 Express　　🍬 Blitz Buy　　🍭 Deals Hub　　🕐 Recently Viewed　　Trending　　Fashion　　Baby Gear　　Pet Accessories



## Shipping

**Brown Hoeven**　　　　　　　　　　　　　　　Change
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

**How do you want to pay?**　　VISA　MasterCard　DISCOVER　AMEX　Klarna.　afterpay♢　PayPal　G Pay

○ **Pay full amount**
　Pay the order total $55.09 now and you're all set.
○ 4 interest-free payments of $13.77

## Payment

○ VISA DISCOVER MasterCard AMEX　　　　○ **G** Pay　　　　○ **P** PayPal

## Items in cart

**Luke Combs Concert Bullhead Sweatshirt, Combs Western Shirt, Country Music T Shirt, Cowboy Cowgirl Shirt**　　　　　　~~$51.98~~  $49.98

Size 5XL

[ 2 ▾ ]　　Remove

---

[ 54:48 ]　**Price expires soon!**　Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary



+ Apply a coupon

| | |
|---|---|
| Item Total | $49.98 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $5.11 |
| Order Total | $55.09 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/648ae3481d766c0c3afa32f2?&hide_login_modal=true&share=web

**ProductID:** wish_648ae3481d766c0c3afa32f2
**ProductName:** Luke Combs Combs World Tour 2023 Shirt, Hoodie, Sweatshirt, Country Music Lover
**SellerID:** 6407321456171c7998391b2a
**SellerName:** Farabica_creative

**Item Screenshot Created at:** 2023-06-22 03:06:25
**Checkout Screenshot Created at:** 2023-06-22 03:41:02

## wish

What do you want to find?  **Search**

Sign in  🔔  🛒  ♡

⚡ Popular    🌮 Express    🎯 Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mc

Fashion › Women › Tops and Tees

**Overview**    Related

Shop products related to this item





### Luke Combs Combs World Tour 2023 Shirt, Hoodie, Sweatshirt, Country Music Lover

**$16.99**

4 interest-free payments of $4.24 with **Klarna**.
Learn More

**Size:**

XS ▾

Get 15% off your first purchase with code:  FIRST15

**Add to cart**

**Shipping**

Standard shipping   Free
Jun 26–Jul 13

Items are sold and shipped by
Farabica_creative

---

**Description**      Show Less

Classic Guys / Unisex TeeT-shirt

5.3 oz., pre-shrunk 100% cotton
Heavy Cotton T-Shirt
Double-needle stitched neckline, bottom hem and sleeves
Quarter-turned
Seven-eighths inch seamless collar
Shoulder-to-shoulder taping
Washing Instructions:

Machine cold wash
Tumble dry low heat
Iron steam or dry with medium heat
Do not bleach
Size chart:
We highly recommend our customers to read the chart carefully and select the correct size.

---

**Reference Price by Seller**      Show More

---

**Sold By**      View store

Farabica_creative
1.0 ★☆☆☆☆ (1)

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

Luke Combs Combs World Tour 2023 Shirt, Hoodie, Sweatshirt, Country Music Lover | Wish

wish

What do you want to find?    Search

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo



Customize your ride
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604   Change

**How do you want to pay?**   VISA   mastercard   DISCOVER   AMEX   Klarna   afterpay   PayPal   G Pay

○ **Pay full amount**
Pay the order total $55.09 now and you're all set.

○ 4 interest-free payments of **$13.77**

## Payment

○ VISA DISCOVER AMEX    ○ G Pay    ○ PayPal

## Items in cart



**Luke Combs Combs World Tour 2023 Shirt, Hoodie, Sweatshirt, Country Music Lover**

Size 5XL

[ 2 ▾ ]   Remove

~~$51.98~~ $49.98

---

**54:48**   **Price expires soon!**   Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

+ Apply a coupon

| | |
|---|---|
| Item Total | $49.98 |
| Shipping | Free |
|    Standard (2 items):   Free | |
| Tax | $5.11 |
| Order Total | $55.09 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee** 
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

---

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/648ae34497d69ca7c7d57233?&hide_login_modal=true&share=web

**ProductID:** wish_648ae34497d69ca7c7d57233
**ProductName:** Luke Combs Bull Skull Country Music T Shirt, Hoodie Western Bullhead Tour 2023 Merch, Country Music Fan
**SellerID:** 6407321456171c7998391b2a
**SellerName:** Farabica_creative

**Item Screenshot Created at:** 2023-06-22 03:06:56
**Checkout Screenshot Created at:** 2023-06-22 03:52:09

# wish

What do you want to find?    **Search**

**Sign in**

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mo

Fashion › Women › Tops and Tees › Styles › Shirts › Dress

**Overview**    Related

Shop products related to this item



Buy it on **Juicytee.com** for the highest quality

Luke Combs Bull Skull Country Music T Shirt, Hoodie Western Bullhead Tour 2023 Merch, Country Music Fan

## $16.99

4 interest-free payments of $4.24 with **Klarna**.
Learn More

**Size:**

XS ▾

Get 15% off your first purchase with code:   FIRST15

**Add to cart**

**Shipping**

Standard shipping   Free
Jun 26–Jul 13

Items are sold and shipped by Farabica_creative

---

**Description**     Show Less

Classic Guys / Unisex TeeT-shirt

5.3 oz., pre-shrunk 100% cotton
Heavy Cotton T-Shirt
Double-needle stitched neckline, bottom hem and sleeves
Quarter-turned
Seven-eighths inch seamless collar
Shoulder-to-shoulder taping
Washing Instructions:

Machine cold wash
Tumble dry low heat
Iron steam or dry with medium heat
Do not bleach
Size chart:
We highly recommend our customers to read the chart carefully and select the correct size.

---

**Reference Price by Seller**     Show More

---

**Sold By**     View store

Farabica_creative
1.0 ⭐ (1)

---

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

wish



Customize your ride
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar 🌮 Express 🍩 Blitz Buy 🍩 Deals Hub 🕐 Recently Viewed Trending Fashion Baby Gear Pet Accessories

## Shipping

**Brown Hoeven**                                                                   Change
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

**How do you want to pay?**    VISA  [mastercard]  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

○ **Pay full amount**
Pay the order total $57.31 now and you're all set.

○ **4 interest-free payments of $14.33**

## Payment

| ○ VISA DISCOVER AMEX | ○ **G** Pay | ○ **P** PayPal |

## Items in cart



**Luke Combs Bull Skull Country Music T Shirt,**          $51.98
**Hoodie Western Bullhead Tour 2023 Merch,**
**Country Music Fan**

Size 5XL

[ 2 ▾ ]    Remove

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

+ Apply a coupon

| Item Total | $51.98 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $5.33 |
| Order Total | $57.31 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if
any of your items don't arrive. Learn More

◆ 30 Day Free Return and Refund

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/648ae343688da73c1d5d1545?&hide_login_modal=true&share=web

**ProductID:** wish_648ae343688da73c1d5d1545
**ProductName:** Luke Combs Shirt, Combs Crazy Bullhead Shirt, Music Concert Shirt, Country Girl Shirt Luke Comb Gift Lover
**SellerID:** 6407321456171c7998391b2a
**SellerName:** Farabica_creative

**Item Screenshot Created at:** 2023-06-22 03:07:04
**Checkout Screenshot Created at:** 2023-06-22 03:51:30

wish

[What do you want to find?]  **Search**

**Sign in**    🔔    ♡    🛒

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

Fashion › Women › Tops and Tees › Styles › Shirts › Dress

**Overview**    Related



Shop products related to this item



**Luke Combs Shirt, Combs Crazy Bullhead Shirt, Music Concert Shirt, Country Girl Shirt Luke Comb Gift Lover**

**$16.99**

4 interest-free payments of $4.24 with **Klarna**.
Learn More

**Size:**

XS    ▼

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

**Standard shipping**    Free
Jun 26–Jul 13

Items are sold and shipped by Farabica_creative

---

**Description**                                          Show Less

Classic Guys / Unisex TeeT-shirt

5.3 oz., pre-shrunk 100% cotton
Heavy Cotton T-Shirt
Double-needle stitched neckline, bottom hem and sleeves
Quarter-turned
Seven-eighths inch seamless collar
Shoulder-to-shoulder taping
Washing Instructions:

Machine cold wash
Tumble dry low heat
Iron steam or dry with medium heat
Do not bleach
Size chart:
We highly recommend our customers to read the chart carefully and select the correct size.

---

**Reference Price by Seller**                            Show More

---

**Sold By**                                              View store



Farabica_creative
1.0 ⭐ ☆☆☆☆ (1)

---

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

Luke Combs Shirt, Combs Crazy Bullhead Shirt, Music Concert Shirt, Country Girl Shirt Luke Comb Gift Lover | Wish



Popular     Express     Deals Hub     Recently Viewed     Trending     Fashion     Baby Gear     Pet Accessories     Gadgets     Tools     Mc

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings     Agree

# wish

## Shipping

**Brown Hoeven**                                    Change
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

**How do you want to pay?** VISA ● DISCOVER AMEX Klarna. afterpay PayPal G Pay

● **Pay full amount**
   Pay the order total $57.31 now and you're all set.
○ **4 interest-free payments of $14.33**

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |
|---|---|---|

## Items in cart



Luke Combs Shirt, Combs Crazy Bullhead                    $51.98
Shirt, Music Concert Shirt, Country Girl Shirt
Luke Comb Gift Lover

Size 5XL

[ 2 ▾ ]   Remove

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

➕ Apply a coupon

| Item Total | $51.98 |
|---|---|
| Shipping | Free |
|   Standard (2 items):  Free | |
| Tax | $5.33 |
| Order Total | $57.31 |

**Checkout**

By continuing you agree to the Terms of Use and
Privacy Policy.

**Money Back Guarantee** 
We've got your back. Get a full refund if
any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/648ae345247bcf72de6b29fd?&hide_login_modal=true&share=web

**ProductID:** wish_648ae345247bcf72de6b29fd
**ProductName:** Luke Combs Music Concert Western Shirt, World Tour 2023 T-Shirt, Cowboy Cowgirl Shirt

**SellerID:** 6407321456171c7998391b2a
**SellerName:** Farabica_creative

**Item Screenshot Created at:** 2023-06-22 03:06:52
**Checkout Screenshot Created at:** 2023-06-22 03:49:32



Fashion > Women > Tops and Tees > Styles > Shirts > Dress

**Overview**　　Related

Shop products related to this item





Luke Combs Music Concert Western Shirt, World Tour 2023 T-Shirt, Cowboy Cowgirl Shirt

**$16.99**

4 interest-free payments of $4.24 with **Klarna.**
Learn More

**Size:**

| S | ▼ |

Get 15% off your first purchase with code:　　FIRST15

**Add to cart**

**Shipping**

Standard shipping　Free
Jun 26–Jul 13

Items are sold and shipped by Farabica_creative

---

**Description**　　　　　　　　　　　　　Show Less

Classic Guys / Unisex TeeT-shirt

5.3 oz., pre-shrunk 100% cotton
Heavy Cotton T-Shirt
Double-needle stitched neckline, bottom hem and sleeves
Quarter-turned
Seven-eighths inch seamless collar
Shoulder-to-shoulder taping
Washing Instructions:

Machine cold wash
Tumble dry low heat
Iron steam or dry with medium heat
Do not bleach
Size chart:
We highly recommend our customers to read the chart carefully and select the correct size.

---

**Reference Price by Seller**　　　　　　　Show More

---

**Sold By**　　　　　　　　　　　　　　View store

Farabica_creative
1.0 ★☆☆☆☆ (1)

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings　　Agree

Luke Combs Music Concert Western Shirt, World Tour 2023 T-Shirt, Cowboy Cowgirl Shirt | Wish

wish

What do you want to find?    Search    Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar   🧇 Express   🟡 Blitz Buy   🔴 Deals Hub   🕐 Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604    Change

How do you want to pay?    

● **Pay full amount**
   Pay the order total $57.31 now and you're all set.

○ **4 interest-free payments of $14.33**

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |
|---|---|---|

## Items in cart



**Luke Combs Music Concert Western Shirt, World Tour 2023 T-Shirt, Cowboy Cowgirl Shirt**

Size 5XL

[ 2 ▾ ]   Remove

$51.98

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

✛ Apply a coupon

| | |
|---|---|
| Item Total | $51.98 |
| Shipping | Free |
|   Standard (2 items):  Free | |
| Tax | $5.33 |
| Order Total | $57.31 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/648ae349140d82627cfa2e00?&hide_login_modal=true&share=web

**ProductID:** wish_648ae349140d82627cfa2e00
**ProductName:** Luke Combs Country Music T-Shirt, Combs Western Shirt Tour Merch Gift For Fan
**SellerID:** 6407321456171c7998391b2a
**SellerName:** Farabica_creative

**Item Screenshot Created at:** 2023-06-22 03:08:24
**Checkout Screenshot Created at:** 2023-06-22 03:58:02

## wish

What do you want to find?    **Search**    Sign in

Popular | Express | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Mo

Fashion › Women › Tops and Tees › Styles › Shirts › Dress

**Overview**    Related



Shop products related to this item

Buy it on **Juicytee.com** for the highest quality

### Luke Combs Country Music T-Shirt, Combs Western Shirt Tour Merch Gift For Fan

**$16.99**

4 interest-free payments of $4.24 with **Klarna**.
Learn More

**Size:**

XS ▾

Get 15% off your first purchase with code:   FIRST15

**Add to cart**

**Shipping**

Standard shipping   Free
Jun 26–Jul 13

Items are sold and shipped by
Farabica_creative

---

**Description**      Show Less

Classic Guys / Unisex TeeT-shirt

5.3 oz., pre-shrunk 100% cotton
Heavy Cotton T-Shirt
Double-needle stitched neckline, bottom hem and sleeves
Quarter-turned
Seven-eighths inch seamless collar
Shoulder-to-shoulder taping
Washing Instructions:

Machine cold wash
Tumble dry low heat
Iron steam or dry with medium heat
Do not bleach
Size chart:
We highly recommend our customers to read the chart carefully and select the correct size.

---

**Reference Price by Seller**      Show More

---

**Sold By**      Merchant info

Farabica_creative
1.0 ★☆☆☆☆ (1)

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

wish

What do you want to find?    Search    Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604

Change

**How do you want to pay?**    VISA  ●  DISCOVER  AMEX  Klarna.  afterpay⬦  PayPal  G Pay

◉ **Pay full amount**
Pay the order total $55.09 now and you're all set.

○ **4 interest-free payments of $13.77**

## Payment

○  VISA DISCOVER AMEX        ○  **G** Pay        ○  **P** PayPal

## Items in cart



**Luke Combs Country Music T-Shirt, Combs Western Shirt Tour Merch Gift For Fan**

Size 5XL

[ 2 ▾ ]    Remove

~~$51.98~~  $49.98

---

**54:48**    **Price expires soon!**    Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

✛ Apply a coupon

| | |
|---|---|
| Item Total | $49.98 |
| Shipping | Free |
| Standard (2 items):  Free | |
| Tax | $5.11 |
| Order Total | $55.09 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/648ae0623080edcda75d6f4a?&hide_login_modal=true&share=web

**ProductID:** wish_648ae0623080edcda75d6f4a
**ProductName:** Combs Sweatshirt, Luke Combs Country Music Shirt, Concert Music Hoodie
**SellerID:** 6407321456171c7998391b2a
**SellerName:** Farabica_creative

**Item Screenshot Created at:** 2023-06-22 03:09:08
**Checkout Screenshot Created at:** 2023-06-22 03:38:27

# wish

| What do you want to find? | **Search** |

**Sign in**

‹ Popular  Express  Deals Hub  Recently Viewed  Trending  Fashion  Baby Gear  Pet Accessories  Gadgets  Tools  Mc

Fashion › Women › Tops and Tees › Styles › Hoodies

**Overview**    Related

Shop products related to this item



### Combs Sweatshirt, Luke Combs Country Music Shirt, Concert Music Hoodie

**$16.99**

4 interest-free payments of $4.24 with **Klarna.**
Learn More

**Size:**

| XS ▾ |

Get 15% off your first purchase with code: **FIRST15**

**Add to cart**

**Shipping**

**Standard shipping**   Free
Jun 26–Jul 13

Items are sold and shipped by
Farabica_creative

---

**Description**                                    Show Less

Classic Guys / Unisex TeeT-shirt

5.3 oz., pre-shrunk 100% cotton
Heavy Cotton T-Shirt
Double-needle stitched neckline, bottom hem and sleeves
Quarter-turned
Seven-eighths inch seamless collar
Shoulder-to-shoulder taping
Washing Instructions:

Machine cold wash
Tumble dry low heat
Iron steam or dry with medium heat
Do not bleach
Size chart:
We highly recommend our customers to read the chart carefully and select the correct size.

---

**Reference Price by Seller**                      Show More

---

**Sold By**                                        View store

Farabica_creative
1.0 ★ ☆☆☆☆☆ (1)

---

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

wish

What do you want to find?    Search

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mc



Customize your ride
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish



lar  🍪 Express  🍬 Blitz Buy  🍥 Deals Hub  🕙 Recently Viewed  Trending  Fashion  Baby Gear  Pet Accessories

## Shipping

**Brown Hoeven**
22 W Jackson Blvd, Chicago, Illinois, United States, 60604            Change

How do you want to pay?

● **Pay full amount**
Pay the order total $55.09 now and you're all set.

○ **4 interest-free payments of $13.77**

## Payment

○ VISA MASTERCARD DISCOVER AMEX

○ G Pay

○ PayPal

## Items in cart

Combs Sweatshirt, Luke Combs Country Music Shirt, Concert Music Hoodie            $51.98  $49.98

Size 5XL

[ 2 ▼ ]   Remove

38:12   **Price expires soon!**   Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

✛ Apply a coupon

| | |
|---|---|
| Item Total | $49.98 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $5.11 |
| Order Total | $55.09 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

💎 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/648ae3535602632ebe7553b2?&hide_login_modal=true&share=web

**ProductID:** wish_648ae3535602632ebe7553b2
**ProductName:** Luke Combs Shirt, Combs Crazy Bullhead Shirt, 2023 World Tour T-Shirt, Country Music Star For Fan
**SellerID:** 6407321456171c7998391b2a
**SellerName:** Farabica_creative

**Item Screenshot Created at:** 2023-06-22 03:06:57
**Checkout Screenshot Created at:** 2023-06-22 03:53:27



wish

Sign in

Fashion › Women › Tops and Tees › Cuts › Short Sleeves

**Overview**    Related

Shop products related to this item





Luke Combs Shirt, Combs Crazy Bullhead Shirt, 2023 World Tour T-Shirt, Country Music Star For Fan

**$16.99**

4 interest-free payments of $4.24 with **Klarna**.
Learn More

**Size:**

XS

Get 15% off your first purchase with code:     FIRST15

**Add to cart**

**Shipping**

Standard shipping    Free
Jun 26–Jul 13

Items are sold and shipped by
Farabica_creative

---

**Description**                                                    Show Less

Classic Guys / Unisex TeeT-shirt

5.3 oz., pre-shrunk 100% cotton
Heavy Cotton T-Shirt
Double-needle stitched neckline, bottom hem and sleeves
Quarter-turned
Seven-eighths inch seamless collar
Shoulder-to-shoulder taping
Washing Instructions:

Machine cold wash
Tumble dry low heat
Iron steam or dry with medium heat
Do not bleach
Size chart:
We highly recommend our customers to read the chart carefully and select the correct
size.

---

**Reference Price by Seller**                                      Show More

---

**Sold By**                                                        View store

Farabica_creative
1.0 ★ ★ ★ ★ ★ (1)

---

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree



This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar  🍪 Express  🟡 Blitz Buy  🔴 Deals Hub  🕐 Recently Viewed  Trending  Fashion  Baby Gear  Pet Accessories

## Shipping

**Brown Hoeven**                                           Change

22 W Jackson Blvd, Chicago, Illinois, United States, 60604

**How do you want to pay?**   VISA  🔲  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

○ **Pay full amount**
Pay the order total $57.31 now and you're all set.

○ 4 interest-free payments of **$14.33**

## Payment

○  VISA  DISCOVER  AMEX          ○  G Pay          ○  PayPal

## Items in cart



Luke Combs Shirt, Combs Crazy Bullhead          $51.98
Shirt, 2023 World Tour T-Shirt, Country Music
Star For Fan

Size 5XL

[ 2 ▾ ]   Remove

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

+ Apply a coupon

Item Total                                    $51.98
Shipping                                       Free
  Standard (2 items):  Free
Tax                                            $5.33
Order Total                                   $57.31

**Checkout**

By continuing you agree to the Terms of Use and
Privacy Policy.

**Money Back Guarantee**                      
We've got your back. Get a full refund if
any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

Contact, Policies & More ︿

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/644b902edf9a518efd73da85?&hide_login_modal=true&share=web

**ProductID:** wish_644b902edf9a518efd73da85
**ProductName:** Luke Combs Premium Sofa Blanket, Fleece Blanket
**SellerID:** 641e6c3c798a30a7b3596033
**SellerName:** Beexstore

**Item Screenshot Created at:** 2023-06-22 03:06:52
**Checkout Screenshot Created at:** 2023-06-22 03:50:11



**wish**    [ What do you want to find? ] [ Search ]    Sign in 🔔 ♡ 🛒

Popular 🔥 Express 🎯 Deals Hub 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Mo

Home and Garden > Bedroom > Blankets and Throws

**Overview**    Related

Shop products related to this item



### Luke Combs Premium Sofa Blanket, Fleece Blanket

**$41.95**

4 interest-free payments of $10.48 with **Klarna**.
Learn More

**Size:**

[ 52X59 inch 130x150cm ▼ ]

Get 15% off your first purchase with code:   **FIRST15**

**Add to cart**

**Shipping**

**Standard shipping**   Free
Jun 26–Jul 13

Items are sold and shipped by Beexstore



---

**Description**            Show Less

Luke Combs Premium Sofa Blanket, Fleece Blanket

Everyone has their favorite blankie, if notâ€”this will be it. It comes in multiple sizes so anyone can enjoy itâ€”toddlers, grown-ups, even your four-legged best friends. The 2inches stitch makes sure the blanket's borders stay intact. It's made from a super-soft fleece that'll be decorated with your eye-catching designs in picture-perfect quality. Generic brand
- One-sided print
- Material: 100% polyester
- 2inches stitched edge
Care instructions: Machine wash: cold (max 30C or 90F), gentle cycle, xhand wash will extend the quality of the product; Do not bleach; Tumble dry: low heat; Do not iron; Do not dryclean.

---

**Reference Price by Seller**            Show More

---

**Sold By**            View store



**Beexstore**
5.0 ⭐⭐⭐⭐⭐ (0)

---

**30 Day Return & Refund**

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

[ Manage Settings ] [ Agree ]



wish

What do you want to find?    Search

Sign in

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mo

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604     Change

**How do you want to pay?**   VISA   MasterCard   DISCOVER   AMEX   Klarna.   afterpay   PayPal   G Pay

◉ **Pay full amount**
Pay the order total $169.67 now and you're all set.

○ **4 interest-free payments of $42.42**

## Payment

○ VISA DISCOVER MasterCard AMEX     ○ **G Pay**     ○ **PayPal**

## Items in cart



**Luke Combs Premium Sofa Blanket, Fleece Blanket**
Size 91X91 inch 230x230cm

~~$159.90~~ $153.90

[ 2 ▾ ]   Remove

---

| 54:47 | **Price expires soon!** | Check out before the timer expires to lock in this price. |

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

+ Apply a coupon

| | |
|---|---|
| Item Total | $153.90 |
| Shipping | Free |
|   Standard (2 items):  Free | |
| Tax | $15.77 |
| Order Total | $169.67 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee** 
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/6451fc07e8a56447ff670df2?&hide_login_modal=true&share=web
**ProductID:** wish_6451fc07e8a56447ff670df2
**ProductName:** Luke Combs Albums Premium Sofa Blanket, Fleece Blanket
**SellerID:** 641e6c3c798a30a7b3596033
**SellerName:** Beexstore

**Item Screenshot Created at:** 2023-06-22 03:08:16
**Checkout Screenshot Created at:** 2023-06-22 03:58:38



wish

What do you want to find? **Search**

Sign in

Popular | Express | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Mo

Home and Garden > Bedroom > Blankets and Throws

**Overview** | Related

Shop products related to this item



### Luke Combs Albums Premium Sofa Blanket, Fleece Blanket

**$41.95**

4 interest-free payments of $10.48 with **Klarna.**
Learn More

**Size:**

52X59 inch 130x150cm ⌄

Get 15% off your first purchase with code: **FIRST15**

**Add to cart**

**Shipping**

Standard shipping   Free
Jun 26–Jul 13

Items are sold and shipped by Beexstore



---

**Description**     Show Less

Luke Combs Albums Premium Sofa Blanket, Fleece Blanket

Everyone has their favorite blankie, if not-this will be it. It comes in multiple sizes so anyone can enjoy it-toddlers, grown-ups, even your four-legged best friends. The 2inches stitch makes sure the blanket's borders stay intact. It's made from a super-soft fleece that'll be decorated with your eye-catching designs in picture-perfect quality.
Generic brand
- One-sided print
- Material: 100% polyester
- 2inches stitched edge
Care instructions: Machine wash: cold (max 30C or 90F), gentle cycle, xhand wash will extend the quality of the product; Do not bleach; Tumble dry: low heat; Do not iron; Do not dryclean.

---

**Reference Price by Seller**     Show More

---

**Sold By**     View store



Beexstore
5.0 ★★★★★ (0)

---

**30 Day Return & Refund**

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings | Agree



This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar | 🧡 Express | 🌕 Blitz Buy | 🔴 Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604                 Change

**How do you want to pay?**     VISA  MC  DISCOVER  AMEX  Klarna  afterpay  PayPal  G Pay

● **Pay full amount**
   Pay the order total $169.67 now and you're all set.
○ **4 interest-free payments of $42.42**

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |

## Items in cart



**Luke Combs Albums Premium Sofa Blanket, Fleece Blanket**

Size 91X91 inch 230x230cm

[ 2 ▼ ]    Remove

~~$159.90~~ **$153.90**

---

**54:49**   **Price expires soon!**   Check out before the timer expires to lock in this price.

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

✛ Apply a coupon

| | |
|---|---|
| Item Total | $153.90 |
| Shipping | Free |
| Standard (2 items):  Free | |
| Tax | $15.77 |
| Order Total | $169.67 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/6451fc10c3360972cf0f1a52?&hide_login_modal=true&share=web
**ProductID:** wish_6451fc10c3360972cf0f1a52
**ProductName:** Luke Combs Premium Sofa Blanket, Fleece Blanket
**SellerID:** 641e6c3c798a30a7b3596033
**SellerName:** Beexstore

**Item Screenshot Created at:** 2023-06-22 03:06:31
**Checkout Screenshot Created at:** 2023-06-22 03:45:41



wish

Sign in

Popular  |  Express  |  Deals Hub  |  Recently Viewed  |  Trending  |  Fashion  |  Baby Gear  |  Pet Accessories  |  Gadgets  |  Tools  |  Mo

Home and Garden > Bedroom > Blankets and Throws

**Overview**    Related

Shop products related to this item



### Luke Combs Premium Sofa Blanket, Fleece Blanket

**$41.95**

4 interest-free payments of $10.48 with **Klarna**.
Learn More

**Size:**

52X59 inch 130x150cm ▼

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

**Standard shipping**    Free
Jun 26–Jul 13

Items are sold and shipped by Beexstore



---

**Description**                                    Show Less

Luke Combs Premium Sofa Blanket, Fleece Blanket

Everyone has their favorite blankie, if not-this will be it. It comes in multiple sizes so anyone can enjoy it-toddlers, grown-ups, even your four-legged best friends. The 2inches stitch makes sure the blanket's borders stay intact. It's made from a super-soft fleece that'll be decorated with your eye-catching designs in picture-perfect quality.
Generic brand
- One-sided print
- Material: 100% polyester
- 2inches stitched edge
Care instructions: Machine wash: cold (max 30C or 90F), gentle cycle, xhand wash will extend the quality of the product; Do not bleach; Tumble dry: low heat; Do not iron; Do not dryclean.

---

**Reference Price by Seller**                        Show More

---

**Sold By**                                          View store



Beexstore
5.0 ★★★★★ (0)

---

**30 Day Return & Refund**

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree



## wish

Sign in

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings     Agree

# wish

lar | 🥠 Express | 🥇 Blitz Buy | 🥇 Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

Change

**How do you want to pay?**   VISA   🔲 mastercard   DISCOVER   AMEX   Klarna.   afterpay♢   PayPal   G Pay

○ **Pay full amount**
   Pay the order total $176.29 now and you're all set.
○ **4 interest-free payments of $44.07**

## Payment

○ VISA DISCOVER AMEX          ○ **G** Pay          ○ **P** PayPal

## Items in cart



**Luke Combs Premium Sofa Blanket, Fleece Blanket**
Size 91X91 inch 230x230cm

[ 2 ▼ ]   Remove

$159.90

**Standard shipping: Free**
Estimated delivery: Jun 26–Jul 13

## Order summary

＋ Apply a coupon

| | |
|---|---|
| Item Total | $159.90 |
| Shipping | Free |
| Standard (2 items): Free | |
| Tax | $16.39 |
| Order Total | $176.29 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🔷 30 Day Free Return and Refund

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/64474e411c5635175b17ab6a?&hide_login_modal=true&share=web

**ProductID:** wish_64474e411c5635175b17ab6a
**ProductName:** Luke Combs World Tour Country Music Beer Never Broke My Heart T-Shirt
**SellerID:** 642d78dae9acfe994bd740bb
**SellerName:** marlberon

**Item Screenshot Created at:** 2023-06-22 03:05:57
**Checkout Screenshot Created at:** 2023-06-22 03:39:06



Fashion › Women › Tops and Tees › Cuts › Short Sleeves

**Overview**　　Related

Shop products related to this item



### Luke Combs World Tour Country Music Beer Never Broke My Heart T-Shirt

**$14.99**

4 interest-free payments of $3.74 with **Klarna**.
Learn More

**Size:**

S ▼

Get 15% off your first purchase with code:　FIRST15

**Add to cart**

**Shipping**

Standard shipping　$8.99
Jun 26–Jul 13

Items are sold and shipped by marlberon

---

### Description　　　　　　　　　　　　　　　Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear!
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, or consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings　　Agree



## wish

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

**Reference Price by Seller**                          Show More

---

**Sold By**                                          View store

marlberon
5.0 ★★★★★ (4)

---

**30 Day Return & Refund**

**Shop with Confidence!**                             Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar    🍥 Express    🥏 Blitz Buy    🧧 Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories



## Shipping

**Brown Hoeven**
22 W Jackson Blvd, Chicago, Illinois, United States, 60604    Change

**How do you want to pay?**    VISA · MasterCard · DISCOVER · AMEX · Klarna · afterpay · PayPal · G Pay

◉ **Pay full amount**
Pay the order total $55.52 now and you're all set.
○ **4 interest-free payments of $13.88**

## Payment

○ VISA DISCOVER MasterCard AMEX    ○ G Pay    ○ PayPal

## Items in cart

Luke Combs World Tour Country Music Beer Never Broke My Heart T-Shirt

Size 3XL

~~$32.82~~ $31.22

[ 2 ▾ ]    Remove

⏱ 54:48    **Price expires soon!**    Check out before the timer expires to lock in this price.

**Standard shipping: $19.14**
Estimated delivery: Jun 26–Jul 13



## Order summary

➕ Apply a coupon

| Item Total | $31.22 |
|---|---|
| Shipping | $19.14 |
| Standard (2 items): $19.14 | |
| Tax | $5.16 |
| Order Total | $55.52 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🔷 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/64474fdd1527b0a1ce386e64?&hide_login_modal=true&share=web

**ProductID:** wish_64474fdd1527b0a1ce386e64
**ProductName:** Luke Combs American Country Music Singer T-Shirt
**SellerID:** 642d78dae9acfe994bd740bb
**SellerName:** marlberon

**Item Screenshot Created at:** 2023-06-22 03:08:15
**Checkout Screenshot Created at:** 2023-06-22 03:57:23



wish

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mc

Fashion › Women › Tops and Tees › Styles › Shirts › Dress

**Overview**     Related





Luke Combs American Country Music Singer T-Shirt

**$14.99**

4 interest-free payments of $3.74 with **Klarna**.
Learn More

**Size:**

XL ▾

Get 15% off your first purchase with code: **FIRST15**

**Add to cart**

**Shipping**

**Standard shipping**   $8.99
Jun 26–Jul 13

Items are sold and shipped by marlberon

---

**Description**          Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping.
Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear!
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

What do you want to find?          Search          Sign in

Popular     Express     Deals Hub     Recently Viewed     Trending     Fashion     Baby Gear     Pet Accessories     Gadgets     Tools     Mo

Reference Price by Seller                                    Show More

**Sold By**                                                 View store

marlberon
5.0 ★★★★★ (4)

**30 Day Return & Refund**

**Shop with Confidence!**                                   Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user
experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings     Agree

# wish

lar · 🍜 Express · 🍭 Blitz Buy · 🎁 Deals Hub · 🕐 Recently Viewed · Trending · Fashion · Baby Gear · Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604    Change

How do you want to pay?    VISA · mastercard · DISCOVER · AMEX · Klarna. · afterpay · PayPal · G Pay

⦿ **Pay full amount**
  Pay the order total $55.52 now and you're all set.

○ **4 interest-free payments of $13.88**

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |

## Items in cart



**Luke Combs American Country Music Singer T-Shirt**    ~~$32.82~~ **$31.22**

Size 3XL

[ 2 ▾ ]    Remove

| 54:48 | **Price expires soon!** | Check out before the timer expires to lock in this price. |

**Standard shipping: $19.14**
Estimated delivery: Jun 26–Jul 13

## Order summary

✛ Apply a coupon

| Item Total | $31.22 |
| Shipping | $19.14 |
| Standard (2 items): $19.14 | |
| Tax | $5.16 |
| Order Total | $55.52 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/645b1b64b90657d8852486fc?&hide_login_modal=true&share=web

**ProductID:** wish_645b1b64b90657d8852486fc
**ProductName:** Luke Combs T-shirt Cotton Unisex Tee All Size S-4xl Np19931948
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:06:28
**Checkout Screenshot Created at:** 2023-06-22 03:45:01



wish

Fashion › Women › Tops and Tees › Cuts › Short Sleeves

**Overview**    Related

Shop products related to this item





### Luke Combs T-shirt Cotton Unisex Tee All Size S-4xl Np19931948

**$14.99**

4 interest-free payments of $3.74 with **Klarna**.
Learn More

**Size:**

L ▾

Get 15% off your first purchase with code:   **FIRST15**

**Add to cart**

**Shipping**

**Standard shipping**   $8.99
Jun 26–Jul 13

Items are sold and shipped by misterwoorin

---

### Description        Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear！
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

wish

What do you want to find?    Search    Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

**Reference Price by Seller**                                    Show More

---

**Sold By**                                                     View store

misterwoorin
4.6 ★★★★☆ (7)

---

**30 Day Return & Refund**

**Shop with Confidence!**                                       Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar    🔴 Express    🟡 Blitz Buy    🔴 Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories

## Shipping

**Brown Hoeven**
22 W Jackson Blvd, Chicago, Illinois, United States, 60604                    Change

How do you want to pay?    VISA  mastercard  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

◉ **Pay full amount**
Pay the order total $57.28 now and you're all set.
○ **4 interest-free payments of $14.32**

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |

## Items in cart



**Luke Combs T-shirt Cotton Unisex Tee All Size S-4xl Np19931948**                    $32.82

Size 3XL

[ 2 ▾ ]    Remove

**Standard shipping: $19.14**
Estimated delivery: Jun 26–Jul 13

## Order summary

+ Apply a coupon

| Item Total | $32.82 |
| Shipping | $19.14 |
| Standard (2 items): | $19.14 |
| Tax | $5.32 |
| Order Total | $57.28 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee** 
We've got your back. Get a full refund if any of your items don't arrive. Learn More

💎 30 Day Free Return and Refund

Contact, Policies & More  ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/645b1f657fd86a930b2e4561?&hide_login_modal=true&share=web

**ProductID:** wish_645b1f657fd86a930b2e4561
**ProductName:** Luke Combs Country Music T Shirt9079
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:06:58
**Checkout Screenshot Created at:** 2023-06-22 03:52:47

wish

What do you want to find?  **Search**

Sign in  🔔  ♡  🛒

◦ Popular  🧧 Express  🎁 Deals Hub  ⏱ Recently Viewed  Trending  Fashion  Baby Gear  Pet Accessories  Gadgets  Tools  Mo

Fashion › Women › Tops and Tees › Styles › Shirts › Dress

**Overview**    Related



Shop products related to this item



Luke Combs Country Music T
Shirt9079

**$14.99**

4 interest-free payments of $3.74 with **Klarna**.
Learn More

**Size:**

XL                                          ▾

Get 15% off your first purchase with
code:                              FIRST15

**Add to cart**

**Shipping**

**Standard shipping**   $8.99
Jun 26–Jul 13

Items are sold and shipped by misterwoorin

---

**Description**                                    Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology,
available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping.
Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens
& womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with
leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men
and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your
family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print
technology makes the pattern durable. Does not fade after repeated washing. No
cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life,
sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans,
or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to
bold. Easy for a modern and effortless fashion. Great for casual daily wear！
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day,
Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day,
Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day,
Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any
questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree



**Reference Price by Seller**                                    Show More

---

**Sold By**                                                     View store

misterwoorin
4.6 ★★★★★ (7)

---

**30 Day Return & Refund**

🛡️  **Shop with Confidence!**                                    Learn More
     We want you to be completely satisfied with your purchase on Wish.
     Return all products within 30 days of delivery if they are not up to
     your satisfaction.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings     Agree

# wish

lar | 🏷 Express | 🏷 Blitz Buy | 🏷 Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604

Change

**How do you want to pay?**

VISA · mastercard · DISCOVER · AMEX · Klarna. · afterpay · PayPal · G Pay

🔘 **Pay full amount**
Pay the order total $57.28 now and you're all set.

⚪ 4 interest-free payments of **$14.32**

## Payment

⚪ VISA DISCOVER mastercard AMEX

⚪ G Pay

⚪ PayPal

## Items in cart



**Luke Combs Country Music T Shirt9079**

Size 3XL

2 ▾   Remove

$32.82

**Standard shipping: $19.14**
Estimated delivery: Jun 26–Jul 13

## Order summary

➕ Apply a coupon

| | |
|---|---|
| Item Total | $32.82 |
| Shipping | $19.14 |
| Standard (2 items): $19.14 | |
| Tax | $5.32 |
| Order Total | $57.28 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee** 
We've got your back. Get a full refund if any of your items don't arrive. Learn More

💎 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/645b1fe28f61b913562449bf?&hide_login_modal=true&share=web

**ProductID:** wish_645b1fe28f61b913562449bf
**ProductName:** Retro Luke Combs Sweatshirt, Country Music Shirt,Combs Cowboy hoodie, Music Concert, Luke Comb Album, Western Tee,Combs Crazy Bullhead Shirt
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:06:27
**Checkout Screenshot Created at:** 2023-06-22 03:44:22

# wish

Fashion > Women > Tops and Tees > Styles > Shirts > Dress

**Overview**    Related

Shop products related to this item



### Retro Luke Combs Sweatshirt, Country Music Shirt,Combs Cowboy hoodie, Music Concert, Luke Comb Album, Western Tee,Combs Crazy Bullhead Shirt

**$14.99**

4 interest-free payments of $3.74 with **Klarna**.
Learn More

**Size:**

L ▼

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

Standard shipping    $8.99
Jun 26–Jul 13

Items are sold and shipped by misterwoorin

---

### Description       Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear！
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

6/22/2023

Retro Luke Combs Sweatshirt, Country Music Shirt,Combs Cowboy hoodie, Music Concert, Luke Comb Album, West...



wish

What do you want to find?    Search

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

Reference Price by Seller                                    Show More

Sold By                                                      View store

misterwoorin
4.6 ★★★★★ (7)

30 Day Return & Refund

**Shop with Confidence!**                                    Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish



## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604    Change

How do you want to pay?    VISA ● DISCOVER AM Klarna. afterpay PayPal G Pay

○ **Pay full amount**
Pay the order total $55.52 now and you're all set.

○ 4 interest-free payments of $13.88

## Payment

○ VISA DISCOVER AM      ○ G Pay      ○ PayPal

## Items in cart

| | | |
|---|---|---|
| | **Retro Luke Combs Sweatshirt, Country Music Shirt, Combs Cowboy hoodie, Music Concert, Luke Comb Album, Western Tee, Combs Crazy Bullhead Shirt**<br><br>Size 3XL | ~~$32.82~~ $31.22 |

[ 2 ▾ ]    Remove

54:46    **Price expires soon!**    Check out before the timer expires to lock in this price.

**Standard shipping: $19.14**
Estimated delivery: Jun 26–Jul 13

## Order summary

+ Apply a coupon

| | |
|---|---|
| Item Total | $31.22 |
| Shipping | $19.14 |
|    Standard (2 items): $19.14 | |
| Tax | $5.16 |
| Order Total | $55.52 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡️ 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/645b4a2c010768e8c2249024?&hide_login_modal=true&share=web

**ProductID:** wish_645b4a2c010768e8c2249024
**ProductName:** Luke Combs 2019 Tour T-shirt. Adult 3x (xxxl) Beer Never Broke My Heart - Black5353
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:06:53
**Checkout Screenshot Created at:** 2023-06-22 03:50:48



wish



Fashion › Women › Tops and Tees › Cuts › Short Sleeves

**Overview**        Related

Shop products related to this item



Luke Combs 2019 Tour T-shirt. Adult 3x (xxxl) Beer Never Broke My Heart - Black5353

**$14.99**

4 interest-free payments of $3.74 with **Klarna**.
Learn More

**Size:**

S ▾

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

Standard shipping   $8.99
Jun 26–Jul 13

Items are sold and shipped by misterwoorin

---

**Description**                                    Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear！
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

**wish**

What do you want to find?    Search    Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

**Reference Price by Seller**                                                    Show More

**Sold By**                                                                       View store

misterwoorin
4.6 ★★★★☆ (7)

**30 Day Return & Refund**

**Shop with Confidence!**                                                        Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar | 🛍 Express | 🥏 Blitz Buy | ⚽ Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604    Change

**How do you want to pay?**    VISA   ●   DISCOVER   AMEX   Klarna.   afterpay&#9655;   PayPal   G Pay

● **Pay full amount**
    Pay the order total $57.28 now and you're all set.

○ **4 interest-free payments of $14.32**

## Payment

| ○ VISA DISCOVER AMEX | ○ G Pay | ○ PayPal |

## Items in cart



Luke Combs 2019 Tour T-shirt. Adult 3x (xxxl)
Beer Never Broke My Heart - Black5353     $32.82

Size 3XL

[ 2 ▾ ]   Remove

---

**Standard shipping: $19.14**
Estimated delivery: Jun 26–Jul 13

## Order summary

✛ Apply a coupon

| Item Total | $32.82 |
| Shipping | $19.14 |
|   Standard (2 items): $19.14 | |
| Tax | $5.32 |
| Order Total | $57.28 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🔷 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/645b4a3a8f61b913562497e3?&hide_login_modal=true&share=web

**ProductID:** wish_645b4a3a8f61b913562497e3
**ProductName:** Luke Combs Shirt Morgan Wallen Brooks And Dunn Lee Brice Jordan Davis Luke Bryan7474
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:06:23
**Checkout Screenshot Created at:** 2023-06-22 03:41:41



Fashion › Women › Tops and Tees › Styles › Shirts › Dress

**Overview**　　Related

Shop products related to this item





Luke Combs Shirt Morgan Wallen Brooks And Dunn Lee Brice Jordan Davis Luke Bryan7474

**$14.99**

4 interest-free payments of $3.74 with **Klarna**.
Learn More

**Size:**

S ▾

Get 15% off your first purchase with code:　FIRST15

**Add to cart**

**Shipping**

Standard shipping　$8.99
Jun 26–Jul 13

Items are sold and shipped by misterwoorin

---

**Description**　　Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear！
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings　　Agree

## wish

What do you want to find?    Search    Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mc

**Reference Price by Seller**    Show More

**Sold By**    View store

misterwoorin
4.6 ★★★★½ (7)

**30 Day Return & Refund**

**Shop with Confidence!**    Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar | 🍩 Express | 🍩 Blitz Buy | 🍩 Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**
22 W Jackson Blvd, Chicago, Illinois, United States, 60604                    Change

**How do you want to pay?**    VISA ● DISCOVER AMEX Klarna afterpay PayPal G Pay

● **Pay full amount**
   Pay the order total $55.52 now and you're all set.
○ **4 interest-free payments of $13.88**

## Payment

○ VISA DISCOVER AMEX          ○ **G** Pay          ○ **P** PayPal

## Items in cart



Luke Combs Shirt Morgan Wallen Brooks And Dunn Lee Brice Jordan Davis Luke Bryan7474

Size 3XL

[ 2 ▾ ]    Remove

~~$32.82~~ $31.22

54:48    **Price expires soon!**    Check out before the timer expires to lock in this price.

**Standard shipping: $19.14**
Estimated delivery: Jun 26–Jul 13

## Order summary

+ Apply a coupon

| | |
|---|---:|
| Item Total | $31.22 |
| Shipping | $19.14 |
| Standard (2 items): $19.14 | |
| Tax | $5.16 |
| Order Total | $55.52 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**

We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/645b4a35f5e4e61b1024249e?&hide_login_modal=true&share=web

**ProductID:** wish_645b4a35f5e4e61b1024249e
**ProductName:** Luke Combs 2023 Australia & New Zealand T-shirt Cotton Tee S-234xl Fr1346928
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:08:20
**Checkout Screenshot Created at:** 2023-06-22 03:59:55



Fashion › Women › Tops and Tees › Cuts › Short Sleeves

**Overview**    Related

Shop products related to this item





Luke Combs 2023 Australia &amp; New Zealand T-shirt Cotton Tee S-234xl Fr1346928

**$14.99**

4 interest-free payments of $3.74 with **Klarna.**
Learn More

**Size:**

| S | ▾ |

Get 15% off your first purchase with code:   FIRST15

**Add to cart**

**Shipping**

Standard shipping   $8.99
Jun 26–Jul 13
Items are sold and shipped by misterwoorin

**Description**      Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear！
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

What do you want to find?      Search

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mc

Reference Price by Seller                                    Show More

**Sold By**                                              View store

misterwoorin
4.6 ★★★★★ (7)

**30 Day Return & Refund**

**Shop with Confidence!**                                 Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar 🦞 Express 🍪 Blitz Buy 🍥 Deals Hub 🕐 Recently Viewed Trending Fashion Baby Gear Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604    Change

How do you want to pay?    VISA  MasterCard  DISCOVER  AMEX  Klarna  afterpay  PayPal  G Pay

◉ **Pay full amount**
Pay the order total $57.28 now and you're all set.
○ 4 interest-free payments of $14.32

## Payment

○ VISA DISCOVER MasterCard AMEX        ○ G Pay        ○ PayPal

## Items in cart



| | |
|---|---|
| Luke Combs 2023 Australia &amp; New Zealand T-shirt Cotton Tee S-234xl Fr1346928 | $32.82 |

Size 3XL

2 ▼    Remove

Standard shipping: $19.14
Estimated delivery: Jun 26–Jul 13

## Order summary

➕ Apply a coupon

| | |
|---|---|
| Item Total | $32.82 |
| Shipping | $19.14 |
| Standard (2 items): $19.14 | |
| Tax | $5.32 |
| Order Total | $57.28 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🔷 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/645b4a55e36135c89b245c00?&hide_login_modal=true&share=web

**ProductID:** wish_645b4a55e36135c89b245c00
**ProductName:** Luke Combs Back Print Country Music T Shirt9340
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:06:44
**Checkout Screenshot Created at:** 2023-06-22 03:48:14

## wish

What do you want to find? **Search**

Sign in

Popular | Express | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Mo

Fashion > Women > Tops and Tees > Styles > Shirts > Dress

**Overview** | Related

Shop products related to this item





### Luke Combs Back Print Country Music T Shirt9340

**$14.99**

4 interest-free payments of $3.74 with **Klarna**.
Learn More

**Size:**

XL ▼

Get 15% off your first purchase with code: **FIRST15**

**Add to cart**

**Shipping**

**Standard shipping** $8.99
Jun 26–Jul 13

Items are sold and shipped by misterwoorin

---

**Description**     Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear！
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings | Agree



## wish

Sign in

Popular  Express  Deals Hub  Recently Viewed  Trending  Fashion  Baby Gear  Pet Accessories  Gadgets  Tools  Mc

**Reference Price by Seller**                                    Show More

**Sold By**                                                     Merchant info

**misterwoorin**
4.6 ★★★★★ (7)

💬 Contact merchant

**30 Day Return & Refund**

🛡 **Shop with Confidence!**                                      Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user
experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar 🍪 Express 🥇 Blitz Buy 🌶 Deals Hub 🕐 Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories

## Shipping

**Brown Hoeven**
22 W Jackson Blvd, Chicago, Illinois, United States, 60604                    Change

**How do you want to pay?**   VISA · MasterCard · DISCOVER · AMEX · Klarna · afterpay · PayPal · G Pay

○ **Pay full amount**
   Pay the order total $55.52 now and you're all set.
○ 4 interest-free payments of $13.88

## Payment

○ VISA/DISCOVER/AMEX      ○ **G** Pay      ○ PayPal

## Items in cart



Luke Combs Back Print Country Music T Shirt9340          ~~$32.82~~ $31.22

Size 3XL

[ 2 ▾ ]   Remove

---

**54:47**   **Price expires soon!**   Check out before the timer expires to lock in this price.

**Standard shipping: $19.14**
Estimated delivery: Jun 26–Jul 13

## Order summary

+ Apply a coupon

| | |
|---|---|
| Item Total | $31.22 |
| Shipping | $19.14 |
| Standard (2 items): $19.14 | |
| Tax | $5.16 |
| Order Total | $55.52 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

---

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:**
https://www.wish.com/c/645b4a64010768e8c2249143?&hide_login_modal=true&share=web
**ProductID:** wish_645b4a64010768e8c2249143
**ProductName:** Luke Combs Shirt, Luke Combs Country Music Shirt, Combs Western Shirt1376
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:08:44
**Checkout Screenshot Created at:** 2023-06-22 04:10:26

wish

| What do you want to find? | Search |     Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

Fashion > Women > Tops and Tees > Styles > Shirts > Dress

**Overview**    Related

Shop products related to this item





### Luke Combs Shirt, Luke Combs Country Music Shirt, Combs Western Shirt1376

## $14.99

4 interest-free payments of $3.74 with **Klarna.**
Learn More

**Size:**

| S ▾ |

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

Standard shipping    $8.99
Jun 26–Jul 13

Items are sold and shipped by misterwoorin

---

**Description**                                    Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear！
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

wish                    What do you want to find?        Search    Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mc

**Reference Price by Seller**                                        Show More

**Sold By**                                                         View store

misterwoorin
4.6 ★★★★½ (7)

**30 Day Return & Refund**

**Shop with Confidence!**                                           Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

## Shipping

**Brown Hoeven**                                             Change
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

**How do you want to pay?**   VISA  MasterCard  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

○ **Pay full amount**
   Pay the order total $57.28 now and you're all set.
○ 4 interest-free payments of **$14.32**

## Payment

○ VISA DISCOVER MasterCard AMEX     ○ G Pay     ○ PayPal

## Items in cart



Luke Combs Shirt, Luke Combs Country          $32.82
Music Shirt, Combs Western Shirt1376

Size 3XL

[ 2 ▾ ]   Remove

---

**Standard shipping: $19.14**
Estimated delivery: Jun 27–Jul 14

## Order summary

+ Apply a coupon

| | |
|---|---|
| Item Total | $32.82 |
| Shipping | $19.14 |
| Standard (2 items): $19.14 | |
| Tax | $5.32 |
| Order Total | $57.28 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/645b4b9bd8394812e856e9ee?&hide_login_modal=true&share=web

**ProductID:** wish_645b4b9bd8394812e856e9ee
**ProductName:** New Luke Combs Gettin' Old Gift For Fans Unisex All Size Shirt 4h1576799
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:08:19
**Checkout Screenshot Created at:** 2023-06-22 04:00:35



**wish**

What do you want to find?    Search

Sign in

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mc

Fashion › Women › Tops and Tees › Styles › Shirts › Dress

**Overview**    Related



Shop products related to this item



New Luke Combs Gettin' Old Gift For
Fans Unisex All Size Shirt 4h1576799

**$14.99**

4 interest-free payments of $3.74 with **Klarna**.
Learn More

**Size:**

XL  ▾

Get 15% off your first purchase with
code:                                    FIRST15

**Add to cart**

**Shipping**

**Standard shipping**   $8.99
Jun 26–Jul 13

Items are sold and shipped by misterwoorin

---

**Description**                                          Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology,
available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping.
Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens
& womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with
leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men
and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your
family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print
technology makes the pattern durable. Does not fade after repeated washing. No
cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life,
sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans,
or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to
bold. Easy for a modern and effortless fashion. Great for casual daily wear ！
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day,
Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day,
Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day,
Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any
questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user
experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree



**Reference Price by Seller**                          Show More

---

**Sold By**                                            View store

misterwoorin
4.6 ★★★★⯪ (7)

---

**30 Day Return & Refund**

🛡 **Shop with Confidence!**                            Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

# wish

lar | 🌮 Express | 🟡 Blitz Buy | 🔴 Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**                                                     Change
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

**How do you want to pay?**     VISA  ● DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

◉ **Pay full amount**
   Pay the order total $57.28 now and you're all set.
○ **4 interest-free payments of $14.32**

## Payment

○ VISA DISCOVER AMEX     ○ **G** Pay     ○ **PayPal**

## Items in cart



New Luke Combs Gettin' Old Gift For Fans     $32.82
Unisex All Size Shirt 4h1576799

Size 3XL

[ 2 ▾ ]     Remove

**Standard shipping: $19.14**
Estimated delivery: Jun 27–Jul 14

## Order summary

+ Apply a coupon

| | |
|---|---|
| Item Total | $32.82 |
| Shipping | $19.14 |
| Standard (2 items): $19.14 | |
| Tax | $5.32 |
| Order Total | $57.28 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🔷 30 Day Free Return and Refund

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/645b4b92e5f5ccf9fc56e986?&hide_login_modal=true&share=web
**ProductID:** wish_645b4b92e5f5ccf9fc56e986
**ProductName:** New Luke Combs Shirt Short Sleeve Black Shirt9418
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:08:21
**Checkout Screenshot Created at:** 2023-06-22 04:01:14

wish

Fashion › Women › Tops and Tees › Cuts › Short Sleeves

**Overview**   Related

Shop products related to this item





New Luke Combs Shirt Short Sleeve Black Shirt9418

**$14.99**

4 interest-free payments of $3.74 with **Klarna**.
Learn More

**Size:**

M ▾

Get 15% off your first purchase with code:   FIRST15

**Add to cart**

**Shipping**

**Standard shipping**   $8.99
Jun 26–Jul 13

Items are sold and shipped by misterwoorin

---

### Description                    Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t-shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear！
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

## wish

Sign in

| Popular | Express | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Mc |

**Reference Price by Seller**                                           Show More

**Sold By**                                                            View store

misterwoorin
4.6 ★★★★☆ (7)

**30 Day Return & Refund**

Shop with Confidence!                                                   Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.



This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar | 🍜 Express | 🥇 Blitz Buy | 🅾 Deals Hub | 🕐 Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories

## Shipping

**Brown Hoeven**
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

Change

How do you want to pay?   VISA · mastercard · DISCOVER · AMEX · Klarna · afterpay · PayPal · G Pay

🔘 **Pay full amount**
   Pay the order total $55.52 now and you're all set.
⚪ **4 interest-free payments of $13.88**

## Payment

| ⚪ VISA DISCOVER AMEX | ⚪ G Pay | ⚪ PayPal |

## Items in cart



**New Luke Combs Shirt Short Sleeve Black Shirt9418**

Size 3XL

| 2 ▾ |   Remove

~~$32.82~~ **$31.22**

---

| 54:48 | **Price expires soon!** | Check out before the timer expires to lock in this price. |

**Standard shipping: $19.14**
Estimated delivery: Jun 27–Jul 14

## Order summary

✛ Apply a coupon

| Item Total | $31.22 |
| Shipping | $19.14 |
| Standard (2 items): $19.14 | |
| Tax | $5.16 |
| Order Total | $55.52 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🔷 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/645b4ec47e02a3fd5c24167f?&hide_login_modal=true&share=web

**ProductID:** wish_645b4ec47e02a3fd5c24167f
**ProductName:** Vintage Cool America Singer Luke Combs T Shirt S M L 234xl Ii0633941
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:08:26
**Checkout Screenshot Created at:** 2023-06-22 04:05:46



wish

Search    Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

Fashion › Women › Tops and Tees › Cuts › Short Sleeves

**Overview**    Related

Shop products related to this item





Vintage Cool America Singer Luke Combs T Shirt S M L 234xl Ii0633941

**$14.99**

4 interest-free payments of $3.74 with Klarna.
Learn More

**Size:**

S    ▾

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

**Standard shipping**    $8.99
Jun 26–Jul 13

Items are sold and shipped by misterwoorin

---

**Description**                                        Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping.
Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear!
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

## wish

What do you want to find?    **Search**    **Sign in**

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

Reference Price by Seller                                    Show More

**Sold By**                                                 View store

misterwoorin
4.6 ★★★★½ (7)

**30 Day Return & Refund**

**Shop with Confidence!**                                   Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



**Customize your ride**
Up to 15% off car accessories

**Shop now**

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

lar　🧆 Express　🍪 Blitz Buy　🍥 Deals Hub　🕐 Recently Viewed　Trending　Fashion　Baby Gear　Pet Accessories

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604　　　Change

**How do you want to pay?**　VISA　mastercard　DISCOVER　AMEX　Klarna.　afterpay　PayPal　G Pay

🔘 **Pay full amount**
　Pay the order total $55.52 now and you're all set.

⚪ **4 interest-free payments of $13.88**

## Payment

| ⚪ VISA DISCOVER AMEX | ⚪ G Pay | ⚪ PayPal |

## Items in cart



| | **Vintage Cool America Singer Luke Combs T Shirt S M L 234xl li0633941** | ~~$32.82~~ $31.22 |
| | Size 3XL | |
| | [ 2 ▾ ]　Remove | |

| **54:48** | **Price expires soon!** | Check out before the timer expires to lock in this price. |

**Standard shipping: $19.14**
Estimated delivery: Jun 27–Jul 14

## Order summary

＋ Apply a coupon

| Item Total | $31.22 |
| Shipping | $19.14 |
| 　Standard (2 items): $19.14 | |
| Tax | $5.16 |
| Order Total | $55.52 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.



**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

Contact, Policies & More ⌃

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/645b4ee414fbfb915424a32f?&hide_login_modal=true&share=web

**ProductID:** wish_645b4ee414fbfb915424a32f
**ProductName:** Vintage Luke Combs Est 1990 T Shirt, Western Luke Combs Bullhead Tour 2023 Tee8272
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:08:51
**Checkout Screenshot Created at:** 2023-06-22 04:13:04



wish

What do you want to find?    **Search**    Sign in

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mc

Fashion › Women › Tops and Tees › Styles › Shirts › Dress

**Overview**     Related

Shop products related to this item





Vintage Luke Combs Est 1990 T Shirt, Western Luke Combs Bullhead Tour 2023 Tee8272

**$14.99**

4 interest-free payments of $3.74 with **Klarna**.
Learn More

**Size:**

S      ▼

Get 15% off your first purchase with code:    FIRST15

**Add to cart**

**Shipping**

Standard shipping   $8.99
Jun 26–Jul 13

Items are sold and shipped by misterwoorin

---

**Description**            Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear!
- PERFECT GIFT: These shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

Popular · Express · Deals Hub · Recently Viewed · Trending · Fashion · Baby Gear · Pet Accessories · Gadgets · Tools · Mo

**Reference Price by Seller**     Show More

---

**Sold By**     View store

misterwoorin
4.6 ★★★★★ (7)

---

**30 Day Return & Refund**

**Shop with Confidence!**     Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.



**Customize your ride**
Up to 15% off car accessories

Shop now

Discounts may vary by country.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

# wish

lar   🍩 Express   🍩 Blitz Buy   🍩 Deals Hub   🕐 Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories

## Shipping

**Brown Hoeven**                                                                 Change
22 W Jackson Blvd, Chicago, Illinois, United States, 60604

**How do you want to pay?**   VISA  mastercard  DISCOVER  AMEX  Klarna.  afterpay  PayPal  G Pay

◉ **Pay full amount**
   Pay the order total $55.52 now and you're all set.
○ 4 interest-free payments of **$13.88**

## Payment

| ○  VISA DISCOVER AMEX | ○  G Pay | ○  PayPal |

## Items in cart



**Vintage Luke Combs Est 1990 T Shirt,
Western Luke Combs Bullhead Tour
2023 Tee8272**                                    ~~$32.82~~ $31.22

Size 3XL

[ 2 ▾ ]   Remove

---

**54:48**   **Price expires
soon!**   Check out before the timer expires to lock in this
price.

**Standard shipping: $19.14**
Estimated delivery: Jun 27–Jul 14

## Order summary

+ Apply a coupon

| Item Total | $31.22 |
| Shipping | $19.14 |
| Standard (2 items): $19.14 | |
| Tax | $5.16 |
| Order Total | $55.52 |

**Checkout**

By continuing you agree to the Terms of Use and
Privacy Policy.

**Money Back Guarantee**   
We've got your back. Get a full refund if
any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

# Website screenshot cover page

**Product Page:** https://www.wish.com/c/645b46d7f88d18e3e82423a7?&hide_login_modal=true&share=web

**ProductID:** wish_645b46d7f88d18e3e82423a7
**ProductName:** Combs Bullhead Shirt Two Side Print, Country Music Shirt, Luke Combs World Tour 2022, Cowboy Combs, Luke Combs Fan, Cowgirl Tee
**SellerID:** 642d8307b1cfa2265e45c4c6
**SellerName:** misterwoorin

**Item Screenshot Created at:** 2023-06-22 03:08:31
**Checkout Screenshot Created at:** 2023-06-22 04:07:04

**wish**

[What do you want to find?] [Search]

Sign in 🔔 ♡ 🛒

Popular   Express   Deals Hub   Recently Viewed   Trending   Fashion   Baby Gear   Pet Accessories   Gadgets   Tools   Mo

Fashion › Women › Tops and Tees › Styles › Shirts › Dress

**Overview**    Related

Shop products related to this item




Combs Bullhead Shirt Two Side Print, Country Music Shirt, Luke Combs World Tour 2022, Cowboy Combs, Luke Combs Fan, Cowgirl Tee

**$14.99**

4 interest-free payments of $3.74 with **Klarna**.
Learn More

**Size:**

S ▼

Get 15% off your first purchase with code:   FIRST15

**Add to cart**

**Shipping**

**Standard shipping**   $8.99
Jun 26–Jul 13

Items are sold and shipped by misterwoorin

---

**Description**     Show Less

*** Product Description:
- Thanks a lot for your business.
- Our branded shirts are designed and printed in USA using screen printing technology, available in multiple sizes and colors
- Please check out our other shirts available to buy together and save on shipping. Perfect For Gifts, Or To Purchase For Yourself.

*** Product details:
- 100% Cotton
- Imported
- Pull On closure
- HIGH QUALITY: Mens Shirts are made of 100% high-quality cotton.Graphic print mens & womens t shirt.Soft, breathable, comfortable, skin-friendly, sweat-wicking.
- URBAN FASHION: These shirt can be easily matched with all kinds of clothing, with leggings, skinny jeans, sports pants, overalls, sports shoes, etc., suitable for both men and women. Easy for a modern and effortless fashion.Give it as a gift to yourself or your family or friends. Share this joy.
- DURABLE DESIGN: Mens short sleeved t-shirt fine workmanship, fashion print technology makes the pattern durable. Does not fade after repeated washing. No cracking, no peeling, no deformation. Makes you ultimate comfort all day long.
- APPLICABLE OCCASIONS: These stylish crewneck t shirt are suitable for daily life, sports, street, exercise, outdoor, leisure, etc. Whether you are music fans, hip hop fans, or rap fans,urban street inspired style T-Shirt instantly takes your style from bland to bold. Easy for a modern and effortless fashion. Great for casual daily wear！
- PERFECT GIFT: This shirt is perfect present for any occasion Christmas, Fathers' Day, Veterans Day, Independence Day, President Day, Flag Day, Memorial Day, Labor Day, Easter, Halloween, Valentine's Day, Saint Patrick's Day, New Year, Mothers' Day, Halloween.
- PERFECT AFTER-SALES: 100% satisfied shopping experience. If you have any questions, please consult our staff for the first time, we will reply to you within 24 hours.

As a result of the production batch, the light intensity photography effect will have the

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings   Agree

6/22/2023

Combs Bullhead Shirt Two Side Print, Country Music Shirt, Luke Combs World Tour 2022, Cowboy Combs, Luke Com...

wish

| What do you want to find? | Search |

Sign in

Popular    Express    Deals Hub    Recently Viewed    Trending    Fashion    Baby Gear    Pet Accessories    Gadgets    Tools    Mo

**Reference Price by Seller**

Show More

**Sold By**

View store

misterwoorin
4.6 ★★★★½ (7)

**30 Day Return & Refund**

**Shop with Confidence!**

Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Manage Settings    Agree

# wish

## Shipping

**Brown Hoeven**

22 W Jackson Blvd, Chicago, Illinois, United States, 60604

Change

**How do you want to pay?** VISA · mastercard · DISCOVER · AMEX · Klarna · afterpay · PayPal · G Pay

○ **Pay full amount**
Pay the order total $57.28 now and you're all set.

○ **4 interest-free payments of $14.32**

## Payment

○ VISA DISCOVER AMEX

○ **G Pay**

○ **PayPal**

## Items in cart



**Combs Bullhead Shirt Two Side Print, Country Music Shirt, Luke Combs World Tour 2022, Cowboy Combs, Luke Combs Fan, Cowgirl Tee**

Size 3XL

[ 2 ▾ ]  Remove

$32.82

**Standard shipping: $19.14**
Estimated delivery: Jun 27–Jul 14

## Order summary

+ Apply a coupon

| | |
|---|---|
| Item Total | $32.82 |
| Shipping | $19.14 |
| Standard (2 items): $19.14 | |
| Tax | $5.32 |
| Order Total | $57.28 |

**Checkout**

By continuing you agree to the Terms of Use and Privacy Policy.

**Money Back Guarantee** 
We've got your back. Get a full refund if any of your items don't arrive. Learn More

🛡 30 Day Free Return and Refund

Contact, Policies & More ⌃