

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
**Clerk**

Date: Case Number:

Case Title: Judge:

### DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW

❑ Sealed or restricted document. (A court order is required to view a sealed or restricted document.)

❑ Too voluminous.

❑ Photographs

❑ Civil bond (A court order is required to view a financial document.)

❑ Criminal bond (A court order is required to view a financial document.)

❑ Miscellaneous (MC) case

❑ Other:

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's Office is open from 8:30 a.m. to 4:30p.m. Monday through Friday except for legal holidays. To obtain a copy call the Clerk's Office Copy Desk at 312-435-5699.

Thomas G. Bruton, Clerk

By: /s/
Deputy Clerk

Rev. 11/29/2016